IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.**, P.O. Box 300, Ben Gurion Airport 70100, Israel<br><br>**UNITRONICS, INC.** 1 Batterymarch Park, Suite 103 Quincy, MA 02169<br><br>Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,** Bachtobelstrasse 30, 8045 Zurich, Switzerland<br><br>Defendant. | Civil Action File No.: _____ |

## MOTION FOR ADMISSION PRO HAC VICE

Glenn J. Perry, Esq., a member of the bar of this Court and counsel of record for Plaintiff Unitronics (1989) (R"G) Ltd. and Plaintiff Unitronics, Inc., pursuant to Local Rule 83.2 moves this Court for an Order admitting Dale Lischer, Esq. to the bar of this Court *pro hac vice*.

As grounds for this motion, movant states that Mr. Lischer is an attorney who regularly practices law in Atlanta, Georgia, as counsel for Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia, 30309. He is a graduate of the University of Michigan School of law. He was admitted to the State Bar of Georgia in 1993, New York in 1973, and Illinois in 1977, and is currently a member in good standing in the bars of Georgia and Illinois. He is also admitted to, and a member in good

standing with, the United States District Court for the Northern District of Georgia and the Court of Appeals for the Federal Circuit.

Wherefore, movant respectfully requests that Dale Lischer be admitted *pro hac vice*, to the United States District Court for the District of Columbia for the purposes of this lawsuit.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

_____
Glenn J. Perry
D.C. Bar Number 278630
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

Attorney for Plaintiffs Unitronics (1989)
(R"G) Ltd. and Unitronics, Inc.

LIT\934043.1