IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,
P.O. Box 300, Ben Gurion Airport
70100, Israel

UNITRONICS, INC.
1 Batterymarch Park, Suite 103
Quincy, MA 02169

Plaintiffs,

v.

SAMY GHARB,
Bachtobelstrasse 30, 8045
Zurich, Switzerland

Defendant.

Civil Action File No.: _____

## AFFIDAVIT OF DALE LISCHER, ESQ.
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

DALE LISCHER, being duly sworn, deposes and says:

1.    I am an attorney at Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309. I submit this affidavit in support of my application for admission *pro hac vice* on behalf of the Plaintiffs in this action, Unitronics (1989) (R"G) Ltd. and Unitronics, Inc..

2.    I received my Juris Doctor degree from the University of Michigan School of Law.

3.    I am currently a member in good standing of the bar of the States of Georgia and Illinois. I am also admitted in the United States District Court for the Northern District of Georgia and the Court of Appeals for the Federal Circuit.

4.    I am associated in this litigation with Glenn J. Perry of the firm of Smith, Gambrell & Russell, LLP, who is authorized to practice law in the District of Columbia.

5.    I hereby certify that I do not currently have, nor have I ever had, any grievance pending against me related to my practice of law, nor have I ever been reprimanded, suspending or disbarred from the practice of law. I have never resigned from the practice of law.

6.    I have not been admitted *pro hac vice* in this Court within the last two years.

7.    Attached hereto is a true and correct copy of a certificate of good standing from the United States District Court for the Northern District of Georgia.

Further the affiant sayeth naught.

DATED: January 9, 2006

Dale Lischer, Esq.

Subscribed and Sworn to before me
this the 9th day of January, 2006.

NOTARY PUBLIC

My commission expires: _____

Notary Public, Fulton County, Georgia
My Commission Expires Oct. 14, 2007

LIT\934045.1

2