IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD.,<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>UNITRONICS, INC.<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>    Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>    Defendant. | Civil Action File No.: _____ |

## ORDER

Upon consideration of the Plaintiffs' Motion for Admission Pro Hac Vice and accompanying Affidavit, it is hereby

ORDERED that Dale Lischer, Esq. be admitted to practice before the United States District Court for the District of Columbia Pro Hac Vice, pursuant to Local Rule 83.2, for purposes of the above captioned litigation.

Entered this _____ day of _____, 2006.


_____
United States District Judge

This 10th day of January, 2006.

    Respectfully submitted,

    SMITH, GAMBRELL & RUSSELL, LLP

    _____
    Glenn J. Perry
    D.C. Bar Number 278630
    1850 M Street, N.W., Suite 800
    Washington, DC 20036
    Telephone: 202-973-2611
    Fax: 202-263-4311

Copies to:

Robert S. Swecker, Esq.
Buchanan Ingersoll PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

Glenn J. Perry, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W.
Washington, D.C. 20036

Dale Lischer, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street
Promenade II, Suite 3100
Atlanta, Georgia 30318

LIT\934044.1