IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.**, <br> P.O. Box 300, Ben Gurion Airport <br> 70100, Israel <br><br> **UNITRONICS, INC.** <br> 1 Batterymarch Park, Suite 103 <br> Quincy, MA 02169 <br><br> Plaintiffs, <br><br> v. <br><br> **SAMY GHARB,** <br> Bachtobelstrasse 30, 8045 <br> Zurich, Switzerland <br><br> Defendant. | Civil Action File No.: _____ |

### PLAINTIFFS' MOTION TO PERMIT SERVICE BY REGISTERED MAIL

Plaintiff Unitronics (1989) (R"G) Ltd., ("Unitronics, Ltd.") and Plaintiff Unitronics, Inc., (collectively "Plaintiffs"), pursuant to 35 U.S.C. § 293, move this Court for an Order Permitting Service By Registered Mail, in the form attached hereto, on Defendant Samy Gharb ("Defendant").

For the reasons more fully described in the supporting Plaintiff's Brief In Support Of Its Motion To Permit Service By Registered Mail, filed herewith, Plaintiffs have a valid claim for declaratory judgment of patent invalidity and noninfringement, as well as interference with contractual relationships against Defendant, who is a necessary and proper party to this action. Defendant has not filed in the United States Patent and Trademark Office a written designation stating the name and address of a person residing within the United States on whom process or notice of proceedings affecting United States

Patent No. 6,552,654 or the rights thereunder may be served. Thus, under 35 U.S.C. § 293, service is properly made by any method this Court directs.

WHEREFORE, Plaintiff respectfully requests this Court to enter the attached Order Permitting Service By Registered Mail thereby authorizing that Defendant be served by registered mail addressed to Defendant at his last known residence in Switzerland and with a copy to the last known attorney of record for the prosecution of United States Patent No. 6,552,654.

This 10th day of January, 2006.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

_____
Glenn J. Perry
D.C. Bar Number 278630
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

LIT\933851.3