IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>    Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>    Defendant. | Civil Action File No.: _____ |

## PLAINTIFFS' MOTION TO PERMIT SERVICE BY REGISTERED MAIL AND BY THE PROCESS OUTLINED BY THE HAGUE CONVENTION

COMES NOW Plaintiff Unitronics (1989) (R"G) Ltd., ("Unitronics, Ltd.") and Plaintiff Unitronics, Inc., (collectively "Plaintiffs"), and pursuant to 35 U.S.C. § 293, file this, their Motion to Permit Service by Registered Mail and by the process outlined in the Hague Convention on the Service of Process Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (" the Hague Convention") on Defendant Samy Gharb ("Defendant").

For the reasons more fully described in the supporting Brief, filed herewith, Plaintiffs have a valid claim against Defendant, who is a necessary and proper party to this action. Defendant has not filed in the United States Patent and Trademark Office a written designation stating the name and address of a person residing within the United

States on whom may be served process or notice of proceedings affecting United States Patent No. 6,552,654 or the rights thereunder. Thus, under 35 U.S.C. § 293, service is proper by any method this Court directs. Attached hereto for the Court's convenience is a proposed Order, authorizing service by registered mail to Defendant and Defendant's patent counsel and by the process outlined by the Hague Convention.

WHEREFORE, Plaintiff respectfully requests this Court to enter an Order authorizing that Defendant be served by registered mail and by the process outlined in the Hague Convention.

This 10th day of January, 2006.

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

_____
Glenn J. Perry
D.C. Bar Number 278630
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311