IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS (1989) (R"G) LTD.**,
P.O. Box 300, Ben Gurion Airport
70100, Israel

**UNITRONICS, INC.**
1 Batterymarch Park, Suite 103
Quincy, MA 02169

    Plaintiffs,

v.

**SAMY GHARB**,
Bachtobelstrasse 30, 8045
Zurich, Switzerland

    Defendant.

Civil Action File No.: **06 0027**

## ORDER PERMITTING SERVICE BY REGISTERED MAIL

This matter having come before the Court pursuant to 35 U.S.C. § 293 on Plaintiffs' Motion to Permit Service by Registered Mail; and

IT HAVING BEEN FOUND BY THE COURT that a valid claim for declaratory judgment of patent invalidity and noninfringement, as well as interference with contractual relationships, exists against Defendant Samy Gharb, who is a proper and necessary party to this action; and

IT HAVING BEEN FOUND BY THE COURT that Defendant Samy Gharb has not filed in the United States Patent and Trademark Office a written designation stating the name and address of a person residing within the United States on whom may be served process or notice of proceedings affecting United States Patent No. 6,552,654 or the rights thereunder;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

That Plaintiffs' Motion to Permit Service by Registered Mail is hereby GRANTED.

That within 10 days of the date of this order, Plaintiffs mail copies of the Summons and Complaint to Defendant at the following addresses:

> Samy Gharb
> Bachtobelstrasse 30,
> 8045 Zurich, Switzerland
> (By registered mail)

> Samy Gharb
> P.O Box 5066
> 8045 Zurich, Switzerland
> (By mail)

> Samy Gharb
> c/o Robert S. Swecker
> Buchanan Ingersoll PC
> 1737 King Street, Suite 500
> Alexandria, VA 22314-2727
> (By registered mail)

That time for answering the complaint by the Defendant shall be 20 days from the date on which Plaintiffs file with the Court the return receipt for either address identified above.

SO ORDERED, this _11_ day of _Jan_, 2006.

_____
Judge, Federal District Court for the District of Columbia

Respectfully submitted,

SMITH, GAMBRELL & RUSSELL, LLP

_____
Glenn J. Perry
D.C. Bar Number 278630
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311