Samy Gharb
P.o Box 5066
8045 Zürich
Swiss
Tel 079 2 9 515 84
0041➔

Unitronics

Mr Shani

EU Patent Low     and your product
USA Patent Low      ( Gsm plc )

Dr Mr Shani

We must inform you That we got USA Patent und EU Patent for Gsm plc (security system with Gsm) and you Salo This system in EU and USA You have To stop sale from Today in USA and EU
we regrat To inform you That you will Pay for This work by Patent Low.
Thank
Samy Gharb

EXHIBIT
B



| | Europäisches Patentamt | European Patent Office | Office européen des brevets |
|---|---|---|---|

EPA/EPO/OEB
D-80298 München
☎ +49 89 2399-0
TX 523 656 epmu d
FAX +49 89 2399-4465

Generaldirektion 2     Directorate General 2     Direction Générale 2

Gharb, Samy
Bachtobelstrasse 30
8045 Zürich
SUISSE



Datum/Date
29/08/02

| Zehen/Ref./Réf. | Anmeldung Nr./Application No./Demande n°/Patent Nr./Patent No./Brevet n° |
|---|---|
| EP-P150.GHS | 00925023.4-2421  1117572 |

Anmelder/Applicant/Demandeur/Patentinhaber/Proprietor/Titulaire

Gharb, Samy

**ENTSCHEIDUNG ÜBER DIE ERTEILUNG EINES EUROPÄISCHEN PATENTS GEMÄSS ART. 97(2) EPÜ**

Nach Prüfung der europäischen Patentanmeldung Nr. 00925023.4 wird für die benannten Vertragsstaaten ein europäisches Patent mit der Bezeichnung und mit den Unterlagen erteilt, die in der gemäss Regel 51(4) EPÜ ergangenen Mitteilung vom 10.05.02 aufgeführt sind. Den hierzu gegebenenfalls beantragten bzw. vereinbarten Änderungen hat die Prüfungsabteilung zugestimmt. Die vom Anmelder n a c h Eingang der Mitteilung gem. Regel 51(6) EPÜ beantragten und am 00.00.00 beim EPA eingegangenen Berichtigungen wurden berücksichtigt.

Patentnummer                    : 1117572
Anmeldetag                      : 25.05.00
Beanspruchte Priorität          : 03.06.99/CH 104299
Benannte Vertragsstaaten
und Patentinhaber               : AT-BE-CH-CY-DE-DK-ES-FI-FR-GB-GR-IE-IT-
                                  LI-LU-MC-NL-PT-SE
                                  Gharb, Samy
                                  Bachtobelstrasse 30
                                  8045 Zürich/CH

Die Entscheidung wird an dem Tage wirksam, an dem im Europäischen Patentblatt auf die Erteilung hingewiesen worden ist (Art.97(4) und (5) EPÜ).

Der Hinweis über die Erteilung wird im Europäischen Patentblatt 02/41 am 09.10.02 bekanntgemacht.

Prüfungsabteilung
HAUSER-SCHMIEG M            YILDIRIM I O              GEUSS H R



Einschreiben

PA Form 2006 01.95          7051001          zur Poststelle am: 23/08/02



The United States of America

### The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extensions.*

*Director of the United States Patent and Trademark Office*

US006552654B1

## (12) United States Patent
### Gharb

(10) Patent No.: **US 6,552,654 B1**
(45) Date of Patent: **Apr. 22, 2003**

(54) SECURITY SYSTEM WITH A MOBILE TELEPHONE

(76) Inventor: **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/762,111
(22) PCT Filed: May 25, 2000
(86) PCT No.: PCT/CH00/00294
§ 371 (c)(1), (2), (4) Date: Apr. 5, 2001
(87) PCT Pub. No.: WO00/74983
PCT Pub. Date: Dec. 14, 2000

(30) Foreign Application Priority Data
Jun. 3, 1999 (CH) .................................. 1042/99

(51) Int. Cl.$^7$ .................................. B60R 25/10
(52) U.S. Cl. .................. 340/426; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517
(58) Field of Search .................. 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56) References Cited
U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,497,149 A | * 3/1996 | Fast | 340/988 |
| 5,731,785 A | * 3/1998 | Lemelson et al. | 340/825.49 |
| 5,805,055 A | * 9/1998 | Colizza | 340/426 |
| 5,898,391 A | * 4/1999 | Jefferies et al. | 340/988 |
| 5,959,529 A | * 9/1999 | Kail, IV | 340/539 |

* cited by examiner

Primary Examiner—Daniel J. Wu
Assistant Examiner—Hung Nguyen
(74) Attorney, Agent, or Firm—Burns, Doane, Swecker & Mathis, L.L.P.

(57) **ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of a data set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

10 Claims, 8 Drawing Sheets





| Europäisches Patentamt | European Patent Office | Office européen des brevets |

# Urkunde    Certificate    Certificat

| Es wird hiermit bescheinigt, daß für die in der beigefügten Patentschrift beschriebene Erfindung ein europäisches Patent für die in der Patentschrift bezeichneten Vertragsstaaten erteilt worden ist. | It is hereby certified that a European patent has been granted in respect of the invention described in the annexed patent specification for the Contracting States designated in the specification. | Il est certifié qu'un brevet européen a été délivré pour l'invention décrite dans le fascicule de brevet ci-joint, pour les Etats contractants désignés dans le fascicule de brevet. |

| Europäisches Patent Nr. | European Patent No. | Brevet européen n° |

1117572

| Patentinhaber | Proprietor of the Patent | Titulaire du brevet |

Charb, Samy
Bachtobelstrasse 30
8045 Zürich/CH

München, den 09.10.02

Ingo Kober

## Unitronics - das Automatisierungssystem der Zukunft

[Anwendungen] [Lieferumfang] [Offertkorb] [Downloads] [Supportanfr

Unitronics Automatisierungsgeräte - die perfekte Synergie aus SPS und harmonisch vereint, in einer Einheit. Mit Unitronics lösen Sie selbst kompliz Visualisierungsaufgaben!

Durch fünf Grundvarianten ist gewährleistet, dass für jede Anwendung da optimalen Performance zur Verfügung steht. Je nach Version ermöglichen Anzeige von benutzerdefinierten Ereignissen mit Hunderten von Grafiken und LCD-Touch-Screen, RS232/485 Schnittstellen, MODBUS und CANbus - Verne Möglichkeiten, die es zu entdecken gilt. Um mehr über die Palette von Unitroni erfahren, klicken Sie bitte einfach unten auf die entsprechenden Symbole und G





Serie M91    Vision 120™
Vision 230™    Vision 260™    Vision 280™
Zubehör

in swiss without Patent sir

http://www.comat.ch/unitronics/d/index.asp?navi=Produkte&subnavi=autom    27.08.2004



Gsm plc

http://unitronics.com/images/m90%20gsm.gif

27.08.2004



Gsm plc

http://unitronics.com/images/all_in_one.gif                                27.08.2004