# SMITH, GAMBRELL & RUSSELL, LLP
## ATTORNEYS AT LAW
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N.E.
### Atlanta, Georgia 30309-3592
TELEPHONE (404) 815-3500
FACSIMILE (404) 815-3509
WEBSITE www.sgrlaw.com

ESTABLISHED 1893

WASHINGTON, D.C. OFFICE
SUITE 800
1850 M STREET, N.W.
WASHINGTON, D.C. 2 0036
TELEPHONE
(202) 263-4300
FACSIMILE
(202) 263-4329

FLORIDA OFFICE
SUITE 2800, BANK OF AMERICA TOWER
50 NORTH LAURA STREET
JACKSONVILLE, FL 32202
TELEPHONE
(904) 598-6100
FACSIMILE
(904) 598-6300

Dale Lischer
404 815 3741
Direct Fax No. - 404 685 7041
E-Mail - dlischer@sgrlaw.com

September 2, 2004

*Advanced Copy Via Email*

Mr. Samy Gharb
Bachtobelstrasse 30
8045 Zurich
Switzerland

[handwritten: To Mr Hain Shani Gsm plc]

Re:    United States Patent No. 6,552,654

Dear Mr. Gharb:

We represent Unitronics (1989) (R"G) Ltd. of Israel ("Unitronics") in intellectual property matters. Your facsimile of August 27, 2004, addressed to Unitronics has been referred to us for response. Particularly, we have been asked by our client to respond to your charges of infringement of your United States Patent No. 6,552,654. We also note that you have asserted infringement by Unitronics of your European Patent No. 1,117,572.

We have reviewed your United States patent and have determined that there is no basis in law or fact for your assertion of infringement. Particularly, we have determined that your United States patent is extremely limited in scope and is specifically limited to a particular implementation of a security system with a mobile telephone. As you well know, Unitronics does not manufacture, use, sell, or import into the United States a security system defined by the claims of your United States patent. Unitronics only manufactures and sells programmable logic controllers (PLC) and does not integrate those PLC's into specific systems such as the particular security system defined by the claims of your United States patent. Therefore, Unitronics does not directly infringe your United States patent. Moreover, Unitronics' PLCs are staple items of commerce, and therefore Unitronics' sale of PLCs in the United States does not contributorily

[handwritten: We have, for your all The information?? GSM+PLC from Unitronicss without Patent]

EXHIBIT C

Yahoo! My Yahoo! Mail    Welcome, Guest [Sign In]                              Search Home   Help

YAHOO! search    Web | Images   Directory | Yellow Pages | News | Products
                 www.unitronics.com                                             Search

                                                            Shortcuts   Advanced Search   Preferences

**Search Results**         Results 1 - 20 of about 221 for www.unitronics.com. Search took 0.24 seconds. ( About this page...)

1. **Unitronics - Industrial Automation Systems**
   Unitronics is a multinational advanced technology company, provoking new trends in the industry of Programmable Logic Controllers (PLC), the computer brains that make automated production line ...
   www.unitronics.com - 19k - Cached - More pages from this site

2. **Unitronics Home**
   Order. What is the M90/M91? The M90/
   www.unitronics.com/m90.htm - 20k - Cached - More pages from this site

3. **Unitronics Home**
   Unitronics' profound belief in the importance of usability led us to create an industry first: a PLC provided with an integrated operator interface. The result is a new generation of PLCs:
   www.unitronics.com/products.htm - 11k - Cached - More pages from this site

4. **Unitronics Home**
   Order. What is the Vision Series?
   www.unitronics.com/vision.htm - 22k - Cached - More pages from this site

5. **homemain**
   What is the Vision Series? The Vision Series is an innovative series of PLCs (Programmable Logic Controller) with built-in graphical operating panel or touch-panel, on-board or snap-in I/Os and powerful networking features.
   www.unitronics.com/visionside.htm - 9k - Cached - More pages from this site

6. **homemain**
   The Download section of our website contains our latest software releases. This material is provided as a free customer service. To download an item, click on the file name.
   www.unitronics.com/dnldside.htm - 17k - Cached - More pages from this site

7. **New Page 6**
   Vision120™ Vision230™ Vision260™. Vision280™. Palm-sized PLC with embedded graphic display & keypad. The Vision120™ series includes 8 models, with a variety of I/O configurations.
   www.unitronics.com/vmodelside.htm - 29k - Cached - More pages from this site

8. **homemain**
   Remote Control via GSM. Remote monitoring: Unitronics' M90/M91 and Vision OPLC™ Series can send/receive SMS messages to/from a GSM cell phone in response to any user-defined event.
   www.unitronics.com/smsside.htm - 6k - Cached - More pages from this site

   *[handwritten annotation: GSM –plc → mobile phone →PLC]*

9. **homemain**
   A Model to Suit Any Application. Models. Click to view products comparison table. There is an M90/M91 model to suit every application. All M90/M91 OPLCs™ offer the following fine features: HMI, PLC, Integrated operating panel. LCD display, up to 2 X 16
   www.unitronics.com/modelside.htm - 14k - Cached - More pages from this site

10. **Unitronics Home**
    SMS Demonstration. The SMS Demonstration cannot be displayed temporarily due to our recent move to our new Headquarters.
    www.unitronics.com/smsdemo.htm - 5k - Cached - More pages from this site

11. **io-pt4 (PDF)**
    Unitronics Industrial Automation 1 IO-PT4 I/O Expansion Module 4 PT100 Inputs (-50 to 460°C)The IO-PT4 is an I/O Expansion Module. that can be used in conjunction with. specific Unitronics OPLC controllers. The module offers 4 PT100 inputs for
    www.unitronics.com/I_o pdf/io-pt4.pdf - 335k - View as html - More pages from this site

12. **ex-a1** (PDF)
    Unitronics Industrial Automation 1 EX-A1 I/O Expansion Module Adapter The EX-A1 interfaces between a variety of. I/O expansion modules and specific. Unitronics' OPLCs. A single adapter can be connected to up to. 8 expansion modules.
    www.unitronics.com/i_o pdf/ex-a1.pdf - 332k - View as html - More pages from this site

13. **io-ai4-ao2** (PDF)
    Unitronics Industrial Automation 1 IO-AI4-AO2 I/O Expansion Module 4 Analog Inputs, 2 Analog OutputsThe IO-AI4-AO2 is an I/O expansion. module that can be used in conjunction. with specific Unitronics OPLC controllers.
    www.unitronics.com/i_o pdf/io-a14-ao2.pdf - 215k - View as html - More pages from this site

14. **IO-DI16, IO-DI16-L** (PDF)
    Unitronics Industrial Automation 1 IO-DI16, IO-DI16-L I/O Expansion Modules 16 Digital InputsThe IO-DI16 and IO-DI16-L are I/O. expansion modules that can be used in. conjunction with specific Unitronics OPLC. controllers.
    www.unitronics.com/i_o pdf/io-di16.pdf - 345k - View as html - More pages from this site

15. **IO-TO16** (PDF)
    Unitronics Industrial Automation Systems 1 IO-TO16 I/O Expansion Module 16 Transistor OutputsThe IO-TO16 is an I/O expansion module. that can be used in conjunction with. specific Unitronics OPLC controllers. The module offers 16 pnp (source)
    www.unitronics.com/i_o pdf/io-to16.pdf - 216k - View as html - More pages from this site

16. **EX90-DI8-RO8** (PDF)
    Unitronics Industrial Automation Systems 1 EX90-DI8-RO8 I/O Expansion Module 8 Inputs, 8 Outputs. The EX90-DI8-RO8 is an I/O expansion. module that can be used in conjunction. with specific Unitronics OPLC controllers.
    www.unitronics.com/i_o pdf/ex90-di8-ro8.pdf - 256k - View as html - More pages from this site

17. **IO-DI8-RO4, IO-DI8-RO4-L** (PDF)
    Unitronics Industrial Automation 1 IO-DI8-RO4, IO-DI8-RO4-LI/O Expansion Modules 8 Inputs, 4 Outputs The IO-DI8-RO4 and IO-DI8-RO4-L are I/O. expansion modules that can be used in. conjunction with specific Unitronics OPLC. controllers.
    www.unitronics.com/i_o pdf/io-di8-ro4.pdf - 376k - View as html - More pages from this site

18. **io-ro8** (PDF)
    Unitronics Industrial Automation 1 IO-RO8, IO-RO8L I/O Expansion Module 8 Relay OutputsThe IO-RO8 and IO-RO8L are I/O. expansion modules that can be used in. conjunction with specific Unitronics OPLC. controllers.
    www.unitronics.com/i_o pdf/io-ro8_io-ro8l.pdf - 352k - View as html - More pages from this site

19. **IO-DI8-TO8, IO-DI8-TO8-L** (PDF)
    Unitronics Industrial Automation 1 IO-DI8-TO8, IO-DI8-TO8-L I/O Expansion Modules 8 Inputs, 8 OutputsThe IO-DI8-TO8 and IO-DI8-TO8-L are I/O. expansion modules that can be used in. conjunction with specific Unitronics OPLC. controllers.
    www.unitronics.com/i_o pdf/io-di8-to8.pdf - 358k - View as html - More pages from this site

20. **Main Area - Invsetors**
    Press Release. July 17, 2000 UNITRONICS RELEASES THE M90-GSM, AN SMS WIRELESS COMMUNICATION FEATURE. Unitronics announces the commercial release of the M90-GSM.
    www.unitronics.com/sms.htm - 5k - Cached - More pages from this site

*[Handwritten annotation: "17.8.2000" with arrow pointing to item 20; "our Patent is from 3.6.1999"]*

**Results Page:**
1 2 3 4 5 6 7 8 9 ▶ Next

Web | Images | Directory | Yellow Pages | News | Products
Your Search: www.unitronics.com        [Search]

## Welcome to the M90/M91 zone

### What is the M90/M91?

The M90/M91OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.

The M90/M91-GSM can send and receive SMS messages, allowing you to monitor and control M90/M91-automated systems using your GSM cell phone, without having to approach the machine.

### What are its advantages?
#### User-Friendly Operator Interface

Unlike traditional 'blind' PLCs, the M90/M91 enables the operator to easily change program parameters via the HMI operating panel. The numeric keypad can be used to enter and modify variable application data—such as cutting length, timers, production quantities & part numbers.

The LCD screen display can be used to monitor I/O status, timers, communication status, analog input and counter values.

#### A Model to Suit Any Application

Unitronics produces the M90/M91 in 12 models encompassing a variety of features: digital/analog/temperature measurement onboard I/Os, shaft-encoders and high-speed I/Os, CANbus/RS232/485 communications, real-time/date control, and the ability to hook up to 8 I/O expansion modules to a single M90/M91 controller.

#### Easy Programming

U90 Ladder software provides a Windows environment for the creation of both the PLC Ladder control program, and the HMI operator interface. This saves you the time and effort of programming the HMI and PLC in 2 separate environments.

#### The All-In-One Package

The complete M90/M91 package includes the M90/M91, U90 Ladder software, program download cable, mounting hardware, and manual.

*[Handwritten annotation pointing to GSM paragraph:]* GSM/PLC I'm internet and we got the EU patent 3.6.1999

EU - Patent Low

# Kompakt-SPS News 1-2004

## GSM-Störmelde-Kits jetzt im Preis gesenkt!





Zum 1.3.2004 hat die Firma Spectra Computersysteme GmbH die Preise für die GSM-Sets um ca. **10% gesenkt**. Das anschlussfertige **Komplettpaket** bestehend aus einer **Kompakt-SPS, einem GSM-Modem (ohne GSM-Karte), Antenne, Daten-Verbindungskabel, und Software.** Sie bieten gegenüber einem Einzelkauf für Sie einen preislichen Vorteil. Selbstverständlich lassen sich alle Kompakt-SPS Module, außer der SPS M90-T1 mit dem GSM-Modem kombinieren.

### Merkmale

- Empfangen von Prozessdaten oder Alarmmeldungen per SMS, senden von Steuerungsgrößen, die einen fertigen Text und variable Daten enthalten
- Die Nachricht kann durch ein beliebiges benutzerdefiniertes Ereignis ausgelöst werden. Sie können mehr als 80 unterschiedliche Texte vordefinieren.
- Bedarfsorientiertes Fernsteuern Ihrer Anlage
- Senden von Nachrichten an 5 bis 8 verschiedene GSM Mobiltelefone.
- Senden unterschiedlicher Nachrichten an verschiedene Telefonnummern.
- Schutzmechanismen gegen nicht autorisierte Anrufer.
- Automatisches Bestätigen gesendeter Nachrichten.

Die GSM-Funktionalität ist Bestandteil der bereits im Gerätepreis enthaltenen Programmiersoftware.

### Preise für die GSM-Kits

| | Art.-Nr. | Bezeichnung | Beschreibung | Preis |
|---|---|---|---|---|
| | 107145 | GSM-Set-M90 | M90 GSM-Set bestehend aus:<br>M90-19B1A & GSM-Kit-23 | 536,00 € |
| neu | 107146 | GSM-Set-V120 | Vision120 GSM-Set bestehend aus:<br>V120-12-R1 & GSM-Kit-23 | 751,00 € |
| neu | 107147 | GSM-Set-V230 | Vision230 GSM-Set bestehend aus:<br>V230-13-B20B & SnapIn Modul V200-18-E1B & GSM-Kit-23 | 958,00 € |
| neu | 107144 | GSM-Set-V280 | Vision280 GSM-Set bestehend aus:<br>V280-18-B20B & SnapIn Modul V200-18-E1B & GSM-Kit-23 | 1.080,00 € |

Unitronix

Spectra Computersysteme GmbH, Humboldtstr. 36, D-70771 Leinfelden-Echterdingen
Tel. 07 11/9 02 97-0, Fax 07 11/9 02 97-90, http://www.spectra.de, spectra@spectra.de
Niederlassung West: Tel. 0 21 04/94 83 07, Fax 0 21 04/94 83 08

This is set Gsm + plc Sit

### Using SMS

**Remote Control via GSM**

**Remote monitoring:** Unitronics' M90/M91 and Vision OPLC™ Series can send/receive SMS messages to/from a GSM cell phone in response to any user-defined event.

**Remote trouble-shooting:** Receive/send SMS messages from/to your GSM phone to monitor and modify set-points or run-time parameters in your system.

### The GSM-enabled Vision OPLC™

- Sends and receives SMS messages containing both fixed text and variable data
- Sends messages to 6-8 different GSM cell phones
- Can route different messages to different phone numbers
- Protects your system: prevents unauthorized callers
- Auto-acknowledges received messages
- Answers data requests from your cell phone
- Contains up to 1k of user-defined messages



Security system with GSM PLC from Unitronics sir

*Sale in CH swiss*

# Kommunikation per GSM/GPRS & SMS

[Zurück] [Übersicht] [Anwendungen] [Lieferumfang] [Offertkorb] [Downloads] [Supportanfrage]



**Unitronics kommuniziert!**

Mit Hilfe eines optionalen GSM-Modems werden die M90/91 und Vision-Geräte zu perfekten Partnern für alle Fernsteuer- und Fernüber- wachungs- Aufgaben.

Die Geräte der Vision Serie können auch über GPRS kommunizieren.



*De - CH - Patent*

Details GSM - Kit

**Fernüberwachung**
Die M90/M91 oder Vision-Geräte verschicken SMS-Meldungen an Ihr Mobiltelefon. Auslösung und Mitteilung können frei definiert werden!

**Fernsteuerung**
Senden Sie SMS-Mitteilungen an die SPS um Sollwerte und Ablaufparameter Ihres Systems zu überwachen und zu ändern.

**SMS-Funktionen**

- Senden und empfangen von SMS Mitteilungen mit festen Texten und variablen Daten
- Versenden von Mitteilungen an bis zu 8 verschiedene Mobiltelefone (versionsabhängig)
- Versenden von verschiedenen Mitteilungen an unterschiedliche Telefonnummern
- Systemschutz: Nur autorisierte Anrufe werden entgegengenommen (Rufnummererkennung)
- Automatisches Senden von SMS Empfangsbestätigungen
- Fernabfrage von Prozessdaten
- Bis zu 1K Speicher für benutzerdefinierte Mitteilungen



Dieses Beispiel zeigt, wie praktisch es ist, sich nicht nur nichts sagende Sammelalarme auf dem Handy anzeigen zu lassen. Der vorkonfigurierte Alarmtext wird hier mit den Variablen Tanknummer und Temperatur ergänzt. Der Benutzer weiss also ganz genau wo es hapert und muss gar nicht erst vor Ort nachsehen. Er schickt einfach eine SMS an das System und ändert die Temperatur.

Nach Ausführung dieses Befehls sendet Unitronics erneut eine Bestätigung.



Die Konfiguration der SMS-Meldungen erfolgt auf einfachste Art in einer grafischen Oberfläche. Das Zuordnen von Meldungen an bis zu 8 verschiede

