Fax 0041014821323

Samy Gharb
P.O. Box 5066
8045 Zurich /Switzerland

Zurich, 21.12.2005

Unitronics
Mr. Hain Shani
Ms Bareket Shani
USA Patent Law and Unitronics
Business with PLC to GSM
USA Patent Nr. 6552.684

Dear Mr. Hain Shani,
& Ms Bareket Shani,
I will give you time to have a meeting in Zurich until 3.1.2006, concerning my USA Patent License.

After this date I have to stop your business in the USA with the 60 ~~companies~~ companies and I will inform the Government of the USA to stop the export by Law.

Regards,            Samy Gharb

EXHIBIT D