## Williams, Todd D.

**From:** gharbport@bluemail.ch
**Sent:** Wednesday, December 21, 2005 10:52 AM
**To:** Eyal Saban
**Subject:** USA PATETN LAW & YOUR BUISNESS WITH PLC TO GSM

Dear Mr EYAL Saban

you have to learn how to do busines in the USA BECAUSE WE GOT PATENT&

TRADE - EXPORT LAW AND YOUR COMPANY ARE DOING BUSINESS AGAINST USA

I WILL LEARN YOU WHAT IS THE LAW IN USA SIR

I CAN TELL:- WAHT IS MY PATENT -- FUNCTION BLOCK FROM PLC TO GSM ( DIAL AUTO)

FOR THIS I WILL INFROM THE GOVERMENT OF USA TO STOP THE EXPORT IN USA

Regard,s
USA INVENTOR
SAMY GHARB
P.O BOX 5066
8045 ZÜRICH CH

EXHIBIT
E

12/29/2005