Hi Alon,

This person called the US office on Thursday August 26, 2004, at about 9:30 AM. He talked to Donna and was arguing with her that he has a patent on something and we need to stop our sales. I got on the phone and talked to him. He was not very pleasant to talk to. He insisted that I personally stop selling in the US based on his patent.

I advised him that this is the US Sales office and he should deal with the parent company in Israel. He refused to talk to your office in Israel and then was threatening me to take legal action. I said go ahead that we would follow up with him if needed.

A few minutes later the e-mail below was attached to a second e-mail, which looked to me like a possible virus. I isolated this file and scanned it. It seems ok.

He lists a US patent below. Has Unitronics LTD checked for any open patents for the GSM connection to a PLC?

He also lists that he has a patent for a Security System with GSM.
Unitronics makes a general purpose Programmable Logic Controller, not a security device. When I tried to talk to him about this, we seemed to have a language barrier. His English was not very good, and from his accent I did not know what his native language was.  Again he seemed to be very frustrated and in a rush. As if I would stop selling products in the United States, because a person from somewhere unknown calls on the phone and demands it. Also please note that this e-mail arrived with out any contact information or phone numbers.

At this time I plan to do nothing with this person. Please talk to your legal counsel and let me know if I need to follow up with him.

If you feel that Unitronics LTD should respond to him directly, please keep me informed of your correspondence.


Yours truly,

Seth Frielich
North American Sales Manager
Unitronics Inc.
Phone 617-657-6596
FAX 617-657-6598
Email usa.sales@unitronics.com
Web www.unitronics.com

-----Original Message-----
From: gharbport@bluemail.ch [mailto:gharbport@bluemail.ch]
Sent: Thursday, August 26, 2004 9:48 AM
To: usa.sales@unitronics.com
Subject: USA Patent low and your product

Dear sir

I would like to inform you  that we got USA Patent for security system with

GSM and you sale this system M90/ M991 GSM SECURITY

you have to stop sale this system ???

our USA Patent is 6552654

and I give you one week time and after you have to do with USA PATENT LOW SIR .

THANKS


EXHIBIT
F

2

SWISS INVENTRO

SAMY GHARB

```
***********************************************************************
```
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager.

This footnote also confirms that this email message has been swept by MIMEsweeper for the presence of computer viruses.

www.mimesweeper.com
```
***********************************************************************
```