# Security system with a mobile telephone

| | | |
|---|---|---|
| Veröffentlichungsnummer | US6552654 | |
| Veröffentlichungsdatum: | 2003-04-22 | |
| Erfinder | GHARB SAMY (CH) | |
| Anmelder: | | |
| Klassifikation: | | |
| - Internationale: | B60R25/10 | |
| - Europäische: | B60R25/10D2 | |
| Anmeldenummer: | US20010762111 20010405 | |
| Prioritätsnummer(n): | CH19990001042 19990603; WO2000CH00294 20000525 | |

Auch veröffentlicht als:
- WO0074983 (A
- EP1117572 (A1
- CH689882 (A5)
- EP1117572 (B1

*USA Patent Law* (handwritten annotation)

Report a data error he

## Zusammenfassung von US6552654

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC contrc units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form c adata set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (5 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, th security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

Daten sind von der esp@cenet Datenbank verfügbar - Worldwide

**EXHIBIT I**

Images Description and Claims (71 Kb)

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(11) WO 00/74983

(21) PCT/CH00/00294

(13) A1

(22) 25 May 2000 (25.05.2000)

(25) German

(26) German

(30) 1042/99
03 June 1999
(03.06.1999)       CH

(43) 14 December 2000 (14.12.2000)

(51)[7] B60R 25/10, G08B 13/14, 25/10

(54) SECURITY SYSTEM WITH A MOBILE TELEPHONE

(71)

(72) *GHARB*, Samy [EG/CH]; Bachtobelstrasse 30, CH-8045 Zürich (CH).

(74) DILTEC AG; Technoparkstrasse 1, CH-8005 Zürich (CH).

(81) AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CR, CU, CZ, DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW

(84) ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG)

**Published**
-- *with international search report*
-- *with amended claims*



(57) The invention relates to a security system and to a method for operating the same. Said security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the SPS-control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of a data set via a mobile telephone. The SPS-control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security

### Using SMS...

Remote Control via GSM

**Remote monitoring:** Unitronics' M90/M91 and Vision OPLC™ Series can send/receive SMS messages to/from a GSM cell phone in response to any user-defined event.

**Remote trouble-shooting:** Receive/send SMS messages from/to your GSM phone to monitor and modify set-points or run-time parameters in your system.

The GSM-enabled Vision OPLC™



- Sends and receives SMS messages containing both fixed text and variable data

- Sends messages to 6-8 different GSM cell phones

- Can route different messages to different phone numbers

- Protects your system: prevents unauthorized callers

- Auto-acknowledges received messages

- Answers data requests from your cell phone

- Contains up to 1k of user-defined messages



USA Patent

Law of yours business

with PLC + Gsm modem

# Automation Support




Industrial Automation Systems

**Micro PLC with Built in Operator Interface**

- Graphical and single line displays
- Encoder inputs and PWM outputs
- Real time clock
- Expandable I/O
- CANbus networking

<u>Unitronics Website</u>

*Authorized states: FL, GA, NC, SC, VA*

[Back]

© 2003 &lt;Automation Support Group&gt; All Rights Reserved.



### The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to any statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extensions.*

*Director of the United States Patent and Trademark Office*

| | | |
|---|---|---|
| Inventor: Samy GHARB | Appln. No. 09/762,111 | Filing Date: April 5, 2001 |
| Docket No.: 009765-026 | Work Atty: AJC:bfm | Date: November 16, 2001 |

Dkt. Clerk Initials

The following was/were received in the U.S. Patent and Trademark Office on the date stamped hereon:

- ☐ Amendment or Response
- ☒ Supplemental Preliminary Amendment
- ☒ Reply Transmittal Letter
- ☐ Petition for __ Month Extension of Time
- ☐ Submission of Formal Drawings w/__ sheet(s) of drawings (Fig(s). 1-__)
- ☐ Request for Approval of Drawing Changes w/__ sheet(s) of red ink drawings
- ☐ Notice of Appeal
- ☐ Brief for Appellant
- ☐ Request for Oral Hearing
- ☐ Reply Brief
- ☐ Response to Restriction Requirement or Election of Species
- ☐ Terminal Disclaimer

- ☐ Certificate Under 37 C.F.R. § 3.73(b)
- ☐ Transmittal Letter for Missing Parts of Application
- ☐ Executed Declaration/Power of Attorney
- ☐ Assignment/Assignment Recordation Form Cover Sheet (PTO-1595)
- ☐ Claim for Convention Priority w/__ certified copy(s)
- ☐ Information Disclosure Statement w/__ document(s)
- ☐ Information Disclosure Citation (PTO-1449)
- ☐ Information Disclosure Statement Transmittal Letter
- ☐ Request for Corrected Notice of Recordation of Assignment w/copy of Notice
- ☐ Request for Continued Examination

- ☐ Check for $___ is enclosed
- ☐ Check for $___ is enclosed
- ☐ Charge $___ to Deposit Account
- ☐ Issue Fee Transmittal
- ☐ Payment of Issue Fee and Authorization to charge Deposit Account
- ☐ Request for Refund
- ☐ Status Inquiry
- ☐ Request for Corrected Filing Receipt w/copy of Official Filing Receipt
- ☒ substitute specification
- ☒ redlined draft
- ☐

OIPE
NOV 1 9 2001
PATENT & TRADEMARK

(10/00)

Zürich 12.9.05

Samy Gharb
P.o Box 5066
8045 Zürich
Switzerland

Unitronic & all
business Partner in USA
Automation support
Group
Joff Windau
621 Wheatleigh Gurve
Reachtree city GA
30269

USA Patent No. 6552,654

USA Patent Law &
Your business with unitronics (PLC + GSM)

Dear General manger

I have to inform you that your business with PLC + GSM modem is aginst USA Patent Law. and we will inform the courts of USA

Regards,
CH/USA inventor Samy Gharb

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/762,111 | 04/05/2001 | Samy Gharb | 009765-026 | 8620 |

| | EXAMINER |
|---|---|
| 21839   7590   11/22/2002 | NGUYEN, HUNG T |
| BURNS DOANE SWECKER & MATHIS L L P POST OFFICE BOX 1404 ALEXANDRIA, VA 22313-1404 UNITED STATES | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 11/22/2002

### Determination of Patent Term Extension under 35 U.S.C. 154 (b)
(application filed after June 7, 1995 but prior to May 29, 2000)

The patent term extension is 0 days. Any patent to issue from the above identified application will include an indication of the 0 day extension on the front page.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

Page 3 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.