# Williams, Todd D.

**From:** Minnen, Jonathan
**Sent:** Tuesday, December 20, 2005 4:22 PM
**To:** Lischer, Dale
**Subject:** FW: [Maybe spam] RE: Legal issue reguarding Samy Gharb

**Importance:** High

Dale...please call.

Jonathan

---
Jonathan M. Minnen
jminnen@ sgrlaw.com
www.sgrlaw.com
Direct: 404-815-3658
Fax: 404-685-6958
Mobile: 404-931-3658
Smith, Gambrell & Russell, LLP
Attorneys-At-Law
1230 Peachtree Street
Promenade II, Suite 3100
Atlanta, Georgia 30309-3592

Offices In:   Atlanta, Georgia
              Washington, D.C.
              Jacksonville, Florida

-----Original Message-----
From: Eyal Saban [mailto:eyal@unitronics.com]
Sent: Tuesday, December 20, 2005 3:21 PM
To: Minnen, Jonathan
Cc: Haim Shani; Alon Kedar
Subject: FW: [Maybe spam] RE: Legal issue reguarding Samy Gharb
Importance: High

Hi Jonathan,

From the chain of emails below that were passed between Seth Frielich (Unitronics US sales manager) and Tony DiLeonardo (a US distributor) we can see an example of damages caused already by Gharb. Tony (and I am sure others too) is concerned about the possibility to be sued, spend money and years at the court even if at the end Gharb wont win...

Regards,
Eyal

---
From: Tony DiLeonardo [mailto:adileonardo@accessconsolidated.com]
Sent: Tue 12/20/2005 9:57 PM
To: Sethf Frielich
Cc: Alon Kedar; Eyal Saban
Subject: [Maybe spam] RE: Legal issue reguarding Samy Gharb

EXHIBIT
J

Hi Seth,

The attorney's letter doesn't say that the guy can't sue us, it just says he can't win the

1

suit.  Animatics did the same thing to it's competitors and their channel several years ago and they had to spend money defending themselves even though they weren't a party to the patent violations.

Tony DiLeonardo
(408) 997-6864
http://www.accessconsolidated.com

_____

From: Seth Frielich [mailto:sethf@unitronicsusa.net]
Sent: Tuesday, December 20, 2005 11:40 AM
To: Tony DiLeonardo
Cc: Alon Kedar; Eyal Saban
Subject: RE: Legal issue reguarding Samy Gharb


Hi Tony and Eric,


I am sending a copy of this e-mail to the office in Israel to convey your concerns about Mr. Gharb's threats.


Has Mr. Gharb made any threats directly to Access Automation?


Yours truly,


Seth Frielich

North American Sales Manager

Unitronics Inc.

Phone 617-657-6596

FAX    617-657-6598



_____

From: Tony DiLeonardo [mailto:adileonardo@accessconsolidated.com]
Sent: Tuesday, December 20, 2005 1:00 PM
To: Seth Frielich
Cc: ehodges@accessconsolidated.com
Subject: Legal issue reguarding Samy Gharb


Hi Seth,


Please confirm that in the unlikely event he does sue Access Automation that Unitronics will defend the suit at no cost to our firm.

2

Thanks,

Tony DiLeonardo

(408) 997-6864

http://www.accessconsolidated.com <http://www.accessconsolidated.com/>

---

From: Seth Frielich [mailto:sethf@unitronicsusa.net]
Sent: Tuesday, December 20, 2005 8:44 AM
Subject: **SPAM-LOW**Legal issue reguarding Samy Gharb

Hello to the members of the Unitronics Sales Team.

It has come to my attention that Mr. Samy Gharb of Zurich Switzerland, has sent out faxes to the US Sales Representatives. It appears that he used the information posted on the Unitronics web site for his distribution list. Mr. Gharb is making claims that Unitronics has infringed on his patent by selling our products in the United States.

Please print out and read the attached documents from Eyal Saban, the Vice President of Unitronics LTD (Unitronics Incorporated's parent company), and from our US lawyers addressing Mr. Gharb's claims. Also note that the first letter is dated September 2004 from the lawyers addressing his claims. Mr. Gharb's tactics are to send annoying faxes to the sales staff as a way of threaten us.

According to Unitronics' lawyer, Mr. Gharb "has no basis in fact or law for your assertion of infringement".

I am sorry for any inconvenience that this may have caused or for any of your time that may have been wasted.

Yours truly,

Seth Frielich

North American Sales Manager

Unitronics Inc.

Phone 617-657-6596

FAX    617-657-6598

```
*****************************************************
Unitronics (1989) R"G LTD
Designs, Manufactures and Markets quality PLCs for the global market.

Visit us at: WWW.UNITRONICS.COM

*****************************************************
```