WASHINGTON, D.C. OFFICE
****
SUITE 800
1850 M STREET, N.W
WASHINGTON, D.C. 20036
TELEPHONE
(202) 263-4300
FACSIMILE
(202) 263-4329

SMITH, GAMBRELL & RUSSELL, LLP
ATTORNEYS AT LAW
SUITE 3100, PROMENADE II
1230 PEACHTREE STREET, N E
Atlanta, Georgia 30309-3592
TELEPHONE (404) 815-3500
FACSIMILE (404) 815-3500
WEBSITE www.sgrlaw.com
****
ESTABLISHED 1893

FLORIDA OFFICE
****
SUITE 2600, BANK OF AMERICA TOWER
50 NORTH LAURA STREET
JACKSONVILLE, FL 32202
TELEPHONE
(904) 598-6100
FACSIMILE
(904) 598-6300

Dale Lischer
404 815 3741
Direct Fax No. - 404 685 7041
E-Mail - dlischer@sgrlaw.com

December 20, 2005

*Advanced Copy Via Email*

Mr. Samy Gharb
Bachtobelstrasse 30
8045 Zurich
Switzerland

Re:    United States Patent No. 6,552,654 *& Unitronics business in USA*

Dear Mr. Gharb:

As you know from our letter of September 2, 2004 (copy enclosed), we represent Unitronics (1989) (R"G) Ltd. of Israel ("Unitronics") in intellectual property matters. Our client informs us that on December 9, 2005, you sent at least two separate e-mails (copies enclosed) to various distributors of our client's products in the United States asserting infringement of your United States Patent No. 6,552,654.

Your annual contacts with our client's distributors in the United States have become increasingly tiresome. Please be clear that Unitronics will not now nor in the future pay you any money based on your threats of patent infringement. If you ever expect to collect any money based on your narrow, and likely invalid patent, you will have to get an attorney in the United States and file suit for patent infringement in the United States. If you take such action against Unitronics in the United States, understand that Unitronics will defend such a lawsuit vigorously including attacking the validity of your patent. Further, because your contacts with our client's distributors represent acts of trade disparagement and unfair competition, we will pursue such claims against you as counterclaims in any patent infringement suit.

EXHIBIT M

Mr. Samy Gharb
December 20, 2005
Page 2

We will not repeat in this letter the many reasons that our client's products do not infringe your United States patent. That subject is covered in detail in our letter of September 2, 2004. If you believe that your patent has been infringed by Unitronics, we invite you to provide to us a specific claim chart and analysis showing how our client's products infringe your United States patent. Absent such an analysis, you are not in a position to bring suit in United States. Your failure to provide to us such a claim chart and analysis can only be taken as an admission on your part that our client's products do not infringe your narrow, and likely invalid patent.

We strongly suggest that you desist from further threats against our client or its distributors in the United States based on a patent that certainly would not stand the test of litigation in the United States.

Very truly yours,
Smith, Gambrell & Russell, LLP

*Dale Lischer*

Dale Lischer

DL/clc
cc:   Eyal Saban

Dear Mr Lischer

I have To inform you That Unitronics are doing business in USA against USA Patent Law and you can Tell your story in The Courtes of USA — Regards,

Samy Gharb