IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>    Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### AFFIDAVIT OF SERVICE

I, Todd D. Williams, before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath, hereby state that I am a citizen of the United States, over eighteen years of age, suffer under no legal disability, and am otherwise competent to testify in the above case and am not a party to the above case, and that on January 20, 2006 I served Defendant Samy Gharb by sending by registered mail, per the order of this court, the Summons, Complaint, and Order Permitting Service by Registered Mail to the following addresses:

Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Samy Gharb
P.O. Box 5066

8045 Zurich, Switzerland

Samy Gharb
c/o Robert S. Swecker
Buchanan Ingersoll PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

A return receipt serving as evidence of this service, as per the instructions of the Order of this court permitting service by registered mail, is attached to this affidavit as Exhibit A. I CERTIFY ON PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 27th day of January, 2006.

*[signature]*

Todd D. Williams

Sworn to and subscribed before me this 27 day of January, 2006.

*[signature]*

Notary Public

My commission expires

*[notary seal: Susan J. Revell, Notary Public, Georgia]*