| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X B. Banks  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 1/27 |
| 1. Article Addressed to:<br><br>Samy Gharb c/o<br>Robert S. Swecker<br>Buchanan Ingersoll PC<br>1737 King St., Suite 500<br>Alexandria, VA 22314-2727 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☑ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 734 112 994 US | |
| PS Form 3811, August 2001   Domestic Return Receipt | 2ACPRI-03-P-4081 |