IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,
P.O. Box 300, Ben Gurion Airport
70100, Israel

UNITRONICS, INC.
1 Batterymarch Park, Suite 103
Quincy, MA 02169

    Plaintiffs,

v.

SAMY GHARB,
Bachtobelstrasse 30, 8045
Zurich, Switzerland

    Defendant.

Civil Action File No.: 1:06-cv-0027-RMC

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiff's Affidavit of Service using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

    Samy Gharb
    Bachtobelstrasse 30,
    8045 Zurich, Switzerland

    Samy Gharb
    P.O. Box 5066
    8045 Zurich, Switzerland

    Samy Gharb
    c/o Robert S. Swecker
    Buchanan Ingersoll PC
    1737 King Street, Suite 500
    Alexandria, VA 22314-2727

This 27th day of January, 2006.

       /s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Smith, Gambrell & Russell, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

LIT\936800.1