IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS (1989) (R"G) LTD.,**
P.O. Box 300, Ben Gurion Airport
70100, Israel

**UNITRONICS, INC.**
1 Batterymarch Park, Suite 103
Quincy, MA 02169

    Plaintiffs,

v.

**SAMY GHARB,**
Bachtobelstrasse 30, 8045
Zurich, Switzerland

    Defendant.

Civil Action File No. 1:06-cv-00027-RMC

## PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE

Glenn J. Perry, Esq., a member of the bar of this Court and counsel of record for Plaintiff Unitronics (1989) (R"G) Ltd. and Plaintiff Unitronics, Inc., pursuant to Local Rule 83.2 moves this Court for an Order admitting Todd Douglas Williams, Esq. to the bar of this Court *pro hac vice*.

As grounds for this motion, movant states that Mr. Williams is an attorney who regularly practices law in Atlanta, Georgia, as counsel for Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia, 30309. He is a graduate of the Harvard Law School. He was admitted to the State Bar of Georgia in 2005, and is currently a member in good standing in the bar of Georgia. He is also admitted to the Supreme Court of the State of Georgia.

Wherefore, movant respectfully requests that Todd Douglas Williams be admitted *pro hac vice*, to the United States District Court for the District of Columbia for the purposes of this lawsuit.

       /s/ Glenn J. Perry
Glenn J. Perry
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W.
Washington, D.C. 20036
Attorney for Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

LIT\937179.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,** P.O. Box 300, Ben Gurion Airport 70100, Israel<br><br>**UNITRONICS, INC.** 1 Batterymarch Park, Suite 103 Quincy, MA 02169<br><br>   Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,** Bachtobelstrasse 30, 8045 Zurich, Switzerland<br><br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' Motion for Admission Pro Hac Vice using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

Samy Gharb
c/o Robert S. Swecker
Buchanan Ingersoll PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

This 1st day of February, 2006.

    /s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Smith, Gambrell & Russell, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.