IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,
P.O. Box 300, Ben Gurion Airport
70100, Israel

UNITRONICS, INC.
1 Batterymarch Park, Suite 103
Quincy, MA 02169

     Plaintiffs,

v.

SAMY GHARB,
Bachtobelstrasse 30, 8045
Zurich, Switzerland

     Defendant.

Civil Action File No. 1:06-cv-00027-RMC

## AFFIDAVIT OF TODD DOUGLAS WILLIAMS, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

TODD DOUGLAS WILLIAMS, being duly sworn, deposes and says:

1.    I am an attorney at Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309. I submit this affidavit in support of my application for admission *pro hac vice* on behalf of the Plaintiffs in this action, Unitronics (1989) (R"G) Ltd. and Unitronics, Inc..

2.    I received my Juris Doctor degree from Harvard Law School.

3.    I am currently a member in good standing of the bar of the State of Georgia. I am also admitted to the Supreme Court of the State of Georgia.

4.    I am associated in this litigation with Glenn J. Perry of the firm of Smith, Gambrell & Russell, LLP, who is authorized to practice law in the District of Columbia.

5.      I hereby certify that I do not currently have, nor have I ever had, any grievance pending against me related to my practice of law, nor have I ever been reprimanded, suspending or disbarred from the practice of law.  I have never resigned from the practice of law.

6.      I have not been admitted *pro hac vice* in this Court within the last two years.

7.      Attached hereto is a true and correct copy of a certificate of good standing from the Supreme Court of the State of Georgia.

Further the affiant sayeth naught.

DATED:  February 1, 2006

_____
Todd Douglas Williams

Subscribed and Sworn to before me
this the *1st* day of *February*, 2006.

_____
NOTARY PUBLIC

My commission expires: _____

DARLENE A. BROWN
NOTARY
EXPIRES
GEORGIA
DEC. 27, 2008
PUBLIC
FULTON COUNTY

LIT\937183.1