

LEAH WARD SEARS, CHIEF JUSTICE
CAROL W. HUNSTEIN, PRESIDING JUSTICE
ROBERT BENHAM
GEORGE H. CARLEY
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
    JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

SHERIE M. WELCH, CLERK
JEAN RUSKELL, REPORTER

January 30, 2006

I hereby certify that Todd Douglas Williams, Esq., was admitted on the 30th day of January, 2006, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Jeanette Edson*
Deputy Clerk, Supreme Court of Georgia