IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.**, P.O. Box 300, Ben Gurion Airport 70100, Israel<br><br>**UNITRONICS, INC.** 1 Batterymarch Park, Suite 103 Quincy, MA 02169<br><br>   Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,** Bachtobelstrasse 30, 8045 Zurich, Switzerland<br><br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### AFFIDAVIT OF TODD D. WILLIAMS IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Todd D. Williams, being duly sworn, deposes and states as follows:

1.

My name is Todd D. Williams. I am over 18 years of age and am competent to give this affidavit. I have personal knowledge of the facts set forth herein. I am an attorney, and I represent Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. ("Plaintiffs") in the above-styled action.

2.

This affidavit is executed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiffs to obtain a default judgment against Defendant Samy Gharb ("Defendant") for his failure to answer or otherwise respond to the claims asserted against him by Plaintiffs in their Complaint.

3.

On January 10, 2006, Plaintiffs filed in this Court a Complaint for Declaratory Judgment against Defendant, asserting that their products did not infringe Defendant's patent, that Defendant's patent was invalid, and that Defendant intentionally interfered with their contractual relations.

4.

Pursuant to the order of this Court permitting service of process on Defendant by registered mail under 35 U.S.C. § 293, Defendant was served by registered mail with a copy of the Complaint, Summons, and this Court's Order Permitting Service of Process by Registered Mail on January 20, 2006.

5.

Pursuant to the order of this Court permitting service of process on Defendant by registered mail under 35 U.S.C. § 293, Plaintiffs filed with this Court an affidavit of service of process on January 27, 2006, with the return receipt from the January 20, 2006 mailing attached thereto.

6.

Pursuant to the order of this Court permitting service of process on Defendant by registered mail under 35 U.S.C. § 293, the time for answering the Complaint by the Defendant was thus 20 days from January 27, 2006, the date on which Plaintiffs filed with the Court the return receipt from the delivery via registered mail of the Complaint, Summons, and this Court's Order Permitting Service of Process by Registered Mail.

7.

Twenty (20) days have elapsed since January 27, 2006, the date on which Plaintiffs filed the return receipt of the January 20, 2006 mailing with this Court, and to date

Defendant has not filed an answer or any other responsive pleading to the claims asserted in the Plaintiffs' Complaint.

8.

I have submitted concurrently herewith a Request for Entry of Default and an Order of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on February 17, 2006.

_____
Todd D. Williams

Sworn to and subscribed before me

this 17th day of February, 2006.

_____
Notary Public

My commission expires:

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>    Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## REQUEST TO CLERK OF COURT FOR ENTRY OF DEFAULT

To:   Nancy M. Mayer-Whittington
      Clerk of the Court
      United States District Court
      District of Columbia

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter the default of Defendant Samy Gharb for his failure to answer or otherwise respond to the claims asserted against him in Plaintiffs' Complaint.

This 17th day of February, 2006.

                                                Respectfully submitted,
                                                /s/ Glenn J. Perry
                                                Glen J. Perry
                                                D.C. Bar No. 278630

SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
(202) 973-2611


Attorney for Plaintiffs
Unitronics (1989) (R"G) Ltd., and
Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>   Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## ENTRY OF DEFAULT

Default is hereby entered against Defendant Samy Gharb on all claims asserted in Plaintiffs' Complaint for failure to plead or otherwise respond to the claims as required by law.

This _____ day of February, 2006.

_____
Nancy M. Mayer-Whittington
Clerk of the Court
United States District Court
District of Columbia

Prepared by:

  /s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630

SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
(202) 973-2611

Attorney for Plaintiffs
Unitronics (1989) (R"G) Ltd., and
Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>    Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>    Defendant. | Civil Action File No.:  1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' Request for Entry of Default using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

Samy Gharb
c/o Robert S. Swecker
Buchanan Ingersoll PC
1737 King Street, Suite 500
Alexandria, VA 22314-2727

This 17th day of February, 2006.

        /s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Smith, Gambrell & Russell, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.