Samy Gharb
P.O Box 5066
8045 Zürich
Switzerland
Defendant

Unitronics LT
P.O. Box 300
Ben Gurion Airport
70100 Israel
Plaintiffs

USA
District Court
For the District of Columbia
Judge Ms Rosemary M Collyer
Civil Action File No,
06 0027

Dear Ms Rosemary M Collyer

I would like to send my answer to the letter from the Court and fact is unitronics are doing business against USA Patent Law.
The priority of my USA patent is from 3.6.1999. Unitronics causes big damage to my USA Patent.

Best regard

Zürich / 10.2.2006

Int Patent holder
Samy Gharb

*Let this be filed
RM Collyer
3/2/06*

**RECEIVED**

FEB 22 2006

CHAMBERS OF
JUDGE COLLYER

1. Unitronics product micro PLC and GSM is an infringed U.S. Patent (6.552.654) by use sale offer.

2. The priority of the U.S patent is dated by the 3-6-99 under the law WO (world intellectual property organization)

3. Unitronic `s product PLC and GSM is manufactured in the USA since 2001.

4. Unitronics are making business with micro PLC and GSM kit and this fact can be witnessed on the internet since 2001.

5. Unitronics are making a direct infringement to U.S. patent since 2001 and Mr. Seth Freilich wrote this fact about the sale in the USA in the internet.

6. Mr. Glenn J. Perry the attorney for Unitronics forgot to tell about the priority data of the USA patent 654 it is form 3-6-1999 and this also by WO and American Law.

7. Infringement to the USA patent claim by use and sale of the function black in micro PLC to GSM.

8. All my faxes and e-mails were only to organize a meeting in order to discuss the matter and also to show my rights on the patent to this company.

9 The e-mail from Mr. Eyal Saban that wrote to this attorney said, that Mr. Gharb should win.

10. This Business from Unitronics is against USA patent law.

11. Mr. Swecker and Mattew LLP, who was my agent since 2000 is no longer in business, but he did not inform me about this.

12. Unitronics wrote in the internet that they sell micro PLC and GSM for security systems and control

13. Unitronics causes big damage to my USA patent in an amount not less than 20 Mio $ and Unitronics receives 500 $ for every piece of PLC and GSM micro sold.

14. The Exhibition show MD & D in USA was this company access consolidated with sale offer micro PLC and GSM from Unitronics

15. The publication of international application (35 US.c 344) under PcT article 20 and PCT rules 47 and 93.
The international bureau send copies of published international application to each of designated office. (USA patent office-member country).

USA Patent holder
Samy Gharb
*(signature)*
10/?/2006