# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS 1989 R G LTD., et al.<br><br>Plaintiff(s),<br><br>vs.<br>SAMY GHARB<br>Defendant(s). | Civil Case No. 06-27 (RMC) |

## NOTICE REGARDING EXHIBITS

Pursuant to the procedures for filing bulky documents, this Notice serves as notification that exhibits attached to the Answer in this case have been filed in paper form with the Clerk's Office. They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

NANCY MAYER-WHITTINGTON

Clerk