UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITRONICS 1989 R G LTD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-27 (RMC) |
| SAMY GHARB, | ) ) | |
| Defendant. | ) ) ) | |

### ORDER

Plaintiffs filed a Complaint in this case on January 10, 2006. Defendant having failed to timely answer or otherwise respond, the Clerk, on Plaintiffs' motion, entered default as to Defendant on February 21, 2006. On February 22, 2006, the Court received Defendant's Answer in chambers, and permitted it to be filed. In view of the preference for resolving disputes on the merits, the fact that Defendant — a resident of Switzerland — is proceeding *pro se* and filed his Answer just a few days late, and the absence of any indication that the filing delay was willful or that setting aside the default would prejudice Plaintiffs, the Court vacates the Clerk's entry of default and deems Defendant's Answer timely filed. *See Jackson v. Beech*, 636 F.2d 831, 836 (D.C. Cir. 1980) (stating standard for setting aside default).

The parties are directed to confer with the Courtroom Clerk, Ms. Chashawn White, to select a mutually agreeable time for an Initial Status Conference. As a convenience to the parties, this conference will be conducted via telephone. Ms. White may be reached via e-mail, at Chashawn_White@dcd.uscourts.gov, or via telephone, at (202) 354-3176.

**SO ORDERED**.

Date: April 24, 2006                                                  /s/
                                                                    ROSEMARY M. COLLYER
                                                                    United States District Judge

Copy to:

Samy Gharb
P.O. Box 5066
8045 Zurich
Switzerland