IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br><br>and<br><br>**UNITRONICS, INC.**<br><br>    Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br><br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## UNITRONICS (1989) (R"G) LTD. AND UNITRONICS, INC.'S INITIAL DISCLOSURES

Plaintiffs Unitronics Ltd. and Unitronics, Inc. (collectively "Unitronics") provide their Initial Disclosures as follows:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

The following members and employees of Unitronics have discoverable information which Unitronics might use in support of its claims or defenses. Present members and employees of Unitronics should only be contacted through counsel for Unitronics.

(1)   Eyal Saban
      Vice President and Chief Technology Officer
      Unitronics (1989) (R"G) Ltd
      P.O. Box 300, Ben Guiron Airport
      70100, Israel
      Tel: +972 3 977 88 88

Mr. Saban has knowledge about the design, manufacturing, global marketing, distribution and sales of Unitronic's Programmable Logic Controllers ("PLCs"). Mr. Saban also has

knowledge regarding Defendant's intentional interference with Unitronic's contractual relations and damage issues.

>   (2)  Haim Shani
>   Chief Executive Officer
>   Unitronics (1989) (R"G) Ltd
>   P.O. Box 300, Ben Guiron Airport
>   70100, Israel
>   Tel: +972 3 977 88 88

Mr. Shani has knowledge about the design, manufacturing, global marketing, distribution and sales of Unitronic's PLCs. Mr. Shani also has knowledge regarding Defendant's intentional interference with Unitronic's contractual relations and damage issues.

>   (3)  Alon Kedar
>   Vice President, General Manager Products Division
>   Unitronics (1989) (R"G) Ltd
>   P.O. Box 300, Ben Guiron Airport
>   70100, Israel
>   Tel: +972 3 977 88 88

Mr. Kedar has knowledge about the design, manufacturing, global marketing, distribution and sales of Unitronic's PLCs .

>   (3)  Seth Freidlich
>   North American Sales Manager
>   Unitronics Inc.
>   1 Batterymarch Park
>   Quincy, MA 02169
>   Toll free: 866-666-6033
>   Tel: 617-657-6596

Mr. Freidlich has knowledge about the design, manufacturing, marketing, and U.S. distribution and sales of Unitronic's PLCs.

The following distributors and sales representatives of Unitronics have discoverable information which Unitronics might use in support of its claims or defenses:

>   (1)  Controls & Power, Inc.
>   Contact: Ed Hiserodt

LIT\952296.1

      PO Box 55438
      Little Rock, AR 72215
      USA
      Tel: 501-327-4702

(2) Handlin/Schwartz Associates, Inc.
   USA

(3) Pulsar Controls
   Contact: Dominic Barreca
   USA

(4) Providence Marketing Associates
   Contact: Daniel Raudenbush
   1288 Valley Forge Road, Unit 68
   Phoenixville, PA  19460
   USA
   Tel: 610-935-3300

(5) PowerCon Co.
   Contact: Robert Black
   USA
   Tel: 404-895-0112

(6) Automation Support Group
   Contact: Jim Meek
   1503 Paramore Drive
   Greenville, NC 27858
   USA
   Tel: 252-321-0606

(7) Access Consolidated Technologies, Inc.
   Access Automation LLC
   300 W. Grand Avenue, Suite 202
   Escondido, CA 92025
   USA
   Tel: (760) 781-1497 and;

   Access Automation LLC
   6489 Camden Avenue, Suite 103
   San Jose, CA  95120
   USA
   Tel: (408) 997-6864

(8) Lectrichem, Inc.
   Contact: Gary A Kranowski

LIT\952296.1

        7709 W. Beloit Road, Ste, 207
        USA
        Tel: 414-321-8509

(9)    Russell F. Clark Company, Inc.
        Contact: Gary Crissman
        USA
        Tel: 412-635-9500

(10)   Scientific Sales Company
        Contact: Steven Jones and Mary Burcham
        811 East Plano Parkway
        Suite 118
        Plano, Texas 75074
        USA
        Tel: 972-424-6797

(11)   Spectra Computersysteme GmbH
        Contact: Ulrich Boekenkroeger
        Niederlassung West
        Kopernikustr. 36
        40699
        Germany
        Tel: +49-711/90297-0

(12)   Comat Ag
        Contact: Mr. Heinz Schneeberger
        Bernstrasse 4
        Worb 3076
        Switzerland
        Tel: +41 31 8393811

(13)   Isotron Systems BV
        Contact: Jeroen van der Meulen
        De Meerheuvel 6a
        Postbus 2232
        Netherlands 5202 CE
        Tel: +31 73 639 1 639

These individuals are believed to have been contacted by Defendant and have knowledge regarding Defendant's intentional interference with Unitronic's contractual relations.

    **2. A copy of, or a description by category and location of, all documents, data compilation, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment:**

Plaintiffs may use the following documents in their possession, custody, or control to support their claims or defenses:

Any and all exhibits to any pleading previously filed in this Action;

Any and all letters, electronic mail messages, facsimiles, or other communications regarding any legal or factual issue present in this Action written or received by any person previously identified as having discoverable information;

The file history for U.S. Patent No. 6,552,654;

Documents relating to all prior art relating to the field of security systems with a mobile telephone for monitoring objects;

Descriptions and samples of Unitronics products.

This disclosure of relevant documents is merely preliminary. As additional relevant documents are discovered and identified, Plaintiffs will supplement their disclosure. Plaintiffs shall produce or otherwise make available these documents for inspection and copying at a time and location mutually convenient to counsel and Defendant.

3. **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Plaintiffs will seek to recover, *inter alia*, compensatory damages, exemplary and punitive damages, heightened or increased damages, and their expenses of litigation, including attorney's fees, in an amount to be proven at trial. Plaintiffs have yet to quantify their damages.

Plaintiffs will make all documents and other evidentiary material regarding their damages available for inspection and copying at a time and location mutually convenient to counsel and Defendant.

4. **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on a insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Plaintiffs are presently unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. If any insurance policy is discovered and identified, Plaintiffs will appropriately supplement its disclosures.

This 16th day of June, 2006.

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Smith, Gambrell & Russell, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

LIT\952296.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Unitronics (1989) (R"G) Ltd.,** and **Unitronics, Inc.** Plaintiffs, v. **Samy Gharb,** Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' INITIAL DISCLOSURES as required by this Court's Scheduling Order using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

This 16th day of June, 2006.

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Smith, Gambrell & Russell, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311
Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.