IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Unitronics (1989) (R"G) Ltd.,** <br><br> and <br><br> **Unitronics, Inc.** <br><br> Plaintiffs, <br><br> v. <br><br> **Samy Gharb,** <br><br> Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. ("Unitronics"), pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, request that Defendant Samy Gharb produce the requested documents and things at the offices of Deborah Heineman, Smith, Gambrell & Russell, LLP, 1230 Peachtree Street, N.E., Suite 3100, Atlanta, Georgia 30309-3592, U.S.A. within thirty three (33) days after the date of service of these Requests for Production of Documents.

### Instructions

The following instructions are applicable throughout the Requests which follow:

You are required to respond or object to each and every Request separately and fully in writing within the time allowed by Rule 34 of the Federal Rules of Civil Procedure. If any of the documents requested herein cannot be produced in full, you shall respond to the fullest extent possible and specify the reason(s) for your inability to produce the document in full.

These Requests encompass documents in your possession or control, or gathered at your request or on your behalf.

If any information or data requested appears in any document, you shall produce the entire document containing such information or data including any exhibits, attachments, revisions, enclosures, amendments, or drafts to such document.

If, in the response to any Request, there is any document requested which is not produced because of a claim of privilege or for any other reason, please note such failure to produce as an objection to the Request and comply with the Request to the extent it is not subject to the objection.

You shall supplement your responses to these Requests in accordance with your duty at law if documents encompassed by these Requests subsequently come into your possession, custody, or control.

## Definitions

As used herein, the following terms have the following meanings:

A.     "Unitronics" shall mean Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. and all of their predecessors, successors, assigns, divisions, subsidiaries, affiliated corporations, or other entities controlled or under common control by them and the present and former directors, members, officers, employees, agents, accountants, attorneys, representatives, insurers, reinsurers, or other persons acting or purporting to act on its behalf.

B.     "Defendant" or "You" means Samy Gharb.

C.     "This Action" shall mean the civil litigation action styled as *Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. v. Samy Gharb*, in the United States District Court for the District of Columbia, Civil Action File No. 1:06-cv-0027-RMC.

D. "Defendant's Answer" shall mean Defendant's letter entered into the record of this litigation action styled as *Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. v. Samy Gharb*, in the United States District Court for the District of Columbia, Civil Action File No. 1:06-cv-0027-RMC on March 2, 2006 despite the fact that Plaintiffs do not consider Defendant's letter to be any type of answer or responsive pleading as contemplated by Fed. R. Civ. P. 7, 8, or 10.

E. "'654 Patent" shall mean the United States Patent No. 6,552,654.

F. "PLCs" shall mean programmable logic controllers.

G. "Person" or "individual" shall mean and include any natural person, firm, partnership, trust, estate, association, corporation, proprietorship, joint venture, governmental body, governmental agency or commission, or any other incorporated or unincorporated association, organization, or entity whether or not recognized as such by law.

H. "Date" shall mean the exact day, month, and year, if ascertainable, or if not, the best approximation thereof, including the relationship to other events.

I. "And" and "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of these Interrogatories any information that might otherwise be construed to be out side their scope.

J. "Relate(s) to" or "relating to" shall be construed to include "refers to," "summarizes," "constitutes," "contains," "studies," "analyzes," "considers," "explains," "mentions," "shows," "discusses," "describes," "comments upon," "reports," "states," "recounts," "recites," "refutes," "details," "clarifies," "evidences," "reflects," "concerns," or "memorializes."

K.  "Document" shall be used in their broadest sense and shall mean and include all written, printed, typed, recorded, or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto.

L.  "Communication" shall mean any verbal or written exchange of information between any persons or entities, including, but not limited to, verbal conversations, telephone calls, letters, electronic mail, facsimiles, memorandums, recordings, reports, telegrams, telecopier messages, telex messages, exhibits, attachments, enclosures, drawings, and other documents as defined herein, which relate in any way to such conversations.

## Requests for Production of Documents

1.  Please produce all documents identified in or related to your responses to Plaintiffs' First Continuing Interrogatories.

2.  Please produce all documents relating to the development of the subject matter of the '654 Patent.

3.  Please produce all documents relating to any disclosure or use of the subject matter of the '654 Patent.

4.  Please produce all documents relating to any development or testing of the subject matter of the '654 Patent.

5.  Please produce all documents relating to any change made or contemplated in the design of the subject matter of the '654 Patent.

6.  Please produce all documents relating to any application for the '654 Patent including but not limited to any communication pertaining to the filing and prosecution of the application leading to issuance of the '654 Patent or any corresponding foreign applications.

7. Please produce all documents relating to any communication between you and any person relating to any prior art patents, publications, offers for sale and public uses relating to the subject matter of the '654 Patent or any corresponding foreign applications.

8. Please produce all documents relating to any investigation, report, or study as to novelty, patentability, scope, validity, infringement, inventorship, or enforceability of the '654 Patent or the applications upon which said patents are based including but not limited to all items of prior art and all facts located or identified in each such investigation, report, or study and all documents referring to, incorporating, or evidencing each such investigation, report, or study.

9. Please produce all documents relating to Unitronics, including but not limited to any product manufactured or sold by Unitronics which you allege infringes the '654 Patent.

10. Please produce any correspondence, memo, notes, writing or recordings of your communications with any persons at Unitronics or its distributors regarding infringement of the '654 Patent.

11. Please produce any correspondence, memo, notes, writing or recordings of your communications with any persons other than Unitronics or its distributors wherein you have asserted infringement of the '654 Patent.

12. Please produce all documents relating to any study, report, or opinion prepared by you or for you concerning past, present, or future infringement by others of the '654 Patent.

13. Please produce all documents relating to any product you manufacture or sell which incorporates the claims or subject matters of the '654 Patent.

14. Please produce all documents relating to any lawsuit, arbitration, or other dispute resolution proceeding to which you have been a party and in which novelty, patentability, scope,

validity, infringement, inventorship, or enforceability of the '654 Patent has been an issue or a claim.

15.  Please produce all documents relating to the operation of any product you manufacture or sell which you contend includes the claims or subject matters of the '654 Patent including but not limited to operating manuals, technical manuals, product specifications, drawings, flow charts, schematic diagrams, and block diagrams.

16.  Please produce all documents relating to the conception, reduction to practice, research, design, development, or testing of any product you manufacture or sell which you contend includes the claims or subject matters of the '654 Patent.

17.  Please produce all documents relating to the dates on which you first learned of Unitronics' products commonly known as PLCs, specifically the M90 GSM and M91 GSM.

18.  Please produce all documents relating to any evaluation, study, or investigation by you of Untironics' products commonly known as PLCs, specifically the M90 GSM and M91 GSM, including opinions of the validity, scope, or enforceability of any of the claims of the '654 Patent or the infringement or the noninfringement of any of the claims of the '654 Patent.

19.  Please produce all documents which refer or relate to ownership or exclusive licensing of the '654 Patent.

20.  Please produce all documents relating to any offer for sale in the United States of the subject matter of the '654 Patent.

21.  Please produce all documents relating to the date on which the subject matter of the '654 Patent was first described in a printed or written publication.

22.  Please produce all documents relating to the date on which the subject matter of the '654 Patent was first put in public use in the United States.

This 27th day of June. 2006.

                              Respectfully submitted,

                              _/s/ Glenn J. Perry_____
                              Glenn J. Perry
                              D.C. Bar No. 278630

                              SMITH, GAMBRELL & RUSSELL, LLP
                              1850 M Street, N.W., Suite 800
                              Washington, DC 20036
                              (202) 973-2611

                              Attorney for Plaintiffs
                              Unitronics (1989) (R"G) Ltd., and
                              Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Unitronics (1989) (R"G) Ltd.,** and **Unitronics, Inc.** <br><br> Plaintiffs, <br><br> v. <br><br> **Samy Gharb,** <br><br> Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS as required by this Court's Scheduling Order using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland
Tel: 00410792951584

This 27th day of June, 2006.

                                            /s/ Glenn J. Perry
                                            Glenn J. Perry
                                            D.C. Bar No. 278630
                                            Smith, Gambrell & Russell, LLP
                                            1850 M Street, N.W., Suite 800
                                            Washington, DC 20036
                                            Telephone: 202-973-2611
                                            Fax: 202-263-4311
                                            Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.