Dated on 23/06/2006

Samy Gharb

P.o Box 5066

8045 zurich Switzerland

Defendant

and

UNITRONICS LTD‹

Civil Action File No.:1:06-cv-0027-RMC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

District Judge
Dear / Ms Rosemary M COLLYER

I would like to inform your highness that UNITRONICS (1989) (R"G) LTD., and UNITRONICS, INC . produce and sale The M90/M91 PLC with GSM in USA since 2001 and without international patent or USA patent to prove that they are the founder of that Technology invention or that invention belongs to them more over that Technology ( The M90/M91 PLC with GSM ) is an invention and is protected by USA patent and the only owner of that USA invention patent holder is (SAMY GHARB) the only USA PATENT high speed PLC (programmable logic controller ) with high speed GSM . I thank the lawyer of UNITRONICS for his letter and he wrote that UNITRONICS sale PLC (programmable logic controller ) in USA but he had forgotten to write with GSM and this is the fact that they make business against USA patent law . I have big evidence in this case which are the following sales , advertisements, photos and descriptions of the M90/M91 PLC with GSM products and the UNITRONICS company web site www.unitronics.com .also UNITRONICS make sales and advertisements throughout more than a hundred of companies in USA since 2001 which I enclose in this letter also UNITRONICS sale The M90/M91 PLC with GSM and win 500 US Dollars for every piece M90/M91 PLC since 2001 so I ask your highness to order UNITRONICS (1989) (R"G) LTD to pay me 20.000.000 US Dollars for the damage of my USA PATENT because UNITRONICS sale my Technology invention which is protected by USA patent since 3.6.1999 in the USA market .I ask your highness to put an end to this violation against my USA PATENT LAW.

USA PATENT HOLDER
   SAMY GHARB

**DATED ON 23/06/2006**

**THE FOLLOWING ARE UNITRONICS make sales and advertisements throughout more than a hundred of companies in USA since 2001 which I enclose in this letter also UNITRONICS sale The M90/M91 PLC with GSM .**



## Welcome to the M90/M91 zone



### What is the M90/M91?

The M90/M91OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.

The M90/M91-GSM can send and receive SMS messages, allowing you to monitor and control M90/M91-automated systems using your GSM cell phone, without having to approach the machine.

### What are its advantages?

User-Friendly Operator Interface

Unlike traditional 'blind' PLCs, the M90/M91 enables the operator to easily change program parameters via the HMI operating panel.  The numeric keypad can be used to enter and modify variable application data--such as cutting length, timers, production quantities & part numbers.
The LCD screen display can be used to monitor I/O status, timers, communication status, analog input and counter values.

A Model to Suit Any Application

Unitronics produces the M90/M91 in 12 models encompassing a variety of features: digital/analog/temperature measurement onboard I/Os, shaft-encoders and high-speed I/Os, CANbus/RS232/485 communications, real-time/date control, and the ability to hook up to 8 I/O expansion modules to a single M90/M91 controller.



Easy Programming

U90 Ladder software provides a Windows environment for the creation of both the PLC Ladder control program, and the HMI operator interface. This saves you the time and effort of programming the HMI and PLC in 2 separate environments.

The All-In-One Package

The complete M90/M91 package includes the M90/M91, U90 Ladder software, program download cable, mounting hardware, and manual.

See the complete M90/M91 line



## Contact us : www.unitronics.com

## Unitronics Headquarters
## P.O.B 300, Ben Gurion Airport, 70100, Israel
## Tel: 972-3-977 88 88
## Fax: 972-3-977 88 77



# MiniPLC+HMI with GSM/GPRS/modem communication

## M90 PLC with GSM/SMS

**M90** is a low cost PLC with integrated row display and keypad. M90 is programmed with IEC-1131 type standard PLC language using a PC: all PC programming tools and cables are included into the M90 delivery package and price. M90 has special commands for wireless SMS sending/receiving metering, alarms, reporting, set values etc.). The unit can be re-programmed remotely with GSM-data or cable modem connection. Model **M91** is developed for vehicle and other demanding objects with system battery back-up and other advance features.

- max 64 I/O, digital/analog, PT, high speed counter input/output
- memory 24k
- RS232/485 port, CAN-bus, real-time clock
- 96x96x64 mm, row display, keypad 15 keys



I/O-controls, metering



## V120, 230, 260, 280 GPRS PLC

V-serie consists of compaq PLC units with gpraphic display and keypad or touch screen. All models have advance communication and interface features for SMS, GSM-data and cable modems and the PLC software between models is compliant. V-models may interface into GPRS-use for real time wireless communication - the V-models can establish and monitor the GPRS-connection, handle IP-addressing etc.

- max 150 I/O, digital/analog, PT, high speed input/output
- memory 96k
- 2 x RS232/485 port, Modbus, CAN-bus

 

V120  128x64 pixels display, keypad 16 keys, 96x96x64 mm.     V230  128x64 pixels display, keypad 24 keys, 194x155x60,5 mm

 

V260  240x64 pixels display, keypad 33 keys, 260x155x72 mm.   V280  320x240 pixels display, touch screen, 260x155x72 mm




SMS
GSM-data
GPRS
Cable modems

Klinkmann sw, HMI, Excel etc.

LAN etc.

**M90/91 and V-models** communicate 2-way to mobile phones and/or PC with GSM/GPRS-modem using Klinkmann SMS/GSM-data/GPRS software to manage and transfer wireless data locally and/or to other applications like SCADA, reporting etc. with open interface.





www.klinkmann.com

**DATED ON 23/06/2006**

http://www.emc.co.nz/Articles/uni_vision260_nl0502.htm

<u>**Article ex EMC News April / May 2002**</u>



# Vision 260 OPLC
## Graphic Operator Panel and Programmable Logic Controller

Greater graphics and text capability are the key features of the new V260 - the latest model in Unitronics Vision Series of OPLCs.

The Vision Series is a compact PLC with on-board I/Os and a versatile Graphic Operator Interface.

Vision's integral HMI panel contains a graphics-ready LCD and function keyboard. This enables you to use graphic images and bar graphs to represent real-time variable data, create and show text instructions, and to display actual run-time system data.

The operator uses the 24 or 33 key customisable keyboard to enter or modify system data.

Vision's on-board I/Os offer 16/3 D/A inputs including HSC/shaft-encoders/frequency measurers, and 10/4 relay/transistor outputs including PWM.

When hooked up to Unitronics' I/O Expansion Modules, the Vision series supports an additional 128 I/Os.

**Programming**

One-stop VisiLogic programming enables you to build both HMI and PLC applications in a single environment.

Click-and-drop contacts, coils, and functions into your Ladder; structure your control application using Modules and Subroutines.

Design up to 60 HMI Displays on an LCD replica, assign key functions; then download and test your programme.

Vision OPLCs offer 2 x RS232 ports, networking, and real time clock.

**About Unitronics**

Unitronics Industrial Automation Systems has been producing PLCs, automation software and accessory devices since 1989.

Unitronics' OPLC controller series combine full-function PLCs and HMI operating panels into single, compact units which are programmed in a single, user-friendly environment.

Unitronics clients save I/O points, wiring, space, and programming time; elements that translate directly into cost-efficiency.

## The Vision package includes:

- PLC with graphic HMI
- Snap-in I/O module (optional)
- Programming software
- Mounting hardware
- Connectors
- Extra set of key labels







- Communication cable
- User guide

## Vision 230 and 260 - features at a glance

**The PLC with Snap-in I/Os**
- 16 Digital Inputs
- 3 Analog Inputs
- 10 Relay Outputs
- 4 Transistor Outputs
- Windows-based Ladder Logic software
- Program size: 16Kword
- Execution time: $0.5\mu$sec for bit operations

**The Graphical HMI**
- Displays images and text according to run-time conditions
- Graphic Display Screen
  V260: 240 x 64 pixels
  V230: 128 x 64 pixels
- 100 user-designed displays per typical application
- Text messages:
  V260: Up to 8 lines x 40 characters
  V230: Up to 8 lines x 22 characters
- Hundreds of user-designed graphic images can be implemented in one application
- Customisable keyboard
- LCD illuminated screen

**Communication**
- 2 RS232 ports
- RS485 port (optional)
- CANbus port
- MODBUS, Master-Slave
- GSM/SMS Support

**An Integrated HMI:**
  **a built-in advantage**
- Program both PLC and HMI in a single environment
- Eliminates PLC-HMI communication
- Saves I/O points, reduces hardware
- Simplifies assigning functions to keys and data entry via the keyboard
- Requires less wiring and less space

**Networking:**
  **Powerful Distributed Control**
  **MODBUS via RS485 / RS232**
  Use RS485 / RS232 to create a multi-device network. Establish master-slave communications among Vision OPLC units and any connected device that supports the MODBUS protocol.
  **CANbus Networking**
  Integrate up to 63 units of Vision 230, 260 and Unitronics M90 OPLC units into an efficient high speed network.
  Use the M90 as a smart remote I/O.
  **OPC / DDE Server via RS232**
  Use RS232 to gain PC access to your Vision OPLC network. Unitronics OPC/DDE server enables the Vision 230 / 260 to exchange data with any Windows-based application.

## Control your system via cell phone and the GSM network



**Remote monitoring:**
The Vision OPLC can send / receive SMS messages to / from a GSM cell phone in response to any user-defined event.

**Remote trouble-shooting:**
Send SMS messages from your GSM cell phone to monitor and modify set-points or run-time parameters in your system.

**The GSM-enabled Vision OPLC:**

- Sends/receives SMS messages containing both fixed text & variable data
- Sends messages to 8 different phone numbers
- Can route different messages to different phone numbers
- Sends emails with messages and data
- Protects your system: prevents    nauthorized callers
- Auto-acknowledges received messages
- Answers data requests from your cell phone

**Remote access via GSM / phone-line modem**

Use a GSM, CDPD or a standard modem to trouble-shoot & programme a remote Vision OPLC.
Connect your Vision 230 / 260 to a GSM or standard landline modem to:

- Download, upload or debug the Vision 230 / 260 programme from remote locations.
- View real-time parameter-data on your office / portable PC, as the system runs.
- Send / receive SMS messages while on-line – an exceptional debugging capability

More information on Unitronics range of combined PLC and Operator Panels

**DATED ON 23/06/2006**
http://www.emc.co.nz/Articles/uni_vision120_nl0602.htm



# Unitronics Vision 120 - integrated Graphic
## Operator Panel and PLC

## Unbeatable package -
## low cost, high speed / universal inputs, large memory, compact . . .

Vision 120, Unitronic's latest release in their Vision Series, combines a small, but powerful PLC with a high-resolution graphic LCD display at an incredible price.

Each model offers a unique on-board I/O configuration comprising up to 24 I/Os (expandable) with high-speed counters / shaft-encoders.

Options include PT100 / thermocouple inputs and high-speed PWM outputs.

MODBUS, GSM/SMS and other advanced communication capabilities are standard.

Both the PLC and HMI applications are programmed in user-friendly Ladder Logic. PLC programming includes a Function Block library for easy implementation of complex tasks.

The Graphic Operator Panel enables the display of hundreds of user-designed images and text messages, to represent real-time values.

The integrated device reduces programming time, saves I/O points, space, installation cost - and PLC-HMI communication is built-in.



*The Vision 120 package includes software, manual, cable and connectors*

## PLC features:

- Onboard Inputs: Digital (including encoders), Analogue, PT100 or Thermocouple

- Onboard Outputs: Transistor or Relay, including high-speed / PWM

- Up to 128 additional I/Os, via a variety of expansion modules

- Two RS232/485 ports

- Windows-based Ladder Logic software

- Ladder code memory: 96K

- Execution time: 0.8$\mu$sec for bit operation



*GSM / SMS Control*

### Special Introductory Prices

The 3 models in the Vision 120 Series offer exceptional value. Take a look at the special 'net' introductory prices below - where else can you obtain a PLC and Graphics Operator Panel package at such an economical cost?

**Model V120-12-R1**
10 Digital Inputs
6 Relay Outputs
1 Analogue Input

Introductory Price:
only $995 +GST

**Model V120-12-R2C**
10 Digital Inputs

Introductory Price:

- Mounting: Panel or DIN-rail

## HMI Features:

- Display images, text and bar-graphs according to run-time conditions

- Up to 255 user-designed displays

- 16 variables per display; up to 150 messages / images can be linked to each variable

- Use hundreds of images in one application

- Graphic display screen: 128 x 64 pixels

- Text messages: Up to 8 lines x 22 characters

- LCD illuminated screen

- 16-key keypad

6 Relay Outputs
2 Analogue Inputs

**Model V120-12-UN2**
10 Digital Inputs
12 Transistor Outputs
2 Universal Inputs
(PT100 / Thermocouple /
Analogue / Digital)

Introductory Price:
only $1230 +GST

## Networking and Communication



*MODBUS, OPC Server/DDE Server,
CANbus, Additional Protocols*

**DATED ON 23/06/2006**



www.klinkmann.com


Industrial Automation Systems

## PLC product family M90/91, Vision 120, Vision 200 Series

- PLC and HMI in same package
  good communication features
    - local communication: CANbus, Modbus,
      ethernet, serial, programmable serial
      (outside devices like scales)
    - remote: phone modems, internet
    - wireless: SMS, GSM-data, GPRS

- delivery package include everything:
  PLC, PC software + cable,
  installation accessories

- package € 202,- includes:
  M90 PLC (16 D in, 6 D out, 1 A in)
  and PC software



€ 202,- M90 and PC-software/cables

---

**KLINKMANN**
www.klinkmann.com

**unitronics**
Industrial Automation Systems

## Features table

| | M90/91 | V120 | V200-series | |
|---|---|---|---|---|
| HMI display | text | graphic | graphic (touch also) | |
| keypad, alpha-num. | yes | yes | yes | |
| I/O, per substation | max 56 | max 160 | max 160 | M90/91 |
| digital I/O | yes | yes | yes | |
| analog, thermo I/O | yes | yes | yes | |
| high-speed counters | yes | yes | yes | V120 |
| PID | yes | yes | yes | |
| RS232/485 interface | yes | yes | yes | |
| CAN bus | yes | yes | yes | V230 |
| Modbus | - | yes | yes | |
| Ethernet | - | - | yes | |
| | | | | V260 |
| SMS, GSM-data | yes | yes | yes | |
| GPRS | - | yes | yes | |
| Wonderware sw interface supported | yes | yes | yes | V280 |

 

www.klinkmann.com

## M90 Controller



- PLC with operator panel. Five different models
- Varies amount of inputs and outputs depends on selected model (transistor, rele, analog)
- One RS-232 serial port
- GSM Data and SMS support (not M90-T)
- Four programmable PID regulators (not M90-T)
- Ladder - programmable
- High speed inputs and outputs
- Real time Clock function
- IO expandable up to 8 IO modules (not M90-19-B1A) - recommended up to 64 Ios
- Standard PLC programming



---

KLINKMANN    unitronics

www.klinkmann.com

## M91 Controllers

 

- PLC with operator panel. Seven different models
- Varies amount of inputs and outputs depends on selected model (transistor, rele, analog/Thermocouple/PT100)
- One RS-232/485 serial port
- GSM Data and SMS support
- Four programmable PID regulators
- Ladder - programmable
- High speed inputs and outputs
- Real time Clock function
- IO expandable up to 8 IO modules - recommended up to 64 Ios
- Fully battery backuped memory



**KLINKMANN**
www.klinkmann.com

**unitronics**
Industrial Automation Systems

## V120 Controllers



- PLC with graphical 128x64 pixel operator panel. Six different models
- Varies amount of inputs and outputs depends on selected model (transistor, rele, analog/Thermocouple/PT100)
- Two RS-232/485 serial port
- GSM-data and SMS support
- Eight programmable PID regulators
- Ladder - programmable
- High speed inputs and outputs
- Real time Clock function
- IO expandable up to 8 IO modules
- Fully battery backuped memory



**KLINKMANN**
www.klinkmann.com

**unitronics**
Industrial Automation Systems

## V200 Controllers - V230, V260 and V280

- graphic display and keypad
- up to 160 I/O per substation

- programmable serial ports for scales, bar code readers etc.

- CANbus, Modbus and Ethernet
- remote operation with phone lines and/or internet
- SMS, GSM-data and GPRS supported

Three main application areas:
1. as intelligent substation with HMI
2. as intelligent I/O for ethernet based data collecting incl. manual data inserting in the field (codes, information etc)
3. as serial device gateway (bar code readers etc) into LAN / Ethernet





LAN

Industrial
Ethernet
built-in

Vision 200
PLC CPU,
graphic display,
keypad

2 programmable
serial ports

Peripheral devices,
GSM/GPRS-modem

I/O's max 160 / unit

**V230**  128x64 pixels display, keypad 24 keys, 184x155x60,5 mm

**V260**  240x64 pixels display, keypad 33 keys, 260x155x72 mm

**V280**  320x240 pixels display, touch screen, 260x155x72 mm