

## KLINKMANN
www.klinkmann.com

**unitronics**
Industrial Automation Systems

### Expansion units 24 VDC

* IO-AI4-AO2      - 4 Analog Inputs, 2 Analog Outputs
* IO-AO6X      - 6 Isolated Analog Outputs
* IO-PT4      - 4 PT100 Inputs
* IO-ATC8      - 8 Analog/Thermocouple Inputs
* IO-DI8-TO8      - 8 Digital Inputs and 8 Digital Outputs
* IO-DI8-R04      - 8 Digital Inputs and 4 Relay Outputs
* IO-DI16      - 16 Digital Inputs
* IO-RO8      - 8 Relay Outputs
* IO-RO16      - 16 Relay Outputs
* IO-TO16      - 16 Digital Outputs
* EX90-DI8-RO8*      - 8 Digital Inputs and 8 relay Outputs

### Expansion units 12 VDC

* IO-DI8-TO8-L      - 8 Digital Inputs, 8 Transistor Outputs
* IO-DI8-RO4-L      - 8 Digital Inputs, 4 Relay Outputs
* IO-DI16-L      - 16 Digital Inputs
* IO-RO8L      - 8 Relay Outputs
* IO-RO16-L      - 16 Relay Outputs
* IO-TO16      - 16 Digital Outputs



## KLINKMANN
www.klinkmann.com

**unitronics**
Industrial Automation Systems

### Expansion units for Vision V200 series PLC (V230/260/280)

Normal sub I/O system

Snap I/O system

**V200-18-E1B**
3xAI, 16xDI, 4xTO, 10xRO

**V200-18-E2B**
2xAI, 2xAO, 16xDI, 4xTO, 10xRO

**V200-18-E3B**
4xAI/PT100/TC, 4xAO, 18xDI, 2xTO, 15xRO













http://www.accu-scale.com/industrial_control.html **DATED ON 23/06/2006**

## Networking

### MODBUS via RS485/ RS232

Use RS485/RS232 to create a multi-device network. Establish master-slave communications among Vision OPLC™ units and any connected device that supports the MODBUS protocol. Any Vision OPLC™ in the network may function as either master or salve.



### CANbus Networking

Integrate up to 63 units of Vision OPLC™ and M90/M91 OPLC™ units into an efficient high-speed network. Use the M90/M91 as a smart remote I/O.



### OPC Server / DDE Server via RS232

Use RS232 to gain PC access to your Vision OPLC™ network. Unitronics OPC/DDE server enables the Vision OPLC™ to exchange data with any Windows-based application.

^Top



### Additional Communication Protocols

The "Protocols" FB enables Vision OPLC™ to communicate with a broad variety of external devices, such as bar-code readers, printers and servos.



## Ethernet

^Top

Use your factory's existing LAN wiring to implement stable, high-speed control. Ethernet, the universal COM standard, is now embedded in Vision™ controllers*. Ethernet enables MODBUS commands to run over TCP/IP.

**Via an Ethernet port and easy-to-use Ladder function blocks, Vision OPLC™s can :**



♦ Exchange data, PLC to PLC

♦ Access external slave devices that support
 MODBUS over TCP/IP

♦ Implement PC access via SCADA.

♦ Acquire data from remote Vision units networked into
 Internets, and wireless LANs

♦ Boost your connectivity by using dedicated IP addresses and
 access /program remote Vision PLCs via the Internet

## SMS Controlls

^Top

### Remote Control via GSM

**Remote monitoring :** Unitronics' M90/M91 and Vision OPLC™ Series can send/receive SMS messages to/from a GSM cell phone in response to any user-defined event.

**Remote trouble-shooting  :**  Receive/send SMS messages from/to your GSM phone to monitor and modify set-points or run-time parameters in your system.

### The GSM-enabled Vision OPLC™

◆ Sends and receives SMS messages containing both fixed text and variable data

◆ Sends messages to 6-8 different GSM cell phones

◆ Can route different messages to different phone numbers

◆ Protects your system : prevents unauthorized callers

◆ Auto-acknowledges received messages

◆ Answers data requests from your cell phone

◆ Contains up to 1k of user-defined messages



## Remote Access

^Top

**Use your PC to access remote OPLC™ units, via network connections & GSM/landline modem**

◆ Download, upload, or debug remote PLC's Ladder programs

◆ Operate the controller's panel via remote PC

◆ View real-time parameters



**Use Stand-alone Remote Access software to :**

◆ View and operate several controllers on your PC  screen, simultaneously, in real-time

◆ Read, write, and store online operand alues—plus    database values

◆ Run, reset, or initialize a remote controller

Remote Access runs independently of the Ladder software, and hence protects your program from unauthorized users.

^Top

**Data Export**

This powerful software utility captures PLC application data, then exports it to Excel files for processing.

Data is exported according to a user-defined schedule.

**Use the DataXport PC software to :**

◆ Log PLC data to Excel according to a date/time-based schedule

◆ Simultaneously log data from one or more Unitronics PLCs, whether networked or stand-alone

◆ Access PLCs and log data either directly, via network, or via GSM/landline modem connection

◆ Pull data manually, to view current parameter status

## M90/M91 PLC

Unitronics' profound belief in the importance of usability led us to create an industry first: a PLC provided with an integrated operator interface.

The result is a new generation of PLCs :
the OPLC™. Our OPLC™ controller series combine Operating Panels & Programmable Logic Controllers into a single unified device, easy to program and easy to operate.



The M90/ M91 and Vision OPLC™ Series are prime examples of the OPLC™ philosophy. Our most recent Vision OPLC™ feature is Ethernet connectivity. Ethernet enables data exchange–PLC-to-PLC, and PC-to-PLC–over an enterprise's existing LAN wiring.

The OPLC™ operating panels contain a display screen & keyboard. The display screen is used to display messages, so that the PLC can communicate with the operator overseeing the automated process. The keyboard is used to enter information into the system & to initiate functions, so that the operator can communicate with the PLC running the automated process. Unitronics' offers a full line of OPLC™ devices, devices that can handle any automated process. Great ideas always seem so simple...after the fact.

^Top

## The M90/M91

### What is the M90/ M91 ?

The M90/M91OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.



The M90/M91-GSM can send and receive SMS messages, allowing you to monitor and control M90/M91-automated systems using your GSM cell phone, without having to approach the machine.

### What are its advantages?

#### User-Friendly Operator Interface

Unlike traditional 'blind' PLCs, the M90/M91 enables the operator to easily change program parameters via the HMI operating panel. The numeric keypad can be used to enter and modify variable application data—such as cutting length, timers, production quantities & part numbers.



The LCD screen display can be used to monitor I/O status, timers, communication status, analog input and counter values.

#### A Model to Suit Any Application

^Top

Unitronics produces the M90/M91 in 12 models encompassing a variety of features: digital/analog/temperature measurement onboard I/Os, shaft-encoders and high-speed I/Os, CANbus/RS232/485 communications, real-time/date control, and the ability to hook up to 8 I/O expansion modules to a single M90/M91 controller.



#### Easy Programming

U90 Ladder software provides a Windows environment for the creation of both the PLC Ladder control program, and the HMI operator interface. This saves you the time and effort of programming the HMI and PLC in 2 separate environments.

#### The All-In-One Package

The complete M90/M91 package includes the M90/M91, U90 Ladder software, program download cable, mounting hardware, and manual.

## Vision Series

^Top

### What is the Vision Series?

The **Vision Series** is an innovative series of PLCs (Programmable Logic Controller) with built-in graphical operating panel or touch-panel, on-board or snap-in I/Os and powerful networking features.

The Vision series includes the Vision10™, Vision230™, Vision260™, Vision280™ and Vision290™ OPLC™s.

A **Vision** PLC contains a graphical LCD screen or graphical LCD touchscreen (model dependent), and full numeric keypad (a virtual keyboard in V290) for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad, the "touchable" images/texts and the virtual keyboard to enter data into the system and to initiate functions.



### What are its advantages?

### User-Friendly Operator Interface

Unlike traditional 'blind' PLCs, a **Vision** PLC enables the operator to easily change program parameters via the HMI operating panel. The numeric keypad can be used to enter and modify variable application data–such as cutting length, timers, production quantities & part numbers.

The LCD screen display can be used to graphically monitor I/O status, timers, communication status, analog input and counter values.

^Top



### A Configuration to Suit Any Application

**Advanced features and communication options**

All *Vision* models include 8 independent PID loops, a 120K smart database and other features that reduce hardware and save time. Communication options include Ethernet, GSM/SMS support, MODBUS (Master/Slave), modem access and easy access to external devices such as servos, printers, SCADA systems and bar-code readers.

**Easy Programming**

**The Vision Package**

The complete *Vision* package includes one **O**PLC™, the *VisiLogic*™ Ladder software, a program download cable, mounting hardware, and a printed user guide.

## Applications

**Perfect small machine control for any application**

- Barrier control
- Compressors
- Press Control
- Pump management
- Security systems
- Conveyor belts
- Oven Control
- Time-controlled lighting
- Control via GSM
- Building & environment control
- Irrigation
- Packaging

## Data Collections

## PID Loop

## HMI

## Contact us :

**Corporate Office**

**DATED ON 23/06/2006**

**Unitronics products :DATED ON 23/06/2006**

# Unitronics M90/ M91 OPLC™: Micro PLC with Text HMI

The M90/ M91 OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.



The M90/ M91 offers a variety of expandable onboard I/ O configurations, a two 16-characters text lines LCD and keypad (one line in the M90 models). 12 convenient models make the M90/ M91 the perfect control solution for applications such as water treatment, alarm systems, traffic signal control, automated production, process control (thermal, level, pressure), and many more.

**Communication options for the M90/M91:**
- **GSM/SMS:** use your GSM cell phone to implement real-time remote control in your application. Send SMS messages from your GSM phone to monitor and modify set-point or run-time parameters, or to request data from your system. The M90/ M91 can send SMS messages to your GSM cell phone to notify you of system faults.
- **Remote access utilities:** use your PC to access remote M90/ M91 units, via network connections & GSM/Landline modem. The Remote Access utilities are available either via the Ladder Logic program or independently.
- **MODBUS:** (M91 only) use MODBUS to create a multi-device network, and establish master-slave communication between M91 OPLC™ units and any connected device that supports the MODBUS protocol.
- **CANbus:** Use Unitronics' CANbus protocol to integrate up to 63 units into one high-speed network. The network can include any of Unitronics CAN supporting models.
- **RS232/RS485:** (RS485 is a feature of the M91 line) Use the RS232/ RS485 port to gain PC access to stand-alone and networked controllers, to communicate with external serial devices or to implement MODBUS commands (in M91 only)

- **OPC servers:** Unitronics OPC/ DDE Server enables the OPLC™ to exchange data with any Windows-based application.
- **DataXport:** this powerful software utility logs PLC application data to Excel, according to a date/time-based schedule.

### The M90/M91's operator panel:
The integral HMI cuts programming time, wiring and cabinet space. Use the operator panel to:
- Display conditional messages- multilingual support
- Insert data via the M90/ M91 keypad
- Show time, date, bit status, timer and integer values (up to 64 HMI variables)
- Display up to 80 user-designed screens
- Add display power: "List" variables add up to 2K's worth of HMI capacity
- View I/O status, integer values and system data via Info mode

### Special features of the M90/M91 OPLCs™:
- Shaft-encoder Inputs, High-speed Outputs and Temperature - onboard (model dependent)
- Temperature and weight measurement via expansion modules
- 4 PID loops, Auto-tune is provided via an external PC application
- Print utility via RS232
- Click-and-mark time based control
- Scroll between recipes via the "List" variable
- Full source upload
- 1024 integers database