**DATED ON 23/06/2006**



**UNITRONICS (1989) (R"G) LTD.**

PRESS RELEASE

Airport City, Israel,

November 11, 2004

***For Immediate Release***
### Interest Rate for Unitronics' Debentures (Series 1) First Period Interest Payment

Airport City, Israel – May 31, 2004 - Unitronics published the attached Immediate Report pursuant to the requirements of Israeli law, in connection with the payment of interest for Unitronics' Debentures (Series 1) due for the first period of interest.

**About Unitronics**
*Unitronics (1989) (R"G) Ltd. is an Israeli company that designs, develops, produces and markets Programmable Logic Controllers (PLCs), the computer 'brains' that enable control of automated production lines, storage systems and machines. Unitronics' products include controllers designed to enable bi-directional man-machine interaction through simple user-friendly interface (including integrated graphic operator interface), as well as products embedded with Internet and Intranet capabilities, intended for remote diagnostics and communications on the Internet and Ethernet/LAN levels, and GSM enabled PLC's designed to allow remote control and m-commerce solutions. Unitronics' international distribution network composes of in excess of 50 distributors spanning Europe, America, Israel and the Far East, as well as in excess of 60 sales representatives in most of the states of the USA, whose efforts are coordinated and supported through Unitronics' wholly owned US subsidiary, Unitronics, Inc..*

For more information you can contact Eyal Saban, Vice President and Chief Technology Officer on +972 3 977 8888; or Patrick Valkenberg, PR Force, at tel. +32 2 713 07 21 or by email 'pvalkenberg@prforce.com'.

This press release contains certain forward-looking statements and information relating to the Company that are based on the beliefs of the Management of the Company as well as assumptions made by and information currently available to the Management of the Company. Such statements reflect the current views of the Company with respect to future events, the outcome of which is subject to certain risks and other factors which may be outside of the Company's control. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results or outcomes may vary materially from those described herein as projected, anticipated, believed, estimated, expected or intended

**Unitronics (1989) (R"G) Ltd.**

Re: **An immediate report concerning the interest rate with respect to the first period interest payment for the Company's Debentures (Series 1)**

We hereby announce, that the interest rate with respect to the first payment of interest (i.e., for the period commencing on May 21, 2004 and ending on November 22, 2004), on the unpaid principle sum of the Company's outstanding debentures (series 1) which were offered pursuant to the Company's Israeli prospectus dated May 12, 2004 (the "Prospectus"), is – 2.042%, based on an (annual) LIBOR interest rate (for the period of six (6) months - as defined under Section 2.7.2.2 of the Prospectus) of 1.625% plus 2.5% per annum.

Unitronics (1989) (R"G) Ltd.

Nw004984

דוח מיידי - שיעור הריבית חלק 1

**DATED ON 23/06/2006**

# Unitronics, Inc.
Unitronics' profound belief in the importance of usability led them to create an industry first: a PLC provided with an integrated operator interface.

The result is a new generation of PLCs: the OPLC™. Unitronics' OPLC™ controller series combine Operating Panels & Programmable Logic Controllers into a single unified device, easy to program and easy to operate.

The M90 and Vision OPLC Series are prime examples of the OPLC™ philosophy. Unitronics' most recent OPLC™ release is the Vision120™ Palm-sized PLC & Graphic Operator Panel—a high-tech solution that fits all budgets.

The operating panels contain a display screen & keyboard. The display screen is used to display messages, so that the PLC can communicate with the operator overseeing the automated process. The keyboard is used to enter information into the system & to initiate functions, so that the operator can communicate with the PLC running the automated process.

Unitronics' offers a full line of OPLC™ devices, devices that can handle any automated process. Great ideas always seem so simple...after the fact.

## ※ M90 Micro-OPLC

### What is the M90?
The M90 OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.





The M90-GSM can send and receive SMS messages, allowing you to monitor and control M90-automated systems using your GSM cell phone, without having to approach the machine.

### What are its advantages?
#### User-Friendly Operator Interface
Unlike traditional 'blind' PLCs, the M90 enables the operator to easily change program parameters via the HMI operating panel. The numeric keypad can be used to enter and modify variable application data--such as cutting length, timers, production quantities & part numbers. The LCD screen display can be used to monitor I/O status, timers, communication status, analog input and counter values.

### A Model to Suit Any Application
Unitronics produces the M90 in 7 models encompassing a variety of features: digital/analog onboard I/Os, shaft-encoder, CANbus/RS232 communications, real-time/date control, and the ability to hook up to 8 I/O expansion modules to a single M90 controller.

**Easy Programming**
U90 Ladder software provides a Windows environment for the creation of both the PLC Ladder control program, and the HMI operator interface. This saves you the time and effort of programming the HMI and PLC in 2 separate environments.

◆ **The All-In-One Package** The complete Vision package includes one OPLC, a snap-in I/O module (optional), the VisiLogic™ Ladder software, a program download cable, mounting hardware, and a printed user guide.

The Vision120™ series includes 3 models, with a variety of I/O configurations.
All models run off a 12/24VDC power supply, and offers the following features:

- PLC Side
    - Onboard Inputs: Digital (Including Shaft-encoders), Analog, PT100 or Thermocouple
    - Onboard Outputs: Transistor or Relay, including high-speed/PWM
    - Up to 128 additional I/Os, via a variety of expansion modules
    - 2 RS232/485 ports
    - Windows-based Ladder Logic software
    - Ladder code memory size: 96K
    - Execution time: 0.8µsec for bit operation
    - Mounting: Panel or DIN-rail
- HMI Side
    - Display images, text and bar-graphs according to run-time conditions
    - Up to 255 user-designed displays
    - 16 variables per display; 150 messages/images can be linked to each variable
    - Use hundreds of images in one application
    - Graphic display screen: 128x64 pixels
    - Text messages: Up to 8 lines x 22 characters
    - LCD illuminated screen
    - 16-key keypad
- Communication options: GSM/SMS, MODBUS, modem access, CANbus
- PID supports 8 independent loops

Current models available are:
**V120-12-R1** - 10 digital inputs, 1 analog input, 3 high-speed counter/shaft

**DATED ON 23/06/2006**

**B.W Rogers Co.**

380 Water St. (44308)     Phone: 330-762-0251
P.O. Box 1030              Fax: 330-762-5505
Akron, OH 44278           Email: akr.sales@bwrogers.com


7900 Empire Parkway       Phone: 330-468-1811          ISO 9001:2000

                           Fax: 330-468-2766

Macedonia, OH 44056       Email: mac.sales@bwrogers.com      Cert 006716


9799A Princeton-Glendale  Phone: 513-769-3553

                           Fax: 513-769-5355

Cincinnati, OH 45246      Email: cin.sales@bwrogers.com


175 West Goodale Blvd.    Phone: 614-464-2325

                           Fax: 614-464-1076

Columbus, OH 43212        Email: col.sales@bwrogers.com


5727 Webster St.          Phone: 937-454-0260

                           Fax: 937-454-0262

Dayton, OH 45414          Email: day.sales@bwrogers.com


27 US Highway 41 South    Phone: 270-826-8808

                           Fax: 270-826-8812

Henderson, KY 42420       Email: hen.sales@bwrogers.com


934 North Meridian Rd.    Phone: 330-799-5570

                           Fax: 330-799-8191





Unitronics designs, manufactures and markets quality PLCs for the global market.

Easy to use, efficient, and affordable, Unitronics' products have been automating processes and stand-alone applications since 1989.

Unitronics' OPLC™ controller series integrate PLCs and built-in operating panels into a single compact device. This unique PLC + HMI concept saves wiring, I/O points, and programming time.

OPLC™s provide rich functionality: seamless Ethernet, MODBUS, CANbus, SMS and other communication capabilities, PID control and more— features that boost your control power.

Vision OPLC™ controllers offer a

Graphic Display and keyboard, combined with a full-function PLC.

The palm-sized, competitively priced M90/M91 PLC series offers a programmable textual display. Both series are equipped with an expandable on-board I/O configuration.

New Ethernet connectivity, offered by the Vision Series, enables the enterprise's existing LAN wiring to be used for PLC-to-PLC and PC-to-PLC communication.

Vision and M90/M91 series controllers are GSM-enabled, able to communicate over wireless cellular telephone networks. Users can remotely monitor and control automated systems via a GSM cell phone.

**DATED ON 23/06/2006**

http://www.accessconsolidated.com/New_UT_040623.htm



# MAJOR RELEASE
## PID SERVER, LOADCELL I/O EXPANSION MODULES
## VISILOGIC 3.60, U90LADDER 3.81, REMOTE ACCESS 3.60, & DATAXPORT 1.00

Unitronics has announced a major market release. The release includes:

- **PID Server, a new PC PID auto-tune utility**

- **Two Loadcell I/O Expansion Modules**

- **VisiLogic 3.60, including GPRS modem communications and time-base Interrupt support**

- **U90Ladder 3.81, including full MODBUS Master/Slave communications**

- **Remote Access 3.60, now with Vision Downloader**

- **DataXport 1.00**

*PID Server*

| | |
|---|---|
| **Auto-tune PID loops** | The PID Server PC utility enables you to auto-tune PID loops for both the Vision and M90/91 controller series. Although it is installed as part of the VisiLogic/U90 Setup, PID Server runs independently of other Unitronics software.<br>PID Server tunes a PID loop by temporarily disabling the PLC's PID function, and tuning the loop while the PC controls the PID output. The new utility is located on the Tools menu in both VisiLogic and U90Ladder |

*Loadcell*

| IO-LC1, IO-LC2 (Vision only) | Unitronics has released two Loadcell I/O modules, intelligent I/O modules that are capable of receiving analog values directly from load cells. Each module is capable of providing excitation for up to 12 load cells. IO-LC1 offers 1 Loadcell input; IO-LC3 offers 3 Loadcell inputs. Both modules offer 1 PNP (source) input and 2 short-circuit protected PNP (source) outputs with optional set point action that is defined via software settings. Loadcell FB's enable you to include an I/O module that is connected to a loadcell or strain-gauge in your VisiLogic application. |
| --- | --- |

*VisiLogic 3.60*

| GPRS connectivity, new modem support | Unitronics' controllers now support GPRS, a wireless data transmission service offered by some cellular providers. When a Unitronics' PLC is connected to a GPRS modem, the PLC can establish a data connection with a remote PC connected to the Internet and transmit IP packets of data over the GPRS cellular network. You can then use your PC to access the PLC via VisiLogic, Remote Access or other communication .dll, as well as log PLC data via the DataXport utility. New modems supported by VisiLogic include GPRS modems Wavecom Tcp, and the Sony Ericsson GT47 (GPRS) modem which requires a special 5-pin connector. |
| --- | --- |
| 2.5 mS Interrupt Routine | This function is timed-based. The interrupt function causes the program scan to pause every 2.509 mSec. The interrupt causes the program to stop immediately without regard to the program scan, even if it occurs in the middle of a net. |
| Filter FB | Filter, located on the FB menu, enables you to take from 4 to 16 values and calculate an average.  You can influence the average by configuring the function to discard a user-defined number of maximum & minimum input values, and weight the average according to the order of the input values (FIFO). |
| Create Download file (Remote Access) | Use this to create .dvi download files, complete applications in a compressed format. .dvi files are used with Remote Access' Project Downloader utility. The Project Downloader makes it possible to install .dvi files in local or remote controllers—without using VisiLogic. |
| PID Function | The PID function has been modified:<br>•  Negative Slope control has been added.<br>•  The Deadband parameter has been removed.<br>Please note that, in existing applications, the changes may require you to modify the P, I, and D parameters. |

| Ladder Elements | • **New Element: IP to ASCII String (not supported for V120-12).**<br>• **Enhanced Elements:**<br> **- Num to ASCII now supports floating registers (not supported for V120-12).**<br> **- Load Last Display now handles a FIFO list of up to 24 displays.** |
|---|---|
| HMI New Features | • **SB 29 - Refreshes a Display variable, and sets Key Pad entry Completed.**<br>• **Key Pad entry for Display variables "List of Text" and "List of Images".** |

*U90Ladder 3.81*

| MODBUS New M91 feature | **MODBUS enables you to establish master-slave communications with any connected device that supports the MODBUS protocol, including SCADA systems. Any controller in the network may function as either master or slave using any of the controller's existing COM Ports. Unitronics currently supports RTU (binary) transmission mode.** |
|---|---|
| PID Function | **The PID function has been modified:**<br>• **Negative Slope control has been added.**<br>• **The Deadband parameter has been removed.**<br>**Please note that, in existing applications, the changes may require you to modify the P, I, and D parameters.** |
| Last received SMS number | **New SIs, 188 to 192, now store the number of the last SMS received by the controller.** |

*Remote Access 3.60*

| Program Downloader | • **The Program Downloader now supports Vision controllers. Downloader enables you to install control applications in local or remote controllers. These applications are in compressed format.** |
|---|---|
| PLC RAM Backup | • **You can read all PLC RAM values into an Excel file, and to write these Excel values into the PLC's RAM.** |

*DataXport 1.00*

| SMS: Force Call | **In addition to exporting PLC data according to schedule, you can now can force the PC to call a PLC and export the data by sending an SMS message to the PC's GSM modem.** |
|---|---|

**About Vision Series OPLCs and VisiLogic Software**

A Vision Series controller is a compact PLC with on-board I/Os and a Graphic Operator Interface. Vision's integral HMI panel contains a graphics-ready LCD and function keyboard. This enables you to use graphic images and bar graphs to represent real-time variable data, create and show text instructions, and to display actual run-time system data. The operator uses the 24-key customizable keyboard to enter or modify system data.

Vision's on-board I/Os offer 16/3 D/A inputs including HSC/shaft-encoders/frequency measurers, and 10/4 relay/transistor outputs including PWM. Hooked up to Unitronics' I/O Expansion Modules, Vision supports an additional 128 I/Os.

One-stop VisiLogic programming enables you to build both HMI and PLC applications. Click-and-drop contacts, coils, and functions into your Ladder; structure your control application using Modules and Subroutines. Design up to 60 HMI Displays on an LCD replica, assign key functions; then download and test your program.

Vision OPLCs offer 2 RS232 ports, networking, and RTC.

---------------------------------------------------------------------------------
---------------------------------------------------------------------------------



Multitechnic plc
(Geveke Industrial)
Woluwelaan 31
1800 Vilvoorde
TEL. 02.257.02.00
FAX. 02.257.02.02
info@multitechnic.be
VAT: BE-446.901.071
RPR Brussels

**DATED ON 23/06/2006**







Ea:

*VisiLog*
Wind
devisin
program
graphic

Fea

Unitronics are manufacturer of OPLC's. These are PLC's with integrated operator panel.



**Advantages:**

- very good price/quality proportion
- always for free software and downloadkabel
- software is Windows[R] ge?rienteerd and includes both PLC and ON targeting
- GSM technology have incorporated in the Operating systems of m. 90
- DDE server are for free supplied for the SCADA applications
- Canbus network technology stand up M90 - network to build



Multitechnic created address for Unitronics a specific e-mail.

- Low budget, high performance PLC's

- Unitronics go Dual link

- Vision 230: OPLC with graphic baffle

All your questions on:

**unitronics@multitechnic.be**



← Back to Company Directory

# Unitronics

**Member:** No

**Address:**

P.O. Box 300
Ben Gurion Airport, 70100 ISRAEL

**Phone:** +972-3-977 88 88
**Fax:** +972-3-977 88 77
**Web Site:** www.unitronics.com
**Contact:** Outside USA: export@unitronics.com
**Email:** usa.sales@unitronics.com

**Description:**

Unitronics designs, develops, produces and markets PLCs to automate
mass production lines.

| Product Name | Type | Connectivity | Product Description |
|---|---|---|---|
| Unitronics M90/M91 OPLC™ | Controller | Modbus | The M90/M91 OPLC™ is a micro-PLC with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions. The M90/M91 offers a variety of expandable onboard I/O configurations, a two 16-characters text lines LCD and keypad (one line in the M90 models). 12 convenient models make the M90/M91 the perfect control solution for applications such as water treatment, alarm systems, traffic signal control, automated production, process control (thermal, level, pressure), and many more. The M91 uses Modbus to |