| | | | |
|---|---|---|---|
| | | | create a multi-device network, and establish master-slave communication between M91 OPLC™ units and any connected device that supports the Modbus protocol. |
| Vision120™ | Controller | Modbus | The Vision120™ supports up to 128 I/Os, and has two RS232/RS485 COM ports. The Vision120™ Ladder software offers up to 448K of application memory and supports auto-tune multiple PID loops and Data Tables. Communication options include CDMA/GSM, Remote Access utilities, Modbus, CANbus and OPC server. |
| Vision230™ | Controller | Modbus, Modbus TCP/IP | The Vision230™ is a high-performance PLC with an integral graphical operator panel and keyboard. The PLC can handle up to 171 I/Os via Snap-in and Expansion modules. The Ladder software offers up to 1000K of application memory and supports auto-tune multiple PID loops and Data Tables. Communication options include TCP/IP Ethernet, GPRS/CDMA/GSM, Remote Access utilities, Modbus and CANbus. |
| Vision260™ | Controller | Modbus, Modbus TCP/IP | The Vision260™ is a high-performance PLC with an integral graphical operator panel and keyboard. The PLC can handle up to 171 I/Os via Snap-in and Expansion modules. The Ladder software offers up to 1000K of application memory and supports auto-tune multiple PID loops and Data Tables. Communication options include TCP/IP Ethernet, GPRS/CDMA/GSM, Remote Access utilities, Modbus and CANbus. |
| Vision280™ | Controller | Modbus, Modbus TCP/IP | The Vision280™ is a high-performance PLC with an integral touchscreen graphical operator panel and keyboard. The PLC can handle up to 171 I/Os via Snap-in and Expansion modules. The Ladder software offers up to 1000K of application memory and supports auto-tune multiple PID loops and Data Tables. Communication options include TCP/IP Ethernet, GPRS/CDMA/GSM, Remote Access utilities, Modbus and CANbus. |

| | | | |
|---|---|---|---|
| Vision290™ | Controller | Modbus, Modbus TCP/IP | The Vision290™ is a high-performance PLC with an integral touchscreen graphical operator panel. The PLC can handle up to 171 I/Os via Snap-in and Expansion modules. The Ladder software offers up to 1000K of application memory and supports auto-tune multiple PID loops and Data Tables. Communication options include TCP/IP Ethernet, GPRS/CDMA/GSM, Remote Access utilities, Modbus and CANbus. |

Print this page

Copyright © 2005 Modbus-IDA PO Box 628 Hopkinton, MA 01748. All rights reserved.

By using Modbus-IDA.org, you accept the terms of our visitor agreement and privacy policy.

----------------------------------------------------------------------------------
----------------------------------------------------------------------------------
-

http://www.accessconsolidated.com/New_UT_040623.htm **DATED ON 23/06/2006**



# MAJOR RELEASE
## PID SERVER, LOADCELL I/O EXPANSION MODULES
## VISILOGIC 3.60, U90LADDER 3.81, REMOTE ACCESS 3.60, & DATAXPORT 1.00

**Unitronics has announced a major market release. The release includes:**

- **PID Server, a new PC PID auto-tune utility**

- **Two Loadcell I/O Expansion Modules**

- **VisiLogic 3.60, including GPRS modem communications and time-base Interrupt support**

- **U90Ladder 3.81, including full MODBUS Master/Slave communications**

- **Remote Access 3.60, now with Vision Downloader**

- **DataXport 1.00**

*PID Server*

| Auto-tune PID loops | The PID Server PC utility enables you to auto-tune PID loops for both the Vision and M90/91 controller series. Although it is installed as part of the VisiLogic/U90 Setup, PID Server runs independently of other Unitronics software.<br>PID Server tunes a PID loop by temporarily disabling the PLC's PID function, and tuning the loop while the PC controls the PID output. The new utility is located on the Tools menu in both VisiLogic and U90Ladder |
|---|---|

*Loadcell*

| | |
|---|---|
| IO-LC1, IO-LC2 (Vision only) | Unitronics has released two Loadcell I/O modules, intelligent I/O modules that are capable of receiving analog values directly from load cells. Each module is capable of providing excitation for up to 12 load cells. IO-LC1 offers 1 Loadcell input; IO-LC3 offers 3 Loadcell inputs. Both modules offer 1 PNP (source) input and 2 short-circuit protected PNP (source) outputs with optional set point action that is defined via software settings.<br>Loadcell FB's enable you to include an I/O module that is connected to a loadcell or strain-gauge in your VisiLogic application. |

*VisiLogic 3.60*

| | |
|---|---|
| GPRS connectivity, new modem support | Unitronics' controllers now support GPRS, a wireless data transmission service offered by some cellular providers. When a Unitronics' PLC is connected to a GPRS modem, the PLC can establish a data connection with a remote PC connected to the Internet and transmit IP packets of data over the GPRS cellular network.<br>You can then use your PC to access the PLC via VisiLogic, Remote Access or other communication .dll, as well as log PLC data via the DataXport utility.<br>New modems supported by VisiLogic include GPRS modems Wavecom Tcp, and the Sony Ericsson GT47 (GPRS) modem which requires a special 5-pin connector. |
| 2.5 mS Interrupt Routine | This function is timed-based. The interrupt function causes the program scan to pause every 2.509 mSec. The interrupt causes the program to stop immediately without regard to the program scan, even if it occurs in the middle of a net. |
| Filter FB | Filter, located on the FB menu, enables you to take from 4 to 16 values and calculate an average. You can influence the average by configuring the function to discard a user-defined number of maximum & minimum input values, and weight the average according to the order of the input values (FIFO). |
| Create Download file (Remote Access) | Use this to create .dvi download files, complete applications in a compressed format. .dvi files are used with Remote Access' Project Downloader utility. The Project Downloader makes it possible to install .dvi files in local or remote controllers— without using VisiLogic. |
| PID Function | The PID function has been modified:<br>• Negative Slope control has been added.<br>• The Deadband parameter has been removed.<br>Please note that, in existing applications, the changes may require you to modify the P, I, and D parameters. |
| Ladder Elements | • New Element: IP to ASCII String (not supported for V120-12).<br>• Enhanced Elements: |

| | |
|---|---|
| HMI New Features | - Num to ASCII now supports floating registers (not supported for V120-12).<br>- Load Last Display now handles a FIFO list of up to 24 displays.<br>• SB 29 - Refreshes a Display variable, and sets Key Pad entry Completed.<br>• Key Pad entry for Display variables "List of Text" and "List of Images". |

*U90Ladder 3.81*

| | |
|---|---|
| MODBUS New M91 feature | MODBUS enables you to establish master-slave communications with any connected device that supports the MODBUS protocol, including SCADA systems. Any controller in the network may function as either master or slave using any of the controller's existing COM Ports. Unitronics currently supports RTU (binary) transmission mode. |
| PID Function | The PID function has been modified:<br>• Negative Slope control has been added.<br>• The Deadband parameter has been removed.<br>Please note that, in existing applications, the changes may require you to modify the P, I, and D parameters. |
| Last received SMS number | New SIs, 188 to 192, now store the number of the last SMS received by the controller. |

*Remote Access 3.60*

| | |
|---|---|
| Program Downloader | • The Program Downloader now supports Vision controllers. Downloader enables you to install control applications in local or remote controllers. These applications are in compressed format. |
| PLC RAM Backup | • You can read all PLC RAM values into an Excel file, and to write these Excel values into the PLC's RAM. |

*DataXport 1.00*

| | |
|---|---|
| SMS: Force Call | In addition to exporting PLC data according to schedule, you can now can force the PC to call a PLC and export the data by sending an SMS message to the PC's GSM modem. |

**About Vision Series OPLCs and VisiLogic Software**

A Vision Series controller is a compact PLC with on-board I/Os and a Graphic Operator Interface. Vision's integral HMI panel contains a graphics-ready LCD and function keyboard. This enables you to use

graphic images and bar graphs to represent real-time variable data, create and show text instructions, and to display actual run-time system data. The operator uses the 24-key customizable keyboard to enter or modify system data.

Vision's on-board I/Os offer 16/3 D/A inputs including HSC/shaft-encoders/frequency measurers, and 10/4 relay/transistor outputs including PWM. Hooked up to Unitronics' I/O Expansion Modules, Vision supports an additional 128 I/Os.
One-stop VisiLogic programming enables you to build both HMI and PLC applications. Click-and-drop contacts, coils, and functions into your Ladder; structure your control application using Modules and Subroutines. Design up to 60 HMI Displays on an LCD replica, assign key functions; then download and test your program.
Vision OPLCs offer 2 RS232 ports, networking, and RTC.

---
---

**Dated on 23/6/2006**



# Graphic Operator Panel & Programmable Logic Controller



A palm-sized PLC with an embedded graphic display & keypad



The Vision series combine a small, but powerful, PIC with a high-resolution graphic ICD display. Each model offers a unique on-board I/O configuration comprising up to 156 1/0s with high-speed counters/ shaft-encoders. Options include PTI 00/ thermocouple inputs and high-speed PWM outputs. MODBUS, GSM/SMS and other advanced communication capabilities are standard for all models. Both the PIC and HMI applications are programmed in user-friendly ladder logic. PIC programming includes a Function Block library for easy implementation of complex tasks. The Graphic Operator Panel enables the display of hundreds of user-designed images and text messages, to represent real-time values. The integrated device reduces programming time, saves I/O points, space, installation cost-and PIC-HMI communication is built-in.

## Networking and Communication

Establish master/slave MODBUS communication via two RS232/485 ports.

Unitronics' OPC and DDE Servers enable the Vision 120TM to exchange data with any Windows-based application.

Integrate up to 63 units into a high-speed network, using Unitronics' CAN bus protocol (CANbus models only).

The "Protocols" FB enables Vision 120TM to communicate with a broad variety of external devices, such as bar-code readers and servos.

© 2001 High Tech Enterprises. All rights reserved.

DATED ON 23/6/2006




LPC Home

# LPC E-Newsletter - *March 2001*

### 1. LPC Stock Clearance - Bargain Prices !!!

Check out the LPC stock clearance offers on automation and control components from such manufacturers as Toshiba, Matsushita, Siemens and Idec. Components include

? Inverter Drives
? Proximity Switches
? Programmable Logic Controllers
? Vision Inspection Systems

For details of the components and the stock clearance prices - which are valid for March / April whilst stocks last - visit our special offers page

## LPC STOCK CLEARANCE OFFERS
click here to link to offer details

### 2. Macnaught Flowmeters

LPC have added the Macnaught range of positive displacement flowmeters to our extensive range of automation & control products.
M-Series meters will accurately measure, mix, batch and dose an extremely wide variety of fluid mediums including aggressive and intrinsically safe applications. A choice of construction and sealing materials coupled with high viscosity and high temperature options enable the engineer to select a model which is tailored to the application at hand
M-Series flow meters are based on the proven oval rotor principle, ensuring high accuracy and repeatability. Precision engineering eliminates pockets in which liquid can stagnate within the measuring chamber of the flow meter. A pair of intermeshing ellipsoidal gears rotate on shafts and sweep the chamber. Each rotation measures a small volume of trapped liquid, independent of viscosity or density. Magnets located in the gears enable each rotation to




*The trusted name in fluid handling*

be picked up by reed switches or hall sensors located in a secondary chamber within the meter body. A nominal pulses per litre value is arrived at in this way. Each meter is individually tested to ensure that it performs within calibration parameters. The results are detailed on the NATA traceable certificate which accompanies each flow meter.

M-Series meters are designed to contain very few wearable and replaceable parts. Meter construction enables fast and easy on-site servicing without the need to remove the body from the pipe work.

To find out more about the M-Series postive displacement flowmeters contact us **TODAY**



## 3. GOSwitch Leverless Limit Switches

LPC are pleased to announce a new addition to our extensive range of products for automation and control - leverless limit switches for harsh environments in the form of the GOSwitch.

Operating on the principle of magnetism, these switches require no power supply and have no levers or arms to break or jam. Designed and built to operate under extreme conditions and in the harshest of environments there are switches to provide solutions to your most difficult applications.

**Hazardous Areas:**
Explosion proof and intrinsically safe switches that will withstand the rigors of operation in chemical plants and other hazardous areas

**Corrosive Conditions:**
All moving parts are totally enclosed and permanently sealed in a solid stainless steel body, providing accurate proximity sensing and reliable operation under corrosive conditions. Special epoxy coatings can be applied for further protection.

**Wet Environments:**
The one-piece stainless steel construction keeps all moisture out. Sub-Sea switches will operate under continuous submersion.

**Extreme Conditions:**
Switches will operate over wide temperature and pressure ranges, and the switches can withstand knocks and impact.





The GOSwitch range also includes the DEFENDER turbine valve monitoring system and the NuProx switch suitable for use in nuclear environments.

To find out more about the GOSwitch range of leverless limit switches and how they could benefit you contact us **TODAY**



## 4. Control Through your Mobile Phone



Keep in touch with your process operations while you are on the move or away from site - introducing the Unitronics GSM enabled M90 Micro PLC with HMI which can send SMS (Short Messages System) messages to your GSM mobile phone in response to any user defined event. Similarly you can send SMS messages from your phone to monitor and modify set-points or run time parameters.
The system can operate with up to 6GSM phones, providing auto-acknowledgement of messages and with security built in to prevent unauthorized callers or adjustment.
The M90 PLC operates on 24VDC, is a slim 96x96x64mm din-rail mountable unit with an expansion port enabling the addition of up to 8 expansion units totaling up to 64 I/O's.
For more details of this versatile PLC and its GSM enabled operation contact us **TODAY**

## 5. Climate Change Levy - Energy Saving Variable Speed Drives



From April 2001 - that's next month - the government will introduce its climate change levy tax on energy use in an attempt to reduce energy consumption and greenhouse gas emissions. The introduction of the climat change levy will mean increased energy costs for most companies, and these must be offset by reductions in energy consumption if profitability is to be maintained.
To try and encourage companies to reduce their energy consumption and costs, a capital allowance scheme has been set up by the Department of Environment, Transport and the Regions and the Inland Revenue. If companies can demonstrate that they have installed energy reducing equipment such as variable speed drives or high efficiency motors on applications moving liquids or gases (pumps, fans, compressors) then the price of this be can be written off against tax.



LPC have added the Omron inverter (variable speed drives) range into our product portfolio, these price competitive and versatile inverters being ideally suited to a wide variety of industrial applications.
To discover the energy savings you could make check out our website http://www.lpc-uk.com/climate or contact us.
Our applications engineers would be please to advise on any potential energy saving measures for you process and will be pleased to visit your site.