## 6. Safety on Board with LPC



Upon the installation of a new board preparation machine a client approached LPC regarding the proposed guarding of the machine.

The problem the client faced was to guard areas inside the machine with complicated access, the light curtains in most cases were secondary guarding, the primary guarding being via interlocks on the doors of the machine.

The solution to the problem, proposed by LPC, was to use two existing Sick PLS (Proximity Laser Scanner) units and the Sick M2000 man entry light guarding system.



The machine guarding would also require the use of Siemens optical safe edges - these units which can be easily cut to the required length and easily assembled provided a high degree of flexibility. The safe edge was employed on a part of the machine where an automatic transfer arm traveled toward a fixed support post and where an operators arm could be trapped.

The guarding application previously carried out by the PLS units was to be changed to guarding with Sick C2000 hand detection light guards.

LPC having advised on the guarding of the machine were asked to supply the relevant equipment.

This application of the expertise of the LPC applications engineers in the advising and supply of safety equipment was one of many that LPC have been involved in recently.

## 7. LPC not Foiled by Orientation



**Application:**
Our client approached LPC to advise upon an application problem, they required to know which way around the foil backing was placed on to contact lens holders.

The foil backing comes in very shiny silver and with blue tint. Both types have some small black text detailing the lens prescription. The customer had come to the conclusion that the only way to monitor the orientation was to look at area of the foil which would always have some text present if the pack was



**TAKEX**

orientated correctly.

**Problem:**
The very shiny surface meant there was far too much reflection for any standard infra red or red light sensor to pick up on the small black characters. The sensors previously tried were simply being blinded by the amount of light coming back and therefore the sensor could not make the distinction required. Another option of utilising laser sensors was discounted because the restricted space available meant we could get on in close enough to the product.

**Solution:**
After analysing the problem and carrying out tests with various sensors on foil samples it was decided that the best solution was to use the blue light version of the Takex F70 digital display fibre amplifier along with a the FRLW716BC fibre array.
Blue sensors are less powerful and the light is less intense, so this cut down on the amount of reflection from the foil. The fibre used has a series of beams so it also allowed inspection of a larger area.
The solution offered the customer a solid switching difference between areas with text and those without. This was perfectly illustrated by the sensor's digital display which shows the amount of light the sensor receives back from the product.

This is an example of the extensive technical service that LPC provides for its clients, providing advice and solutions to industrial automation and control application problems. To find out how LPC can assist with your applications problems contact us **TODAY**



**DATED ON 23/6/2006**

# M2M2000 Wireless Remote Solutions

**DATED ON 23/6/2006**





We provide controls, sensors, and technical services to help you improve manufacturing processes

**HOME**

**TECHNICAL INFO**

**ABOUT US**

**CONTACT US**

Kelburn Engineering Company is dedicated to helping you purchase and use products that will help you improve your manufacturing process. Our staff is trained to support the products we sell.

**We work with sales distribution channels at all levels to assure competitive pricing and conscientious service.**

**We help you do what you do best. Call us for your next automation project. You will be glad you did!**



Since 1989, Unitronics has introduced devices intended to span the divide between industry & communications technology.

Customers include: Coca Cola, General Motors, Michelin, Tupperware, Intel, Bayer, Colgate-Palmolive, Bosch-Rexroth, ABB, Land Instruments, Mercedes, Agfa, Tyson Foods, Pirelli, Fiat and more.

**Our mission is to make automation simple, efficient, & cost-effective.**

  

**Please register for direct access to the manufacturer's website.**

Name

Company

Phone

Email

Zip

Submit

Enable pop-ups for website access

Enable pop-ups for website access.
We will not share your information with anyone



The Unitronics product offering is a new generation of PLCs that includes an integrated operator interface.

The result is the **OPLC™**, a single unified device. It is easy to program, operate, and afford.

This unique PLC + HMI concept also saves wiring, I/O points, and application development time.

## Jazz™ Micro-OPLC™
Operator Panel and Programmable Logic Controller



**A NEW PRODUCT**, setting a new standard for innovation, price and performance

- Onboard I/Os:
  Analog & Digital Inputs
  Relay or Transistor Outputs
- High-speed Inputs,
- Windows-based Ladder Logic Software
- SMS-enabled via GSM

## The ultimate instrument

A powerful PLC that includes a full function operator panel with an alpha-numeric keypad **for the price of a "smart relay"**, $140 - $200

- Alert and instruct operators
- Easily change setpoints for timers, counters, analog limits, & operator ID
- Math, clock and calendar functions





**M90/91 Series**
Produced in 11 models encompassing a
variety of features:



- onboard I/Os for digital, analog, and
temperature measurement
- shaft-encoder and high-speed Inputs
- MODBUS/CANbus/RS232/485
communications,
- real-time/date control,
- 8 I/O expansion modules



**Vision Series**

A Vision PLC contains a graphical LCD
screen or graphical LCD touchscreen
(model dependent), and full numeric
keypad (a virtual keyboard in V290) for
easy man-machine communication.

Produced in 12 models encompassing a
variety of features that expand on the
capabilities of the M90/91 Series



Powerful application development
software makes all these functions
possible, plus database management,
task scheduling by time-of-day and date,
remote OPLC monitoring via GSM or
landline modem, and many more.





## Communications

Most OPLC products are GSM cell phone enabled to send and receive text messages to different phone numbers securely. Text messages can be used to monitor variables and modify setpoints.

Many models can be networked using Modbus, CANbus, and Ethernet.

The Unitronics OPC/DDE server enables the OPLC to exchange data with Windows-based applications like Excel and Access.

©2005 - Kelburn Engineering Company
Site Designed By: Spectrum Communications & Consulting Inc.

## COMMUNICATIONS

- Comunicaci?nes with modem RTB and SMS through GSM, CANBUS, MODBUS, RS-232, RS-485, ETHERNET...



## EXPANSIONS

- Digital, analogical extensions with entrances and exits, PT100...



## SOFTWARE

- The only software for the program of the PLC, design of the screens, configuration SMS (short messages to moving bodies)...



**DATED ON 23/06/2006**



Welcome to the M90/M91 zone

# Welcome to the M90/M91 zone

## What is the M90/M91?



The M90/M91 OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.

M90/M91-aut

omated systems using your GSM cell phone, without having to approach the machine.



## What are its advantages?

### User-Friendly Operator Interface

Unlike traditional 'blind' PLCs, the M90/M91 enables the operator to easily change program parameters via the HMI operating panel. The numeric keypad can be used to enter and modify variable application data--such as cutting length, timers, production quantities & part numbers.

The LCD screen display can be used to monitor I/O status, timers, communication status, analog input and counter values.

### A Model to Suit Any Application

Unitronics produces the M90/M91 in 13 models encompassing a variety of features: digital/analog onboard I/Os, shaft-encoder, CANbus/RS232 communications, real-time/date control, and the ability to hook up to 8 I/O expansion modules to a single M90/M91 controller.

### Easy Programming

U90 Ladder software provides a Windows environment for the creation of both the PLC Ladder control program, and the HMI operator interface. This saves you the time and effort of programming the HMI and PLC in 2 separate environments.

### The All-In-One Package



The complete M90/M91 package includes the M90/M91, U90 Ladder software, program download cable, mounting hardware, and manual.

**There is an M90/M91 model to suit every application. All M90/M91 OPLCs run off a 24VDC power supply and offer the following fine features:**

### HMI
- Integrated operating panel
- LCD display, 16 illuminated characters
- Full numeric 16 key keypad
- 80 user-designed screens
- 50 HMI variables for the display & modification of text, numbers, dates, times & timer values
- 2K of variable text displays

### PLC
- On-board I/O configuration
- High-speed counter / Shaft encoder
- RTC, enabling time-and-date controlled operations
- RS232 serial communication port
- 256 Bits/Coils
- 64 Timers
- Typical 7-year battery back-up
- $12\mu$ execution time for bit operations

**Model-specific features include analog control, an I/O expansion option, and CANbus network abilities.**

## M90/M91 Product Line
Click on any model name to download its specifications in PDF format

**M90-19-B1A**     **10** Digital Inputs, **1** Analog Input, **6** Relay Outputs, **10** pnp.

**M90-R1**     **10** Digital Inputs, **1** Analog Input, **6** Relay Outputs, **10** pnp, I/O Expansion port.

**M90-R1-CAN**      10 Digital Inputs, 1 Analog Input, 6 Relay Outputs, CANbus support, 10 pnp, I/O Expansion port.

**M90-R2-CAN**      10 Digital Inputs, 2 Analog Inputs, 6 Relay Outputs, CANbus support, 10 pnp, I/O Expansion port.

**M90-T**      8 Digital Inputs, 6 Transistor Outputs, 24VDC, 8 pnp, I/O Expansion port.

**M90-T1**      12 Digital Inputs, 12 Digital Outputs, 12 pnp, I/O Expansion port.

**M90-T1-CAN**      12 Digital Inputs, 12 Digital Outputs, CANbus support, 12 pnp, I/O Expansion port.

**M90-TA2-CAN**      10 Digital Inputs, 2 Analog Inputs, 8 Digital Outputs, 1 Analog Output, CANbus support, 10 pnp, I/O Expansion port.

**M91-19-R1**      10 Digital Inputs, 1 Analog Input, 6 Relay Outputs, 12/24VDC, 10 pnp/npn, I/O Expansion port.

**M91-19-R2**      10 Digital Inputs, 2 Analog Inputs, 6 Relay Outputs, 12/24VDC, 10 pnp/npn, I/O Expansion port.

**M91-19-R2C**      10 Digital Inputs, 2 Analog Inputs, 6 Relay Outputs, 12/24VDC, 10 pnp/npn, CANBus support, I/O Expansion port

**M91-19-TC2**      11 Digital Inputs, 2 Digital/Analog/Thermocouple Inputs, 12 Transistor Outputs, 12/24VDC, 11 pnp/npn, I/O Expansion port.

**M91-19-UN2**      12 Digital Inputs, 2 Digital/Analog/Thermocouple/PT100 Inputs, 12 Transistor Outputs, 12/24VDC, 12 pnp/npn, I/O Expansion port.

Last revised:

**DATED ON 23/06/2006**



Unitronics designs, manufactures and markets quality PLCs for the global market.

Easy to use, efficient, and affordable, Unitronics' products have been automating processes and stand-alone applications since 1989.

Unitronics' OPLC™ controller series integrate PLCs and built-in operating panels into a single compact device. This unique PLC + HMI concept saves wiring, I/O points, and programming time.

OPLC™s provide rich functionality: seamless Ethernet, MODBUS, CANbus, SMS and other communication capabilities, PID control and more—features that boost your control power.

Vision OPLC™ controllers offer a programmable Graphic Display and keyboard, combined with a full-function PLC.

The palm-sized, competitively priced M90/M91 OPLC™ series offers a programmable series are equipped with an expandable on-boar

The new Jazz™ series offers a cost-effective PL machine builders and simple automation integrat use "smart relays".

New Ethernet connectivity, offered by the Vision enterprise's existing LAN wiring to be used for PI PLC communication.

Vision™, M90/M91™ and Jazz™ series controlle able to communicate over wireless cellular teleph Users can remotely monitor and control automate cell phone.

---

**Unitronics is publicly traded in the following Stock Exchanges:**

---

**Categories:** - About - Announcements - Contact - Controls - Downloads - Dialers - Directions - Generato - Join Mailing List - Literature - Newsletter - Other - Parts - PLC's - Products - Pumps - Quotations - Radio - Se

**Manufacturers:** - Aquionics - Biomicrobics - CSI -Ebara - Franklin Miller - Metropolitan - Phoenix Con Systems -
- Rotondo Carlgen - Sensaphone - Simflo - Smith & Loveless - Unitronics

**DATED ON 23/06/2006**



Welcome to the M90/M91 zone··:·

### What is the M90/M91?

The M90/M91OPLC™ is an innovative micro-PLC (Programmable Logic Controller) with a built-in operating panel that contains an LCD display screen and full numeric keypad for easy man-machine communication. The screen displays user-defined operator instructions and dynamic system data. The operator uses the programmable keypad to enter data into the system and to initiate functions.

The M90/M91-GSM can send and receive SMS messages, allowing you to monitor and control M90/M91-automated systems using your GSM cell phone, without having to approach the machine.



### What are its advantages?

User-Friendly Operator Interface

Unlike traditional 'blind' PLCs, the M90/M91 enables the operator to easily change program parameters via the HMI operating panel. The numeric keypad can be used to enter and modify variable application data--such as cutting length, timers, production quantities & part numbers.
The LCD screen display can be used to monitor I/O status, timers, communication status, analog input and counter values.

A Model to Suit Any Application

Unitronics produces the M90/M91 in 12 models encompassing a variety of features: digital/analog/temperature measurement onboard I/Os, shaft-encoders and high-speed I/Os, CANbus/RS232/485 communications, real-time/date control, and the ability to hook up to 8 I/O expansion modules to a single M90/M91 controller.



Easy Programming

U90 Ladder software provides a Windows environment for the creation of both the PLC Ladder control program, and the HMI operator interface. This saves you the time and effort of programming the HMI and PLC in 2 separate environments.

## The All-In-One Package

The complete M90/M91 package includes the M90/M91, U90 Ladder software, program download cable, mounting hardware, and manual.

<u>See the complete M90/M91 line</u>

