IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>　Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>　Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## MOTION FOR ADMISSION PRO HAC VICE

　　Glenn J. Perry, Esq., a member of the bar of this Court and counsel of record for Plaintiff Unitronics (1989) (R"G) Ltd. and Plaintiff Unitronics, Inc., pursuant to Local Rule 83.2 moves this Court for an Order admitting Deborah A. Heineman, Esq. to the bar of this Court *pro hac vice*.

　　As grounds for this motion, movant states that Ms. Heineman is an attorney who regularly practices law in Atlanta, Georgia, as counsel for Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia, 30309. She is a graduate of the College of William and Mary School of Law. She was admitted to the State Bar of Georgia in 1999, and is currently a member in good standing in the bar of Georgia. She is

also admitted to, and a member in good standing with the United States District Courts for the Northern and Middle Districts of Georgia.

Wherefore, movant respectfully requests that Deborah A. Heineman be admitted *pro hac vice*, to the United States District Court for the District of Columbia for the purposes of this lawsuit.

/s/ Glenn J. Perry
Glenn J. Perry
SMITH, GAMBRELL & RUSSELL, LLP

Attorney for Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

LIT/953017.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Unitronics (1989) (R"G) Ltd.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**Unitronics, Inc.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>　　　Plaintiffs,<br><br>v.<br><br>**Samy Gharb,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>　　　Defendant. | Civil Action File No.:  1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' Motion for Admission Pro Hac Vice using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland
Tel: 00410792951584

This 6th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Glenn J. Perry
　　　　　　　　　　　　　　　　　　　Glenn J. Perry
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 278630
　　　　　　　　　　　　　　　　　　　Smith, Gambrell & Russell, LLP
　　　　　　　　　　　　　　　　　　　1850 M Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　Telephone: 202-973-2611
　　　　　　　　　　　　　　　　　　　Fax: 202-263-4311
　　　　　　　　　　　　　　　　　　　Attorney for Unitronics (1989) (R"G) Ltd. and
　　　　　　　　　　　　　　　　　　　Unitronics, Inc.