IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.**, <br> P.O. Box 300, Ben Gurion Airport <br> 70100, Israel <br><br> **UNITRONICS, INC.** <br> 1 Batterymarch Park, Suite 103 <br> Quincy, MA 02169 <br><br> Plaintiffs, <br><br> v. <br><br> **SAMY GHARB,** <br> Bachtobelstrasse 30, 8045 <br> Zurich, Switzerland <br><br> Defendant. | Civil Action File No. 1:06-cv-00027-RMC |

## AFFIDAVIT OF DEBORAH A. HEINEMAN, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

DEBORAH A. HEINEMAN, being duly sworn, deposes and says:

1. I am an attorney at Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309. I submit this affidavit in support of my application for admission *pro hac vice* on behalf of the Plaintiffs in this action, Unitronics (1989) (R"G) Ltd. and Unitronics, Inc..

2. I received my Juris Doctor degree from the College of William and Mary School of Law.

LIT/953028.1

3. I am currently a member in good standing of the bar of the State of Georgia. I am also admitted to the United States District Courts for the Northern and Middle Districts of Georgia.

4. I am associated in this litigation with Glenn J. Perry of the firm of Smith, Gambrell & Russell, LLP, who is authorized to practice law in the District of Columbia.

5. I hereby certify that I do not currently have, nor have I ever had, any grievance pending against me related to my practice of law, nor have I ever been reprimanded, suspending or disbarred from the practice of law. I have never resigned from the practice of law.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. Attached hereto is a true and correct copy of a certificate of good standing from the State Bar of Georgia.

Further the affiant sayeth naught.

DATED: June 29, 2006

_____
Deborah A. Heineman

Subscribed and Sworn to before me this the 29 day of June, 2006.

_____
NOTARY PUBLIC
My commission expires: _____

LIT/953028.1



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Ms. Deborah Arscott Heineman
Smith Gambrell & Russell LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309-3592

CURRENT STATUS:    Active Member-Good Standing

DATE OF ADMISSION TO PRACTICE:    10/26/1999

Attorney Bar Number: 023849

Today's Date:    June 27, 2006

Listed below are the disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*Toni Peterson*

Official Representative of State Bar of Georgia

HEADQUARTERS
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

SOUTH GEORGIA
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435