IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS (1989) (R"G) LTD.,**
P.O. Box 300, Ben Gurion Airport
70100, Israel

**UNITRONICS, INC.**
1 Batterymarch Park, Suite 103
Quincy, MA 02169

    Plaintiffs,

v.

**SAMY GHARB,**
Bachtobelstrasse 30, 8045
Zurich, Switzerland

    Defendant.

Civil Action File No. 1:06-cv-00027-RMC

## <u>ORDER</u>

Upon consideration of the Plaintiffs' Motion for Admission Pro Hac Vice and accompanying Affidavit, it is hereby

ORDERED that Deborah A. Heineman, Esq. be admitted to practice before the United States District Court for the District of Columbia Pro Hac Vice, pursuant to Local Rule 83.2, for purposes of the above captioned litigation.

Entered this _____ day of _____, 2006.


_____
Rosemary M. Collyer
United States District Judge

LIT/953018.1

Copies to:

Glenn J. Perry, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W.
Washington, D.C. 20036

Dale Lischer, Esq.
Todd D. Williams, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street
Promenade II, Suite 3100
Atlanta, Georgia 30318