IN THE UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samy Gharb

Defendant
And

Unitronics
Plaintiffs,                              Civil Action File No,:1:06-cv-0027-RMC

Dear Sir,

Please answer the following questions:

1. How many companies are doing business in USA with Unitronics

2. How many pieces of Micro PLC & GSM have been sold in USA since 2001 ?

3. How much paid Unitronics taxes for business in USA between 2001 to 2006 by textion office in USA? please show a document with data

4. Which date start Unitronics Head office in USA to export/import Mico PLC & GSM and please show a copy from Document customs duty in EU,USA with data

5. Unitronics put in Euronext Brussel 35.000.000 US $ ? From where got Unitronics this money? Please show a document with data

6. Please write all the automation show in USA which Unitronics did business with all products from 2001 to 2006

7. Please write the name of the factory in USA,EU, and Isreal where unitronics produce all Products Date of the production with Document form ISO (International organization for standardization) to produce Micro PLC & GSM in USA please show a document with Data form Governments of USA, EU, Isreal.

8. How got Unitronics the idea to build Micro PLC & GSM please put the name of the Unitronics expert which he did it with Data

RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUL 2 4 2006

9. Why Unitronics didn't file USA Patent application for this idea if this should be the own Unitronics

10. Why General Manger from Unitronics rejected to have a meeting in Zurich 2005 as I told him via Fax to study the matter concerning Patent Process

11. How many piece sold unitronics in all Eu countries and please show a document with data from all business partner in EU 25 countries since 2002

12. Why Unitronics use my name in web by internet as US Patent Holder and Plaintiffs worldwide since 2006

13. How many year unitronics are doing business only with PLC

14. Why Unitronics did not start with sale both (PLC& GSM) in the same time but the fact is Untronics startes at frist with sale PLC and after got the idea from Mr Gharb Start to doing business with PLC& GSM because ( the Patent office in Israel got a copy of my Patent from WIPO in 3.6.1999)

15. When is Unitronics start this business with PLC & GSM in Israel Please show a document from the Government in Israel with data

16. Why the lawyer from Unitronics did not write the fact about Application Priority Data of USA patent of 3.6.1999.

17. Why the lawyer of Unitronics did not write to have a meeting with me to study this matter

18. At which date got Unitronics this ISO international to produce all PLC& GSM in USA.EU and please show a document with data from the Governments of USA, EU, and Israel.

19. Did Unitronics use GSM with all products PLC in USA and EU

20. How many time put Unitronics Micro PLC & GSM in Newspaper or other media in USA, EU, and Israel Worldwide with photo & data since 2000

Best Regards