Interrogatories
1. Please identify any basis, for example any underlying or supporting fact, for your assertion that Unitronics has infringed the "654 Patent.

Use –sale- offer of Micro PLC & GSM for:

A. Turns GSM On
B. Pin code in SIM card On
C. Stored Phone Number
D. Stored Message
E. Date set comprises Start Signal
F. Start Message
G Start with Stored Phone Number
H. Function Block working one after one
I. Store Function Block to determine the time
J. Use Micro PLC High Speed to order GSM High Speed to send information with High Speed GSM (the High Speed GSM is a new system in USA since 1999 working within 4 Seconds (Faster Technology called HSCSD or High Speed Circuit Switched Data) and the old GSM System is working within 40 Seconds
K. Repeat if the line is busy
L. GSM Turns off (hung up)

2. For any other defenses or counterclaims which you may have raised in "Defendant's Answer," your letter entered into the Court's record on May 2, 2006, please identify in detail the nature of each defense and/or counterclaim and identify

A. Unitronics sale Micro PLC & GSM and this is an infringement of my USA Patent
B. The Priority of my USA Patent is dated from 3.6.1999
C. The business from Unitronics since 2001 with witness in internet
D. All my faxes and E-mails were for to have a meeting in Zurich
E. Unitronics got 500 US $ for every piece of Micro PLC & GSM sold in USA
F. Mr Glenn J Perry, the attorney for Unitronics, forgot to tell about the priority of my USA Patent
G. The Exhibition Show MD & D in USA was Micro PLC & GSM from Unitronics for sale
H. My USA Patent is under the International Patent Law by WIPO

3. Please list all of the products manufactured or sold by Unitronics which you allege infringe the '654 Patent and provide the factual basis for your allegation that each such product infringes the '654 Patent.

All Micro PLC with GSM

**RECEIVED**

**JUL 2 4 2006**

4. Please provide the date upon which you first became aware of any products manufactured or sold by Unitronics which you allege infringes the '654 Patent.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In 2001

5. Please identify all persons whom you have accused of infringing the '654 Patent, and identify all Documents reflecting or relating to such accusations.

**RECEIVED**

JUL 2 4 2006

All business partners from Unitronics in USA

6. Please identify any and all products manufactured or sold by anyone other than Unitronics which you contend infringes the '654 Patent.

Other Companies have nothing to do with Unitronics process

7. For each claim of the '654 Patent which you allege is infringed by Unitronics, please provide an infringement chart with an element-by-element comparison between each such claim of the '654 Patent and each such product showing how the product infringes each claim.

Use all this Functions in element by element:

A. Turns GSM On
B. Pin code in SIM card on
C. Stored Phone Number
D. Stored Message
E. Start with stored Phone Number
F. Function Block working one after one
G. Time Functions with Block No, and on/off (relays)
H. Store Function Block to determine the time
I. Use Micro PLC High Speed to order GSM High Speed to send information (the High Speed GSM in USA as a new System since 1999 within 4 seconds (Faster Technology called HSCSD or High Speed Circuit Switched Data)
J. Repeat if the line is busy
K. GSM Turns off (hung up)
L. Date set comprises Start Signal

Unitronics can not use or make any element of my USA Patent (USA Patent law)

8. Please set forth the invention date for the '654 Patent.

In 3.6.1999

9. Please identify the location (city and country) where the subject matter of the '654 Patent was first reduced to practice. (Reduced to practice refers to the actual construction of the invention in physical form and includes when you first operated, demonstrated or tested the invention for its intended use)

Zurich, Switzerland, I started it at 3.6.1999 to demonstrate in GSM

10. Please identify the date on which the subject matter of the '654 Patent was first sold or offered for sale in the United States and the circumstances of such sale or offer for sale, the date on which the subject matter of the '654 Patent was first described in a printed or written publication, and the date on which the subject matter of the '654

Patent was first put in public use in the United States and the circumstances of such public use.

Internet in 3.6.1999 (WIPO International Patent Office sent the Patent to all 90 countries)

11. Please identify all prior art, patentability, validity, right to use, and infringement searches, studies or opinions relating to the subject matter of the '654 Patent conducted by you or on your behalf, including the identity of all persons who participated or otherwise performed each such search, study or opinion, and all oral communications and documents referring to or reflecting such search, study or opinion.

In 3.6.1999 - and No Patent in the world was working with High Speed Micro PLC & GSM High Speed before. High speed GSM came to EU and USA 1999 as a new System and the old GSM system was working in 40 Seconds and High Speed GSM is built for sending information within 4 Seconds (HSCSD)
My USA Patent is the only one in the world and easy to use

12. Identify all prior art patents, publications, offers for sale and public uses relating to the subject matter of the '654 Patent ("Prior Art") known at any time prior to the issuance of the '654 Patent by you, and for each instance of this Prior Art, state when you first became aware of the Prior Art and what steps, if any, were taken to communicate such Prior Art to the U.S. Patent and Trademark Office and please identify all documents relating to or reflecting such awareness.

WIPO International Patent law and my Patent are from 3.6.1999 in USA

13. Identify the following:
A. any application directed to or covering any of the subject matter disclosed in the '654 patent which has been filed in any country other than the United States and the status of each such application;

My Patent in Switzerland 3.6.1999 and EU

B. any prior art of record in the file history for each such application including any patent, publication, or fact and any prior art, publication, or other factor for rejection upon which any examining authority relied during the prosecution of each such application;

CH Patent - WO Patent - EU Patent in 3.6.1999
CH Patent Office
WIPO World Patent Office
EU Patent Office

c. any opposition or cancellation proceeding filed against each such application including any person involved in each such opposition or cancellation proceeding, the status of each such opposition or cancellation proceeding, and any prior art,

publication, or fact relied upon during each such opposition or cancellation proceeding; a

Not any Application is filed against my patent because No Patent in the world is working with High Speed Micro PLC & High Speed GSM because GSM High Speed came to EU and USA in 1999 as a new system

d. Any Patent which has issued based upon each such application including the patent number, issue date, country of issuance, and expiration date.

No patent in the world is working with Micro PLC like my USA Patent. I did the New Revolution in Micro PLC& GSM High Speed INDUSTRY in the WORLD and you can read this by NEWS in USA because the Inventor who did the invention with the first PLC in 1968 did not find the way to use Micro PLC & GSM to send information with High Speed Micro PLC & High Speed GSM (Faster Technology called HSCSD or High Speed Circuit Switched Data) - made in 1999.

12. Please identify any license or any offer to grant a license for the subject matter of the '654 Patent and the terms of each such license or each such offer to grant a license for the subject matter of the '654 Patent.

We got the Licences from USA Department of commerce in 25.5 2000 with Priority from 3.6.1999.

13. With respect to any product manufactured or sold by you or licensees of the '654 Patent which incorporates any of the subject matter of the '654 Patent (for example any Security System with a Mobile Telephone manufactured or sold by you or your licensee) identify the following:
A. the trade or brand name, model number and other applicable designation of each type or model each such product;
B. the price of each such product
C. the volume and dollar amount of sales of each such product;
D. and the dollar amount of expenditures by you or licensees of the '654 Patent for advertising and promoting of each such product.

We did not make any production in USA and I got Patent License in 2000

14. Identify any past or present supplier of any component part for any Security System with a Mobile Telephone manufactured or sold by you.

No one

15. Identify any expert or fact witness which you intend to call at any hearing or trial of this Action and any expert retained by you for the purposes of this litigation and any subject matter on which each such expert may testify including the substance of the facts and opinions to which each such expert may testify including the grounds for each such opinion and testimony.

No one. I am the First Expert because I did this Patent in 6 month and the New

Revolution in Micro PLC High Speed & GSM High Speed INDUSTRY in the world

16. Identify any lawsuit, arbitration, or other dispute resolution proceeding in which you have participated in which novelty, patentability, scope, validity, infringement, inventorship, or enforceability of the '654 Patent has been an issue or a claim, including the style of each such lawsuit, arbitration, or other dispute resolution proceeding with reference to the court or other dispute resolution entity and country of jurisdiction, the civil action or other identification number, the judge or other arbitrator, and the parties.

Unitronics business process has nothing to do with
Other companies

                                                                 Respectfully submitted,

22.07.2006

USA Patent Holder

SAMY GHARB