The answer:
1. Please produce all documents identified in or related to your responses to Plaintiffs' First Continuing Interrogatories.

A. Unitronics sale Micro PLC & GSM and this is an infringement of my USA Patent
B. The Priority of my USA Patent is dated from 3.6.1999
C. The business from Unitronics since 2001 with witness in Internet
D. All my faxes and E-mails were for having a meeting in Zurich
E. Unitronics got 500 US $ for every piece of Micro PLC & GSM in USA
F. Mr Glenn J. Perry, the attorney for Unitronics, forgot to tell about the priority of my USA Patent
G. The Exhibition Show MD & D in USA was Micro PLC & GSM from Unitronics for sale
You can find all documents in Internet

2. Please produce all documents relating to the development of the subject matter of the '654 Patent.

The Birth of the PLC
The Original Challenge
The early history of the PLC is fascinating. Imagine if you will a fifty foot long cabinet filled with relays whose function in life is to control a machine. Wires run in and out of the system as the relays click and clack to the logic. Now imagine there is a problem or a small design change and you have to figure it all out on paper and then shut down the machine, move some wires, add some relays, debug and do it all over again. Imagine the labour involved in the simplest of changes. This is the problem that faced the engineers at the Hydra-matic division of GM motors in the late 1960's.

Fortunately for them the prospect of computer control was rapidly becoming a reality for large corporations as themselves. So in 1968 the GM engineers developed a design criteria for a "standard machine controller". This early model simply had to replace relays but it also had to be:

A solid-state system that was flexible like a computer but priced competitively with a like kind relay logic system.
Easily maintained and programmed in line with the all ready accepted relay ladder logic way of doing things.
It had to work in an industrial environment with all it's dirt, moisture, electromagnetism and vibration.
It had to be modular in form to allow for easy exchange of components and expandability.
The Race is On
This was a tall order in 1968 but four companies took on the challenge

RECEIVED
JUL 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

A1. What is a PLC?
A Programmable Logic Controller, or PLC for short, is simply a special computer device used for industrial control systems. They are used in many industries such as oil refineries, manufacturing lines, conveyor systems and so on. Where ever there is a need to control devices the PLC provides a flexible way to "software" the components together.

The basic units have a CPU (a computer processor) that is dedicated to run one program that monitors a series of different inputs and logically manipulates the outputs for the desired control. They are meant to be very flexible in how they can be programmed while also providing the advantages of high reliability (no program crashes or mechanical failures), compact and economical over traditional control systems.

A Simple Example

Consider something as simple as a switch that turns on a light. In this system with a flick of the switch the light would turn on or off. Beyond that though there is no more control. If your boss came along and said I want that light to turn on thirty seconds after the switch has been flipped, then you would need to buy a timer and do some rewiring. So it is time, labour and money for any little change.

A PLC Saves the Day

Now consider the same device with a PLC in the middle. The switch is fed as an input into the PLC and the light is controlled by a PLC output. Implementing a delay in this system is easy since all that needs to be changed is the program in the PLC to use a delay timer.

This is a rather simple example but in a larger system with many switches and lights (and a host of other devices) all interacting with each other this kind of flexibility is not only nice but imperitive. Hopefully a light bulb has now turned on over your head.

How PLCs Work

A programmable logic controller is a specialized computer used to control machines and processes. It therefore shares common terms with typical PCs like central processing unit, memory, software and communications. Unlike a personal computer though the PLC is designed to survive in a rugged industrial atmosphere and to be very flexible in how it interfaces with inputs and outputs to the real world.

The components that make a PLC work can be divided into three core areas.

The power supply and rack
The central processing unit (CPU)
The input/output (I/O) section
PLCs come in many shapes and sizes. They can be so small as to fit in your shirt pocket while more involved controls systems require large PLC racks. Smaller PLCs (a.k.a. "bricks") are typically designed with fixed I/O points. For our consideration, we'll look at the more modular rack based systems. It's called "modular" because the rack can accept many different types of I/O modules that simply slide into the rack and plug in.

The Power Supply and Rack

So let's start off by removing all our modules which leaves us with a naked PLC with only the power supply and t

The rack is the component that holds everything together. Depending on the needs of the control system it can be ordered in different sizes to hold more modules. Like a human spine the rack has a backplane at the rear which allows the cards to communicate with the CPU. The power supply plugs into the rack as well and supplies a regulated DC power to other modules that plug into the rack. The most popular power supplies work with 120 VAC or 24 VDC sources.

The CPU
The brain of the whole PLC is the CPU module. This module typically lives in the slot beside the power supply. Manufacturers offer different types of CPUs based on the complexity needed for the system.

The CPU consists of a microprocessor, memory chip and other integrated circuits to control logic, monitoring and communications. The CPU has different operating modes. In programming mode it accepts the downloaded logic from a PC. The CPU is then placed in run mode so that it can execute the program and operate the process.

Since a PLC is a dedicated controller it will only process this one program over and over again. One cycle through the program is called a scan time and involves reading the inputs from the other modules, executing the logic based on these inputs and then updated the outputs accordingly. The scan time happens very quickly (in the range of 1/1000th of a second). The memory in the CPU stores the program while also holding the status of the I/O and providing a means to store values.

I/O System
The I/O system provides the physical connection between the equipment and the PLC. Opening the doors on an I/O card reveals a terminal strip where the devices connect.

There are many different kinds of I/O cards which serve to condition the type of input or output so the CPU can use it for it's logic. It's simply a matter of determining what inputs and outputs are needed, filling the rack with the appropriate cards and then addressing them correctly in the CPUs program

Inputs
Input devices can consist of digital or analog devices. A digital input card handles discrete devices which give a signal that is either on or off such as a pushbutton, limit switch, sensors or selector switches. An analog input card converts a voltage or current (e.g. a signal that can be anywhere from 0 to 20mA) into a digitally equivalent number that can be understood by the CPU. Examples of analog devices are pressure transducers, flow meters and thermocouples for temperature readings

Outputs
Output devices can also consist of digital or analog types. A digital output card either turns a device on or off such as lights, LEDs, small motors, and relays. An analog output card will convert a digital number sent by the CPU to it's real world voltage or

current. Typical outputs signals can range from 0-24 VDC or 4-20mA and are used to drive mass flow controllers, pressure regulators and position controls.

Programming a PLC

In these modern times a PC with specially dedicated software The most widely used form of programming is called ladder logic. Ladder logic uses symbols, instead of words, to emulate the real world relay logic control, which is a relic from the PLC's history. These symbols are interconnected by lines to indicate the flow of current through relay like contacts and coils. Over the years the number of symbols has increased to provide a high level of functionality.

The completed program looks like a ladder but in actuality it represents an electrical circuit. The left and right rails indicate the positive and ground of a power supply. The rungs represent the wiring between the different components which in the case of a PLC are all in the virtual world of the CPU. So if you can understand how basic electrical circuits work then you can understand ladder logic.

In this simplest of examples a digital input (like a button connected to the first position on the card) when it is pressed turns on an output which energizes an indicator light.

The completed program is downloaded from the PC to the PLC using a special cable that's connected to the front of the CPU. The CPU is then put into run mode so that it can start scanning the logic and controlling the outputs.

New Industrial Revolution:

In 1999 I started to make the Patent and New industrial Revolution for use Micro PLC High Speed & GSM to send Information by the way to Speed up and dialup - the only one patent in the world 1999 (High Speed GSM HSCSD & High Speed Micro PLC).

A2. How Clock Speed should be used and can give a general idea of computing power Micro PLC High Speed with Function Block to Speed up and dialup from GSM High Speed.

A3. The old GSM System is working within 40 Seconds to send information.

B. The new GSM High Speed came to EU and USA 1999 as new System to send information within 4 Seconds (Faster Technology called HSCSD or High Speed-Circuit Switched Data).

C. To use High Speed Function Block in Micro PLC with GSM High Speed is the only one Patent worldwide in 1999 (2 in one ) and this is the New Industrial Revolution for all kinds of Security & Information System in our life since 1999.

D. Store Phone Number

E. Store Message

F. Function Block type . Block Function .Input/Output with High Speed.

J. Time Function with Block No, and on/off (relays)

You can find all this in my USA Patent by the USA Patent Office.

3. Please produce all documents relating to any disclosure or use of the subject matter of the '654 Patent.

You can find by 90 countries of Patent office and by WO 00/74983(WIPO)

4. Please produce all documents relating to any development or testing of the subject matter of the '654 Patent

Use Function Block in Micro PLC high Speed to dial up from GSM High speed

5. Please produce all documents relating to any change made or contemplated in the design of the subject matter of the '654 Patent.

No change

6. Please produce all documents relating to any application for the '654 Patent including but not limited to any

Communication pertaining to the filing and prosecution of the application leading to issuance of the '654 Patent or any corresponding foreign applications.

The only one in the world and this is the New Revolution in Micro PLC & GSM Industrial in the world

7. Please produce all documents relating to any communication between you and any person relating to any prior art

Patents, publications, offers for sale and public uses relating to the subject matter of the '654 Patent or any corresponding foreign applications.

The only one in the world Because of use Micro PLC  High Speed & GSM High Speed is new System in 1999(HSCSD)

8. Please produce all documents relating to any investigation, report, or study as to novelty, patentability, scope, validity,

infringement, inventorship, or enforceability of the '654 Patent or the applications upon which said patents are based including

but not limited to all items of prior art and all facts located or identified in each such investigation, report, or study and all

documents referring to, incorporating, or evidencing each such investigation, report, or study.

No patent in the world works with High Speed Micro PLC and High Speed GSM Because GSM High Speed HSCSD came to EU and USA in 1999 as a new System (Faster Technology called HSCSD or High Speed Circuit Switched Data)

9. Please produce all documents relating to Unitronics, including but not limited to any product manufactured or sold by Unitronics which you allege infringes the '654 Patent.

You can find here from 1 to 115

1- ATX East 2006

usa.sales@unitronics.com. Jazz™ PLC+HMI: Much more than a "smart relay" ... and GSM enabled PLC's designed to allow remote control and m-commerce solutions. ...
www.devicelink.com/expo/atxe06/pr_apr11.htm - 15k - Cached - Similar pages

2- Programmable Logic Controller includes on-board IO., Unitronics ...

The Jazz(TM) compliments Unitronics' line of PLC/HMI devices. ... and GSM enabled PLC's designed to allow remote control and m-commerce solutions. ...
news.thomasnet.com/fullstory/484973/578 - 63k - Cached - Similar pages

3- wwwroot copy 24.12.01\homeside original.htm

This unique PLC + HMI concept saves wiring, I/O points, and programming time. ... >Unitronics International Headquarters, >Unitronics Inc. USA Headquarters ...
www.unitronics.com/homeside.htm - 16k - Cached - Similar pages

4- UNITRONICS INDUSTRIAL AUTOMATION - Jazz™ PLC+HMI: Much more than a ...

The Jazz™ compliments Unitronics' line of PLC/HMI devices. ... the states of the USA, whose efforts are coordinated and supported through Unitronics' wholly ...
www.newequipment.com/303/ProductDetail/ 58493/frmProductDetail.aspx - 23k -

5- gsm sniffer on GlobalSpec

Euchner-USA, Inc. GSM Transmitter Elements Machine downtime and the resulting ... Unitronics Inc. Vision120™ PLC & Graphic HMI The Vision120™ is a PLC with ...
semiconductors.globalspec.com/ Industrial-Directory/gsm_sniffer - 71k - Cached - Similar pages

6- Euronext

Unitronics To Upgrade & Maintain an Automated Logistics System ... and GSM enabled PLC's designed to allow remote control and m-commerce solutions. ...
www.euronext.com/news/companypressrelease/ 0,5772,1732_11894_864995369,00.html?channelId=11894&local=1732 - 29k - Cached - Similar pages

7- Unitronics M90/M91 OPLC™: Micro PLC with Text HMI

Unitronics M90/M91 OPLC™: Micro PLC with Text HMI ... GSM/SMS: use your GSM cell phone to implement real-time remote control in your application. ...
www.automationshowcase.com/store/p1025details23180.php - 50k - Cached - Similar pages

8- IEN Online, Europe's leading Industrial Engineering News magazine ...

PLC Operates As Master Or Slave Published: June 2002. GSM PLCs (E) Published: Jan 2004. Hitachi Drives + Automation GmbH - Germany ...

www.ien-online.com/
ListProd.php?SessionID=IEN43534fee0f331&GroupNO=1&SubGroupNO=9 - 57k - Cached
- Similar pages

9-PDF] Untitled

File Format: PDF/Adobe Acrobat - View as HTML
M90-GSM is designed to enable wireless communications over cellular telephone ... 2001,
Unitronics Inc., a Delaware (USA) corporation was established, ...
www.unitronics.co.il/pdf/a_r/Q1-2002.pdf - Similar pages

## 10-OPLC'S BOLETIN N°2 SOFTWARE, GSM, HERRAMIENTAS ESPECIALES - [ Translate this page ]

Bueno, es muy simple, no lo pida como un PLC sino como uno de esos equipos y adios
Burocracia!!! 4. Libertad total con el acceso GSM ...
www.intrave.com/boletin2.htm - 49k - Cached - Similar pages

11-Unitronics PLC's HMI's
see the new Jazz combined micro PLC
and HMI with SMS text capability!
www.acdcsystems.com

For Immediate Release*** Unitronics To Supply Automated Logistic (PDF) ☐

12... About Unitronics. Unitronics (1989) (R"G) Ltd ... Ethernet/LAN levels, and
GSM enabled PLC's designed to ... of the USA, whose efforts are coordinated
and supported through Unitronics' wholly ...

www.unitronics.com/pdf/a_r/pr-100105-eng.pdf - 72k - View as html - More pages from this
site - Save

13-UNITRONICS (1989) (R"G) LTD. (PDF) ☐

... UNITRONICS (1989) (R"G) LTD ... levels, and GSM enabled PLC's designed
to allow remote control ... of the USA, whose efforts are coordinated and
supported through Unitronics' wholly owned ...

leleux.be/leleux/JLCHome.nsf/files/pressrelease/$file/pressrelease.pdf - 134k -
View as html - More pages from this site - Save

14-Unitronics, Inc. Model M91-19-UN2 Operator Panel and Programmable Logic
Controller ☐

... communicate with the PLC running the automated process. Unitronics' offers
a full ... The M91-GSM can send and receive SMS messages, allowing you ...
Wire Color. ANSI (USA) BS 1843 (UK ...

15-www.flo-products.com/floprod/uniplcem91un2.html - 24k - Cached - More pages from this
site - Save

Vision 290 (PDF) ☐

16-... March 2005. **Unitronics**. Vision 290. **PLC** + Virtual Touch Keypad - only $1890 ... via TCP/IP, **GSM**/GPRS/CDMA, MODBUS ... featured representatives from the UK, **USA**, China, Italy, France and Denmark ...

www.emc.co.nz/pdf/Newsletters/nl0503.pdf - 333k - <u>View as html</u> - <u>More pages from this site</u> - <u>Save</u>

17 -<u>Programmable Logic Controllers (PLCs), Programmable Automation Controllers (PACs) Manufacturers on Automation.com</u> ☐

... information and prices for **PLC** and PC-based control ... Box 300. **Unitronics** Building, Airport City. Ben Gurion Airport ... as Ethernet and GPRS/**GSM** communications, Database utilities and ...

www.automation.com/sitepages/pid219.php - 169k - <u>Cached</u> - <u>More pages from this site</u> - <u>Save</u>

<u>Dupont, BP Set to Market Sugar Beet-Based Biofuel</u> ☐

... Industries Ltd. and Teva Pharmaceuticals **USA**, Inc. (7-Mar-2006 ... Over 100,000 **Unitronics'** control devices installed worldwide (21-Nov-2005 ... 472. **PLC** with inbuilt **GSM** phone (7-Dec-2004 ...

18 -www.asiacorpnet.com/searchacn.asp?type=5&qu=**plc** - 137k - <u>Cached</u> - <u>More pages from this site</u> - <u>Save</u>

19-<u>AUTOMATIZACE - Články - V provozu je více než 100 000 OPLC   **Unitronics**</u> ☐

... Díky technologii **GSM** lze pomocí **PLC** realizovat dálkové ovládání a ... většině států **USA**. Společnost **Unitronics** (obrázek) začala s vývojem a prodejem jednotek **PLC** v roce ...

20- www.automatizace.cz/article.php?a=1084 - 17k - <u>Cached</u> - <u>More pages from this site</u> - <u>Save</u>

i e m p r e c o n U s t e d (PDF) ☐

... Puerto serie RS232. Comunicación **GSM**, Módem, RS232 ... se **usa** un Snap-in se tiene una solución sencilla, que incluye un **PLC**, una ... de. OPLC. **Unitronics** OPC/DDE Server habilita a ...

21-www.aea.com.ar/automatizacion/productos/flyers/oplc.pdf - 367k - <u>View as html</u> - <u>More pages from this site</u> - <u>Save</u>

<u>Automatyka - Sterowniki - **PLC**</u> ☐

21-Automatyka przemysłowa - najwiekszy portal informacyjny związany ze sterownikami w branży automatyka przemysłowa ... **Unitronics** OPLC. Jest to

magazyn wydawany w **USA** (http://www.ianmag.com "Excellence Award").
Zostało docenione m. in. to, iż sterowniki te posiadają funkcje sterowników **PLC**
... komunikację **GSM**, GPRS ...

22-www.sterowniki.pl/index.php?option=News&task=viewarticle&sid=21 - 35k -
Cached - More pages from this site - Save

Noticias Comercial A a Z, C. A. □- Translate this page

... que se **usa** para el ... **Unitronics**, reunen una serie de características
funcionales que crean un nuevo paradigma en el uso de los **PLC** ... inalambrico
celular **GSM**, pudiendo intercambiar ...

22-www.caaz.com.ve/noticias.html - 62k - Cached - More pages from this site -
Save

## USA Sales Reps ···:·

**23-Arkansas**
**Controls & Power**
Tel: 501-327-4702
Fax: 501-327-4727
kennethfairless@sbcglobal.net

**24- East Pennsylvania, Southern NJ, DC,**
**Delaware, Maryland & Northern Virginia**
**Providence Marketing Associates**
Tel: 610-935-3300
Fax: 610-935-3387
Dan@pmarep.com
http://www.pmarep.com

**25-Florida, Georgia, Tennessee & Alabama**
**Automation Support Group**
Tel: 770-486-6575
Fax: 404-420-2557
jwindau@AutomationSupportGroup.com
http://www.automationsupportgroup.com

**26-Iowa, Nebraska**
**Powercon**
Tel: 402-895-6697
Fax: 402-895-0112
sksimonsen@powerconco.com

**27-Michigan**
**Integrated Drives & Controls**
Tel: 734-994-8001
Fax: 734-994-3611
tomsulfaro@comcast.net

**28-New England (MA, RI, CT,**
**NH, ME, VT and Upstate NY)**
**Forbes Engineering Sales, Inc.**
Tel: 978-777-9100
Fax: 978-777-0002
jforbes@fes-rep.com
http://www.fes-rep.com

**29-Northern California**
**Access Automation**
Tel: 408-997-6864
Fax: 408-904-7240
adileonardo@accessconsolidated.com
http://www.accessconsolidated.com

**30-North Illinois, Indiana**
**Kelburn Engineering Co.**
Tel: 773-775-8383
Fax: 773-775-8515
sales@kelburn.net
http://www.kelburn.net

**31- Northern New Jersey, Long Island,**
**New York**
**GSA Optimum**
Tel: 631-244-5744
Fax: 631-585-2999
ebmcmahon@gsatech.com
http://www.gsatech.com

**32-Ohio, Kentucky**
**Pulsar Controls**
Tel: 216-834-0038
Fax: 216-834-0039
dominic@pulsar-controls.com

**33- Southern California, Arizona**
**Access Automation LLC**
Tel: 760-781-1497
Fax: 760- 502-2000
ehodges@accessconsolidated.com
http://www.accessconsolidated.com

**34-Southern Illinois, Missouri, Kansas**
**Web Associates/Electronics, Inc.**
Tel: 314-921-5794
Fax: 314-921-5720
mike@webstl.com
http://www.webstl.com

**35-Southern Virginia, North Carolina,**
**South Carolina**
**Automation Support Group**
Tel: 252-321-0606
Fax: 919-882-9875
jmeek@AutomationSupportGroup.com
http://www.automationsupportgroup.com

**36-Texas, Oklahoma, Louisiana, New Mexico,**
**Arizona, Colorado, Utah**
**Scientific Sales**
Tel: 972-424-6797
Fax: 972-424-5765
sejones@sscrep.com
http://www.sscrep.com

**37- Western Pennsylvania, West Virginia**
**Russell F. Clark Company, Inc.**
Tel: 412-635-9500
Fax: 412-635-9505
Gary@rfclark.com
http://www.rfclark.com

**38-Wisconsin, Minnesota,**
**LectriChem Inc.**
Tel: 414-321-8509
Fax: 414-321-8609
lcheminc@execpc.com

39 Access Automation PHONE/FAX
(for Catalog Request, use the Baton Rouge, LA phone number)

Baton Rouge, LA - 1-800-972-8866 - Fax 225-926-8093
Baltimore, MD - 1-800-742-6644 - Fax 410-391-9794
Houston, TX - 1-800-253-7395 - Fax 281-446-9268
St. Louis, MO - 1-800-742-8055 - Fax 636-477-9114

Steve Hale - Email - 1-800-972-8866
Baton Rouge, LA - Special Systems, Outside Sales
Fax 225-926-8093

Dennis Day - Email - 1-800-972-8866
Baton Rouge, LA - National Director of Sales
Fax 225-926-8093

Alice Longmire - Email - 1-800-972-8866
Baton Rouge, LA - Inside Sales
Fax 225-926-8093

Mike Brumbelow - Email - 1-800-972-8866
Baton Rouge, LA - Inside Sales, Tech support
Fax 225-926-8093


40-Joe Granzier - Email - 1-800-742-6644
Baltimore, MD - Outside Sales
Fax 410-391-979

Email - 1-800-742-6644
Baltimore, MD - Inside Sales, Tech support
Fax 410-391-9794

Joe Schoolcraft - Email- 1-800-253-7395
Houston, TX - Outside sales
Fax 281-446-9268

Bob Williams - Email - 1-800-742-8055
St. Louis, MO - Outside Sales
Fax 636-477-9114

Baton Rouge, LA

Access Automation & Controls Group
9651 Chalma Avenue
Baton Rouge, LA 70814

Baltimore, MD

Access Automation & Controls Group

8979 Yellow Brick Road
Baltimore, MD 21237

Houston, TX

Access Automation & Controls Group
1923 Rotary Drive
Suite 100
Humble, TX 77338

St. Louis, MO
Access Automation & Controls Group
1243 Water Tower Place, Suite 111
Arnold, MO 63010

41-AutomationShowcase.com
11000 Prairie Lakes Drive, Suite 450 (P.O. Box 44759)
Eden Prairie, MN 55344
Dalec Electronics, Inc.
9335 W. Belmont
Franklin Park, IL 60131
Call toll free at 800-621-8276
Voice: 847 671-7676
Fax: 847 671-7665

42-Powermatic Associates
for solutions to your factory automation control requirements.
California Office
    phone: 800-966-8513
  fax: 925-461-7184
  e-mail: sales@powermatic.net

1057 Serpentine Lane
Pleasanton, CA 94566

43-Austin, Texas Office
    phone: 512-926-4005
  fax: 512-926-2960
  e-mail: sales@powermatic.net

800 Paloma Drive Suite 160 Round Rock, TX 78664

44-Electro control supply inc
Via US Mail:
89 Taft Avenue
Newburgh, NY 12550 Via Telephone:

(845) 561-5330
Toll Free: (888) 561-7373 Via Fax:
(845) 561-2404
Toll Free: (888) 561-4

GlobalSpec Company Info

45-Fast Facts
Corporate Headquarters
350 Jordan Road
Troy, New York 12180

toll free: 800.261.2052
phone: 518.880.0200
fax: 518.880.0250

Sales Offices
Troy, NY
Tarrytown, NY
Baltimore, MD

Company History
Founded: 1996

Leadership Team
Jeffrey Killeen, Chairman & CEO
John Schneiter, President

46-B.W. Rogers Company

Akron (Main Office)    380 Water St. (44308)
   Phone: 330-762-0251
    P.O. Box 1030   Fax: 330-762-5505
    Akron, OH 44278   Email: akr.sales@bwrogers.com


Cleveland (Macedonia)    7900 Empire Parkway
   Phone: 330-468-1811    ISO 9001:2000

Cert 006716
      Fax: 330-468-2766
    Macedonia, OH 44056   Email: mac.sales@bwrogers.com


47-Cincinnati    9799A Princeton-Glendale
   Phone: 513-769-3553
      Fax: 513-769-5355
    Cincinnati, OH 45246   Email: cin.sales@bwrogers.com

48-Columbus   1175 West Goodale Blvd.
   Phone: 614-464-2325
      Fax: 614-464-1076
   Columbus, OH 43212   Email: col.sales@bwrogers.com


Dayton   5727 Webster St.
   Phone: 937-454-0260
      Fax: 937-454-0262
   Dayton, OH 45414   Email: day.sales@bwrogers.com


Henderson   27 US Highway 41 South
   Phone: 270-826-8808
      Fax: 270-826-8812
   Henderson, KY 42420   Email: hen.sales@bwrogers.com


Youngstown   1934 North Meridian Rd.
   Phone: 330-799-5570
      Fax: 330-799-8191
   Youngstown, OH 44509   Email: you.sales@bwrogers.com


49-Indianapolis   8208 Indy Lane
   Phone: 317-271-9288
      Fax: 317-271-2460
   Indianapolis, 46214   Email: sales@hydraair.com


50-Philadelphia   3821 Main Street
   Phone: 610-594-1800
      Fax: 610-594-1803
   Morgantown, PA 19543   Email: john.walker@exonic.com


Pittsburgh   149 Delta Dr.
   Phone: 412-967-9600
      Fax: 412-967-9610
   Pittsburgh, PA 15238   Email: jay.mandarino@exonic.com


51-Louisville   11235 Decimal Dr.
   Phone: 502-267-7725   ISO 9001:2000

Cert 012617
      Fax: 502-267-0479
   Louisville, KY 40299   Email: kpi.sales@kypneu.com

52-Indianapolis   8208 Indy Lane
   Phone: 317-842-9133
      Fax: 317-271-2460
   Indianapolis, IN 46214   Email: jim.brown@vortex-tec.com

http://www.directindustry.com

53-WESTERN SWITCHES AND CONTROLS, INC.

BREA - HEADQUARTERS
750 CHALLENGER STREET BREA, CA 92821
800.454.8144
714.482.4100
FAX 714.482.4120
WSCSA@WESTERNSWITCHES.COM
SAN DIEGO

Welday Engineering
P.O box
592
control OH 4410
-
 Reed Exhibitions, Canada
3761 Victoria Park Avenue, Unit 1
Toronto, ON M1W
56-Flo-Products Company
50 Worthington Access Drive     14802 W. 117th Street
Maryland Heights, MO            Olathe, KS
63043-4529                      66062
------------------------
54-Control System Laboratories
1501 Kensington Avenue
Buffalo, New York 14215
USA map
 US Customers
Telephone: (716) 836-2100
Fax: (716) 836-2136
Toll Free: 1-800-284-2420

Distributors List ··:·

55-Argentina
AEA SACIF
Tel: +54 11 457 41 555

56-Australia:
Micromax Pty. Ltd.
Tel: +1 300 36 26 26

Fax: +54 11 457 42 400
servicioalcliente@aea.com.ar
http://www.aea.com.ar/

**57-Austria:**
**Schmachtl Elektrotechnik-**
**Maschinenbau**
Tel:+ 43 73 276 460
Fax:+43 7327 646 704
office@schmachtl.at
http://www.schmachtl.at/

**59-Brazil:**
DAKOL Instrumentos e
Sistemas Ltda.
Tel: +55 11 3231 4544
Fax: +55 11 3231 4544 ext 211
info@dakol.com.br
http://www.dakol.com.br/

**61-Canada:**
Sandtron Automation Limited
Tel: +1 800 387 57 29
Fax: +1 905 825 21 63
custserv@sandtron.com
http://www.sandtron.com/

**63-Chile:**
E.i.Schadler y Cia Ltda.
Tel: +56 2 274 74 30
Fax: +56 2 204 93 38
info@schadler.com
http://www.schadler.com/

Fax: +61 2 427 180 91
micromax@micromax.com.au
http://www.micromax.com.au/

**58-Belgium:**
Multitechnic nv
Tel: +32 2 257 02 40
Fax: +32 2 257 02 49
unitronics@multitechnic.be
http://www.multitechnic.be/

**60-Bulgaria:**
Semo Ltd.
Tel: +359 2 980 58 82
Fax: +359 2 981 35 90
semo@semo.bg
http://www.semo.bg

**62-Czech Republic :**
Schmachtl CZ, spol. s.r.o
Tel: ++420 2 440 01 500
Fax:++ 4202 449 10 700
tesar@schmachtl.cz
http://www.schmachtl.cz

**64-Colombia:**
COLSEIN LTDA.
Tel: +57 1 610 84 48/ 236 76 59
Fax: +57 1 610 84 48
info@colsein.com.co
http://www.colsein.com.co/

**65-China:**
Konder Co, Ltd.

Beijing
Tel: +86 10 84652340
Fax:+86 10 84652339
BJ@konder.com
http://www.konder.com

**67-Kunming**
Tel: +86 871 3628710
Fax:+86 871 3638622
KM@konder.com
http://www.konder.com

**69-Shanghai**
Tel: +86 21 52822961
Fax:+86 21 52822971
SH@konder.com
http://www.konder.com

**66-China:**
Holink Tech. Corp.

Shanghai
Tel: +86-21-54857214
Fax: +86-21-54857210
allen@holink.com.tw
http://www.holink.com.cn

**68-Tianjing**
Tel: +86-22-25326215
Fax: +86-22-25326286
holinksg@yahoo.com.cn
http://www.holink.com.cn

**70-Guangdong**
Tel: 86-769-85426158
Fax: 86-769-85426160
gd@holink.com.tw
http://www.holink.com.cn

**71-China:**
Automate Control Engineering Ltd.

Shanghai
Tel: +021 6111 2468
Fax: +021 6111 2467
Shanghai@automate-ace.com
http://www.automate-ace.com

**73-Guangzhou**
Automate Control Engineering Ltd.
Tel:+020 38845119
Fax: +020 38823577
Guangzhou@automate-ace.com
http://www.automate-ace.com

**72-Croatia:**
Tipteh Zagreb d.o.o.
Tel.: +385 1 381 65 74
Cell: +385 91 381 65 74
Fax: +385 1 381 65 77
tipteh.zagreb@zg.t-com.hr
http://www.tipteh.si

**74-Cyprus:**
Anaxagoras Pneumatics Ltd.
Tel: +357 22 312 700
Fax: + 357 22 495 953
info@anaxy.com
http://www.anaxcy.com

**76-Ecuador:**
EPLI ECUADOR S.A.
Tel/Fax: +593 4 210 09 69 Ext. 456
info@epli.com.pe
http://www.epli.com.pe

**78-Finland:**
Klinkmann Automation Oy
Tel: +358 9 540 4940

**75-Denmark:**
Desim Elektronik ApS
Tel: +45 70 22 00 66
Fax: +45 70 22 22 20
desim@desim.dk
http://www.desim.dk

**77-Estonia:**
Klinkmann Eesti AS
Tel: + 372 6 684 500
Fax: + 372 66 84 501
klinkmann.est@klinkmann.ee
http://www.klinkmann.com/

**79-France:**
PL Systems
Tel: + 33 1 60 92 41 71

Fax: +358 9 541 3541
automation@klinkmann.fi
http://www.klinkmann.com/

**80-Germany:**
**Spectra ComputerSysteme GmbH**
Tel: +49 711 902 970
Fax: +49 711 902 97 90
vertrieb@spectra.de
http://www.spectra.de/

**82-Hungary:**
**Kvalix Automatika Kft.**
Tel: + 36 1 272 22 42
Fax: + 36 1 272 22 44
info@kvalix.hu
http://www.kvalix.hu/

**84-India:**
**Rajdeep Automation Pvt. Ltd**
Tel: + 91 20 243 937 55
Fax: + 91 20 243 937 56
rajdeep@bom5.vsnl.net.in
shrenik@pn2.vsnl.net.in
http://www.rajdeepindia.com/

**86-Israel:**
**Zivan Instruments Co. Ltd.**
**System & Controls**
Tel: + 972 4 872 98 22
Fax: + 972 4 872 66 27
info@zivan.co.il
http://www.zivan.co.il/

**88-Latvia:**
**Klinkmann Lat Ltd.**
Tel +371 738 16 17
Fax +371 738 24 51
klinkmann@klinkmann.lv
http://www.klinkman.com/

**90-Mexico:**
**Sistemas de Control Autec,**
**S.A. de C.V.**
Tel : +52 (55) 527 885 19
Fax: +52 (55) 527 885 32
soporte@scautec.com
http://www.scautec.com/

**92-New Zealand:**
**EMC Industrial Group Ltd.**
Tel: +64 9 415 5110
Fax: +64 9 415 5115
sales@emc.co.nz

Fax: + 33 1 69 28 41 93
info@pl-systems.fr
http://www.pl-systems.fr/

**81-Greece:**
**MAS S.A.**
Tel: + 30 210 400 1657
Fax: + 30 210 400 1652
info@mas.gr
http://www.mas.gr

**83-Hong Kong:**
**Automate Control Engineering Ltd**
Tel: +852 234 272 76
Fax:+852 234 272 29
ace@automate.corp.com.hk
http://www.automate-ace.com

**85-Ireland:**
**Automated Components Ireland h**
Tel: +35 316 282 824
Fax +35 316 283 536
ddownes@pakautomation.ie
http://www.pakautomation.ie/

**87-Italy:**
**Telestar Srl**
Tel: +39 02 96 740 268
Fax: +39 02 96 740 273
telestar@telestar-automation.it
http://www.telestar-automation.it/

**89-Lithuania:**
**Klinkmann Lit**
Tel: + 370 5 216 25 72
Fax: + 370 5 216 26 41
post@klinkmann.lt
http://www.klinkman.com/

**91-The Netherlands:**
**Isotron Systems BV**
Tel: +31 73 639 16 39
Fax: +31 73 639 16 99
info@isotron.nl
http://www.isotron.nl/

**93-Norway:**
**Tormatic as**
Tel: +47 33 16 50 20
Fax: +47 33 16 50 45
info@tormatic.no

http://www.emc.co.nz/

**94-Peru:**
EPLI S.A.C.
Tel: +51 14 339 514
Fax: +51 14 248 629
info@epli.com.pe
http://www.epli.com.pe/

**96-Poland:**
Elmark Automatyka Sp. zo.o.
Tel: +48 22 773 79 37
Fax: +48 22 773 79 36
elmark@elmark.com.pl
http://www.elmark.com.pl/

**98-Russia:**
Klinkmann SPB
Tel: + 7 812 327 37 52
Fax: + 7 812 327 37 53
klinkmann@klinkmann.spb.ru
http://www.klinkmann.com/

**100-Singapore:**
Scigate Automation PTE Ltd
Tel: + 65 656 10 488
Fax: +65 656 20 588
sales@scigata.com.sg
http://www.scigate.com.sg

**102-South Africa:**
Autocon
Tel: +27 11 823 55 55
Fax: +27 11 823 55 59
info@autocon.co.za
http://www.autocon.co.za

**104-Sweden:**
Leuze SensorGruppen AB
Tel: +46 8 731 51 90
Fax: +46 8 731 51 05
info@leuze.se
http://www.leuze.se/

**106-Taiwan:**
Mark Automation Technologies
Contact: Mark Cheng
4F No. 222 Sec 2 Hsin –I Rd Taipei
Taiwan
Tel: +886 2 2351 0992
Fax: +886 2 2358 1835
marktech@ms31.hinet.net

http://www.tormatic.no/

**95-Philippines:**
CLAVERIA CONSTRUCTION
COMPANY Tel: +632 948 83 55
         +632 297 16 33
         +632 930 08 44
Fax: +632 272-3819
claveria2006@yahoo.com.ph

**97-Portugal:**
Tecnilab Lda.
Tel: + 35 121 722 0870
Fax: + 35 121 726 4550
geral@tecnilab.pt
http://www.tecnilab.pt/

**99-Russia:**
ZAO Klinkmann Spb
Moscow branch
Tel: + 7 495 641 11 00
Fax: + 7 495 641 34 34
moscow@klinkmann.spb.ru
http://www.klinkmann.com/

**101-Slovenia:**
Tipteh d.o.o.
Tel: +38 61 200 5150
Fax: +38 61 200 5151
info@tipteh.si
http://www.tipteh.si/

**103-Spain:**
Side - Servicios Industrial de
Electronica S.A
Tel: +34 93 846 4801
Fax: +34 93 849 1394
elec@side.es
http://www.side.es/

**105-Switzerland:**
COMAT AG Industrielle Elektroni
Tel: +41 (0)31 838 55 77
Fax: +41 (0)31 838 55 99
info@comat.ch
http://www.comat.ch

**107-Thailand:**
Themtech Co. Ltd.
Tel: +66 2 693 6767
Fax: +66 2 693 6630
themtech@ksc.th.com

http://www.marktek.com.tw

**108Turkey:**
Yorum Otomatik Kontrol
Tel: +90 212 256 04 30
Fax: +90 212 253 36 93
yorum@yorum-automation.com
http://www.yorum-automation.com/

**109-Ukraine:**
Klinkmann Ukraine
Tel: +380 44 408 41 07
Fax: +380 44 408 41 59
klinkmann.kiev@klinkmann.kiev.u
http://www.klinkmann.com/

**110-United Kingdom:**
Powertronic Drive Systems Ltd
Tel: +44 (0) 1491 579 118
Fax: +44 (0) 1491 412 211
info@acdcsystems.com
http://www.acdcsystems.com

**111-USA:**
Unitronics Inc.
Tel: + 1 617 657 6596
Fax: +1 617 657 6598
Toll Free number:
+ 866-666-6033
USA Reps and Sales
usa.sales@unitronics.com

**112-Venezuela:**
Intrave, C.A
Tel: +58 212 953.50.80
Fax: +58 212 951.25.21
ventas@intrave.com
http://www.intrave.com

**113-Vietnam (North):**
Q Systems Ltd.
Tel: +84 4 976 0144
Fax: +84 4 976 0145
qsystems@hn.vnn.vn

**114-Yugoslavia:**
ACE-Automatic Control Eng.
Tel: +381 23 52 39 48
Fax: +381 23 52 55 53
info@ace.co.yu
http://www.ace.co.yu/

115-



Fermer la fenêtre

**Actualités & avis**

 

Info trading & Avis    Actualité sociétés cotées    Actualité Euronext    Manifestations Euronext



| PEM | Mnemo | Compartiment |
|-----|-------|-------------|
| BRU | UNITB | Eurolist by Euronext |

*allow remote control and m-commerce solutions. Unitronics' international distribution network composes of in excess of 50 distributors spanning Europe, America, Israel and the Far East, as well as in excess of 60 sales representatives in most of the states of the USA, whose efforts are coordinated and supported through Unitronics' wholly owned US subsidiary, Unitronics, Inc..*

*For more information you can contact Eyal Saban, Vice President and Chief Technology Officer on +972 3 977 8888 (investors@unitronics.com) ;*

*This press release contains certain forward-looking statements and information relating to the Company that are based on the beliefs of the Management of the Company as well as assumptions made by and information currently available to the Management of the Company. Such statements reflect the current views of the Company with respect to future events, the outcome of which is subject to certain risks and other factors which may be outside of the Company's control. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results or outcomes may vary materially from those described herein as projected, anticipated, believed, estimated, expected or intended*

Unitronics (1989) (R"G) Ltd.

(the "Company")

Re: An immediate report concerning an "Exceptional
Transaction" with a "control holder" which does not require
Shareholders' approval.

1.   Unitronics hereby files a report concerning the approval
of an "Exceptional Transaction" according to regulation 1(2)
of the Israeli Companies Regulations (relieves in interested
parties' transactions) - 2000.

2.   Date of approval of the transaction by the Company's
audit committee and board of directors: March 27, 2006.

3.   Description of the main aspects of the transaction and a
summary of the Company's audit committee and board of
directors' reasons for approving the transaction:

A.   Description of the main aspects of the transaction:

On March 27, 2006 the Audit Committee and the Board of Directors approved an amendment to the employment agreement between the Company and Mr. Haim Shani, according to which the payment of Mr. Shani's present salary, amounting to a total gross monthly salary of $15,000 and an annual bonus at a rate of (cost to the Company) 7.5% of the Company's pretax profit in each year (hereinafter: the "**Overall Salary**"), will be divided such that a part of the Overall Salary will be paid by the Company's US subsidiary Unitronics Inc. (the "**Subsidiary**"), and the balance of the Overall Salary will be paid by the Company, in respect of his services as its CEO, provided that the aggregate cost to the Company (on a consolidated basis) of Mr. Shani's salary shall not exceed the cost of the Total Salary.

B.  A summary of the Company's audit committee and board of directors' reasons for approving the amendment:

In order to enable a more active presence and involvement of Mr. Haim Shani in the Company's business activities in the USA (through the Subsidiary), including in different projects in the USA, Mr. Haim Shani is required to be employed by and receive salary from the Subsidiary.

Payment of part of the Overall Salary by the Subsidiary (as detailed above), shall enable the Company to direct part of its management resources to the US markets in order to contribute to the increase and development of the Company's business activity in these markets; All the foregoing without increasing the cost of the salary involved in the employment of Mr. Haim Shani by the Company.

The above division of the Overall Salary shall enable Mr. Haim Shani a greater involvement and presence in the

Company's activity in such a manner that shall not cause additional salary costs to the Company.

In view of the forgoing the Company's audit committee and Board of Directors have resolved that the foregoing amendment has the capacity of only crediting the Company.

Respectfully,

Unitronics (1989) (R"G) Ltd.

Source : Unitronics

This is against the international LAW
UNITRONICS CANNOT USE MY NAME

[PDF] (Microsoft Word - UNITRONICS-#119232-v3-\343\345\347  \370\341\362 ...

File Format: PDF/Adobe Acrobat - View as HTML
Dispute with **Samy Gharb**. As detailed in item 1.32.1 of the Annual Report, in January 2006 the Company through. counsel in the United States filed a claim in ...
www.unitronics.com/pdf/a_r/Q1-2006-Eng.PDF - Similar pages

[PDF] מ"בע )ג "ר ) ( 1989 ) יוניטרוניקס

File Format: PDF/Adobe Acrobat - View as HTML
את סיכויי ההליך .בשלב זה אין אפשרות . החלטה זו כפופה לערעורים אפשריים בערכאות נוספות
... לדוח התקופתי .2.32.1 כמפורט בסעיף .**Samy Gharb** .סכסוך עם . להעריך
www.unitronics.com/pdf/a_r/Q1-2006-Heb.PDF - Similar pages

10. Please produce any correspondence, memo, notes, writing or recordings of your communications with any persons at

Unitronics or its distributors regarding infringement of the '654 Patent.

You can find all in the frist letter sent from the lowyer of Unitronics to the court

11. Please produce any correspondence, memo, notes, writing or recordings of your communications with any persons

other than Unitronics or its distributors wherein you have asserted infringement of the '654 Patent.

This is no realtion with unitronics process

12. Please produce all documents relating to any study, report, or opinion prepared by you or for you concerning past, present, or future infringement by others of the '654 Patent.

No Company can Use sale Micro PLC & GSM and if I find in the Future infringement I will inform the court in USA

13. Please produce all documents relating to any product you manufacture or sell which incorporates the claims or subject matters of the '654 Patent.
all the product of Micro PLC & GSM

14. Please produce all documents relating to any lawsuit, arbitration, or other dispute resolution proceeding to which you

have been a party and in which novelty, patentability, scope, validity, infringement, inventorship, or enforceability of the '654 Patent has been an issue or a claim.

Unitronics process did not have to do with anther companies

15. Please produce all documents relating to the operation of any product you manufacture or sell which you contend

includes the claims or subject matters of the '654 Patent including but not limited to operating manuals, technical manuals,

product specifications, drawings, flow charts, schematic diagrams, and block diagrams.

All product of Micro PLC High Speed & GSM High Speed you can find by Unitronics specifications, drawings, flow charts, schematic diagrams, and block diagrams.

16. Please produce all documents relating to the conception, reduction to practice, research, design, development, or

testing of any product you manufacture or sell which you contend includes the claims or subject matters of the '654 Patent.

Unitronics have noting to do with anther companies

17. Please produce all documents relating to the dates on which you first learned of Unitronics' products commonly known as PLCs, specifically the M90 GSM and M91 GSM.

Press Unitronics in internet in 17July 2000 - mean Area invsetors Unitronics web

18. Please produce all documents relating to any evaluation, study, or investigation by you of Untironics' products

commonly known as PLCs, specifically the M90 GSM and M91 GSM, including opinions of the validity, scope, or enforceability

of any of the claims of the '654 Patent or the infringement or the noninfringement of any of the claims of the '654 Patent.

By sale offer this:-

A. Turns GSM On
B. Pin code in SIM card On
C. Stored Phone Number

D. Stored SMS Message
E. Send with stored Phone Number
F. Function Block working one after one
G. Store Function block with determine the time value
I. Use Micro PLC High  Speed  to order GSM High  Speed to send information(the high speed GSM is come in  EU - USA Since 1999( Faster Technology called HSCSD or High Speed-switched data)
H. Repeat  if the line is busy
K. GSM Turn off (hung up)

19. Please produce all documents which refer or relate to ownership or exclusive licensing of the '654 Patent.

you can find by
www.uspto.com
USA Patent - License and Trademark office Department

20. Please produce all documents relating to any offer for sale in the United States of the subject matter of the '654  Patent.

I offer USA Paten –License  and you can find Document by USA Department
Of commercs.

21. Please produce all documents relating to the date on which the subject matter of the '654 Patent was first described in a printed or written publication.

In 3.6.1999

Please produce all documents relating to the date on which the subject matter of the '654 Patent was first put

In 3.6.1999