IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.**,<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>      Plaintiffs,<br><br>v.<br><br>**SAMY GHARB**,<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>      Defendant. | Civil Action File No. 1:06-cv-00027-RMC |

## PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE

Glenn J. Perry, Esq., a member of the bar of this Court and counsel of record for Plaintiff Unitronics (1989) (R"G) Ltd. and Plaintiff Unitronics, Inc., pursuant to Local Rule 83.2 moves this Court for an Order admitting Brendan E. Squire, Esq. to the bar of this Court *pro hac vice*.

As grounds for this motion, movant states that Mr. Squire is an attorney who regularly practices law in Atlanta, Georgia, as counsel for Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia, 30309. He is a graduate of the University of Illinois College of Law. He was admitted to the State Bar of Georgia in 2005, and is currently a member in good standing in the bar of Georgia. He is also admitted to the Supreme Courts of the States of Illinois and Alabama, the United States District Courts for the Northern and Middle Districts of Alabama, the Northern

District of Illinois, the Western District of Michigan, the United States Court of Appeals for the Federal Circuit and the United States Supreme Court.

Wherefore, movant respectfully requests that Brendan Edward Squire be admitted *pro hac vice*, to the United States District Court for the District of Columbia for the purposes of this lawsuit.

/s/ Glenn J. Perry
Glenn J. Perry
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W.
Washington, D.C. 20036
Attorney for Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.