IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,
P.O. Box 300, Ben Gurion Airport
70100, Israel

UNITRONICS, INC.
1 Batterymarch Park, Suite 103
Quincy, MA 02169

    Plaintiffs,

v.

SAMY GHARB,
Bachtobelstrasse 30, 8045
Zurich, Switzerland

    Defendant.

Civil Action File No.: 1:06-cv-00027-RMC

## AFFIDAVIT OF BRENDAN E. SQUIRE, ESQ.
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

BRENDAN E. SQUIRE, being duly sworn, deposes and says:

1. I am an attorney at Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, Georgia 30309. I submit this affidavit in support of my application for admission *pro hac vice* on behalf of the Plaintiffs in this action, Unitronics (1989) (R"G) Ltd. and Unitronics, Inc..

2. I received my Juris Doctor degree from the University of Illinois College of Law.

3. I am currently a member in good standing of the bar of the States of Alabama, Georgia and Illinois. I am also admitted in the United States District Court for the Northern and Middle Districts of Alabama, the Northern District of Illinois, the

Western District of Michigan, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

4. I am associated in this litigation with Glenn J. Perry of the firm of Smith, Gambrell & Russell, LLP, who is authorized to practice law in the District of Columbia.

5. I hereby certify that I do not currently have, nor have I ever had, any grievance pending against me related to my practice of law, nor have I ever been reprimanded, suspending or disbarred from the practice of law. I have never resigned from the practice of law.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. Attached hereto is a true and correct copy of a certificate of good standing from the United States District Court for the Northern District of Alabama

Further the affiant sayeth naught.

DATED: August 28, 2006

_____
Brendan E. Squire, Esq.

Subscribed and Sworn to before me
this the 28th day of August, 2006.

_____
NOTARY PUBLIC

My commission expires: _____

LIT\960491.1