**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sharon Harris, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **BRENDAN E. SQUIRE** was duly admitted to practice in said Court on **June 18, 2001**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on August 16, 2006.

SHARON HARRIS, CLERK

By: _Shirley Brown_
Deputy Clerk