CA 06-27



**Chashawn White/DCD/DC/USCOURTS**
08/31/2006 10:57 AM

To  Rosemary M Collyer/DCD/DC/USCOURTS@USCOURTS
cc  Eric Beckenhauer/DCD/DC/USCOURTS@USCOURTS
bcc
Subject  Fw: FACT

Judge

See below...

----- Forwarded by Chashawn White/DCD/DC/USCOURTS on 08/31/2006 10:57 AM -----



samygharbch@aim.com
08/31/2006 10:25 AM

To  Chashawn_White@dcd.uscourts.gov
cc
Subject  Fwd: FACT

Dear Ms Chashawn White

Please give this letter to the court

Best Regards,

USA Patent holder

SAMY GHARB

-----Original Message-----
From: samygharbch@aim.com
To: DAHEINEMAN@sgrlaw.com
Sent: Tue, 29 Aug 2006 8:36 PM
Subject: FACT

-----Original Message-----
From: samygharbch@aim.com
To: GPERRY@sgrlaw.com
Sent: Tue, 29 Aug 2006 6:04 PM

Dear Sir

Please find attached a letter:

**RECEIVED**

SEP 7 = 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sincerely
USA Patent holder
SAMY GHARB

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection. LETTER.doc  Unitronics_and_taxes_in_USA.doc

Dear Sir

I have to inform you that the court got in 2005 a letter from you with this information about sold PLC and GSM in USA from the company (Controls & Power)
This business is for controlling six water walls and two storage tanks in South Carolina.
This is the fact of Unitronics business in USA since 2001.
You and Unitronics stuff did not tell the truth to the court .in my question I had asked if Unitronics did business with PLC and GSM the answer was no.
Unitronics did business in New jersey on 2001 with sales revenues of $ 10 million with 250 distributors and this also fact.
Unitronics did business with Disney in Epcot Center's Millennium Village in Orlando, Walt Disney World.
Mr Eyal Saban did not find the idea to build function blocks in PLC to dial up information via GSM and this is also fact because he did not work by in Unitronics in 1999 .
Mr Hain Shani is ECO. he too did not know how to build function blocks in PLC and this fact too .
Unitronics did not tell the truth about the person who did this function blocks in PLC. In this case I would like to as you and Unitronics to give the document with data to the court with all payments of taxes in USA from 2001 to 2005,
From today Unitronics have not the right to sale any PLC with any function block to dial up via GSM.. This is also fact

Zurich
29.8.2006
Sincerely

USA Patent holder

SAMY GHARB

RECEIVED
SEP 7   2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

**Press Release** Press Release

*August 16, 2006*   **UNITRONICS PUBLISHED A PROSPECTUS FOR THE ISSUANCE OF ITS SECURITIES TO THE PUBLIC IN ISRAEL**

Unitronics announced today that on August 16, 2006, it filed with the Israel Securities Authority a prospectus for the issuance of its securities to the public in Israel, and English translation of which is attached hereunder.
THE ENGLISH TRANSLATION OF THE PROSPECTUS IS BEING PROVIDED FOR INFORMATION PURPOSES ONLY, AND IT DOES NOT CONSTITUTE A PUBLIC OFFER TO SELL NOR A PUBLIC SOLICITATION OF AN OFFER TO BUY ANY SECURITIES OF THE COMPANY IN ANY JURISDICTION, AND SPECIFICALLY NOT IN BELGIUM. THE PUBLIC OFFERING IN ISRAEL IS EFFECTED SOLELY THROUGH THE HEBREW PROSPECTUS APPROVED BY THE ISRAELI AUTHORITIES. more...

*May 21, 2006*   **SALES OF ABOUT NIS 21M, AND NET PROFIT OF ABOUT NIS 0.6M IN FIRST THREE MONTHS OF 2006**

Unitronics reported that it achieved sales of approximately NIS 21 million (about EUR 3. 6 million) for the first three months of 2006, a continued increase in revenues in the last eighteen months. Unitronics also reported a net profit of approximately NIS 601 thousand (about EUR 106 thousand). more...

*March 27, 2006*   **SALES RECORD OF ABOUT NIS 80.7M, AND NET PROFIT OF ABOUT NIS 624 THOUSAND IN 2005**

Unitronics announced today that it realized sales of approximately NIS 80.7 million (about EUR 14.8 million) for the year 2005, an increase of about 31% as compared to the year 2004. The Company reported a net profit of approximately NIS 624 thousand (about EUR 115 thousand) for the year 2005, as compared to a net profit of approximately NIS 2,879 thousand (about EUR 530 thousand) for the year 2004.
more...

*November 20, 2005*   **SALES RECORD OF ABOUT NIS 60.2M, AND NET PROFIT OF ABOUT NIS 1.9M IN FIRST NINE MONTHS OF 2005**

Sales of approximately NIS 60.2 million (about EUR 9.1 million) for the first nine months of 2005, an increase of about 37% as compared to the corresponding period of 2004. The Company reported a net profit of approximately NIS 1.9 million (about EUR 343 thousand) for the first nine months of 2005, as compared to a similar net profit of approximately NIS 2 million (about EUR 361 thousand) for the corresponding period of 2004. more...

2

*August 14, 2005*  **SALES RECORD OF ABOUT NIS 39.8M, AND NET PROFIT OF ABOUT NIS 1,139 THOUSAND IN FIRST HALF OF 2005**

Unitronics announced today that it realized sales of approximately NIS 39.8 million (about EUR 7.2 million) for the first half of 2005, an increase of about 42% as compared to the corresponding period of 2004. The Company reported a net profit of approximately NIS 1,139 thousand (about EUR 206 thousand) for the first half of 2005, as compared to a net profit of approximately NIS 1,370 thousand (about EUR 248 thousand) for the corresponding period of 2004. more...

*May 4, 2005*  **SALES RECORD OF ABOUT NIS 19.6M, AND NET PROFIT OF ABOUT NIS 814 THOUSAND IN FIRST QUARTER OF 2005**

Unitronics announced today that it realized sales of approximately NIS 61.8 million (about EUR 3.5 million) for the first quarter of 2005, an increase of about 46% as compared to the corresponding quarter of 2004. The Company reported a net profit of approximately NIS 814 thousand (about EUR 144 thousand) for the first quarter of 2005, as compared to a net profit of approximately NIS 515 thousand (about EUR 91 thousand) for the corresponding quarter of 2004. more...

*March 21, 2005*  **UNITRONICS REPORTS 53% GROWTH IN SALES, REALIZING ABOUT NIS 61.8M, AND NET PROFIT OF ABOUT NIS 2.9M IN 2004**

Unitronics announced today that it realized sales of approximately NIS 61.8 million (about EUR 10.5 million) for the year 2004, an increase of about 53% as compared to the year 2003 and about 198% as compared to the year 2002. The Company reported a net profit of approximately NIS 2.9 million (about EUR 490 thousand) for the year 2004, as compared to a net loss of approximately NIS 3.5 million (about EUR 595 thousand) for the year 2003. In addition, the Company reported a positive cash flow from operating activities of approximately NIS 11.3 million (about EUR 1.92 million) for the year 2004. more...

*January 17, 2005*  **UNITRONICS TO EXPAND PROJECT FOR A CLIENTS' LOGISTIC SYSTEM, FROM NIS 15 MILLION TO NIS 23.5 MILLION**

Further to the Immediate Report published by the Company in July 2004 with respect to an agreement with an Israeli client engaged in import, processing, production and marketing of metal materials and products, for the supply and installation of an automated logistic system Unitronics announced today the increase of the magnitude of the Project to an aggregate total amount of approximately NIS 23.5 million (approximately EUR 4.1 million), plus V.A.T (an increase of approximately NIS 8.5 Million, plus VAT, as compared to the original agreement. more...

*January 10, 2005*  **UNITRONICS TO SUPPLY AUTOMATED LOGISTIC SYSTEM TO A RECURRING CLIENT**

3

Unitronics announced today the execution of an agreement with a client for the supply and installation of an automated logistic system to be installed at the Client's facility in Israel, further to Unitronics' installation of a similar system for such client in 2001. The Client undertook to pay Unitronics a total amount of approximately 446 thousand Euro (about NIS 2.5 million), including V.A.T subject to the achievement of certain milestones. The project is targeted for completion in the fourth quarter of 2005. more...

*November 7, 2004* — **UNITRONICS REPORTS CONTINUED NET PROFIT AND GROWTH IN REVENUES, IN FIRST NINE MONTHES OF 2004**

Unitronics announced today that it realized sales of approximately NIS 44,025 thousand (about EUR 7,969 thousand) in the first nine months of 2004 representing an increase of about 57% as compared to the first nine months of 2003, and a net profit of approximately NIS 2,099 thousand (about EUR 382 thousand) in the first nine months of 2004 compared to a net loss in the same period of 2003. more...

*August 2, 2004* — **CHANGES IN THE HOLDINGS OF HOLDERS OF AN INTEREST IN THE COMPANY**

Unitronics published the attached Immediate Report pursuant to the requirements of Israeli law, in connection with changes in the holdings of holders of an interest in the Company following the acquisition of 200,000 Option Deeds (Series 1) by Mr. Haim Shani (who also serves as the chairman of the board of directors of the Company and as the managing director of the Company) from several Israeli underwriters of the Company's Israeli prospectus dated May 12, 2004.. more...

*July 26, 2004* — **UNITRONICS REPORTS CONTINUED GROWTH IN NET PROFIT AND REVENUES, IN FIRST HALF OF 2004**

Unitronics announced today that it realized sales of approximately NIS 28,084 thousand (about EUR 5,138 thousand) in the first half of 2004 representing an increase of about 64% as compared to the first half of 2003, and a net profit of approximately NIS 1,370 thousand (about EUR 251 thousand) in the first half of 2004 compared to a net loss in the first half of 2003. more...

*July 18, 2004* — **UNITRONICS TO SUPPLY CONTROL, SOFTWARE AND CONVEYING SYSTEMS TO CLIENT**

Unitronics announced today the execution of an agreement with an Israeli client engaged in import, processing, production and marketing of metal materials and products, for the supply and installation of an automated logistic system which includes storage control apparatus and software, and an automatic conveying system for pallets and containers, to be installed at the Client's facility in Israel, for a total amount of approximately NIS 15 million (about EUR 2.8 million). more...

4

*June 09, 2004*   **UNITRONICS TO SUPPLY CONTROL, SOFTWARE AND CONVEYING SYSTEMS FOR COCA COLA**

Unitronics announced today the execution of an agreement with the Central Bottling Company Ltd. ("Coca Cola" in Israel), for the supply and installation of a control system, a production control software, and an automatic monorail conveying system, to be installed at Coca Cola's, Bney Brak manufacturing facility (Israel), for a total amount of approximately Euros 550 thousand (about NIS 3 million. more...

*May 20, 2004*   **UNITRONICS CONSUMMATES PUBLIC OFFERING IN ISRAEL**

Unitronics published pursuant to the requirements of Israeli law, an immediate report in connection with the consummation of its public offering pursuant to its prospectus dated May 12, 2004. The gross consideration received by the Company in consideration of the securities offered in the prospectus is approximately NIS 39,290. more...

*May 13, 2004*   **UNITRONICS EFFECTS A PUBLIC OFFERING IN ISRAEL**

Unitronics announced the launch, in Israel, of a public offering of newly issued securities, and their listing for trade on the Tel-Aviv Stock Exchange in Israel (together with the listing on such stock exchange of all other outstanding shares of the Company). This transaction is organized pursuant to an Israeli prospectus in accordance with the requirements of Israeli law. The contemplated timetable for the offering assumes its completion by May 19, 2004. If consummated, it is expected that a minimum of approximately NIS 35,118 (app. EUR 6.4) in net proceeds shall be raised by the Company pursuant to such offering. more...

*May 7, 2004*   **FIRST NET PROFIT SINCE IPO IN Q1 2004, FOLLOWING 10 QUARTERS OF GROWTH**

Unitronics announced today that it realized a net profit of about NIS 515 thousand (approximately EUR 94 thousand) in the first quarter of 2004, compared to a net loss of about NIS 498 thousand (approximately EUR 90 thousand) in the fourth quarter of 2003, and a net loss of about NIS 1,454 thousand (approximately EUR 263 thousand) in the same period of 2003. This encouraging anticipated turning point is mainly attributable to the continuous increase in sales, without a corresponding increase of operational expenses. more...

*March 26, 2004*   **UNITRONICS PLANS PUBLIC OFFERING IN ISRAEL**

Unitronics announced the filing with the Israeli Securities Authority of a draft prospectus for a public offering of newly issued securities, and their listing for trade on the Tel-Aviv Stock Exchange in Israel. The volume and timetables of the contemplated offering, as well as the nature of the securities to be offered, have not yet been finalized and remain subject to the Company's determination as well as market and other conditions. more...

| | |
|---|---|
| *February 25, 2004* | 5<br>*YEAR 2003: SALES ALMOST DOUBLED; FIRST OPERATING PROFIT AND EBITDA SINCE 2000* |

Unitronics announced today revenues of approximately NIS 40,306 thousand (approximately EUR 7,284 thousand and USD 9,204 thousand) for the year 2003, an increase of about 94% compared to the revenues of 2002 and about 220% compared to the revenues of 2001. The Company's new generation products and its worldwide intensive marketing efforts in recent years, are believed to be the main reasons for the significant growth in its sales. more...

| | |
|---|---|
| *February 17, 2004* | *UNITRONICS TO INSTALL AUTOMATED WAREHOUSE FOR TEVA; CONTRACT IN EXCESS OF $4 MILLION* |

Unitronics announced the execution of an agreement for the design, supply and installation of a new automated logistics system and storage facility, with Teva Pharmaceutical Industries Ltd. a global pharmaceutical company. The system is to be installed at one of Teva's production sites. The agreement reflects performance-linked revenues of approximately EUR 3.3 Million (about USD 4.2 Million). more...

| | |
|---|---|
| *February 3, 2004* | *UNITRONICS ANNOUNCES ANTICIPATED YEAR 2003 FINANCIAL RESULTS* |

Unitronics announced today that it expects to report revenues for the year ended December 31st, 2003 in the range of NIS 40 Million (more than USD 9 Million and EUR 7 Million). Based on these estimated revenues, Unitronics expects to report accumulated EBITDA for the year ended December 31st, 2003 of approximately NIS 1 million (about USD 220 thousand and EUR 180 thousand), as compared to a negative EBIDTA for the years 001 and 2002. more...

| | |
|---|---|
| *December 22, 2003* | *MODIFIED TERMS OF CONVERTIBLE BONDS* |

Unitronics announces the modification of the terms of convertible bonds issued pursuant to Convertible Bonds Subscription Agreements dated January 31, 2001, which Bonds where issued for a total issuing price of 3 million EUR at a conversion price of 4.73 EUR per Share. More...

| | |
|---|---|
| *November 25, 2003* | *MODIFICATIONS OF UNITRONICS' CONVERTIBLE BONDS SUBSCRIPTION AGREEMENTS* |

Unitronics announced certain intended modifications to the Convertible Bonds Subscription Agreements dated January 31, 2001 by and between the Company and certain non-affiliated Bond Holders. more...

| | |
|---|---|
| *November 24, 2003* | *UNITRONICS ANNOUNCES: SECOND OPERATING PROFIT REPORTED IN A ROW* |

6

Unitronics announced today that it realized record sales of approximately NIS 10,874 thousand (approximately EUR 2,097 thousand or USD 2,449 thousand) for the third quarter of 2003. This represents an increase of approximately 16% in sales as compared to the second quarter of 2003 and an increase of approximately 94% comparing to the same quarter of 2002. more...

### *September 5, 2003*  *UNITRONICS FILES PROVISIONAL PATENT APPLICATION IN THE USA*

Unitronics announced today the filling of a provisional patent application with the United States Patent and Trademark Office in connection with technologies intended to enable configuration of modular and distributed automation and control systems, whose components are designed for wireless and/or wired connectivity. more...

### *August 28, 2003*  *FIRST OPERATING PROFIT AND RECORD SALES IN Q2/2003*

Unitronics announced today revenues of approximately NIS 9,437 thousand (about EUR 1,915 thousand) for the second quarter of 2003, more than doubled in compare to the same period of 2002. The Company that has been reporting notable growth in its revenues in the last 21 consecutive calendar months (or seven quarters), believes this demonstrates a turning point from operating loss of approximately NIS 793 thousand in the first quarter of 2003, to an operating profit of approximately NIS 155 thousand in the second quarter of 2003. more...

### *May 28, 2003*  *UNITRONICS DOUBLED ITS REVENUES IN Q1/2003*

Unitronics announced today revenues of approximately NIS 8,050 thousand (about EUR 1,576 thousand) for the first quarter of 2003, more then doubled in compare to the same period of 2002. The Company believes that this notable growth in its revenues in the last 18 consecutive calendar months (or six quarters) is indicating a significant positive change. more...

### *March 28,, 2003*  *UNITRONICS REPORTS 65% INCREASE IN SALES IN YEAR 2002*

Unitronics announced today revenues of approximately NIS 21,132 thousand (about EUR 4,252 thousand) for the year 2002, an increase of about 65% compared to the revenues of year 2001. Unitronics also reported a decrease of about 61% in operating loss for the period. more...

### *February 2, 2003*  *UNITRONICS ANNOUNCES CAPITAL INCREASE THROUGH PRIVATE PLACEMENT*

7

As a result of a private placement, on January 29, 2003 Unitronics Ltd. has effected a capital increase of 109,410 new ordinary shares at a subscription price of EUR 1.022 per share. The shares have a nominal value of NIS 0.02 per share. The gross amount of the capital increase was EUR 111,817.02. A demand for listing of the shares has been submitted with the Euronext Brussels stock exchange authorities. The capital increase raises the total number of outstanding Unitronics shares from 8,864,388 to 8,973,798 shares.

| | |
|---|---|
| *November 28, 2002* | **UNITRONICS MARKS FOUR CONSECUTIVE QUARTERS OF INCREASE IN SALES** |

Unitronics announced today that it realized sales of approximately EUR 1,194 thousand for the third quarter of 2002, an increase of about 21% as compared to the second quarter of 2002 and an increase of about 109% as compared to the same period of 2001. more...

| | |
|---|---|
| *August 28, 2002* | **UNITRONICS MARKS A THIRD CONSECUTIVE QUARTER OF INCREASE IN SALES** |

Unitronics announced today that it realized about 21% growth in sales and reduced its expenses in the second quarter of year 2002. Revenues from sales amounted to approximately NIS 4,711 thousands (about EUR 995 thousand) representing a third consecutive quarter of growth. more...

| | |
|---|---|
| *May 29, 2002* | **UNITRONICS MARKS AN INCREASE OF 23% IN SALES** |

Unitronics marks an increase of 23% in sales and reduces its expenses in First Quarter 2002. Unitronics announced today that it realized sales of approximately NIS 3,743 thousand (approximately EUR 917 thousand) for the first quarter of 2002, representing a notable growth in two consecutive quarters more...

| | |
|---|---|
| *March 25, 2002* | **UNITRONICS ANNOUNCED TODAY ITS FINANCIAL RESULTS FOR THE YEAR 2001** |

Unitronics announced today its financial results for the year ending December 31, 2001. Total annual revenues were approximately EUR 3,078 thousand and the net result for 2001 was a loss of approximately EUR 4,128 thousand. During 2001, Unitronics concentrated on R&D and marketing activities. The company opened its subsidiary in the US, broadened its world-wide distribution network, and launched its new product line Vision Series. more...

| | |
|---|---|
| *November 29, 2001* | **UNITRONICS CONTINUES WITH PLANNED MARKETING AND R&D** |

Unitronics continues with planned marketing and research & development expenses, in spite of sales slowdown. Unitronics announced today that it realized sales of approximately NIS 9,098 thousand (approximately EUR 2,281 thousand) for the first nine

8

months of 2001. more...

| | |
|---|---|
| *August 23, 2001* | **HALF-YEAR RESULTS: QUARTER HIGHLIGHTED BY ESTABLISHMENT OF NEW U.S. SUBSIDIARY AND EXPANDED R&D ACTIVITIES** |

Despite the world economic slowdown, Unitronics chose to invest in strengthening its global distribution network, increasing R&D activity, and amplifying marketing efforts on the behalf of newly developed products. more...

*July 3, 2001*   **ACCOMPANIED BY THE SLOGAN "LOOK INTO THE FUTURE", UNITRONICS LAUNCHES THE ADVANCED VISION SERIES, INTENDED TO COVER NEW MARKET SEGMENTS**

Unitronics announced the commercial release of its new "Vision Series" of products. The "vision Series" is an advanced series of small and medium PLCs with integral graphic operator interface, snap-in I/O and networking. more...

*March 27, 2001*   **UNITRONICS REPORTS INCREASE OF 65% IN REVENUES AND A SHIFT TO A POSITIVE PROFIT FROM OPERATIONS**

Unitronics announced its financial results frror the year ending December 31, 2000. Total annual revenues increased approximately 65% to EUR 6314 thousand as compared to the year 1999. The Company shifted from a negative EBIT in 1999 to an EBIT of approximately EUR 300 thousand in 2000. more...

*March 6, 2001*   **UNITRONICS SETS UP ITS OWN DISTRIBUTION NETWORK IN THE US**

Unitronics has chosen to enhance its market presence in North America directly and through representatives, rather than through an acquired U.S. subsidiary. more...

*February 6, 2001*   **CAPITAL RAISE WORTH EUR 5 MILLION FOR UNITRONICS**

Unitronics has concluded a private convertible bonds deal, raising an additional 3 millions EUR from institutional investors from Belgium and abroad. This operation concludes a EUR 5 million capital raise including the EUR 2 million capital raise of January 2001 and logically completes the company's financial program. The capital raised should mainly strengthen Unitronics' capacity to rapidly penetrate the North American market according to the company strategy. more...

9

*January 23, 2001*   **UNITRONICS RAISES 2 MILLION EUR OF NEW CAPITAL**

Unitronics announced that it raised 2 million EUR of new capital. The operation was handled as a private investment by private and intitutional investors. more...

*November 29, 2000*  **UNITRONICS SUCESSFULLY CONTINUES TO REALIZE ITS EXPECTED GROWTH IN THIRD QUARTER 2000**

Unitronics announced today that it successfully realized expected sales of EUR 1,824 thousands for the third quarter of 2000. Since January 2000, Unitronics reported revenues of EUR 5,413 thousands, more than double (an increase of 158%) the revenues for the same period of 1999. more...

*November 6, 2000*  **UNITRONICS SIGNS MOU FOR ACQUSITION OF AN AMERICAN INDUSTRIAL AUTOMATION COMPANY**

Unitronics announced today that it entered into a Memorandum Of Understanding for the acquisition of an American company engaged in industrial automation, with sales revenues of $10 Million, a wide US and global marketing network that includes approximately 250 distributors and sales reps, and manufacturing facilities located in New Jersey, USA. more...

*October 5, 2000*  **UNITRONICS' WEBPLC CONTROLS PRODUCTION OF BOTTLES FOR A MAJOR INTERNATIONAL SOFT DRINK MANUFACTURER**

Unitronics has successfully completed the implementation and activation of a control system at a manufacturing plant in Mexico, producing PET plastic bottles for a major soft drink manufacturer. more...

*August 29, 2000*  **UNITRONICS ACHIEVES RECORD SALES AND PROFITS IN SECOND QUARTER 2000**

Unitronics announced that it has achieved record sales od EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000. more...

*August 8, 2000*  **UNITRONICS ACQUIRING NEW BUSINESS FACILITY**

10

Unitronics has signed a contract for the acquisition of a new business facility. The new, 1600 square meter facility is located in AIRPORT CITY, close to the Tel Aviv international airport. more...

*July 17, 2000*  **UNITRONICS RELEASES THE M90-GSM AN SMS WIRELESS COMMUNICATION FEATURE**

Unitronics announces the commercial release of the M90-GSM. This new feature brings the advantages of the M90 Unitronics palm sized micro controller, to GSM cellular phones. more...

*April 12, 2000*  **USD 7.4M: SALES EXPECTATIONS FROM UNITRONICS' NEW DISTRIBUTORS**

Unitronics has rapidly expanded its global distribution network, awarding a total of 28 distributorships to firms in the industrial automation sector and thereby adding an estimated 120 personnel to its sales force. more...

*April 12, 2000*  **UNITRONICS ON THE MAP—IN DISNEY**

With split-second timing, Unitronics' OPLC line of devices control an attraction in Epcot Center's Millennium Village in Orlando, Walt Disney World. more...

*February 11, 2000*  **UNITRONICS WINS 2 MAJOR ORDERS**

Unitronics has received two major orders with an combined value of over USD 1,000,000. One order is for Global Wire... more...

*January 2000*  **UNITRONICS APPOINTS NEW CTO**

Unitronics has announced the appointment of Eyal Saban as the company's new Chief Technology Officer. more...

*October 27, 1999*  **UNITRONICS' INITIAL PULIC OFFERING -A SUCCESS**

Distributors in Denmark, Holland, and Belgium October 27, 1999-Unitronics, a multinational advanced technology company, successfully.... more...

*September 30, 1999*  **UNITRONICS AWARDS THREE NEW DISTRIBUTORSHIPS.**

11

Distributors in Denmark, Holland, and Belgium have contracted to market the full line of Unitronics' new M90 micro controllers. Joint sales for the period up to the end of the year 2001 are forecast to reach $1,645,000. more...

*September 21, 1999*  **UNITRONICS ANNOUNCED TODAY ITS INITIAL PUBLIC OFFERING ON EURO.NM BELGIUM**

Unitronics, a multinational advanced technology company, announced today its Initial Public Offering on the EURO.NM Belgium public stock exchange. The company, which intends to raise approximately 7.5 million euros in its IPO, offers 2,000,000 new shares, priced at 3.72 euros per share. more...

***August 29, 1999***    ***UNITRONICS' WEBPLC™ INSTALLATION- UP &RUNNING***

The world's first Internet-enabled WebPLC™ network is operating a production line in the **Cargal** carton plant in Lod, Israel. TCP/IP communication protocols, the same Internet technology that enables common applications such as Web-surfing and email, are now controlling machines on the Cargal factory production floor. more...

***August 25, 1999***    ***UNITRONICS LANDS 2 MAJOR WEBPLC™ PROJECTS***

Two projects worth over 1.7 million USD have been awarded to Unitronics Ltd. The company is to provide Automated Warehouse and Distribution Center control systems for Tnuva, the largest marketer of agricultural products in Israel, and for Envases Innovativos, one of the leading manufacturers of PET blow-moulding bottles in Mexico. more...

***August 1, 1999***    ***UNITRONICS AWARDS MMI SOLUTIONS UK DISTRIBUTION RIGHTS***

Sales peaking at $1.5 million are projected in the sale forecast of the three-year exclusive distribution agreement just signed between Unitronics Automation and Control and MMI Solutions. The agreement designates MMI Solutions as the sole distributor of Unitronics products throughout the United Kingdom. more...

***July, 1999***    ***THE M90: ALL-IN-ONE MICRO-PLC AND HMI***

Unitronics has officially launched the new M90 micro-PLC. The M90 is a palm-sized controller that contains a fully functional Human-Machine-Interface, programmed by the user to suit his own particular requirements. more...

©2005 Unitronics. All rights reserved
comments: webmaster@unitronics.com