| | Chashawn White/DCD/DC/USCOURTS 09/05/2006 03:00 PM | To | Rosemary M Collyer/DCD/DC/USCOURTS@USCOURTS |
|---|---|---|---|
|  | | cc | Eric Beckenhauer/DCD/DC/USCOURTS@USCOURTS |
| | | bcc | |
| | | Subject | Fw: Activity in Case 1:06-cv-00027-RMC UNITRONICS 1989 R G LTD., et al v. GHARB "Order" |

Judge

See below...

----- Forwarded by Chashawn White/DCD/DC/USCOURTS on 09/05/2006 03:00 PM -----

| | samygharbch@aim.com 09/05/2006 06:43 AM | To | Chashawn_White@dcd.uscourts.gov |
|---|---|---|---|
|  | | cc | |
| | | Subject | Re: Activity in Case 1:06-cv-00027-RMC UNITRONICS 1989 R G LTD., et al v. GHARB "Order" |

Dear Ms Chashawn White

Plaese give this i nformation to the court and I would like to stop this kind of business

Unitronics must put my Name out from all webseits

Best Regards,

USA Patent Holder
SAMY GHARB

---

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email

virus protection. unitronics use the Name of gharb.doc

**RECEIVED**
SEP 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- **סקינורטינוי**
  אב , פיעסב טרופמכ 1.32.2 יתפוקתה חודל , ראוניב 2006 . **Samy Gharb** ךוסכס םע
  ... הרבחה השיגה םייטפשמה היצעוי תועצמא הראב
  www.unitronics.com/pdf/a_r/Q1-2006-Heb.PDF - More from this site - Similar pages
  [ Result from MSN ]

- **Unitronics (1989)(R"G) LTD.**
  Dispute with **Samy Gharb**. As detailed in item 1.32.1 of the Annual Report, in January 2006 the Company through. counsel in the United States filed a claim in ...
  www.unitronics.com/pdf/a_r/Q1-2006-Eng.PDF - More from this site - Similar pages
  [ Result from Google, MSN ]

- 
- 7. (Microsoft Word - UNITRONICS-#119232-v3-\343\345\347_\370\341\362 ...
  ר" ג( עב "מ ) ( 1989 ) ( סקינורטינוי 8.

- (Microsoft Word - UNITRONICS-#119232-v3-\343\345\347_\370\341\362\345\360\351_Q1_06_-_\340\360\342\354\351\372.DOC) (PDF)

Dispute with **Samy Gharb** ... All figures for all periods specified in this. report were translated for convenience at the same exchange rate of the EUR ...

www.unitronics.com/pdf/a_r/Q1-2006-Eng.PDF - 213k - View as html - More from this site - Save

- **Unitronics (1989)(R"G) LTD.**
  Dispute with **Samy Gharb** . As detailed in item 1.32.1 of the Annual Report, in January 2006 the Company through counsel in the United States filed a claim in the US cou rt against a private ...
  - www.unitronics.com/pdf/a_r/Q1-2006-Eng.PDF
  - Cached page
  - PDF file
  - **סקינורטינוי**
    יתפוקתה חודל , ראוניב 1.32.2 פיעסב טרופמכ . **Samy Gharb** םע ךוסכס
    ... 2006 ,אב הרבחה השיגה םייטפשמה היצעוי תועצמא הראב
    - www.unitronics.com/pdf/a_r/Q1-2006-Heb.PDF
    - Cached page
    - PDF file

Show more results from "www.unitronics.com". 16.
(Microsoft Word - UNITRONICS-#119232-v3-\343\345\347_\370\341\362 ...

Dispute with **Samy** Gharb. As detailed in item 1.32.1 of the Annual Report, in January 2006 the Company through. counsel in the United States filed a claim in ...
www.unitronics.com/pdf/a_r/Q1-2006-Eng.PDF [Found on Google]

o