CA 06-27



**Chashawn White/DCD/DC/USCOURTS**
09/05/2006 03:00 PM

To    Rosemary M Collyer/DCD/DC/USCOURTS@USCOURTS
cc    Eric Beckenhauer/DCD/DC/USCOURTS@USCOURTS
bcc

Subject    Fw: Activity in Case 1:06-cv-00027-RMC UNITRONICS 1989
R G LTD., et al v. GHARB "Order"

Judge

See below...

----- Forwarded by Chashawn White/DCD/DC/USCOURTS on 09/05/2006 02:59 PM -----



**samygharbch @aim.com**
09/05/2006 06:30 AM

To    Chashawn_White@dcd.uscourts.gov
cc

Subject    Re: Activity in Case 1:06-cv-00027-RMC UNITRONICS 1989
R G LTD., et al v. GHARB "Order"

Dear Ms Chashawn White

Thank you for your E.mail and please give this information to the Court :-

1. Mr Eyal Saban started to work by Unitronics from 2000 only for software and he did not know how to build function block in PLC to GSM.

2. Mr Haim Shani started to work by Unitronics South Africa from 1984-1988 in development and manufacture

of robotic controllers and he did not know how to build function block in PLC to GSM.

3. Unitronics has a New product PLC Jazz at 2006 with GSM.

4. Unitronics price of M90 PLC with GSM KIT is $ 1250

GSM KIT(modem-cable.antann)
Article No,M90 GSMSET
Power supply for GSM
Article No, MC1213114
Rs232 communication cable
Article No, NDC003801015

**RECEIVED**

SEP 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. Unitronics WINS excellence AWARD in INA ( Instrumentation & Automation ) with GHARB Patent PLC & GSM !!!!! .

Best Regards,

USA Patent Holder
SAMY GHARB

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email

virus protection. Mr SABAN WORK IN 2000.txt    STORY OF Mr Haim Shani.pdf    JAZZ PLC NEW 2006.pdf

unitronics GSM ARTICLE No, NDCooo3801015.pdf    fact price of PLC & GSM.pdf    AWARD WITHOUT USA PATENT.pdf

~5506489.txt

Press Release

January
5, 2000 UNITRONICS APPOINTS NEW CTO


Unitronics has announced the appointment of Eyal Saban as the company's new
CTO(Chief Technology Officer). Mr. Saban brings 19 years of expertise to bear in the
field of software development and data communications.  "Unitronics' WebPLC™ project
provides me with a great challenge," says Saban.   "The revolutionary vision of the
company is to transform the traditional approach to industrial control via Internet
technology.  The challenge is to steer this project to its successful conclusion."
In the aggressive world of high-tech, the position of CTO is crucial. Just as a ship
requires a steady, knowledgeable navigator, a successful high-tech firm needs a CTO
to pilot product development.  The incredible rate of expanding technology makes it
incredibly difficult to identify which trends will be accepted into mainstream,
widespread use.  A good CTO must have encyclopedic knowledge of developing
technology, the talent to determine profitable trends, and the leadership necessary
to guide products from initial conception to profitable production.

Along with other prime movers of Israel's high-tech sector, Eyal Saban began his
career in the IDF's technology training centers.  With the significant body of
experience in software engineering gained during his military service, he moved into
the private sector.  Mr. Saban was a project development leader and later, product
manager for an OS/2-based product automating messaging in mainframe, Unix, and LAN
system operation at New Dimension Software Ltd. (now BMC Software Inc.).  In 1995 he
founded Netium, Ltd., an Internet/Intranet consultant firm providing custom network
design, support, and troubleshooting services for a variety of businesses in
different sectors.

"As CTO, I am responsible for setting the direction and goals of R&D and overseeing
all technical aspects of all projects; subjects that are essential in developing
Unitronics' business strategy." states Mr. Saban.  "My main objective is to ensure
that Unitronics' products remain dynamic, technologically competitive–and that we
continue to create proprietary technologies that set new trends in automation."


Unitronics Industrial Automation Systems is an Israeli advanced technology company,
a designer, developer, and producer of Programmable Logic (PLC) Controllers, the
computer 'brains' that make automated production lines possible.  Since 1989,
Unitronics has introduced products that provoke new trends in production line
automation.

Its Internet-based WebPLC™ series is designed to function both as a web server
hosting an Intranet/Internet Web site, and as a browser; capable of remote
diagnostics and communications on the Internet, Ethernet/LAN level. Now in beta test
stage, the WebPLC™ will transform the industry's approach to data communications.

Unitronics made its Initial Public Offering on the EURO.NM Belgium in October 1999,
at 3.72 euros per share.  For more information, contact Cara Levy, Investor
Relations, Tel.: 972+8+9786555, Fax: 972+8+9213888, email: info@unitronic.com



©2000 Unitronics. All rights reserved
comments: webmaster@unitronic.com
                              Page 1

~5506489.txt

E X C E R P T E D   F R O M :

## MARCH 20, 2000

# THE WALL STREET TRANSCRIPT

**Questioning Market Leaders For Long Term Investors**

### THE FOLLOWING REPORT IS EXCERPTED FROM
### THE WALL STREET TRANSCRIPT

### CEO/COMPANY INTERVIEW

# HAIM SHANI
# Unitronics Industrial Automation Systems

**NOTICE**

The Wall Street Transcript does not in any way endorse or guarantee the accuracy or reliability of any of the information, statements or opinions expressed in the reports or comments of other firms or individuals. We take due care to report or transcribe accurately what has been written or said by others but because of the possibility of human or mechanical error, we cannot assume any liability for the correctness of the transcription. We point out further that, of course, all opinions expressed are subject to change without notice. Neither the information or any opinion which may be expressed constitutes a solicitation for the purchase or sale of any securities referred to herein. For further information, contact the individual or investment organization concerned.

**CHIEF EXECUTIVE OFFICER FORUMS/INTERVIEWS**

Important Note: Wall Street Transcript forums and interviews with Chief Executive Officers are published verbatim as editorial content and include "forward-looking statements" (as such term is defined in the United States Private Securities Litigation Reform Act of 1995). These "forward-looking statements" may be subject to and be made pursuant to the "safe-harbor" provisions of Section 27A of the United States Securities Act of 1933, as amended, and Section 21E of the United States Securities Exchange Act of 1934, as amended. Since these statements are based on factors that involve risks and uncertainties, actual results may differ materially from those expressed or implied by such "forward-looking statements". Such factors are often included in the company's filings of reports with the United States Securities and Exchange Commission, including Forms 10-K, 10-Q, 8-K and Proxy Statements; the company's annual and interim reports to shareholders and similar documents. In carrying out our responsibilities to our readers and to the Chief Executive Officers selected for forums or interviews, we are required to offer, and we offer, each Chief Executive Officer an opportunity to back-up the interview and provide our readers and potential investors with specific financial data, including earnings statements, balance sheet statements and other material business and financial data, through the sponsored publication of such reports or highlights therefrom, with meaningful information.

**Founded 1963**
**Published by Wall Street Transcript Corporation**
**67 Wall Street, New York, NY 10005**
**Copyright 2000 Wall Street Transcript Corporation**
**All Rights Reserved**

**C E O     I N T E R V I E W**

# Unitronics Industrial Automation Systems (UNIT.BRU)



**HAIM SHANI** is Chief Executive Officer of Unitronics Industrial Automation Systems. Mr. Shani has also been the Chairman of Unitronics' Board of Directors since the company's incorporation in 1989. He is also a member of the Board of Directors for Unitronics South Africa. During the years 1984-1988, Mr. Shani served as general manager of CST Ltd., a company engaged in the development and manufacture of robotic controllers and military equipment.

**SECTOR – SYSTEM SOFTWARE (JAR609) TWST: Perhaps the best place to begin is with a brief history and an overview of the main business of Unitronics? Could you profile your company and highlight the most significant recent events?**

Mr. Shani: Unitronics was established 11 years ago in 1989. It was involved in providing dedicated solutions for industrial automation — that was our general activity at the beginning. In the last 4-5 years there have been major changes. We began to design, develop, produce, and market a special line of PLCs (Programmable Logic Controllers), the computer 'brains' that control automated production lines. We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine. Without the communication interface, every time there is a problem in the machine, the brain, the controller, recognises what the problem is and can detect exactly why, but cannot communicate the information to the operator -and we lose production hours.

The OPLC is able to provide the machine operator with information regarding the reasons for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet. We realised that it's not possible for us to develop and support such concept without considerable working capital. That was one of the reasons we sought financing possibilities, and as you know in the last quarter of 1999 we effected our IPO, which afforded us with funds to invest, in particular, in the company's marketing and the working capital required to develop this product. This product is called WebPLC (a Unitronics trademark). As far as we know today, it's the only embedded solution that offers a PLC direct connectivity to the web, not like other solutions of which we are aware which allow a PLC or a few PLCs similar connectivity via an IPC or servers. WebPLC devices also include an HMI, a Human-Machine-Interface operator panel.

**TWST: Since this is going to be a new market, can you give me some idea how you expect it to grow and evolve, and how rapidly you expect it to grow and evolve?**

Mr. Shani: To my knowledge, the world PLC market today is between $7-8 billion, and can be categorised according to PLC sizes (micro,

small, medium and so on). In general we look at communication as a key to the industry's future: the need to connect every machine to a communication network. Today the most inexpensive solution for communication seems to us to be the Internet. We produce mostly micro, small and medium PLCs. We believe the micro to medium PLCs market niche is currently around $4-5 billion, and we are aiming with our projections at revenues representing approximately 1% of the market a few years from now. We are trying to be realistic and not aim at 10% or 20% or half the market. We are not yet an internationally renowned brand name like certain of our competitors, but we believe we can achieve the goal of capturing 1% of the market in a few years.

---

*"We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine."*

---

**TWST: Since we mentioned a potential competitor, can you talk a little bit about how you see the competitive landscape? Who do you meet in the marketplace when you're competing, and what do you think your competitors advantages are?**

**Mr. Shani:** Talking about PLCs — it's a field with big players — you will find companies like Rockwell from the US with a division called Allen-Bradley; or companies like Siemens, Mitsubishi from Japan, and so on. Currently, to the best of our knowledge, none of these big players offer such an embedded solution. Solutions of which we are aware that they do offer for linking

PLCs to the Internet are mainly via gateways like a PC web server installed in the factory. We believe that Unitronics' WebPLC solution offers certain possibilities which are not available through such gateway-based technology. A simple example: if you have an elevator in an apartment block or offices, you can connect such an elevator to the Internet; today the Internet is accessible via cable TV in most modern buildings without requiring any specialised additional infrastructure. Such a solution can allow the elevator company to provide better service, for example, if anyone is stuck in the elevator and presses the alarm button, it may automatically initiate an e-mail to the control centre. The elevator maintenance crew can then run diagnostic tools via the Internet network and check exactly what's going on inside the elevator and what's the reason for the problem, much faster than someone that may or may not hear the alarm. Another example would be vending machines: these can be located at various sites, and allow their operators to access, through the internet, information about the stock levels of the machine and whether everything is working properly.

We believe the key to the future is communication.

**TWST: Can you explain what barriers to entry exist for the sector that you're in? What stops new companies challenging?**

**Mr. Shani:** It's difficult to say, but I think one of the most problematic points is to maintain a very high level of R&D because things are moving very fast today-the life cycle of a product is getting shorter and shorter; so to be fast and innovative is the biggest problem-and of course to have enough resources for marketing. We have recently been emphasising the importance of hiring very professional and experienced people for marketing, which we believe, has brought good results. We

Copyrighted material: For reproduction permission contact Peter McLaughlin (212) 952-7440

# Investors Brief



## Unitronics Industrial Automation Systems

| | |
|---|---|
| Ticker (exchange) | UNIT.BRU (EURO.NM) |
| Price close 3/9/00 | 12.0 Euros |
| 12 Months Price Range | 3.72 - 15 Euros |

**Corporate Headquarters**
P.O.Box 733 Lod
71106, ISRAEL

**Phone:** + 972-8-9786555
**Fax:** + 972-8-9213888
**Web:** unitronic.com

**Investor Relations Contact**
Cara Levy
**E-mail:** info@unitronic.com

**Corporate Officers**
**Haim Shani**
Chief Executive Officer

**Bareket Shani**
VP, Manager of Production
& Human Resources

**Alon Kedar**
VP, Manager of Sales
& Marketing

**Yair Itscovich**
Chief Financial Officer

**Eyal Saban**
Chief Technology Officer

## Corporate Profile

**Unitronics Industrial Automation:**
**WebPLC™ and OPLC™ integrated controllers**

Unitronics is an Israeli advanced technology company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that enable automated production lines. The company is dedicated to the prime directive of PLC control-making automation efficient, affordable, and above all, usable.

Since 1989, Unitronics has introduced devices that provoke new trends in production line automation. The company set new industry standards by creating its flagship OPLC™ controller series; controllers that enable bi-directional man-machine communication through a simple user interface. Unitronics' innovative Internet-based WebPLC™ series is designed to function both as a web server hosting an Intranet/Internet Web site, and as a browser; capable of remote diagnostics and communications on the Internet, Ethernet/LAN level. Now in beta test stage, the WebPLC™ is expected to transform the industry's approach to data communications. The potential of Internet capability means that any WebPLC™ can be controlled from any point in the world where the Internet exists. This means that a production manager vacationing on the French Rivera, who uses a WebPLC™-based production line, can control his production line in Seoul via his laptop PC. WebPLC™ devices are the culmination of Unitronics' determination to provide its customers with the latest in technology combined with the ultimate in user-friendly design. To ensure continued success in the competitive sector of high technology, Unitronics concentrates on first identifying those emerging technologies which will create a future market demand, and then embedding these technologies into its products. The company's new generation of products leverage the standards for industrial automation via cutting-edge IP communication technology.

Unitronics markets its products through a global distribution network reaching over every continent except Antarctica. Unitronics controllers automate production lines across the globe.

## End-user industries and clients

Examples of end-user industries for Unitronics' products include the automotive, petrochemical, plastics, textiles, energy, packaging, building, environment control, and food-processing industries. Unitronics has provided products to companies such as: Coca Cola, Dannone, Elf Lub N.V., Campina Melkuni Mona, Agfa, Colgate-Palmolive, Quaker Oats, Israel Aircraft Industries, Farm Frittes, Heinz, the Klooftmine Gold Mines, and Nestle.

## Unitronics Business Strategy

Unitronics' objective is to maintain and increase its market penetration, via business and marketing strategies which include:

- Targeting a potential market for Internet-based PLCs. The company believes that there is an emerging market for Internet-based PLCs. In the company's opinion, the potential for this market is based upon certain factors, including:

  - The Internet's potential for facilitating remote control of production line tasks. Unitronics believes that such potential may spur market development, due, in part, to a trend towards the outsourcing of production line tasks. This may also provide a less expensive way of monitoring and outsourcing production.

  - The Intranet technology's potential for facilitating peer-to-peer communications between linked PLCs, thereby enhancing production line efficiency.

- Establishing a Virtual WebPLC® Store on the Internet. Unitronics intends to establish a Virtual Web Store, to provide a platform for the penetration of WebPLC® products into the PLC industry. The web store is intended to allow clients to purchase WebPLC® products on-line and to receive on-line technical support. The company also perceives the web store as an advertising platform.

- Building marketing infrastructure. Unitronics believes that a strong, worldwide distribution network is a most crucial element in a successful marketing organization. The company regards investing in solid marketing infrastructure as a vital investment for the future, one that ensures broad distribution channels for Unitronics' future products.

- Creating strategic relationships. The company intends to expand its operations through forming strategic alliances with machine manufacturers, particularly in newly industrialized parts of the world such as Latin America. Unitronics believes such strategic relationships to be highly beneficial, based on the company's existing relationships with machine manufacturers in other parts of the world, such as Pallmac Belgium NV/SA of Belgium, Stocklin Logistik AG of Switzerland, and Ridder Machinebouw BV of Holland.

have recently expanded our distribution channels in many European countries, some countries in South America, in Asia, Australia and New Zealand. I see this combination of R&D and marketing as the key to success.

**TWST: So you now feel that you have the marketing operation in place that maybe was not as developed beforehand in the past. Can you tell me a little bit about your R&D operation? What percentage of sales is reinvested in R&D; how large a part of your business is it?**

**Mr. Shani:** We believe that in the coming 1 or 2 years we will have to invest in R&D more than we had initially intended. It depends, among other things, also on the future of emerging communication technologies and trends; but it may become quite an investment.

---

*"The OPLC is able to provide the machine operator with information regarding the reasons for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet."*

---

**TWST: Which parts of the manufacturing do you actually outsource, and what pieces do you keep in-house?**

**Mr. Shani:** We don't believe that we have any added value in manufacturing, especially in the industrial climate in Israel, where you can easily find good sub-contractors. We try to outsource as much as possible. Currently the Company attends to component purchasing and, following manufacturing by sub-contractors, conducts quality assurance tests in-house.

**TWST: We didn't talk at the beginning about the IPO, except very briefly. Can you tell**

me what it's going to enable you to do in terms of your growth strategy, in terms of acquisitions that you might be looking at?

**Mr. Shani:** Let's start with the second point. We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base. In addition, we are heavily investing in R&D and marketing, and expect such investments to positively influence this year's results. For the year 2000, we are aiming at revenues of approximately $10 million. We believe we will also need to adequately conform our logistics and management abilities to address the expected growth.

**TWST: So the most important challenge for you over the next 6-12 months is managing this new growth. Can you tell me a little bit about your management team; can you tell me a little bit about the areas on which you personally focus, and the other key people in Unitronics?**

**Mr. Shani:** You are right. We do believe that management is the key to our success. The management philosophy that we have in the company is that the quality of people is something we have to ensure from, as we say in Israel, private to general, and everybody should be involved and motivated. I think we are successful at that. As regards myself, for more than a year I have been involved more in building the management team than in management of day-to-day operations; We recently appointed a new C.T.O., Mr. Saban, who will be in charge of high-level management for the R&D team, and try to take a long-term view. We have a C.F.O., Mr. Itscovich, who has been

working in the company since 1994; and I think we have very high-level people in engineering and R&D. Mr. Kedar serves since June 1999 as V.P. of Marketing — actually we hardly see him in the company, since he returns to Israel only on weekends. Mr. Kedar came to us with very good references; he served as sales director for a company called Zag, which, to our knowledge, had a very fast growth rate, from approximately $4 million to approximately $100 million in approximately 4 years.

---

*"We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base."*

---

**TWST: Who is making the strategic investment decisions at Unitronics? Who is sitting down and thinking about the future 2 to 5 years out?**

**Mr. Shani:** It's mainly a group of 3 people internally in the company: our C.T.O., our C.F.O. and myself; and in most of these decisions we involve the board of directors. One member of the board is Mr. Jaegermann, the CEO. of Prolaser. Prolaser also experienced a rapid growth during the last one-and-a-half/two years; and Mr. Jaegermann has quite a lot of experience with acquisitions for Prolaser, which has recently reported the acquisition of certain companies of the Rodenstock Group. So this team, together with the board of directors meet together frequently to discuss these and other matters.

**TWST: If we turn to the financial ratios of the company, what is the most important financial ratio or the most important number in the financial reports?**

**Mr. Shani:** Currently in the company we devote most of our attention to revenues. We believe that securing a market share as fast as possible is the most important task for the coming one or even two years. The level of gross and net profit is expected to be within the projected figures however, if we proceed with expanding R&D expenses, in particular with respect to emerging communication technologies, our bottom line is expected to be affected accordingly.

**TWST: When you sit down with equity analysts and other investors in the company, what sorts of concerns, what sorts of subjects do they raise with you?**

**Mr. Shani:** Mainly the competitive edge of the company regarding technology; that's the most common concern of the analysts. Most of the time they get a very good feeling after they see our customer / end-user base. End-users of our products and services include major companies world-wide like Philips, Agfa and Nestle.

**TWST: You have Danone, Elf, Israel aircraft industries, Heinz, Nestle, so there's clearly a blue chip client base. What sorts of expectations have these companies got vis-à-vis your products going forward?**

**Mr. Shani:** I think it varies from company to company, but we believe that most of them are impressed with the high level of technical and innovative solutions which we believe that we offer. We think that they're also very convinced of the quality and the reliability of our products. At the end of the day, the right product, one that is reliable and based on the right technologies, will simply make money for these companies. One such blue-chip end-user (a soft-drink manufacturer) researched its own production lines, measured the

down-time of each production line and their capacity and production speed, divided the cost per bottle or the cost per can, and they came to a very clear conclusion, that using our solutions simply saved money.

**TWST: Can you tell me about the geographical distribution of your markets? Are most of your customers in the US or are they in Europe? How is it spread around the world?**

**Mr. Shani:** Our marketing has developed considerably in the last few months. Most of our market is in Europe and Israel. We have quite a lot of contacts in Asia and Latin America. We have not yet heavily invested in accessing the North American market, which we plan to begin during the second half of this year. We do of course have the initial contacts with distributors, but we decided to actively pursue further marketing activities after a trade exhibition due for next month. I assume most of the results of our activities in North America will be reflected in the financial results of the last quarter of the year 2000 and those of the year 2001.

**TWST: If you were sitting down with a group of potential US investors, how would you summarise the essential proposition or mission of Unitronics?**

**Mr. Shani:** In our projection we are aiming for 1% of the world market in a few years. We believe that reactions from the market indicate that we may exceed this percentage. Looking at the price situation in our market in the US (again, I'm not talking about the wide market; I'm talk-

ing about distributors and some users, machine-builders, for example), we are strengthened in our belief that we may be able to achieve the estimate of 1% of the market and perhaps even exceed such number.

**TWST: Are there any other points that you'd like to highlight?**

**Mr. Shani:** The only thing is of course that we expect growth, and this growth is linked to this revolution that you see everywhere, the communication revolution. To be honest, the only thing we are doing is just bringing this communication revolution to the industrial automation field. It's nothing new; it's just new in our field.

**TWST: Thank you.**

**HAIM SHANI**
**Chief Executive Officer**
**Unitronics Industrial Automation Systems**
**2 Hamelacha Street**
**Northern Industrial Zone Lod**
**Israel**
**972 897 86 555**
**972 892 13 888 - FAX**

*Each Executive who is the featured subject of a TWST Interview is offered the opportunity to include an Investors Brief or other highlight material to be provided and sponsored by and for the company. This Interview with Haim Shani, CEO of Unitronics Industrial Automation Systems is accompanied by an Investors Brief containing corporate information.*

# *Jazz*™ *Micro-OPLC*™

## Operator Panel and Programmable Logic Controller





EMC are delighted to introduce the new **Jazz Micro-OPLC** by Unitronics - a PLC that includes on-board I/O plus a full-function Operator Panel with numeric keypad.

**Jazz** enables users to replace "smart relays" with a smarter, powerful device, while retaining the same low pricing.

EMC want you to experience and appreciate the enormous benefits and potential of **Jazz** for yourself so we are making the following introductory offer:

**Purchase any single Jazz unit and we will supply this at the 'Pack of Five' price\***

\*This offer applies to your first purchase only of any **Jazz** model and expires on 30 June 2006.

For further information and expert assistance on all Unitronics OPLCs please contact Steve George at EMC.

| Model | Details | Pack of Five (Programming Kit additional) (Price per unit x 5) | Single Unit (Includes Programming Kit) (Price per unit) |
|-------|---------|------------------------------|------------------------------|
| JZ10-11-R10 | 6 Digital inputs, 4 Relay outputs | $180.00 | $405.00 |
| JZ10-11-R16 | 6 Digital inputs, 2 Digital/Analog inputs (0-10V), 2 Analog inputs (0-20mA), 6 Relay outputs | $215.00 | $455.00 |
| JZ10-11-T10 | 6 Digital inputs, 4 Transistor outputs | $180.00 | $405.00 |
| JZ10-11-T17 | 6 Digital inputs, 2 Digital/Analog inputs, (0-10V), 2 Analog inputs (0-20mA), 7 Transistor outputs | $215.00 | $455.00 |

**Programming kit**

| JZ-PRG | Includes: CD, add-on port, cable, D-type adapter | $90.00 each |
|--------|--------------------------------------------------|-------------|

*All prices are ex store Auckland, GST additional*



## EMC INDUSTRIAL GROUP LTD

56 Tarndale Grove, Albany
PO Box 101 444, NSMC
Auckland 1333
New Zealand

Phone    09-415 5110
Fax    09-415 5115
Email    sales@emc.co.nz
Web    www.emc.co.nz





# M90 & M91
## Mini-PLC with HMI

**Operator Panel and
Programmable Logic Controller in one**

**GSM/SMS/Phone lines,
Modbus, CANbus supported**

The Key to Efficient Automation





www.klinkmann.com



## M90/91

The M90 & M91 Each
Mini-PLC includes:

- Onboard I/O configuration.
- Add I/Os via a range of
  I/O expansion modules
- Integral HMI, including
  LCD & keypad
- M91 LCD: 2 text lines,
  16-character
- M90 LCD: 1 text line,
  16-character

Perfect control for
any application:

- Machine automation
- Water treatment
- Energy and network controls
- Alarm systems
- Traffic signal control
- Automated production
- Process control
  (thermal, level, pressure)

MODBUS (M91)
CANbus (M90/M91)

M90   M91   M90   M91

4 PID Loops

Pump
management

Energy control

Expansion Modules

Up to 96 additional I/Os

High-speed counters

pnp/npn Digital Inputs

Analog/Thermocouple/
PT100 Inputs

Oven control

RS232/RS485

High-speed outputs

Analog output

Packaging

Transistor/Relay outputs

Conveyor belts

Alarms, monitoring
and controls with GSM

Building, energy and
environment controls

# ■ Remote Access utilities

Use your PC to access remote M90/M91 units, via network connections & GSM/landline modem

- Download, upload, or debug remote M90/M91 Ladder programs
- Operate the controller's panel via remote PC
- View real-time parameters

Use Stand-alone **Remote Access** software to:

- Remote Access runs independently of the Ladder software, and hence protects your program from unauthorized users.
- View and operate several controllers on your PC screen, simultaneously, in real-time
- Read, write, and store online operand values— plus M90 database values
- Run, reset, or initialize a remote controller

# ■ DataXport, PC reporting

This powerful software utility captures PLC application data, then exports it to Excel files for processing.

Data is exported according to a user-defined schedule.



Use DataXport to:

- Log PLC application data to Excel according to a date/time-based schedule
- Simultaneously log data from one or more Unitronics PLCs, whether networked or stand-alone
- Access PLCs and log data either directly, via network, or via GSM/landline modem connection
- Pull data manually, to view current parameter status

# ■ SMS Control

Use your GSM cell phone to implement real-time remote control in your application.



The GSM-enabled **M90/M91**:

- Sends and receives SMS messages containing both fixed text and variable data
- Sends messages to 6 different GSM cell phones
- Can route different messages to different phone numbers
- Protects your system: prevents unauthorized callers
- Auto-acknowledges received messages
- Answers data requests from your cell phone
- Contains up to 1k of user-defined messages
- Sends system updates to any local or remote serial printer, via GSM



**Remote control:**

Send SMS messages from your GSM phone or PC with GSM-modem and GSM-Control s/w to monitor and modify set-points or run-time parameters in your system.

**Remote trouble-shooting:**

The M90/M91 can send SMS messages to your GSM cell phone to notify you of system faults.

**Remote GSM control requires:**

An M90/91 unit (one of the 10 GSM-enabled models) plus a GSM kit; a selection of modems is available.

The kit includes:

- PLC to modem adapter
- GSM modem
- Magnetic antenna and cable
- Power supply cable




ERROR: unregistered
OFFENDING COMMAND: image

STACK:

-savelevel-

# Unitronics *OPERATOR PANEL / PLC* 

## Vision Series Operator Panel PLCs

The UNITRONICS Vision Series is a compact PLC with on-board I/Os and a versatile Graphic Operator Interface.
The Vision Series enables programming of the PLC and HMI in a single environment and eliminates PLC-HMI communication. It saves I/O points, reduces hardware, simplifies assigning functions to keys and data is entered via the keyboard.

**Each Vision Controller comes complete with:**
- PLC and graphic HMI
- Snap-in I/O module for V230, V260, V280 & V290
- 120k database for data logging
- Programming software
- Mounting hardware, connectors, communication cable and extra set of key labels
- User guide

**Expansion Modules and GSM Kit** (refer next page)


*Unitronics OPLCs L/R:V120, V260, V230, M91, V280, V290*

| Model | Description | EMC Code | Price |
|---|---|---|---|
| **V120 Series.** | **PLC and Graphic HMI: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters** | | |
| V120-22-R1 | 10 digital inputs, 6 relay outputs, 1 analogue input 12/24Vdc, 2 x RS232/485 | UT 40 100 | $1350.00 |
| V120-22-R2C | 10 digital inputs, 6 relay outputs, 2 analogue inputs 12/24Vdc, 2 x RS232/485, CANbus | UT 40 101 | $1525.00 |
| V120-22-T1 | 12 digital inputs, 12 transistor outputs 12/24Vdc, 2 x RS232/485 | UT 40 103 | $1350.00 |
| V120-22-T38 | 22 digital inputs, 16 transistor outputs 24Vdc, 2 x RS232/485 | UT 40 104 | $1590.00 |
| V120-22-UN2 | 10 digital inputs, 12 transistor outputs, 2 universal inputs (PT100 / thermocouple / analogue / digital) , 12/24Vdc, 2 x RS232/485 | UT 40 102 | $1650.00 |
| V120-22-UA2 | 12 digital inputs, 10 relay outputs, 2 analogue outputs, 2 universal inputs (thermocouple / analogue / digital), 24Vdc, 2 x RS232/485 | UT 40 106 | $1750.00 |
| V120-22-R6C | 6 digital inputs, 6 relay outputs, 6 analogue inputs, 24Vdc, 2 x RS232/485, CANbus | UT 40 107 | $1575.00 |
| V120-22-T2C | 10 digital inputs, 12 transistor outputs, 2 analogue/digital inputs, 12/24Vdc, 2 x RS232/485 CANbus | UT 40 108 | $1525.00 |
| V120-22-R34 | 20 digital inputs, 12 relay outputs, 2 analogue/digital inputs 2 x RS232/485 | UT 40 109. | $1620.00 |
| **V200 Series.** | **PLC and Graphic HMI (requires selectable Snap-in I/O module)** | | |
| V230-13-B20B | Graphic display: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters Expansion Option, CANbus, 2 x RS232 | UT 60 000 | $1350.00 |
| V260-16-B20B | Graphic display: 240 x 64 pixels. Text messages: up to 8 lines x 40 characters Expansion Option, CANbus, 2 x RS232 | UT 60 001 | $1575.00 |
| V280-18-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 4.7" active area. 27-key keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 002 | $1890.00 |
| V290-19-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 003 | $1890.00 |
| **Snap-in I/O Modules for V200 Series** | | | |
| V200-18-E1B | Inputs: 16 digital and 3 Analogue (10 bit) Outputs. 10 Relay and 4 Transistor | UT 70 000 | $450.00 |
| V200-18-E2B | Inputs: 16 digital and 2 Analogue (10 bit) Outputs. 10 Relay, 4 Transistor and 2 Analogue (12 bit) | UT 70 001 | $595.00 |
| V200-18-E3B | Inputs: 18 digital and 4 Analogue (12 bit) Outputs. 15 Relay and 2 Transistor and 4 Analogue (12 bit) | UT 70 002 | $990.00 |
| V200-18-E4B | Inputs: 18 digital and 4 Analogue (14 bit) Outputs. 15 Transistor and 4 Analogue (12 bit) | UT 70 003 | $1140.00 |
| V200-18-E5B | Inputs: 18 digital and 3 Analogue (10 bit) Outputs. 15 Transistor | UT 70 004 | $595.00 |
| **Additional Communication Ports for V200 Series** | | | |
| V200-19-R4 | 1 x RS485 Port | UT 90 001 | $90.00 |
| V200-19-ET1 | 1 x Ethernet Port | UT 90 002 | $295.00 |
| V200-19-RS4-X | 1 x RS232 / RS485 Port (Isolated) | UT 90 007 | $150.00 |

# Unitronics OPERATOR PANEL / PLC



## M90 and M91 Operator Panel / PLCs

The Unitronics M90 and M91 Controllers combine a micro PLC with a fully integrated operator panel and are exceptional control devices for all entry-level applications.

LCD text display:   M90 - single line x 16 character.
M91 - two line x 16 character

They are 24Vdc powered (some 12Vdc), available in expandable and non-expandable versions and can be panel or DIN-Rail mounted.

Models are available with CAN Bus options and a special module enables remote messaging via the GSM Network direct to a cellphone.

**Each controller comes complete with:**   Windows programming software
Operator manual
Programming Cable to PC
Clamps for Panel Mounting



| Model | Description | EMC Code | Price |
|---|---|---|---|
| **M90 Controller with relay outputs, analog input voltage or current (1-line display)** | | | |
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $699.00 |
| M90-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 10 200 | $799.00 |
| M90-R1-CAN | 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports | UT 10 300 | $995.00 |
| M90-R2-CAN | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 10 301 | $1099.00 |
| **M90 Controller with solid state outputs 0.5 Amp (1-line display)** | | | |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $599.00 |
| M90-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 10 201 | $895.00 |
| M90-T1-CAN | 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports | UT 10 302 | $995.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1199.00 |
| **M91 Controller with relay outputs, analog input voltage or current (2-lines display)** | | | |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 11 200 | $750.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 11 202 | $995.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With expansion and CANbus ports | UT 11 203 | $1050.00 |
| **M91 Controller with solid state outputs 0.5 Amp (2-lines display)** | | | |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 11 201 | $800.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O. With expansion port | UT 11 204 | $1050.00 |
| M91-2-T2C | 12 inputs, 12 outputs. 2 digital/analog inputs. With expansion port | UT 11 205 | $995.00 |
| M91-2-UN2 | 10 inputs, 12 outputs. 2 PT100/TC/digital/analog inputs. With expansion port | UT 11 206 | $1175.00 |
| M91-TA2-CAN | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs. With exp port | UT 11 207 | $1345.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs, With expansion port | UT 11 209 | $1080.00 |

## Unitronics Expansion Modules + GSM Kit

**Suitable for M90, M91 and Vision Series**



Expandable up to 64 I/O (M90/91), 158 I/O (Vision)



GSM Kit with Vision 120

| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $150.00 |
| IO-DI8-TO8 | 8 Digital Inputs and 8 Transistor Outputs | UT 10 501 | $399.00 |
| IO-AI4-AO2 | 4 Analogue Inputs and 2 Analogue Outputs | UT 10 600 | $475.00 |
| IO-DI8-RO4 | 8 Digital Inputs and 4 Relay Outputs | UT 10 502 | $399.00 |
| IO-DI16 | 16 Digital Inputs | UT 10 503 | $375.00 |
| IO-TO16 | 16 Transistor Outputs | UT 10 504 | $425.00 |
| IO-RO8 | 8 Relay Outputs | UT 10 505 | $375.00 |
| EX90-DI8-RO8 | 8 Digital Inputs and 8 Relay Outputs | UT 10 506 | $499.00 |
| IO-PT4 | 4 PT100 Inputs, -50°C to 460°C | UT 10 601 | $530.00 |
| IO-ATC8 | 8 Thermocouple / Analogue Inputs | UT 10 603 | $705.00 |
| IO-AO6X | 6 Analogue Outputs (isolated) | UT 10 602 | $735.00 |
| IO-RO16 | 16 Relay Outputs, 24Vdc | UT 10 507 | $525.00 |
| IO-LC1 | 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs | UT 10 604 | $595.00 |
| IO-LC3 | 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs | UT 10 605 | $865.00 |
| **GSM Kit** | SMS messaging over the GSM digital network for telemetry applications. Includes GSM modem. Remote cellphone not included | UT 10 901 | $1250.00 |

# Unitronics OPLC Series wins excellence award

Unitronics are delighted to announce that their OPLC Series recently won an excellence award in IAN (Instrumentation & Automation News) the USA's leading automation magazine.

It is a real honour to receive this award and Unitronics feel it validates their belief in the quality, uniqueness and value of their products.

Here is what IAN wrote:



The Unitronics Series of combined PLCs and Operating Panels

## Controllers Combine Full-Function PLCs and HMI Operating Panels into Single, Compact Units

The OPLC™ Series of controllers combine full-function PLCs and HMI operating panels into single, compact units.

These HMI + PLC devices are programmed in a single, user-friendly, click and drop environment. You save I/O points, wiring, space and programming time.

All controllers provide communication options including MODBUS, MODBUS TCP/IP via Ethernet, SMS/GSM messaging, RS-232/485 and CANbus networking.

**Vision Series controllers** are PLCs with on-board I/Os and a Graphic Operator Interface. The controller's integral HMI panel contains a graphic-ready LCD and function keyboard. This enables you to use graphic images and bar graphs to represent real-time variable data, create and show text instructions, and to display actual run-time system data. The operator uses the keyboard to enter or modify system data.

On-board I/Os offer up to 34 D/A inputs including HSC/shaft encoders/frequency measurers, and relay/transistor outputs including PWM. Through expansion modules, the controller can support additional 128 I/Os.

**M90/91 micro-OPLCs** are palm-sized PLC/HMI integrated controllers that include text-based LCD and keypad and are designed for small machines that require HMI operator interfaces, such as vending machines. These controllers come in 11 models and offer a variety of on-board I/O configurations: D/A onboard I/Os, HSC/shaft encoders, and high-speed PWM outputs.

Expansion modules can support an additional 64 I/Os. The all-in-one controller packages for both series include HMI/PLC controller, HMI/PLC Ladder programming software, program download cable, mounting hardware and manual.

For more information on Unitronics OPLCs, please circle Enquiry No:

**307**

Alternatively, contact Steve George to discuss your applications



**Chashawn
White/DCD/DC/USCOURTS**
08/31/2006 10:57 AM

To   Rosemary M Collyer/DCD/DC/USCOURTS@USCOURTS
cc   Eric Beckenhauer/DCD/DC/USCOURTS@USCOURTS
bcc
Subject   Fw: FACT

Judge

See below...

----- Forwarded by Chashawn White/DCD/DC/USCOURTS on 08/31/2006 10:57 AM -----



**samygharbch @aim.com**
08/31/2006 10:28 AM

To   Chashawn_White@dcd.uscourts.gov
cc
Subject   FACT

Dear Ms Chahaw White

Please give this infromation to the court

Best Regards,

USA Patent holder

SAMY GHARB

-----Original Message-----
From: samygharbch@aim.com
To: DAHEINEMAN@sgrlaw.com
Sent: Tue, 29 Aug 2006 8:36 PM
Subject: FACT

-----Original Message-----
From: samygharbch@aim.com
To: GPERRY@sgrlaw.com
Sent: Tue, 29 Aug 2006 6:04 PM

Dear Sir

Please find attached a letter:

Sincerely
USA Patent holder
SAMY GHARB

**<u>Check Out the new free AIM(R) Mail</u>** -- 2 GB of storage and industry-leading spam and email

virus protection. LETTER.doc  Unitronics_and_taxes_in_USA.doc