# Using the Sony Ericsson GT47 Modem Kit

The Sony Ericsson GT47 Modem Kit enables your SMS-enabled OPLC to communicate via cellular networks. The kit, GSM-KIT-31, contains a GSM modem and related hardware.  Note that the Sony Ericsson GT47 modem can communicate via GSM, GPRS + TCP/IP at 900/1800MHz.

## Connection

The figure below shows you how to assemble the different elements of the Sony Ericsson GT47 Modem Kit, and how to connect the modem to an OPLC.



*Figure 1      Setting up the Modem*

Using the Sony Ericsson GT47 Modem Kit 1/05

### Component Identification, Figure 1

| # | Description | Notes |
|---|---|---|
| 1 | GPRS/GSM 6-wire cable, terminated by RJ11 connectors, p/n MJ10-22-CS90 | This cable is part of the kit. Connect it to the modem with the 15-pin **male** adapter that is supplied with the kit, MJ10-22-CS23.<br>Note that if you do not require a GPRS connection, the standard 4-wire PLC programming cable, p/n RS232-CB1, can be used to link the modem to the PLC. This 4-wire cable will **only** support a GSM connection. |
| 2 | 15 pin male adapter, MJ10-22-CS23 | |
| 3 | 15-pin RS232 port | Located on modem. |
| 4 | GSM antenna connector | Located on modem. |
| 5 | GSM antenna | |
| 6 | LED | |
| 7 | SIM card drawer | To see how to open the SIM card drawer, refer to Figure 2 below.<br>Note that the drawer should be open **only** when the modem is turned **OFF**. |
| 8 | Power supply cable | |
| 9 | End of power supply cable | Red wire—positive, white wire—negative. |

 

*Figure 2    SIM Card Drawer*

### Mounting the Modem

Screw the modem to a flat surface using the two holes shown here in Figure 3.



*Figure 3 Mounting*

Unitronics Ltd. et al v Samy Gharb    IO Modules and Modems Technical Library p.
Civil Action File No.: 1:06-cv-0027-RMC    45