IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Unitronics (1989) (R"G) Ltd.,**

and

**Unitronics, Inc.**

     Plaintiffs,

v.

**Samy Gharb,**

     Defendant.

Civil Action File No.: 1:06-cv-0027-RMC

## PLAINTIFFS' FIRST REQUESTS FOR ADMISSIONS

Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. ("Unitronics"), pursuant to the Federal Rules of Civil Procedure, request that Defendant Samy Gharb separately admit or deny under oath the truth of the following Requests, and that Defendant Samy Gharb's responses to these Requests be served upon Deborah Heineman, Smith, Gambrell & Russell, LLP, 1230 Peachtree Street, N.E., Suite 3100, Atlanta, Georgia 30309-3592, U.S.A. within thirty three (33) days after the date of service of these Requests. If Defendant Samy Gharb can neither admit nor deny a specific request, Defendant Samy Gharb shall set forth in detail the reasons why he cannot admit or deny each such Request.

### Definitions

As used herein, the following terms have the following meanings:

A.    "Unitronics" shall mean Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc. and all of their predecessors, successors, assigns, divisions, subsidiaries, affiliated corporations, or other entities controlled or under common control by them and the present and

former directors, members, officers, employees, agents, accountants, attorneys, representatives, insurers, reinsurers, or other persons acting or purporting to act on its behalf.

      B.    "Defendant" or "You" means Samy Gharb.

      C.    "PLCs" shall mean programmable logic controllers.

### Requests for Admissions

1. Unitronics' PLCs are staple items of commerce with substantial noninfringing uses.

2. The level of ordinary skill in the art of vehicle security systems is high.

This 27th day of June. 2006.

Respectfully submitted,

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630

SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
(202) 973-2611

Attorney for Plaintiffs
Unitronics (1989) (R"G) Ltd., and
Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Unitronics (1989) (R"G) Ltd.,** and **Unitronics, Inc.** Plaintiffs, v. **Samy Gharb,** Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' FIRST REQUESTS FOR ADMISSIONS as required by this Court's Scheduling Order using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland
Tel: 00410792951584

This 27th day of June, 2006.

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Smith, Gambrell & Russell, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311
Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.