## Squire, Brendan

| | |
|---|---|
| **From:** | Heineman, Deborah |
| **Sent:** | Monday, August 14, 2006 4:36 PM |
| **To:** | 'samygharbch@aim.com' |
| **Cc:** | Lischer, Dale; Perry, Glenn J.; Squire, Brendan |
| **Subject:** | Unitronics' Requests for Admissions |
| **Attachments:** | #955056-v1-LIT-Unitronics_Requests_for_Admissions.PDF |

Mr. Gharb:

Please let us know if you intend to respond to the attached Requests for Admissions which were originally served on you and filed with the Court on June 27, 2006. Your responses to these Requests were due on or about July 31, 2006. Pursuant to the United States Federal Rules of Civil Procedure, your failure to respond to these Requests in a timely manner means that these Requests are now deemed admitted. Furthermore, any untimely responses are normally not allowed without permission of the Court. Consequently, in advance of the post-discovery status conference scheduled for this Friday, we would like to know whether you have any intention of responding to these Requests or moving the Court to withdraw your admissions.

We look forward to your response.

Deborah Heineman
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, Georgia 30309
(404) 815-3631
Fax: (404) 685-6931