## Squire, Brendan

**From:** Heineman, Deborah
**Sent:** Tuesday, August 15, 2006 12:11 PM
**To:** 'samygharbch@aim.com'
**Cc:** Squire, Brendan; Perry, Glenn J.; Lischer, Dale
**Subject:** RE: Interrogatories__answer

Mr. Gharb:

We have received your responses to Unitronics' Interrogatories and Requests for Production of Documents on time and have never stated otherwise. However, as stated in my August 14th e-mail, we have not received responses to Unitronics' Requests for Admissions which were served on you at the same time as Unitronics' Interrogatories and Requests for Production of Documents and we have asked whether you plan to respond to these Requests for Admissions.

Additionally, we have responded to your continuing e-mails wherein you state that we have not yet responded to **your** interrogatories ("questions"). As we have repeatedly stated, we are in the process of responding to your interrogatories ("questions") and will forward Unitronics' responses in a timely manner.

Deborah Heineman
Smith, Gambrell & Russell, LLP
Promenade II, Suite 3100
1230 Peachtree St., N.E.
Atlanta, Georgia 30309
(404) 815-3631
Fax: (404) 685-6931

---

**From:** samygharbch@aim.com [mailto:samygharbch@aim.com]
**Sent:** Tuesday, August 15, 2006 12:00 PM
**To:** Heineman, Deborah
**Subject:** Fwd: Interrogatories__answer

MY Dear
The court got all this in Right time of 22.7.2006 via E.mail and post too and PLEASE stop this way to tell me
that i did not answer in the right time and i got no time to tell you this Iam working in 130 countries in the world As International Patent Holder.

Best Regards.

USA Patent holder
SAMY Gharb

---

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

9/15/2006