| '654 Patent | Unitronics' Accused PLCs |
|---|---|
| 1. A security system for monitoring objects, | Unitronics does not make, use, sell, or offer to sell security systems. |
| comprising: | |
| a *digital recording device* **K** having at least one emergency message; and | Unitronics' PLCs are not digital recording devices with emergency messages. |
| a mobile telephone having at least one preselected emergency number; | Unitronics' PLCs are not mobile telephones. |
| a first Programmable Logic Controller (PLC) controller for initialing monitoring; | Unitronics' PLCs are capable of initialing monitoring |
| a second PLC controller for repeating an alarm signal; and | Unitronics PLCs are capable being configured to repeating an alarm signal, but does not sell its PLCs so configured |
| third, fourth, and fifth PLC controllers for activating a mobile telephone and a digital recording device; | Unitronics' PLCs are capable activating a mobile telephone and a digital recording device, Unitronics does not sell its PLCs configured in such a manner |
| at least one sensor for generating an alarm state connected to the first PLC controller; | Defendants accused products are PLCs that are capable of having at least one sensor connector connected to them |
| a main relay for controlling the first PLC controller and which can be operated by a remote control; | Unitronics' PLCs are not relays. |
| a computer having mobile lines connectable to the five PLC controllers for programming the five PLC controllers; and | Unitronics' PLCs are not computers for programming PLCs. |
| a data set for transmission to the mobile telephone including alarm information; | Unitronics' PLCs are not used to transmit a data set including alarm information in a security system. |
| wherein the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy; and | Unitronics' PLCs are not programmed and connected as described in any security system. |
| wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device. | Unitronics' PLCs are not programmed and connected as described in any security system. |