IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br><br>and<br><br>**UNITRONICS, INC.**<br>    Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>    Defendant. | Civil Action File No.:  1:06-cv-0027-RMC |

### [PROPOSED] ORDER FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,552,654 AGAINST DEFENDANT

Before the Court is Plaintiffs' Motion for Partial Summary Judgment pursuant to FED. R. CIV. P. 56 on their Complaint against Defendant Samy Gharb.  The Court finds that entry of partial summary judgment is proper on the facts and pleadings herein presented under 28 U.S.C. §§ 2201 and 2202 and 35 U.S.C. §§ 271 and 285.  Further, given Defendant's protracted campaign of harassment against Plaintiffs, the Court finds that entry of partial summary judgment is equitable and comports with the legislative intent of 35 U.S.C. § 293, which was enacted to give American manufacturers relief against harassment by non-resident patentees.

The Court finds that Plaintiffs have not directly infringed any claim of the '654 Patent under 35 U.S.C. § 271(a).  The Court also finds that Plaintiffs' Programmable Logic Controllers ("PLCs") are staple items of commerce, the sale of which therefore cannot constitute contributory infringement of the '654 Patent under 35 U.S.C. § 271(c).  Lastly, the Court finds

that Plaintiffs have not coupled their sale of PLCs with any instructions or advertisements actively inducing infringement of the '654 Patent under 35 U.S.C. § 271(b).

The Court finds that Plaintiffs are entitled to a permanent injunction preventing Defendant from further harassment of Plaintiffs and their distributors or customers under both federal patent law.

The Court finds that Defendant's patent infringement claims have been and are objectively baseless. The Court also finds that Defendant has pressed his objectively baseless claims with subjective bad faith, as evidenced by his failure to provide Plaintiffs with any clarification of his claims or to press his claims in proper adjudication while continuing to harass Plaintiff with his abusive letters. Based on the foregoing, the Court finds that the present case presents sufficiently "exceptional" circumstances to warrant an award of attorney fees under 35 U.S.C. § 285. The Court also finds that Plaintiffs are entitled to their reasonable attorney fees in an amount to be determined.

The Court thus finds that based on the pleadings, answers to interrogatories, and admissions on file, together with the affidavits, that there is no genuine issue as to any material fact and that Plaintiffs' are entitled to judgment as a matter of law. The Court therefore orders that Plaintiffs' Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,552,654 be granted as follows:

(1) the Court hereby declares that Plaintiffs have not in the past infringed, and do not currently infringe, by direct infringement, by inducement of infringement, or by contributory infringement, any claim of the '654 Patent within the meaning of 35 U.S.C. § 271;

(2)    The Court hereby finds this case to be an exceptional case pursuant to Section 285 of the Patent Act and thereby awards Plaintiffs their reasonable attorney fees in an amount to be determined;

(3)    The Court hereby permanently enjoins and restrains Defendant, or any officers, agents, servants, representatives, employees, attorneys, successors, assigns, and all persons acting in concert or participation with Defendant, from bringing or threatening to bring any action under the '654 Patent against Plaintiffs (and their distributors and customers), or from otherwise threatening Plaintiffs (and their distributors and customers) on the basis of claims that there is an interference with the '654 Patent, or from in any way directly or indirectly using the '654 Patent to interfere with the business of Plaintiffs.

SO ORDERED, this ___ day of _____, 2006.

_____
JUDGE ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA


Respectfully submitted,
 /s/ Glenn J. Perry_____
Glen J. Perry
D.C. Bar No. 278630
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
(202) 973-2611

Attorney for Plaintiffs
Unitronics (1989) (R"G) Ltd., and
Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS (1989) (R"G) LTD.,**

and

**UNITRONICS, INC.**

    Plaintiffs,

v.

**SAMY GHARB,**

    Defendant.

Civil Action File No.: 1:06-cv-0027-RMC

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court [PROPOSED] ORDER FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,552,654 AGAINST DEFENDANT using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

    Samy Gharb
    Bachtobelstrasse 30,
    8045 Zurich, Switzerland

    Samy Gharb
    P.O. Box 5066
    8045 Zurich, Switzerland

This 18TH day of September, 2006.

                        /s/ Glenn J. Perry
                        Glenn J. Perry
                        D.C. Bar No. 278630
                        SMITH, GAMBRELL & RUSSELL, LLP
                        1850 M Street, N.W., Suite 800
                        Washington, DC 20036
                        Telephone: 202-973-2611

Fax: 202-263-4311

Attorney for Unitronics (1989) (R"G) Ltd. and Unitro