IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br>P.O. Box 300, Ben Gurion Airport<br>70100, Israel<br><br>**UNITRONICS, INC.**<br>1 Batterymarch Park, Suite 103<br>Quincy, MA 02169<br><br>   Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>Bachtobelstrasse 30, 8045<br>Zurich, Switzerland<br><br>   Defendant. | Civil Action File No. 1:06-cv-00027-RMC |

**NOTICE OF FILING APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT OF U.S. PATENT NO. 6,552,654.**

In support of its contemporaneously filed Motion for Partial Summary Judgment of No Infringement of U.S. Patent No 6,552,654, Plaintiff's herewith file this appendix of exhibits.

**APPENDIX TO EXHIBITS**

**Exhibit No. and Description**

1. U.S. Patent No. 6,552,6542.

2. Defendant's Answers to Plaintiffs" Request for Production Request No. 2 [Doc. 32].

3. Plaintiffs' Response to Defendant's Interrogatories [Doc. 33]

4. Unitronics Document Production- IO Modules and Modems Technical library pp. 44-45

23

5.  Defendant's Response to Plaintiffs' First Set of Interrogatories [Doc. 31]

6.  Plaintiffs' First Request for Admissions [Doc. 27].

7.  August 14, 2006 E-Mail from Debra Heineman to Samy Gharb.

8.  August 15, 2006 E-mail from Samy Gharb to Debra Heineman.

9.  U.S. PTO Office Action dated February 13, 2002 pp. 15-16, para 24.

10. U.S. Patent NO. 5,497,149, issued to Fast on March 5, 1996, Global Security System.

11. Applicant's Amendment and Response dated September 13, 2002

12. U.S. PTO Notice of Allowability

13. Claim Chart Claim 1 U.S. Patent No. 6,552,654.

14. Unitronics Product Comparison Tables: Vision Series, Jazz Series, and M90-91 Series.

15. December 28, 2005 letter from Controls and Power, Inc. to Unitronics [Doc. 7, Exhibit K].

    __/s/ Glenn J. Perry_____
    Glenn J. Perry
    SMITH, GAMBRELL & RUSSELL, LLP
    1850 M Street, N.W.
    Washington, D.C. 20036
    Attorney for Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br><br>and<br><br>**UNITRONICS, INC.**<br><br>   Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br><br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

     I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court NOTICE OF FILING APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INFRINGEMENT OF U.S. PATENT NO. 6,552,654 using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

    Samy Gharb
    Bachtobelstrasse 30,
    8045 Zurich, Switzerland

    Samy Gharb
    P.O. Box 5066
    8045 Zurich, Switzerland

This 19TH day of September, 2006.

                                                                   /s/ Glenn J. Perry_____
                                                                  Glenn J. Perry
                                                                  D.C. Bar No. 278630
                                                                  SMITH, GAMBRELL & RUSSELL, LLP
                                                                  1850 M Street, N.W., Suite 800
                                                                  Washington, DC 20036
                                                                  Telephone: 202-973-2611
                                                                  Fax: 202-263-4311

Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.