FROM BDSM 703 836 2021                    (FRI) 9. 6' 02 12:11/  12:09/NO. 4260034425 P 4

Patent
Attorney's Docket No. 009765-026

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | ) |
| Samy GHARB | ) Group Art Unit: 2632 |
| Application No.: 09/762,111 | ) Examiner: Hung T. NGUYEN |
| Filed: 05 April 2001 | ) Confirmation No.: 8620 |
| For: SECURITY SYSTEM WITH A MOBILE PHONE | ) |

## AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

In response to the Office Action mailed 13 February 2002, please amend the above-identified application as follows:

**IN THE SPECIFICATION:**

Please replace numbered paragraphs 0009, 0018 and 0035 as follow:

DOCKETED
filed 7-15-02

FROM BDSM 703 836 2021            (FRI) 9. 6'02 12:11/    12:09/NO. 4260034425 P 5

Application No. <u>09/762,111</u>
Attorney's Docket No. <u>009765-026</u>
Page 2

*Numbered Paragraph 0009*

Fig. 2 shows an overview circuit diagram of the PLC (Programmable Logic Controller) controller D.

*Numbered Paragraph 0018*

A main relay B is located on the input side at the 12 V power supply of a motor vehicle, while the outputs are connected with a first PLC (Programmable Logic Controller) controller D, transmit to it, and provide it with outputs Q1 to Q4. The main relay B is controlled by means of a remote control A of a known type via an infrared interface, and is not described in detail.

*Numbered Paragraph 0035*

Fig. 1 furthermore shows a computer PC (Personal Computer) that is connected via mobile lines 50, 51, and 52 with PLC controllers D, F, and G, H, I. All necessary information for programming the PLC controllers from the PC or PC database are read via these lines, and the PC system is then disconnected from the security system. In this manner, the security system is programmed at the initial startup, so that customer preferences can easily be taken into consideration.

Received from < 703+836+2021 > at 9/6/02 12:03:08 PM [Eastern Daylight Time]

Application No. 09/762,111
Attorney's Docket No. 009765-026
Page 3

**IN THE CLAIMS**:

Please replace amended Claims 1, 6 and 9-10 and add new Claim 12 as follow:

1. A security system for monitoring objects, comprising:

    a digital recording device having at least one emergency message; and

    a mobile telephone having at least one preselected emergency number;

    a first Programmable Logic Controller (PLC) controller for initializing monitoring;

    a second PLC controller for repeating an alarm signal; and

    third, fourth, and fifth PLC controllers for activating a mobile telephone and a digital recording device;

    at least one sensor for generating an alarm state connected to the first PLC controller;

    a main relay for controlling the first PLC controller and which can be operated by a remote control;

    a computer having mobile lines connectable to the five PLC controllers for programming the five PLC controllers; and

    a data set for transmission to the mobile telephone including alarm information;

    wherein the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy; and

FROM BDSM 703 836 2021                    (FRI) 9. 6'02 12:12/    12:09/NO. 4260034425 P  7

Application No. 09/762,111
Attorney's Docket No. 009765-026
Page 4

wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.

5. A method of using a security system comprising the steps of:

providing a security system as claimed in Claim 1;

positioning the security system inside a security case, the security case including

an underside having at least one switching element for triggering the alarm and at least one switching element for releasing the power supply;

a satellite communications device connected to the security system and having an antenna for communicating with a satellite locating system; and

operating the security system for locating vehicles.

7. A method as claimed in Claim 5, further comprising the steps of:

operably connecting the security system to a vehicle having an ignition power supply and a fuel pump solenoid;

interrupting the vehicle ignition power supply; and

blocking the fuel pump solenoid.

FROM BDSM 703 836 2021                              (FRI) 9. 6' 02 12:12/ST. 12:09/NO. 4260034425 P 8

Application No. 09/762,111
Attorney's Docket No. 009765-026
Page 5

9. ~~16.~~ A method as claimed in Claim 7 ~~8~~, further comprising the step of:

repeating the alarm signal in the second PLC controller at least once if the line dialed in case of an alarm by the mobile telephone is busy, to cause the line to be redialed.

6. ~~12.~~ The method of Claim 5 ~~6~~, wherein when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers.

FROM BDSM 703 836 2021            (FRI) 9. 6' 02 12:12/ST 12:09/NO. 4260034425 P 9

Application No. 09/762,111
Attorney's Docket No. 009765-026
Page 6

### REMARKS

Claims 1-4, 6 and 8-12 are pending in the Application. By this Amendment, Claims 1, 6 and 9-10 are amended, and new Claim 12 is added.

In the Office Action, the Examiner objects to the specification on grounds that several headings are missing. Applicant respectfully submits that these issues were resolved by the Substitute Specification filed in the U.S. Patent and Trademark Office (PTO) on 16 November 2001. Filed herewith for the Examiner's convenience are copies of the filed Substitute Specification (clean and marked up) and a copy of the stamped postcard confirming that the Patent Office received the Substitute Specification. Please withdraw the objection.

The Examiner also objects to the specification on grounds that the terms "PLC" and "PC" are unclear. Applicant respectfully submits that the amendments to the specification filed herewith obviate this objection. Please withdraw the objection.

In the Office Action, the Examiner indicates that drawings are absent from the Patent Office file wrapper, and requires submission of the drawings. Filed herewith are copies of the drawings as originally filed with the application. Please withdraw the objection.

In the Office Action, the Examiner rejects Claims 1-4, 6 and 8-11 under 35 U.S.C. § 112, second paragraph. Applicant respectfully submits that the amendments to the Claims obviate this rejection. Please withdraw the rejection.

Received from < 703+836+2021 > at 9/6/02 12:03:08 PM [Eastern Daylight Time]

FROM BDSM 703 836 2021            (FRI) 9. 6' 02 12:13/ST. 12:09/NO. 4260034425 P 10

Application No. 09/762,111
Attorney's Docket No. 009765-026
Page 7

In the Office Action, the Examiner rejects Claims 1-4, 6 and 8-11 under 35 U.S.C. § 103(a) over U.S. Patent No. 5,497,149 to Fast (Fast). This rejection is respectfully traversed.

Fast fails to disclose or suggest a security system as recited in Claim 1, wherein (a) the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy, and (b) each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.

Fast likewise fails to disclose or suggest repeating the alarm signal in the second PLC controller at least once if the line dialed in case of an alarm by the mobile telephone is busy, to cause the line to be redialed, as recited in Claim 10.

Fast also fails to disclose or suggest positioning the security system inside a security case, the security case including an underside having at least one switching element for triggering the alarm and one switching element for releasing the power supply, as recited in Claim 6. See also, for example, numbered paragraph 0047 of the specification.

In particular, Fast fails to disclose or suggest that when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers, as recited in Claim 12.

Received from < 703+836+2021 > at 9/6/02 12:03:08 PM [Eastern Daylight Time]

FROM BDSM 703 836 2021                    (FRI) 9. 6' 02 12:13/f 12:09/NO. 4260034425 P 11

Application No. 09/762,111
Attorney's Docket No. 009765-026
Page 8

With respect to Claims 4 and 9, the Examiner has not provided any motivation that would have caused one of ordinary skill in the art to equip Fast's security system to interrupt a vehicle ignition power supply and block a fuel pump solenoid, as recited in Claim 9, and similar features recited in Claim 4.

For at least the above reasons, Fast does not disclose or suggest all of the presently claimed features. Please withdraw the rejection of Claims 1-4, 6 and 8-11 under 35 U.S.C. § 103(a) over Fast.

Applicant respectfully submits that the application is in condition for allowance. Favorable consideration on the merits and prompt allowance are respectfully requested. In the event any questions arise regarding this communication or the application in general, the Examiner is invited to contact Applicant's undersigned representative at the telephone number listed below.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

By: _____
M. David Ream
Registration No. 35,333

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date: 15 July 2002