| **Notice of Allowability** | Application No. | Applicant(s) |
|---|---|---|
| | 09/762,111 | Samy Gharb |
| | Examiner | Art Unit |
| | Hung Nguyen T | 2632 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>9/13/2002</u>.

2. ☒ The allowed claim(s) is/are <u>1-4,6 & 8-12 [ renumbered as 1-10 ]</u>.

3. ☐ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   *Certified copies not received: _____.

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).
   (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☒ CORRECTED DRAWINGS must be submitted.
   (a) ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review (PTO-948) attached
      1) ☒ hereto   or   2) ☐ to Paper No. _____.
   (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.
   (c) ☐ including changes required by the attached Examiner's Amendment/Comment or in the Office action of Paper No. _____.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

| | | | |
|---|---|---|---|
| 1 ☐ | Notice of References Cited (PTO-892) | 2 ☐ | Notice of Informal Patent Application (PTO-152) |
| 3 ☒ | Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4 ☐ | Interview Summary (PTO-413), Paper No. _____. |
| 5 ☐ | Information Disclosure Statement(s) (PTO-1449), Paper No(s). _____ | 6 ☐ | Examiner's Amendment/Comment |
| 7 ☐ | Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☒ | Examiner's Statement of Reasons for Allowance |
| 9 ☐ | Other | | |

S. Patent and Trademark Office
TO-37 (Rev. 04-01)                    **Notice of Allowability**                    Part of Paper No. 10

Application/Control Number: 09/762,111  Page 2

Art Unit: 2632

## DETAILED ACTION

### *Allowable Subject Matter*

1. Claims 1-4,6,8-12 are allowed [ renumbered as 1-10 ].

2. The following is a statement of reasons for the indication of allowable subject matter:

There is no prior art that shows the claimed a security system for monitoring objects such as an automobile includes a Global Positioning System, a digital recording device , a computer and five programmable logic controller for monitoring unauthorized persons attempt to enter the vehicle. The security system in which an alarm is reported via a mobile telephone connection , a second programmable logic controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm is busy and each time the second programmable logic controller repeats the alarm signal, the third , fourth and fifth programmable logic controllers activate the mobile telephone and the digital recording device for security protection .

3. Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance".

Application/Control Number: 09/762,111    Page 3

Art Unit: 2632

### *Conclusion*

4.  Any inquiry concerning this communication or earlier communications from the examiner should be directed to Hung T. Nguyen whose telephone number is (703) 308-6796. The examiner can normally be reached on Monday to Friday from 8:00am to 5:30pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's acting supervisor, Daniel Wu, can be reached on (703)308-6730. The fax phone number for this Group is (703) 872-9314.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-4700.

Examiner:   Hung T. Nguyen

Date:       October 25, 2002

DANIEL J. WU
PRIMARY EXAMINER  11/12/02