# Technical specifications

## 12 convenient M90/M91 models

| | M90-T | M90-TA2-CAN | M90-19-B1A | M91-2-R1 | M91-2-R2C | M91-2-R6C | M91-2-R34[1] | M91-2-T1 | M91-2-T38[1] | M91-2-T2C | M91-2-UN2 | M91-2-UA2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 Digital Inputs / 6 Transistor Outputs | 10 Digital Inputs / 8 Transistor Outputs / 2 Analog Inputs / 1 Analog Output | 10 Digital Inputs / 6 Relay Outputs / 1 Analog Input | 10 Digital Inputs / 6 Relay Outputs / 1 Analog Input | 10 Digital Inputs / 6 Relay Outputs / 2 Analog Inputs | 6 Digital Inputs / 6 Relay Outputs / 6 Analog Inputs | 20 Digital Inputs / 12 Relay Outputs / 8 Analog/Digital Inputs | 12 Digital Inputs / 12 Transistor Outputs | 22 Digital Inputs / 16 Transistor Outputs | 10 Digital Inputs / 12 Transistor Outputs / 2 Analog/Digital Inputs | 10 Digital Inputs / 12 Transistor Outputs / 2 PT100/TC/Analog/ Digital Inputs[5] | 10 Digital Inputs / 10 Transistor Outputs / 2 TC/Analog/Digital Inputs / 2 Analog Outputs |

### Inputs

| | M90-T | M90-TA2-CAN | M90-19-B1A | M91-2-R1 | M91-2-R2C | M91-2-R6C | M91-2-R34 | M91-2-T1 | M91-2-T38 | M91-2-T2C | M91-2-UN2 | M91-2-UA2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Digital inputs | 8 pnp (source) 24VDC | 10 pnp (source) 24VDC | 10 pnp (source) 24VDC | 10 pnp/npn (source/sink) 12/24VDC | 10 pnp/npn (source/sink) 12/24VDC | 6 pnp/npn (source/sink) 24VDC | 22 pnp/npn (source/sink) 24VDC | 12 pnp/npn (source/sink) 12/24VDC | 22 pnp/npn (source/sink) 24VDC | 12[5] pnp/npn (source/sink) 12/24VDC | 12[5] pnp/npn (source/sink) 12/24VDC | 12[5] pnp/npn (source/sink) 24VDC |
| High-speed counter/ Shaft-encoder/ Frequency measurer[3] | One 10 kHz, 16 bit resolution | One 10 kHz, 16 bit resolution | One 10 kHz, 16 bit resolution | Three 10 kHz, 16 bit resolution | Three 10 kHz, 16 bit resolution | One 10 kHz, 16 bit resolution | Three 10 kHz, 16 bit resolution | Two 10 kHz, 16 bit resolution | Two 10 kHz, 16 bit resolution | Three 10 kHz, 16 bit resolution | Two 10 kHz, 16 bit resolution | One 10 kHz, 16 bit resolution |
| Analog input types | None | Two 10 bit inputs: 0-10V | One 10 bit input: 0-5V, 0-10V, 0-20mA, 4-20mA | One 10 bit input: 0-10V, 0-20mA, 4-20mA | Two 10 bit inputs: 0-10V, 0-20mA, 4-20mA | Six 10 bit inputs: Two 0-10V, 0-20mA, 4-20mA Four 0-20mA, 4-20mA | Two[2] 10 bit inputs: 0-10V, 0-20mA, 4-20mA | None | None | Two[2] 10 bit inputs: 0-10V, 0-20mA, 4-20mA | Two[2] 14 bit inputs: 0-10V, 0-20mA, 4-20mA | Two[2] 14 bit inputs: 0-10V, 0-20mA, 4-20mA |
| Temperature measurement | None | None | None | None | None | None | None | None | None | None | Two[5] PT100 or Thermocouple inputs | Two[5] Thermocouple inputs |

### Outputs

| | M90-T | M90-TA2-CAN | M90-19-B1A | M91-2-R1 | M91-2-R2C | M91-2-R6C | M91-2-R34 | M91-2-T1 | M91-2-T38 | M91-2-T2C | M91-2-UN2 | M91-2-UA2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Digital outputs | 6 pnp (source) | 8 pnp (source) | 6 relay outputs | 6 relay outputs | 6 relay outputs | 6 relay outputs | 12 relay outputs | 12 pnp (source) | 16 pnp (source) | 12 pnp (source) | 12 pnp (source) | 10 pnp (source) |
| High-speed outputs/PWM | None | None | None | None | None | None | None | First 2 outputs can function as HSO, 2 kHz maximum | | | | |
| Analog outputs | None | One 10 bit output 0-10V | None | None | None | None | None | None | None | None | None | Two 12 bit Outputs, 0-10V, 4-20mA |

### Program

| | M90-T | M90-TA2-CAN | M90-19-B1A | M91-2-R1 | M91-2-R2C | M91-2-R6C | M91-2-R34 | M91-2-T1 | M91-2-T38 | M91-2-T2C | M91-2-UN2 | M91-2-UA2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ladder code memory (virtual) | 24K | 24K | 12K | 36K | 36K | 36K | 36K | 36K | 36K | 36K | 36K | 36K |
| Execution time for bit operations | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS | 12μS |
| Bit/Coils | 256 | | | 256 | | | | | | | | |
| Integers/Registers (16 Bit) | 256 | | | 256 | | | | | | | | |
| Timers | 64 | | | 64 | | | | | | | | |
| Database | 1024 integers (indirect access) | | | 1024 integers (indirect access) | | | | | | | | |

### Display

| | M90 (left group) | | | M91 (right group) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | STN LCD display, LED backlight | | | STN LCD display, LED backlight | | | | | | | | |
| Display size | 1 line x 16 characters | | | 2 lines x 16 characters | | | | | | | | |
| HMI displays | 80 user-designed displays available | | | 80 user-designed displays available | | | | | | | | |
| Variables | 50 HMI variables enable the conditional display & modification of text, numbers, dates, times & timer values. List Variables can add up to 120 conditional text messages. | | | 64 HMI variables are available to conditionally display and modify text, numbers, dates, times and timer values. The user can also create a list of up to 120 variable text displays, totaling up to 2K. | | | | | | | | |

### Keypad

| | M90 | | | M91 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of keys | 15 sealed membrane keys, including 14 programmable keys | | | 15 sealed membrane keys, including 14 programmable keys | | | | | | | | |

### Communication

| | M90-T | M90-TA2-CAN | M90-19-B1A | M91-2-R1 | M91-2-R2C | M91-2-R6C | M91-2-R34 | M91-2-T1 | M91-2-T38 | M91-2-T2C | M91-2-UN2 | M91-2-UA2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Serial communications | RS232 port | | | RS232/RS485 port (selectable) | | | | | | | | |
| CANbus | None | Yes | None | None | Yes | Yes | None | Yes | Yes | Yes | None | None |
| GSM support | None | Enables SMS messages, containing text and variable data, to be communicated to and from 6 phone numbers. Up to 1K of user-defined messages. | | Enables SMS messages, containing text and variable data, to be communicated to and from cellular devices. Up to 1K of user-defined messages. | | | | | | | | |
| MODBUS | None | None | None | Supports MODBUS protocol, Master-Slave | | | | | | | | |

### General

| | M90-T | M90-TA2-CAN | M90-19-B1A | M91-2-R1 | M91-2-R2C | M91-2-R6C | M91-2-R34 | M91-2-T1 | M91-2-T38 | M91-2-T2C | M91-2-UN2 | M91-2-UA2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Power supply | 24VDC | 24VDC | 24VDC | 12/24VDC | 12/24VDC | 24VDC | 24VDC | 12/24VDC | 24VDC | 12/24VDC | 12/24VDC | 24VDC |
| I/O expansion option | Up to 64 additional I/Os | | None | Up to 96 additional I/Os | | | | | | | | |
| PID | None | 4 independent PID loops with Auto-tune[4] | | 4 independent PID loops with Auto-tune[4] | | | | | | | | |
| Clock (RTC) | Real-time clock functions (date and time) | | | Real-time clock functions (date and time) | | | | | | | | |

[1] M91-2-T38 and M91-2-R34 are not yet UL certified.

[2] In these models certain inputs can function as either digital, analog, thermocouple or PT100 inputs (model-dependent). When using these inputs as thermocouple or PT100, the number of free digital inputs is reduced to 8 or 7, respectively.

[3] Certain inputs can function as high-speed counters, shaft-encoder inputs, frequency measurers, or normal digital inputs.

[4] Auto-tune is provided via an external PC based application.

 

# Technical Specifications

| | V120-22-R1 | V120-22-R2C | V120-22-R6C | V120-22-R34[1] | V120-22-T1 | V120-22-T38[1] | V120-22-T2C | V120-22-UN2 | V120-22-UA2 |
|---|---|---|---|---|---|---|---|---|---|
| | 10 Digital Inputs 6 Relay Outputs 1 Analog Input | 10 Digital Inputs 6 Relay Outputs 2 Analog Inputs | 6 Digital Inputs 6 Relay Outputs 6 Analog Inputs | 20 Digital Inputs 2 Analog/Digital Inputs[2] 12 Relay Outputs | 12 Digital Inputs 12 Transistor Outputs | 22 Digital Inputs 16 Transistor Outputs | 10 Digital Inputs 12 Transistor Outputs 2 Analog/Digital Inputs[2] | 10 Digital Inputs 12 Transistor Outputs 2 PT100/TC/Analog/ Digital Inputs[2] | 10 Digital Inputs 10 Transistor Outputs 2 TC/Analog/Digital Inputs[2] 2 Analog Outputs |

## I/Os

| | V120-22-R1 | V120-22-R2C | V120-22-R6C | V120-22-R34[1] | V120-22-T1 | V120-22-T38[1] | V120-22-T2C | V120-22-UN2 | V120-22-UA2 |
|---|---|---|---|---|---|---|---|---|---|
| Digital Inputs | 10 pnp/npn (source/sink) 12/24VDC | 10 pnp/npn (source/sink) 12/24VDC | 6 pnp/npn (source/sink) 24VDC | 22[2] pnp/npn (source/sink) 24VDC | 12 pnp/npn (source/sink) 12/24VDC | 22 pnp/npn (source/sink) 24VDC | 12[2] pnp/npn (source/sink) 12/24VDC | 12[2] pnp/npn (source/sink) 12/24VDC | 12[2] pnp/npn (source/sink) 24VDC |
| High-speed counter/ Shaft-encoder/ Frequency measurer[3] | Three 10 kHz 32 bit resolution | Three 10 kHz 32 bit resolution | One 10 kHz 32 bit resolution | Three 10 kHz 32 bit resolution | Two 10 kHz 32 bit resolution | Two 10 kHz 32 bit resolution | Three 10 kHz 32 bit resolution | Two 10 kHz 32 bit resolution | One 10 kHz 32 bit resolution |
| Analog Inputs | One 10 bit input: 0-10V, 0-20mA, 4-20mA | Two 10 bit input: 0-10V, 0-20mA, 4-20mA | Six 10 bit input: Two 0-10V, 0-20mA, 4-20mA, Four 0-20mA, 4-20mA | Two 10 bit inputs[2]: 0-10V, 0-20mA, 4-20mA | None | None | Two 10 bit inputs[2]: 0-10V, 0-20mA, 4-20mA | Two 14 bit inputs[2]: 0-10V, 0-20mA, 4-20mA | Two 14 bit inputs[2]: 0-10V, 0-20mA, 4-20mA |
| Temperature measurment | None | None | None | None | None | None | None | Two PT100 or Thermocouple inputs[2] | Two Thermocouple inputs[2] |
| Digital Outputs | 6 relay outputs | 6 relay outputs | 6 relay outputs | 12 relay outputs | 12 pnp (source) | 16 pnp (source) | 12 pnp (source) | 12 pnp (source) | 10 pnp (source) |
| High-speed Outputs | None | None | None | None | First 2 outputs can function as HSO, 2 kHz maximum, PWM | | | | |
| Analog Outputs | None | None | None | None | None | None | None | None | Two 12 bit Outputs, 0-10V, 4-20mA |
| I/O Expansions | Up to 128 I/Os may be added via I/O expansion port (number of I/Os may vary according to expansion model) | | | | | | | | |

## Operator panel

| | |
|---|---|
| Screen Type | Graphic STN LCD, LED backlight |
| Display Resolution | 128 x 64 pixels |
| HMI Displays | Up to 255 |
| Keyboard | 16 programmable sealed membrane keys |

## Program

| | |
|---|---|
| Application memory | 448K |
| Bits/Coils | 4096 |
| Integers/Registers | 2048 |
| Long Integers (32 bit) | 256 |
| Double Word (32 bit unsigned) | 64 |
| Floats | 24 |
| Timers (32 bit) | 192 |
| Counters | 24 |
| Data Tables | 120K (RAM) / 64K (FLASH) |
| Execution Time for bit Operation | 0.8$\mu$sec |

## Communication

| | V120-22-R1 | V120-22-R2C | V120-22-R6C | V120-22-R34 | V120-22-T1 | V120-22-T38 | V120-22-T2C | V120-22-UN2 | V120-22-UA2 |
|---|---|---|---|---|---|---|---|---|---|
| Serial communication | 2 RS232/RS485 ports (selectable) | | | | | | | | |
| MODBUS | Supports MODBUS protocol, Master/Slave | | | | | | | | |
| GPRS | Use a GPRS modem to establish a Vision-PC data connection via Internet, and transmit IP packets of data over the cellular network. SMS-enabled | | | | | | | | |
| GSM/CDMA | SMS messages to/from any quantity of phone numbers, Remote Access-enabled | | | | | | | | |
| CANbus | None | 1 port | 1 port | None | None | None | 1 port | None | None |

## General

| | V120-22-R1 | V120-22-R2C | V120-22-R6C | V120-22-R34 | V120-22-T1 | V120-22-T38 | V120-22-T2C | V120-22-UN2 | V120-22-UA2 |
|---|---|---|---|---|---|---|---|---|---|
| Power Supply | 12/24VDC | 12/24VDC | 24VDC | 24VDC | 12/24VDC | 24VDC | 12/24VDC | 12/24VDC | 24VDC |
| PID | Up to 12 independent PID loops, including internal auto-tune, ramp-soak programmer and bumpless transfer (up to 32 loops without auto-tune) | | | | | | | | |
| Clock (RTC) | Real-time clock functions (date and time) | | | | | | | | |
| Battery Back-up | 7 year typical | | | | | | | | |
| Dimensions | 96 x 96 x 64 mm (3.78" x 3.78" x 2.52") | | | | | | | | |
| Environment | IP65/NEMA4X (from panel, when mounted) | | | | | | | | |

[1] V120-22-R34 and V120-22-T38 are not yet UL certified
[2] In these models certain inputs can function as either digital, analog, thermocouple or PT100 inputs (model dependent). When using these inputs as thermocouple or PT100, the number of free digital inputs is reduced to 8 or 7, respectively.
[3] Certain inputs can function as shaft-encoders, or serve as normal digital inputs for normal digital inputs.

... tds, set aside in Sammy Ghabor v. ... Civil Action File No.: 1:06-0027-RMC



# Technical Specifications



| Article number | JZ10-11-R10<br>**6 Digital Inputs**<br>**4 Relay Outputs** | JZ10-11-T10<br>**6 Digital Inputs**<br>**4 Transistor Outputs** | JZ10-11-R16<br>**6 Digital Inputs**<br>**2 Digital/Analog Inputs**<br>**2 Analog Inputs**<br>**6 Relay Outputs** | JZ10-11-T17<br>**6 Digital Inputs**<br>**2 Digital/Analog Inputs**<br>**2 Analog Inputs**<br>**7 Transistor Outputs** |
|---|---|---|---|---|
| **I/Os** | | | | |
| Digital inputs | 6 pnp/npn (source/sink) 24VDC | 6 pnp/npn (source/sink) 24VDC | 8[1] pnp/npn (source/sink) 24VDC | 8[1] pnp/npn (source/sink) 24VDC |
| High-speed counter | 2 inputs can function as either high-speed counters (5 kHz, 16 bit resolution), or as normal digital inputs | | | |
| Analog inputs | None | None | Two[1] 10 bit inputs: 0-10V & Two 10 bit inputs: 0-20mA, 4-20mA | Two[1] 10 bit inputs: 0-10V & Two 10 bit inputs: 0-20mA, 4-20mA |
| Digital outputs | 4 relay outputs | 4 pnp (source) | 6 relay outputs | 7 pnp (source) |
| **Program** | | | | |
| Ladder code memory | 24K (virtual) | | | |
| Bit/Coils | 256 | | | |
| Integers/Registers (16 Bit) | 256 | | | |
| Timers | 64 | | | |
| **Operator panel** | | | | |
| Display size & Type | 2 lines x 16 characters, STN LCD, LED backlight | | | |
| HMI displays | 60 user-designed displays available | | | |
| Variables | 64 HMI variables are available to conditionally display text and data.<br>List variables add up to 1.5K's worth of HMI capacity. | | | |
| Keypad | 16 sealed membrane keys, including 15 programmable keys (10 of which are user-labeled) | | | |
| **Communication** | **Via an Add-on port Module[2]** | | | |
| Serial communications | RS232/Programming Add-on port (optional, see Accessories) | | | |
| GSM support | SMS messages to/from many cell phone numbers, up to 1K of user-designed messages.<br>Remote access-enabled. | | | |
| MODBUS | Supports MODBUS protocol, Master-Slave. Connectivity to any device that can provide 2 active RS232 control signals (e.g. PC, see note 2). | | | |
| **General** | | | | |
| Power supply | 24 VDC | | | |
| Clock (RTC) | Real-time clock functions (date and time) | | | |
| Battery back-up | 10 years typical at 25°C, battery back-up for RTC and system data, including variable data | | | |
| Environment | IP65/NEMA4X (from panel, when mounted) | | | |

[1] These models comprise a total of 10 inputs. 6 of these may be wired, in a group, as either digital npn or pnp. 2 inputs have added functionality. Both may be wired in a group as npn, pnp, or analog (voltage) inputs. Note that it is also possible to individually wire 1 input as a pnp input, and the other as an analog input. The 2 remaining inputs are analog (current).

[2] In order to download applications and enable communications, install Jazz™ with an Add-on Module containing a COM port. The module included in the JZ-PRG programming kit may be used. The unit may use an adaptor to allow the use of the RS232 port control signals for purposes of power supply (devices such as PC and most modems).