This message has been scanned for known viruses.

| | |
|---|---|
| From: | samygharbch@aim.com |
| To: | gperry@sgrlaw.com |
| Subject: | GSM HIGH SPEED 1999 HSCD |
| Date: | Tue, 26 Sep 2006 2:44 PM |
| Attachments: | hscsd.htm_gsm_high_speed.htm (9K) |

06-27 (RMC)

-----Original Message-----
From: samygharbch@aim.com
To: DLISCHER@sgrlaw.com
Sent: Mon, 25 Sep 2006 5:54 PM
Subject: GSM HIGH SPEED 1999

Dear Sir

PLEASE STOP TO TELLING A STORY BECAUSE MY PATENT IS THE ONLY ONE WORKING WITH HIGH SPEED GSM
within Scands

THE OLD GSM IS TO SEND INFROMATION WITHIN 40 SECANDS AND THE NEW HIGH SPEED GSM IS FOR SEND

INFROMATION WITH 4 SECANDS SIR.

Best Regards,

USA PATENT HOLDER

SAMY GHARB

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

RECEIVED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

9/26/2006

# High Speed Circuit Switched Data (HSCSD)

|x|

**New! Must b**

**High Speed Circuit Switched Data (HSCSD) is a new high speed implementation of GSM data techniques.**

It will enable users to access the Internet and other datacom services via the GSM network at considerably higher data rates than at present.

HSCSD allows wireless data to be transmitted at **38.4 kilobits per second** or even faster over GSM networks by allocating up to eight time slots to a single user.

This is comparable to the transmission rates of usual modems via fixed telephone networks today.

Current datacom services over GSM generally allows transferring files or data and sending faxes at 9.6 kbps.

With HSCSD the user will find wireless connection to the Internet much faster at 38.4 kbps, which is up to four times faster than today's standard usage.

It also opens up possibilities for many new kinds of market driven wireless services.

HSCSD is especially well suited for time sensitive, real-time services. Examples could be transferring of large files with specified Quality of Service or video surveillance.

Commercial HSCSD implementations are important steps towards 3rd generation wideband wireless multimedia services. Third-generation wireless systems will handle services up to 384 kbps in wide area applications and up to 2 Mbps for indoor applications around year 2000.