This message has been scanned for known viruses.

**From:** samygharbch@aim.com
**To:** Chashawn_White@dcd.uscourts.gov
**Subject:** FACT GHARB PATENT IS THE ONLY ONE IN THE WORLD FOR( HIGH SPEED PLC & HIGH SPEED GSM) within Scands
**Date:** Tue, 26 Sep 2006 3:08 PM

06-27 (RMC)

Dear Ms Chashaw White

Please give this letter to the court.

Best Regards,

USA Patent holder
SAMY GHARB

RECEIVED
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-----Original Message-----
From: samygharbch@aim.com
To: GPERRY@sgrlaw.com
Sent: Mon, 25 Sep 2006 3:57 PM
Subject: FACT GHARB PATENT IS THE ONLY ONE IN THE WORLD FOR( HIGH SPEED PLC & HIGH SPEED GSM)

Dear Sir

Thank you for your Letter and one more time I have to inform you that in my answer i told you

I did the New industrial revolution in world by USE **micro PLC HIGH SPEED and HIGH SPEED GSM( HSCSD)**

BECAUSE the high speed GSM come to USA as new System in 1999

This IS FACT and please you have to stop telling a story because the USA PATENT No, 5497,149 fast

1996 is **not with PLC and not with GSM HIGH SPEED becausse the HIGH SPEED GSM is come to USA as a new**

system in 1999 working in 4 secands this is FACT AND THIS USA MY PATENT

NOW:-

1- **Mr Ed Hiserodt president of Controls & power** must ask by the court about this business with GSM & PLC

for six water wells and two storage tanks in south South Carolina

2- **Mr Haim shani** must give to the court **his USA PATENT (CONTROL SYSTEM WITH PLC & GSM )**

3- **Mr Haim shani** must give to the court all document documents of **paid texes in USA & EU (2001 to 2005)**

4- MY USA Patent is the only one in the world working with HIGH SPEED PLC & HIGH SPEED GSM AND NO ONE

9/26/2006

CAN USE SALE OFFER THIS

Best Regards,

USA Patent holder
SAMY GHARB

---

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.