This message has been scanned for known viruses.

| From: | samygharbch@aim.com |
| To: | Chashawn_White@dcd.uscourts.gov |
| Date: | Wed, 27 Sep 2006 10:32 AM |
| Attachments: | 05022280.pdf_-Unitronics_PATENT_PLC_&amp;_GSM.pdf (2345K) |

06-27(RMC)

Dear Ms Chashawn White

Please give this information to the court.

Best Regards,

USA Patent Holder

SAMY GHARB

RECEIVED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.