(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
10 March 2005 (10.03.2005)   PCT

(10) International Publication Number
**WO 2005/022280 A1**

---

(51) International Patent Classification[7]: G05B 19/05, 19/042

(21) International Application Number:
PCT/IB2004/002848

(22) International Filing Date: 2 September 2004 (02.09.2004)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
60/499,972   3 September 2003 (03.09.2003)   US

(71) Applicant (*for all designated States except US*): UNITRONICS (1989) (R"G) LTD. [IL/IL]; Unitronics Building, Airport City, P.O.B. 300, 70100 Ben Gurion Airport (IL).

(72) Inventor: SHANI, Haim; Shoham (IL).

(81) Designated States (*unless otherwise indicated, for every kind of national protection available*): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (*unless otherwise indicated, for every kind of regional protection available*): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— with international search report
— before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

---

(54) Title: SYSTEM AND METHOD FOR IMPLEMENTING LOGIC CONTROL IN PROGRAMMABLE CONTROLLERS IN DISTRIBUTED CONTROL SYSTEMS



42 — Input Program → 50 — Compiling Engine → 46 — PLCs Code — GSM

(57) Abstract: The present invention provides a system and method for implementing logic control in programmable controllers in distributed control systems using a wired or wireless network. A software application is used to define the configuration of the network. Based on the network configuration, a compiler engine automatically assigns each statement of the control program to at least one programmable logic controller in the network. Each statement is then transmitted over a data transmission medium to the programmable logic controller assigned to the statement.

# INTERNATIONAL SEARCH REPORT

International Application No
PCT/IB2004/002848

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 7   G05B19/05   G05B19/042

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 7   G05B

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)
EPO-Internal

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category° | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 5 896 289 A (STRUGER ODO J) 20 April 1999 (1999-04-20) column 1, line 5 - column 14, line 48; figures 1-11 | 1,39 |
| X | EP 1 076 275 A (ROCKWELL TECHNOLOGIES LLC) 14 February 2001 (2001-02-14) column 1, paragraph 1 - column 10, paragraph 55; figures 1-4 | 1,39 |
| A | US 5 530 643 A (HODOROWSKI JOHN) 25 June 1996 (1996-06-25) column 2, line 31 - column 4, line 18; claims 1,13 | 1,39 |

-/--

[X] Further documents are listed in the continuation of box C.    [X] Patent family members are listed in annex.

° Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

Date of the actual completion of the international search
17 January 2005

Date of mailing of the international search report
25/01/2005

Name and mailing address of the ISA
European Patent Office, P.B. 5818 Patentlaan 2
NL - 2280 HV Rijswijk
Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,
Fax: (+31-70) 340-3016

Authorized officer
Burchielli, M

Form PCT/ISA/210 (second sheet) (January 2004)

**INTERNATIONAL SEARCH REPORT**
Information on patent family members

International Application No
PCT/IB2004/002848

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 5896289 | A | 20-04-1999 | NONE | | |
| EP 1076275 | A | 14-02-2001 | US | 6487455 B1 | 26-11-2002 |
| | | | DE | 60015032 D1 | 25-11-2004 |
| | | | EP | 1076275 A2 | 14-02-2001 |
| | | | US | 6633942 B1 | 14-10-2003 |
| | | | US | 6687257 B1 | 03-02-2004 |
| US 5530643 | A | 25-06-1996 | US | 5452201 A | 19-09-1995 |
| | | | DE | 69515011 D1 | 16-03-2000 |
| | | | DE | 69515011 T2 | 14-09-2000 |
| | | | EP | 0718727 A2 | 26-06-1996 |
| | | | JP | 8286716 A | 01-11-1996 |
| US 5845149 | A | 01-12-1998 | NONE | | |
| US 5949674 | A | 07-09-1999 | NONE | | |
| WO 0135190 | A | 17-05-2001 | US | 6437692 B1 | 20-08-2002 |
| | | | AU | 1604601 A | 06-06-2001 |
| | | | BR | 0015528 A | 25-02-2003 |
| | | | CA | 2391372 A1 | 17-05-2001 |
| | | | EP | 1236075 A2 | 04-09-2002 |
| | | | MX | PA02004732 A | 14-10-2003 |
| | | | WO | 0135190 A2 | 17-05-2001 |
| | | | US | 2002125998 A1 | 12-09-2002 |
| | | | US | 6747557 B1 | 08-06-2004 |
| | | | US | 2001024163 A1 | 27-09-2001 |
| | | | US | 2004183687 A1 | 23-09-2004 |
| | | | US | 2002019725 A1 | 14-02-2002 |
| | | | US | 2002012323 A1 | 31-01-2002 |
| | | | US | 2002027504 A1 | 07-03-2002 |

Form PCT/ISA/210 (patent family annex) (January 2004)

**INTERNATIONAL SEARCH REPORT**

International Application No
PCT/IB2004/002848

| C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| A | US 5 845 149 A (WESTMAN DONALD ALAN ET AL) 1 December 1998 (1998-12-01) column 1, line 5 – column 10, line 42; claim 1; figures 2-6 | 1,39 |
| A | US 5 949 674 A (SONG YIPING ET AL) 7 September 1999 (1999-09-07) column 1, line 10 – column 2, line 21 | 1,39 |
| A | WO 01/35190 A (STATSIGNAL SYSTEMS INC) 17 May 2001 (2001-05-17) the whole document | 1-76 |

Form PCT/ISA/210 (continuation of second sheet) (January 2004)