

REC'D 28 DEC 2004
WIPO   PCT

IB/2004/02848

PA 1259530

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

December 14, 2004

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE OF THOSE PAPERS OF THE BELOW IDENTIFIED PATENT APPLICATION THAT MET THE REQUIREMENTS TO BE GRANTED A FILING DATE UNDER 35 USC 111.

**APPLICATION NUMBER:** 60/499,972 ✓
**FILING DATE:** September 03, 2003 ✓

**PRIORITY DOCUMENT**
SUBMITTED OR TRANSMITTED IN COMPLIANCE WITH RULE 17.1(a) OR (b)

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

TRUDIE WALLACE
Certifying Officer

PTO/SB/16 (05-03)
Approved for use through 4/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53 (c).

Express Mail Label No. EV327360999 US

## INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Haim | Shani | Israel |

☐ Additional inventors are being named on the ___ separately numbered sheets attached hereto

## TITLE OF THE INVENTION (500 characters max)

DISTRIBUTED CONTROL FOR PROGRAMMABLE LOGIC CONTROLLERS USING WIRELESS AND WIRED NETWORKS

## CORRESPONDENCE ADDRESS

Direct all correspondence to:

☒ Customer Number: 25461

OR ☐ Firm or Individual Name

Address:
Address:
City:      State:      ZIP:
Country:   Telephone:  Fax:

## ENCLOSED APPLICATION PARTS (check all that apply)

☒ Specification  Number of Pages: 41   ☐ CD(s), Number: 
☐ Drawing(s) Number of Sheets:          ☒ Other (specify): Return Postcard
☐ Application Data Sheet. See 37 CFR 1.76

## METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

☒ Applicant claims small entity status. See 37 CFR 1.27.
☐ A check or money order is enclosed to cover the filing fees
☐ The Director is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: ___
☐ Payment by credit card. Form PTO-2038 is attached.

FILING FEE AMOUNT ($): 

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

☒ No.
☐ Yes, the name of the U.S. Government agency and the Government contract number are: ___

Respectfully submitted,
SIGNATURE: /Dale Lischer/
TYPED or PRINTED NAME: Dale Lischer
TELEPHONE: 404-815-7041
Date: September 3, 2003
REGISTRATION NO. (if appropriate): 28,438
Docket Number: 044586.001P

**USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT**

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Provisional Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

5      • Cashless Payments – RFID transponders facilitate toll collection and monitor highway usage patterns.
       • Secure Identification – Smart Cards and embedded Smart Chips for access control and storage of personal records.

       Frost and Sullivan research ("World Programmable Logic Controllers Market" (#7450-
10     10)) points out some major trends in today's world automation market:
       • "A major trend contributing to the growth of the world of PLCs has been the technological improvements in instruments that have enabled PLCs to remotely communicate with field instrumentation. The analytical instruments are now moving toward becoming transmitters for many applications in the process industry. Peer-to-peer communications continues to increase as control is distributed to field devices and
15     wireless technology is applied for remote sensing, control, and analysis."
       • "The combination of the Ethernet ports on the PLC's, and the connectivity to radio modems is expected to provide an end user with the benefits of networking and wireless connections in very harsh and noisy environments. A growing trend in the PLC industry has been the introduction of Ethernet radio modems that assist the end user in many ways
20     such as wireless communications between one PLC to another PLC, and a PLC to a PC."
       • "Due to changing environments in the manufacturing plants, it has become important for industrial communications such as the communication between an automated plant and its corporate information systems, PLC diagnostics, and programming. With Ethernet emerging as a viable automation interface, these radio modems add new flexibility to
25     system design by providing a highly reliable wireless alternative."

Trying to get back to centralized control can solve some of these drawbacks, but then major disadvantages reappear:

- A centralized control system has lower flexibility and scalability: The maximum number of I/O devices that can be controlled is determined during design by the model of controller used.
- A single processor (CPU) and a given amount of memory are used for the entire system. Any future additional device, or any change in the system's configuration, needs to consider these limitations, or an oversized controller must be chosen in advance.
- Wiring requirements are extensive because all devices must be wired to a central controller.
- The use of remote I/O devices can reduce wiring requirements, but even then, adding more I/O to an existing controller does not add processing power and memory requirements. These are usually fixed.

As an illustration, a typical modern home automation suite allows the homeowner to electronically control lighting, air-conditioning and other energy consumption devices, security and alarm systems, home theater systems, irrigation and water systems, hot water supply systems, and other controllable systems. Traditionally, a dedicated device (actually a controller) is used to control each sub-application independently (a distributed approach). But what if the homeowner wants to make the most out of his or her systems, combining conditions and linking all the different systems:

- Users are taking advantage of commercial networks to connect PLCs in their systems.
- The future lies in distributed networking of powerful, low cost PLCs.

The research states that approximately 51% of the market consists of nano, micro, and small PLCs (the remaining 45% include medium, large, and special purpose PLCs). The world-accepted research also found that the annual growth rate of nano and micro PLCs sales approximates 10-11%, while the compound annual growth rate of other types of PLCs is much lower and in certain cases even negative (for further details, see http://www.frost.com/).

Some of the factors driving decentralized control include reduced wiring, better reliability, aggregated computing power, scalability, and modularity (right sized solutions). While the drive towards distributed networking and decentralized control has important advantages, it also has significant drawbacks:

- Each controller must to be programmed independently (islands of control code are created).
- Designers and programmers must take care of communications, signal sharing, interlocking, and other data transfer requirements between the controllers.
- Maintenance is more complicated because global changes must be repeated in each component and a single change requires modifications in more than one controller.
- Although a decentralized control system is scalable, modular, and benefits from aggregated computing power, the workload between the processors is not balanced and depends on the separation made by the designer.

...

# DISTRIBUTED CONTROL FOR PROGRAMMABLE LOGIC CONTROLLERS USING WIRELESS AND WIRED NETWORKS

## Background of the Invention

### I. Distributed Control

The concept of distributed control, which has both a hardware and software component, is known in the art. Distributed control has been used since companies began installing programmable controllers to manage independent parts of a factory floor.

As control technology evolved, the idea of islands of programmable controllers was discarded in favor of larger, centralized controllers. Industry is now moving back to a decentralized approach in which small, intelligent controllers gather data locally and share it across a network.

Recent technological advances have allowed companies to migrate from a centralized structure to a true distributed architecture. Main developments are embedded networking capabilities (especially Ethernet, TCP/IP based solutions), new powerful CPUs making controllers faster and stronger, enhanced security features required in decentralized architectures, physical downsizing of controllers, and reduced pricing.

Frost & Sullivan research ("World Programmable Logic Controllers Market" (#7450-10)) points out some major trends in today's world automation market:

- The demand for programmable logic controllers (PLCs) is growing as end users need more automation and are not able to afford machine downtime.

5   Accordingly, a need exists for a system that eliminates the burden of such cabling requirements.

### III. Internet-Based Communication Platforms

Instant messaging services such as AOL's, ICQ, Microsoft's, and Yahoo's "messenger" services all provide a communication platform using a client program installed on each user's
10  computer, based on prior registration to the service. The client program automatically notifies the service provider's server every time a user (the client program) is connected to the Internet. The server maintains a list of users currently online, their current Internet (IP) addresses, and their user profiles, and serves as a coordinator between users whenever a user initiates a communication with another listed user.

15  The actual communication is conducted directly between the users after getting all required information from the coordinating server. The communication can be a "chat" program, a "messaging" (email like) program, a file transfer program, a video conferencing application, a shared game, or other application.

Such "instant messaging" functionality would be useful in automation systems.
20  Returning once again to the home automation example mentioned above, other dimensions may be added to the automation suite by connecting the system to the "external world" outside the house. This would allow the system to:

- Send "intrusion detection" or "emergency button pressed" signals from the security system to a neighborhood consolidating system.

25  - Get the time of day from an external source in order to synchronize all elements.

5
- Wireless LAN Modems – a more recent trend, using standards such as IEE802.11 (b, g) developed to provide wireless connectivity especially for mobile computing (notebooks, PDAs, etc.), usually requiring one or more central access points to be present.
- Cellular Modems – devices that use the cellular telephony infrastructure (usually nationwide), for data purposes. Cellular modems exist for all type of networks (GSM,
10  GPRS, CDMA, TDMA, iDEN, etc.).

The main drawbacks of these existing solutions are:

- The need to develop support for the wireless modem (rarely a standard feature in PLCs).
- The need for radio operation licensing in certain cases (especially for long range operations).
15
- Relatively high cost of the devices (required for every PLC that needs to communicated wirelessly).
- High operating costs when using a public wireless network (such as a cellular network), based either on traffic or on a fixed price.

Returning to the home automation example mentioned above, wiring is required to
20  connect the controllers to the "world" being controlled (inputs such as sensors and outputs such as relays controlling valves, lights, air-condition motors, etc.), as well as to connect them to each other in order to allow data and signal interchange or remote programming. Therefore, an additional expensive network wiring is required. Any modification or expansion to the system (e.g., when adding a new controller for a new application) requires network infrastructure as
25  well.

*[handwritten: Ghoub Patent]*

8

LJT/824161.1

5     (For further details, see http://www.frost.com/).

The requirements of the PLC world for reliable communication links results mainly from the need to share data, transfer signals, communicate with sensors, and communicate with host computers (either for remote control or for programming purposes). In a distributed environment, the communication link is a key component for the entire system.

10     Existing solutions are based mainly on wired communication standards accepted by the industry, ranging from simple 2-wire or 4-wire physical infrastructures such as RS-232 or RS-485, using protocols such as ModBus or others, to Ethernet physical infrastructures using TCP/IP, or other protocols based on TCP/IP. These wired solutions are used both in the field bus level (connecting PLCs to field instrumentation, inputs, and outputs) and in higher levels such as

15     connecting PLCs to each other or to host systems.

The need to reduce or even eliminate expensive wiring requirements, while increasing flexibility and mobility, resulted in several existing wireless solutions, all using external/independent Radio Frequency (RF) modems as wireless communication adapters:

- License-Free Radio Modems – using ISM (industrial, medical, and scientific) frequency
20     bands such as 433Mhz, 900Mhz, 2.4Ghz. These frequency bands can be used in certain countries with no special license.

- Licensed Radio Modems – usually more powerful devices required for longer ranges. These devices use frequency bands that usually need operating licenses from local authorities.

- When the rain detector connected to the irrigation controller detects rain, it should (1) skip the irrigation plan for the day (2) turn on heating in the baby's room (3) add an extra hour of heating to the hot water supply system.
- When the alarm system detects an intrusion it should (1) sound an alarm signal and dial "911" (2) turn on lights in the house in a sequence simulating a person walking (3) turn on the irrigation sprinklers around the house.
- When no motion is detected for more than 15 minutes in a room by the motion detectors connected to the alarm systems, then (1) turn off working audio systems in that room (2) after 30 minutes turn off lights in that room unless instructed otherwise (3) after 60 minutes turn off air condition in that room unless instructed otherwise.

In order to perform these tasks in a typical distributed system, each controller is programmed independently. The linking conditions must be programmed in each controller that triggers a condition and in each controller that should react according to this controller, and a wiring or networking capacity linking these controllers must be provided.

Another approach can be the use of a centralized system: one large system that controls all the devices with one controller. This allows every condition to be set in one control program, however wiring requirements in such a system are much more extensive, and one of the main disadvantages is the lack of flexibility and scalability. Any existing device that needs functional expansion, or any additional device that may need control in the future, require additional I/O to be added to the controller (if technically possible) and additional control programming will be required too, adding more workload to the same processor and memory.

Therefore, a need exists for a system and method that uses the advantages of a distributed control environment, without loosing the power of a centralized system in designing, right-sizing, programming, running, and synchronizing an application.

## II. Wireless Communication

Wireless use is today a worldwide, cross industry trend:

- Retailers – mobile shopping, personal shopper applications, merchandising, retail content delivered to wireless devices, in store employee applications.
- Healthcare – physician practice management, pharmaceutical sales force automation, e-clinical trials, hospital information systems.
- Financial Services – on-line financial services, wealth management, customer loyalty, insurance claims.
- Utilities – field worker access to information (schematics, alerts), customer account access, supply chain anywhere, machine-to-machine.
- Travel and Transportation – flight confirmations, rapid check-in, airline/airport operations, route track and trace, rail car management.

Looking carefully into wireless machine-to-machine communication applications reveals notable growth. Here are some examples:

- Service After Sale – commercial supplier of industrial heating and cooling systems remotely monitors usage rates and tracks warranty data.
- Extended Operations – wireless transmission of production data eliminates the requirement for timely manual data collection across remote area and reduces opportunity for error in data entry.

5
- Allow easy web access from any Internet browser, to configure or remotely control various elements.
- Allow easy access from a cellular phone (via SMS or other wireless application) to control elements such as turning on the heating or air-conditioning when leaving the office or turning on the driveway lights when approaching the home.

10   As we have seen, a need exists for an automation and control system that provides "instant messaging" functionality.

## Summary of the Invention

The present invention answers these needs by (1) providing a unique control architecture, system, and series of devices for implementing various automation requirements (industrial, machine, process, building, home, and more) that is cost-effective, easy-to-use, scalable, and reliable; (2) replacing burdensome cabling with a reliable wireless link, making both installation and future modifications easier; and (3) providing an Internet-based communication platform. The present invention is based on three combined powerful elements:

### I. D-Cent™ Network

The first element is a unique "Distributed/Centralized" (D-Cent™) network comprising a centralized control system where every unit connected to Inputs and Outputs (I/Os) has processing power and memory, capable to perform logic and processing operations. The D-Cent™ network also can be seen as a distributed control network that is a network of independent Programmable Logic Controllers (PLCs) interconnected by means of a wired or wireless media. In a D-Cent™ network users develop a single application that is seamlessly transformed into a distributed application based on the actual configuration. In the diagram below, the user designs one "centralized system" and programs one program for the entire application, but in fact the actual system's layout consists of several "independent" PLCs (A1, A2 A3 and B).

### II. Wireless Controllers

Wireless controllers comprise PLCs with embedded short range radio communication capabilities, based on a MESH topology, with self-organizing and reliable communication. In the diagram below, PLCs A1, A2 and A3 communicate with each other using this wireless

11

LIT/824161.1

5   communication, while PLC A1 also serves as a gateway for communication with PLC B and with an Internet user.

### III. WebAx-Control™ Platform

A Web Access (WebAx-Control™) platform allows easy development of web enabled control application, without prior knowledge of web design or web programming. In the

10  diagram below, a user connected to the Internet has access to the controlled environment through a web server that provides this service. The server is provided either as a product for large customers, or as a service for smaller customers.



15

20

If the present invention were employed in a home automation suite, it would treat the system as a whole even though independent controllers are controlling each sub-application. The homeowner could seamlessly create any condition tying any input to any output. This promises

25  a new range of applications and an ease of implementation unknown in the art. Any expansion

## Detailed Description of the Invention

5  The present invention provides a system and a method to use the advantages of a distributed control environment, without loosing the power of a centralized system in designing, right-sizing, programming, running, and synchronizing an application. The present invention also provides a reliable wireless link between PLCs, eliminating the need for expensive

10  communication wiring. In addition, the present invention provides an Internet-based communication platform for use in automation systems.

I.   D-Cent™ Network

A.   Highlights

- A D-Cent™ system is a centralized system, where every Input and Output (I/O) unit has

15     its own processing and logic capability.

- A D-Cent™ system can also be seen as a distributed control network - a network of practically independent PLCs interconnected on a wired or wireless media, which have their own processing and logic capabilities and their own Inputs and Outputs (I/Os).

- In a D-Cent™ system, any future expansion of the system, adds a complete set of I/O

20     connectivity with additional processing power and required memory allowing true right-sizing.

- PLC members of a D-Cent™ system are not programmed independently. Like in a centralized system, a single programming environment is used to plan, design, and program the system as a whole, detached from the physical layout and configuration of

25     the network.

17

LJT/824161.1

- The DeCentralizer™ compiling engine of the D-Cent™ network takes care of transforming the single application, into independent and specific code running in each network component. The network becomes then, the PLC.
- The advantages of a centralized control architecture are kept: ability to plan and design the system as a whole and one program for all the system instead of islands of control code, resulting in easier development and maintenance.
- The advantages of a distributed control architecture are kept too: modularity, scalability, reduced wiring requirements, and aggregated computer power.

B.  D-Cent™ Distributed/Centralized Control Network

The D-Cent™ network model is based on a "distributed/centralized" control network, utilizing a single programming environment and a DeCentralizer™ compiling engine. A D-Cent™ system can be seen as a centralized control system, where every unit is connected to Inputs and Outputs (I/Os), has processing power and memory, and is capable of performing logic and processing operations, while being interconnected by means of a wired or wireless media. Alternatively, a D-Cent™ system may be characterized as a system based on a distributed control network, i.e., a network of independent PLCs interconnected by means of a wired or wireless media.

Each D-Cent™ enabled PLC has its own processing unit (CPU), memory (for programs and variables), and inputs and outputs (I/Os). Inputs and outputs may be digital or analog signals and are used to connect the PLC to the controlled target. Lower-end D-Cent™ enabled PLCs have 4-8 built-in I/Os while higher-end D-Cent™ enabled devices may have tens of built-in I/Os,