5    but are expandable to hundreds (usually by the aid of expansion units or external remote I/O
     modules).

     D-Cent™ enabled PLCs may be equipped with communication ports enabling the direct
     connection of devices, bar code readers, scales, frequency converters, precision positioning
     encoders and other complex devices for immediate, uninterrupted access.

10    D-Cent™ enabled PLCs, have built-in networking capabilities in order to communicate
     with each other and to allow distributed control. WilCo™ architecture and methodology
     introduces PLCs with built-in Wireless support. The wireless network can be used for enabling
     D-Cent™ system control. Alternatively, D-Cent™ networking can use common wire based
     physical layers such as Ethernet and common communication protocols such as TCP/IP allowing

15    them to easily communicate with higher-level applications running on host computers (or other
     accepted networking technologies such as DeviceNet, CanBus, or Can derivatives).

     The essential requirement to establish a D-Cent™-ready system, is to have a network of
     D-Cent™ enabled PLCs, i.e., PLCs containing the software and operating system with certified
     support for the D-Cent™ programming and control environment, described herein.

20    C.    D-Cent™ Single Programming Environment

     PLC programming today mirrors the world's software development trends, making
     programming tasks simpler and less time-consuming. Advanced single programming
     environments allow easy development, configuration management, work group exchange
     facilities, and more. The D-Cent™ PLC programming environment follows these trends, based

25    on the International Electro-technical Commission IEC-1131 standard, which certifies languages
     for programming PLCs. A D-Cent™ PLC programming environment must support common

                                        19

5      Since these machines are part of a production line they need to be synchronized. Therefore, in addition to the mechanical coupling and electrical power connections, communication wires need to be connected, making this task even less flexible.

The use of Wireless Controllers removes these burdens by incorporating a reliable wireless link, simplifying setup and configuration modifications.

10     Accordingly, the present invention has the following benefits:

1. The architecture and components of the present invention allow simple and easy implementation of small control applications based on a single controller or large distributed systems based on tens or even hundreds of dispersed controllers.

2. Every unit connected to Inputs and Outputs (I/Os) has processing power and memory, 15     and is capable of performing logic and processing operations.

3. In either small or large systems, the development of the application can be made without concern for the physical layout or communication.

4. The use of wireless controllers eliminates expensive wiring and enhances modularity and reconfiguration ability.

20     5. The present invention provides a simple, Internet-based, easy-to-use and easy-to-implement communication mechanism between PLCs, including instant messaging, file transfer, program upload and download, and remote access.

6. The present invention provides the ability to web enable control systems (from simple home automation to complex city wastewater management) by means of an easy "drag-25     and-drop" wizard which does not require prior web design or programming knowledge.

16

LIT/824161.1

5        Lastly, the use of the WebAx-Control™ platform would allow easy implementation of

dynamic applications requiring connection to the "external world."



10

15

House 1

House 2

In a system using WebAx-Control™ platform, control elements can
communicate directly and easily with each other, after being
identified and coordinated by a WebAx-Control™ server.

         The advantage of using Wireless Controllers can also be seen using an example taken

20    from the industrial world. In today's dynamic market, a modern manufacturing plant should be

       able to quickly and dynamically reconfigure machines and other resources in order to produce

       different products and respond to market demands. During a working day, a light beverages

       bottler, for example, should be able to change the setup of a production line as required for a

       specific product. Such a change may require physical relocation of devices and mechanical

25    coupling of machines for different phases (cleaning, filling, sealing, labeling, packaging, etc.).

       Usually each machine has its own PLC.

LIT/824161.1

5          Moreover, the use of Wireless Controllers would eliminate the burdensome cabling requirements by replacing cabling with a reliable wireless link, making both installation and future modifications easier.



In a WilCo™ system, controllers communicate with each other using an "any-to-any", reliable, wireless link.

14

LIT/624161.1

*Gharb Palal 3.6.1999*

5    of the system adds a complete set of I/O connectivity with additional processing power and

memory.

*PLC + Gsm*



In a D-Cent™ network system, all conditions are possible: wind
speed and temperature measured by the climate control system
seamlessly influences irrigation controlled by another system.

13

LIT/824161.1

5    needs such as multi-user and multi-project uses, as well as couple with large systems being

designed and programmed.   The present invention includes such a software tool called

VisiLogic™ which is used to create control projects for D-Cent™ enabled controllers.

Using the present invention, the application is planned as a whole, as if a centralized

system was used.  After planning the control tasks, the VisiLogic™ software tool is used to write

10   the PLC control code (the actual logic, coded in Ladder Diagram or other accepted PLC

programming languages) and the related HMI required (Human Machine Interface - operating

panel's display and function where applicable).  All system inputs and outputs (I/Os) are defined

using symbolic names, with no regard to the physical layout and the actual connection.

For example:

15   • *StartOfLineSensor* represents a photo cell physically connected to input number 8 of PLC

number 1

• *EndOfLineSensor* represents a photo cell physically connected to input number 3 of PLC

number 5

• *StopMotor* represents a relay physically connected to output number 3 of PLC number 5

20   The programmer uses only these symbols without knowing at this stage how they are

connected.  In an illustrative language:

IF  *EndOfLineSensor*

AND NOT  *StartOfLineSensor*

THEN  *StopMotor*

25   In order to comply with modern programming techniques and the need to code large

programs, the use of functions and subroutines allows selective repetitions of code execution,

20

LIT/824161.1

5     along with other unique techniques required in a distributed environment such as symbolic

indexed I/O (i.e., *PhotoSensor*[i], where i is resolved either during compilation or during

runtime).

Another specific feature of a D-Cent™ PLC programming environment, is to allow the

designer or programmer to specifically designate a part of the code to run on a specific PLC

10    within the network. As described later, the DeCentralizer™ compiling engine automatically

performs the task separation in an optimized manner, however in certain cases, the designer

needs to control this function for performance or other reasons.

In a D-Cent™ system, there is a need at a certain stage to tie the logical and physical

worlds to one working system. A D-Cent™ Network Configurator is a software tool within

15    VisiLogic™ software tool for the D-Cent™ system that is used to define the actual layout of the

controllers network. All PLCs in the system are defined, along with their actual I/O connections.

A graphical user interface is used to graphically draw the network and its components. This is

the mapping that links the symbolic names of I/Os used to program the application, to the real

physical world of the network of PLCs and connected I/Os.

20    D.    The DeCentralizer™ Compiler Engine

The most challenging part of the D-Cent™ model is its DeCentralizer™ engine, the main

purpose of which is to seamlessly transform the single application program written for a D-

Cent™ system, into decentralized code, i.e., independent code to be executed in each PLC of the

network.. Several phases are being executed:

25    • Compilation

• Separation

21

LIT/824161.1

5      • Optimization

       • Simulation

       • Finalization

       • Intelligent Download

       • Run Synchronization

10     The DeCentralizer™ compiler engine examines the PLC program and the network

configuration defined with VisiLogic™ software tool and then compiles the PLC program.

Compilation includes gathering all the relevant program information, parsing it, and

transforming it into a machine-readable intermediate form.

       During the Separation phase, the DeCentralizer™ compiler engine determines which part

15     of the code will be executed by which PLC and what information will be transferred over the

network between the PLCs. At this stage, a complete distributed system is created out of a single

program.

       In its Optimization phase, the DeCentralizer™ compiler engine makes sure that only the

required code is executed in each PLC and only required information is transferred. Another

20     goal of this phase is to balance the workload between the PLCs as much as possible.

       The main challenge of the separation and optimization phases is the need to "understand"

the application in a way that will allow automatic breakdown of the code into separate

independent (but synchronized) code for each PLC. The DeCentralizer™ compiler engine

algorithms handle such challenges as sharing complex variables (flags, "memory bits" or other

25     types) between the PLCs, handling the difference of SCAN TIME between the PLCs, and

synchronizing outputs physically connected to different PLCs.

                                      22

                                                    LIT/824161.1

5



10

15     The DeCentralizer™ compiler engine is designed to handle various accepted PLC programming languages. Some are high level (HL) languages, such as C, while others are symbolic graphic programming languages, such as Ladder Diagrams. Therefore, the initial processing stage of the DeCentralizer™ compiler engine varies depending on the type of programming language used.

20     1.    **Lexical Analysis (Scanning and Screening) Phase**

This stage is used for compiling high level languages (such as C). During this stage, the Decentralizer™ compiler engine reads the program input file, detects the use of illegal symbols, and performs several additional screening tasks, such as eliminating spaces and identifying language keywords, standard identifiers, and count line numbers. The output of this stage is a

25     "tokenized" program, i.e., the program text is transformed as a sequence of "tokens," or symbols.

LIT/824161.1

5    E.    Behind the DeCentralizer™ Compiler Engine

As previously explained, the most challenging part of the D-Cent™ network model is its

DeCentralizer™ compiler engine.  In order to seamlessly transform a single application program

written for a D-Cent™ network system into decentralized code (i.e., independent code to be

executed in each PLC of the network), the software engine has to "understand" the application

10   and separate it.

The core of the DeCentralizer™ compiler engine is a multi-pass compiling engine that

reads the input program, processes it, and creates the output code for each PLC in the network.

There are several techniques for implementing the DeCentralizer™ compiler engine.   The

following paragraphs show one specific method which demonstrates the common logic.

15



The DeCentralizer™ compiling engine performs multiple passes, each using the output of

the previous stage and shared data structures as depicted in the flowchart below:

20

24

LIT/824161.1

5        The Simulation phase is required to analyze whether the system will provide the required

performance, based on known constraints such as the physical layout (i.e., which I/O is

connected to which PLC), the network available bandwidth, and the workload of each PLC. This

is a powerful iterative debugging task, which may require the user to get back to the program or

even to the design layout and modify it. Such a what-if simulation can be performed even before

10    a real system is ever built.

        When the application is ready and simulated, the Finalization phase transforms the

specific code of each PLC to the final form required by the hardware of each specific PLC.

        The Download phase actually downloads and verifies the code over the network to each

PLC. The download process does not interrupt the work of an active PLC. The new program is

15    kept in a mirror memory area of each PLC, and waits for a signal to swap. An important feature

of the download phase is the ability to keep records of each download within the PLC and in the

host used for programming and downloading.  As a result, unauthorized downloads are

prohibited, and electronic signatures are created and maintained for every change in each PLC

(required for better configuration management purposes and for regulatory requirements such as

20    FDA CFR 21 part 11).

        Finally, when the new application is downloaded to all the PLCs in the network using the

internet or other media (a task that may be time consuming especially when a multi-site is being

programmed), a Run Synchronization process is performed in order to simultaneously stop all

active PLCs, swap the active program to the new one, and either simultaneously start all PLCs or

25    start the PLCs in a predefined start sequence.

23

5   5.   Initial Mapping Phase

The Initial Mapping phase of the DeCentralizer™ compiler engine builds the first decision table, which will be used later to determine which PLC executes which statement, by mapping the physical I/O connected to each PLC. For this purpose, several data structures are used:

10   A Configuration Table is defined by the user, either graphically:



3
PLC

15

Or textually in a simplified table:

| I/O num or name | Physical PLC |
|---|---|
| 1 | A |
| 2 | A |
| 3 | A |
| 4 | B |
| 5 | B |
| 6 | B |
| 7 | C |
| 8 | C |
| 9 | C |

28

LIT/824161.1

WebAx-Control™ servers are either public or private:

- Public WebAx-Control™ Server – A system established and maintained by Unitronics for public use, providing WebAx-Control™ services.  The use of the server requires registration.

- Private Server – A WebAx-Control™ Server established and maintained by an interested party for private use.

**D.    WebAx-Control™ Web Based Administration**

In order to use a WebAx-Control™ Server, a client must be registered in that server and get its unique ID.  Registration is performed through the web-based interface of the server.  This interface allows:

- Administration (Registration/Removal) of clients.

- Administration of clients' profiles.

- Administration of authorization and security schemes (which client is entitled to communicate which other client).

- Administration of add-on (see below) services provided by the server.

To use the interface, the user must be registered and authenticated.

**E.    WebAx-Control™ Add-On Services**

Because all communications are initiated through a WebAx-Control™ Server, the server is able to provide add-on services to its clients.  Such services may include:

- Easy Web Access – a simple remote control and monitoring web-based application that can be easily created using a web-based or a pc-based editor.  Such application creates a

39

LIT/624161.1

5    the WebAx-Control™ client can be installed on PC systems wishing to become control elements in a designed system.

A natural prerequisite for all control elements (PLCs and PCs) is that Internet connectivity will be provided, namely, existing TCP/IP protocol support, Ethernet LAN support and connection of the LAN to the Internet (usually through routers, firewalls, and other network management devices), or dialup connectivity through dialing modems. These prerequisites are

10    easily fulfilled today by all PC systems and by a growing number of PLCs with built-in Ethernet and TCP/IP support (including the WilCo™ controllers).

**C.    WebAx-Control™ Servers**

The primary goal of WebAx-Control™ servers is to provide network presence awareness and coordination services for WebAx-Control™ clients. WebAx-Control™ servers can be

15    considered as "rendezvous" corners – a meeting point service for control application.

Whenever an active control element (PC or PLC) running WebAx-Control™ client comes online (connects to the Internet), the WebAx-Control™ client reports its presence to a predefined, known server (either public or private – see below).

20    Any online control element (the initiator) that needs to communicate with another online control element (the responder) asks the WebAx-Control™ server for a unique handle that will allow this connection, based on an OTP (one time password) algorithm. Following a positive identification of the initiator based on an authentication scheme, and following authorization and security rules defined by the responder element, the handle is granted to the initiator. The

25    initiator (provided with a valid handle) can then communicate directly (peer-to-peer) with the responder and maintain an open link for exchanging data, signals, programs, etc.

38    LIT/824161.1

5      ### III.    WebAx-Control™ Platform

A.    **Highlights**

- WebAx-Control™ platform provides an Internet-based communication platform for automation and control applications.

10    - WebAx-Control™ platform functions similarly to instant messaging services (such as AOL's or Microsoft's messengers, ICQ, Yahoo messenger and others), however, it is designed to be used by control elements to "chat" with each other (e.g., exchange data, signals, programs, synchronization messages) over the Internet.

- In order to communicate, WebAx-Control™ clients (control elements such as PLCs) coordinate their initial direct communication through a WebAx-Control™ server that

15    provides the coordination service.

- In addition to the coordination service, the WebAx-Control™ server can provide additional optional services such as easy Web interface to control elements, automatic messages rerouting to other services (emails, cellular SMS messages, etc.), and control program distribution.

20    - In order to use the WebAx-Control™ platform, a control element (such as a PLC) requires an Internet connection (wired or wireless connection).

B.    **WebAx-Control™ Client**

A WebAx-Control™ client is a software core that needs to reside in any control element wishing to use this service. A WebAx-Control™ client can be added or loaded into PLCs (or to

25    be included as a built-in support within the PLC operating system like WilCo™ controllers) and

37                                                    LIT/824161.1

5  Bluetooth™ schematic diagram below) allows coexistence of multiple stations in the network,

statistically lowers the probability for interference, and increases network security.



10

A WilCo™ wireless controller uses a built-in integrated antenna, such as a printed circuit

board antenna or an embedded PIFA antenna. These are Omni-Directional antennas that allow

PLCs to communicate with each other in any direction, however the distance range is reduced.

15  An optional external antenna can be connected to certain models in order to use a higher gain

antenna (such as a directional antenna), resulting in a higher distance range.

The topology of a WilCo™ wireless controller network can be STAR or MESH. A

STAR network features a central connection point called a "hub" or "access point", and generally

requires more cable, but a failure in any star network cable will only take down one PLC's

20  network access and not the entire network.

MESH topologies involve the concept of routes. Unlike the STAR topology, messages

sent on a mesh network can take any of several possible paths from source to destination. Some

WANs, like the Internet, employ mesh routing.

25

34

5



10

15    The preferred implementation of WilCo™ wireless controller utilizes a mesh based system, as shown in the above diagram, describing MIT's Media Lab patented technology for wireless industrial control and sensing (U.S. Pat. No. 6,028,857).

Using such technology, a WilCo™ PLC can send and receive messages, but in a mesh network, a WilCo™ PLC also functions as a router and can relay messages for its neighbors.

20    Through this relaying process, a packet of wireless data will find its way to its ultimate destination, passing through intermediate stations and adding reliability and redundancy.

Using such technology, WilCo™ PLCs are self-configured and self-organized without the need for a system administrator. A mesh network is redundant, allowing automatic rerouting of messages should one node fail. A mesh network is also scalable to hundreds or even

25    thousands of nodes. Thus adaptability and scalability are important characteristics of such a system.

35                                                    LIT\824161.1

5       The integration of an embedded RF link in a PLC requires "environment awareness," especially in a mesh system. This means that a WilCo™ PLC has in addition to its normal PLC activity the need to "know" its neighbors and to "understand" the network. A WilCo™ PLC maintains a dynamic table of the network members with whom contact is established and required. A special "Vertigo Procedure" can be planned by the programmer (or can be defaulted

10      to a standard provided procedure) should a WilCo™ PLC encounter a severe communication problem, indicated by failed attempts to communicate with any of its known neighbors.

        Every PLC performs standard activities that include reading ("scanning") all inputs, performing logical functions (the control program itself), and writing to the relevant outputs. These tasks are repeated endlessly and each execution takes a "scan time" (usually milliseconds).

15      In a WilCo™ PLC, the scan time is not affected by the wireless functionality added to the PLC. This can be achieved by using an additional independent processor for controlling the wireless link, by using PLC idle times and advanced interrupt management for wireless link related tasks, or by any combination of these techniques.

        The coexistence of controller (PLC) circuitry, RF circuitry, and a controlled environment

20      (industrial, medical, or other), requires a combination of low radiated interference (RFI/EMI) from one side, with a high level of immunity against such interference from the other side - although RF transmission and reception is a basic requirement of the system. A WilCo™ PLC complies with these requirements using solutions such as on board electronic filters, shielding materials, software-aware switched transmission, and/or other techniques.

25

                                    36                              LIT7824161.1

5      Most of the tasks performed by the Lexical Analysis phase can be skipped when using a graphical (GUI-based) programming environment, such as VisiLogic™, for programming in a symbolic language, like Ladder Diagrams. This is because the user is forced to use predefined graphical elements from a given list.

2.    **Syntax Analysis (Parsing) Phase**

10     This stage reads the sequence of tokens (the "tokenized" program), builds an abstract syntax tree, reports as many as possible syntax errors, and, when possible, diagnoses and corrects syntax errors. The output of this stage is an abstract syntax tree, which is a data structure representing the parsed program in terms of categories such as "declarations," "statements," "expressions," etc.

15   3.    **Semantic Analysis Phase**

      The Semantic Analysis stage reads the abstract syntax tree, reports semantic errors such as undeclared variables or type mismatches, resolves the usage of variables, and adds attributes to the abstract syntax tree.

      The stages described above are considered basic with respect to compiling techniques.

20     They are only prerequisite steps which are required before the Separation phases of the DeCentralizer™ compiler engine, described below.

4.    **Dependency Analysis Phase**

      One of the challenges of the DeCentralizer™ compiler engine is that it must "understand" the program before separating tasks to different PLCs. A first level of such "understanding" was

25     performed in the previous Semantic Analysis stage (by resolving usage variables, defining scope of variables, etc.). The Dependency Analysis stage checks the dependency of control logic

26

5    elements in order to determine statements that may require additional "gluing" logic in case of

separation between PLCs.

For example in a program:



IF  *EndOfLine*
            THEN    *StopMotor*
            |
10      and later:
            |
IF   *StopMotor*
            THEN    *RedLight*

15      Or in Ladder Diagram form:



20      and later:

25      In this case the output (*StopMotor*) set at one stage of the program is used by a later step

of the program to set another output (*RedLight*).  This dependency may occur directly in a

subsequent statement, or indirectly in a called procedure.

The Dependency Analysis pass builds a cross reference dependency table containing the

number of later existing dependencies for every data item set by a statement (any variable or

30      output "assigned" a value), as well as a reference to these statements.  In the above example, the

data item *StopMotor* that represents a physical output is used later as an input, and therefore a

dependency count for this data item will be set to 1, with a reference pointer to the later usage.

27                          LIT/824161.1

5    Both representations have a data structure that links each I/O to its physical connection

(specific PLC and specific address in the PLC). A Control Statement Weighting Matrix

(CSWM) is built to serve as the main decision table for the "DeCentralizing" process. At the end

of the entire compiling process, each program statement must be executed in a certain PLC on

the network. The CSWM holds one instance of this matrix per statement for each PLC in the

10   network, as schematically depicted in the diagram below:

| PLC | Criteria | Value | Weighted Score |
|-----|----------|-------|----------------|
| 1 | Inputs | | |
| | Outputs | | |
| | CPU Usage | | |
| | Memory Usage | | |
| | Communication | | |
| | | | |
| | | Total Score | |

X Statement 1............N

| PLC | Criteria | Value | Weighted Score |
|-----|----------|-------|----------------|
| N | Inputs | | |
| | Outputs | | |
| | CPU Usage | | |
| | Memory Usage | | |
| | Communication | | |
| | | | |
| | | Total Score | |

Each instance holds information about the relevance or coupling between a specific

statement and a specific PLC, based of several binding criteria. Examples of such criteria are:

• Inputs – how many physical inputs of the specific PLC are being referred to in the

35   statement being checked.

29

LIT/824161.1

5      • Outputs – how many physical outputs of the specific PLC are being referred to in the
         statement being checked.

       • CPU Usage – how much CPU usage does this statement require from this specific PLC.

       • Memory Usage – how much memory does this statement require from this specific PLC.

       • Communication – how much communication with other PLCs does this statement require

10         if executed in this specific PLC.

       The Initial Mapping pass runs over all statements, and fills (based on the configuration

table) a CSWM table for each combination of Statement/PLCs. This is a simplified version of

the process. An optimized process builds CSWM tables only for relevant combinations of

Statement/PLCs.

15   6.   **Initial Weighting Phase**

       Following the creation of CSWM tables during the previous phase, an Initial Weighting

process is performed. This pass runs over the CSWM tables and makes an initial assignment of

each statement for each PLC. In order to do so, a predefined Weights Table is used. This table

specifies the weight of each separation criteria in the CSWM table. For example:

| Criteria | Weight |
|----------|--------|
| Inputs | 5% |
| Outputs | 55% |
| CPU usage | 10% |
| Memory Usage | 10% |
| Communication | 20% |

20

       In this sample Weights Table, if an output referred to within a statement is physically

connected to the specific PLC, it has high weight of 10, suggesting that this statement should be

executed in this PLC. The Initial Weighting phase multiplies each value (counted by the

LIT/824161.1

5     previous step for each Statement/PLC combination) by the predefined weight of the specific criteria, then sums the results to form a total score for each Statement/PLC combination.

By the end of this phase, an initial PLC assignment table is created. Every statement will be executed in the PLC for which the CSWM table got the highest score.

**7.     Synchronization Phase**

10     The Synchronization phase detects missing logical links based on the initial PLC assignment, and then refines the PLC assignment. During this stage, the PLC assignment table and the cross reference dependency table are analyzed, and "gluing" statements (or "phantom" statements) are added in order to mirror information required by dependent statements that were divided between multiple PLCs.

15    **8.     Optimization Phase**

At this stage, optimization is required to increase efficiency of the system, improve Scan time of each PLC, decrease space requirements, and balance the workload. In this pass, specific de-centralizer optimization tasks are performed by several means (based on further analysis of the CSWM and other previously described tables) including:

20    &bull; Combining data that needs to be mirrored between detached PLCs in order to minimize communication.

&bull; Moving non-critical code from busy PLCs to less busy PLCs, provided that score is not much affected (the busyness of a PLC is determined by an index computed by combining total CPU usage and memory usage of all statements assigned to one PLC).

25    &bull; Partially rerunning the Mapping, Weighting, and Synchronization phases in order to assess the changes proposed by this phase.

31

LIT/824161.1

5    In addition, general compiler optimization schemes can be applied:

- Machine independent transformations (e.g., removal of redundant computations, removal of useless code).

- Machine dependent transformations (e.g., improve mapping onto machine, replace costly operation with cheaper ones, replace sequence of instructions with more powerful ones).

10    .    Such techniques include loop unrolling, factoring loop invariants, and strength reduction.

**9.    Code Generation Phase**

For each PLC, a Code Generation phase is executed in order to provide loadable code – sequences of machine operations that are semantically equivalent to the intermediate representation of statements previously treated by the compiler.  This includes instruction

15    scheduling (reordering the produced operation stream in order to minimize pipeline stalls and exploit the available instruction level parallelism), register allocation, etc.

**II.    Wireless Controllers**

**A.    Highlights**

- A Wireless Controller is a Programmable Logic Controller (PLC) with embedded (built-

20    in) short range radio communication.

- The Wireless Controller is a self-contained device that does not require any external transceiver or RF module, and/or any external antenna.

- Some Wireless Controller applications may require the use of an external antenna for increased range.

32

LIT/824161.1

5      • A network of Wireless Controllers use a reliable wireless link to replace the expensive
       communication wiring usually connecting PLCs, in order to share data, signals,
       communicate with sensors, communicate with hosts, etc.

       • The wireless link can be based on various technologies including, but not limited to,
       spread spectrum communication using ISM (industrial, scientific, and medical) frequency

10     bands.

       • The preferred wireless link implementation utilizes a mesh network topology, with self-
       organizing capabilities. Such implementation can use MIT Media Lab patented
       technology (U.S. Pat. No. 6,028,857).

       • Ease of installation, flexibility, scalability and high reliability are the major advantages of

15     Wireless Controllers.

**B.     The Wireless Controller Technology**

       An RF module (radio frequency electronic circuitry) in integrated in each WilCo™
wireless PLC, along with a built-in antenna. The RF module is integrated in the same housing of
the PLC and in certain cases even sharing the same electronic printed circuit board (PCB) with

20     the "standard" PLC circuitry (processor, memory, I/O).

       The embedded RF module uses a license-free frequency band such as an ISM (industry,
medical, scientific) band, implementing a publicly accepted communication standard such as
Bluetooth™, IEE802.11 (a/b/g), ZigBee™ or others.

       In order to provide a better signal to noise (S/N) ratio and to reduce the probability of

25     interference, a spread spectrum technology is used based either on the "direct sequence" or
"frequency hopping" techniques. Frequency hopping, for example, (as demonstrated in the

33