| | |
|---|---|
| From: | samygharbch@aim.com |
| To: | Chashawn_White@dcd.uscourts.gov |
| Subject: | History of GSM |
| Date: | Wed, 27 Sep 2006 11:47 AM |
| Attachments: | history.shtml.htm (99K) |

This message has been scanned for known viruses.

06-27 (RMC)

Dear Ms Chashaw White

Please give this information to the court Because the Lowyer of Unitronics did not Know about what is the
Highh Speed GSM TO send Information within 4 SECANDS

from 1999 is GSM wORKING IN 4 SECANDS TO SEND INFROMATION and MY Patent is the only one in the world

with High Speed PLC & High Speed GSM.

Best Regards.

USA Patent Holder
SAMY GHARB

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

RECEIVED

OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



| Home | About Us | Technology | GSM Roaming | Using GSM | Media Centi |

Initiatives

**About GSM Association**

Vision
People
Membership
History of GSM & GSMA
Careers
GSM Conferencing
Contact Us



Corporate Brochure

# Brief History of GSM & the GSMA



**1982** - Groupe Speciale Mobile (GSM) is formed by the Confederation of European Posts and Telecommunications (CEPT) to design a pan-European mobile technology

**1984** - GSM Project endorsed by the European Commission

**1985** - France, Italy, U.K. and West Germany sign a joint development agreement for GSM

**1986** - EU Heads of State agree to reserve 900MHz spectrum band for GSM

**1987** - Basic parameters of the GSM standard agreed in February. GSM Memorandum of Understanding (MoU) formed, comprising 15 members from 13 countries committed to deploying GSM
- Pan European Digital Conference (PEDC) held in London, U.K. (later rebranded as the GSM World Congress)

**1988** - GSM technology proven in validation trials

**1989** - Groupe Speciale Mobile (transferred to an ETSI technical committee) defines the GSM standard as the internationally accepted digital cellular telephony standard

**1990** - GSM adaptation work started for the DCS1800 band

**1991** - First GSM call made by Radiolinja in Finland

**1992** - Telstra Australia becomes the first non-European operator to sign the GSM MoU
- First international roaming agreement signed between Telecom Finland and Vodafone (UK)

**1993** - 32 networks on air in 18 countries or territories
- First truly hand portable terminals are launched commercially

**1994** - GSM Phase 2 data/fax bearer services launched
- GSM MoU membership surpasses 100 operators

**1995** - GSM MoU is formally registered as an Association with 117 networks on air
- Fax, data and SMS services are launched
- Global GSM subscribers exceed 10 million
- GSM World Congress held in Madrid, Spain

**1996** - First GSM networks in Russia and China go live
- Pre-paid GSM SIM cards launched
- GSM MoU membership approaches 200 operators from nearly 100 countries
- 167 networks live in 94 countries
- Heading towards 30 million customers
- GSM World Congress moves to Cannes, France

**1997** - 15 GSM networks on air in the USA using the 1900MHz band
- First tri-band handsets launched

**1998** - Global GSM subscribers surpass 100 million

*[handwritten: & EU (HSCSD) and USA]*

**1999** - WAP trials begin in France and Italy
- Contracts placed for GPRS systems

**2000** - First commercial GPRS services launched
- 3G licence auctions commence
- First GPRS handsets enter the market
- Five billion SMS messages sent in one month

**2001** - First 3GSM network goes live
- 3GSM World Congress held in Cannes, France
- GSM Association launches M-Services Initiative
- Fifty billion SMS messages sent in first three months
- GSM subscribers exceed 500 million

**2002** - GSM introduced for 800MHz band
- First Multimedia Messaging Services go live
- 95% of nations worldwide have GSM networks
- 400 billion SMS messages sent in the year
- GSMA creates new CEO-level Board

**2003** - First EDGE networks go live
- Membership of GSM Association breaks through 200-country barrier
- Over half a billion handsets produced in a year

**2004** - GSM SURPASSES ONE BILLION CUSTOMERS
- More than 50 3GSM networks live
- GSM Association and Ovum announce market data venture: Wireless Intelligence

**2005** - GSM surpasses 1.5 billion customers
- GSM dominates over 3/4 of wireless market
- First HSDPA network goes live
- Over 100 3GSM networks launched
- 120+ 3GSM handset models launched or announced
- First ever sub-$30 mobile phone announced
- Over one trillion SMS sent in the year

**2006** - GSM SURPASSES TWO BILLION CUSTOMERS
- Further HSDPA network launches
- 3GSM World Congress Barcelona breaks record attendance






Home | About GSM Association | The GSM Family | GSM Roaming | Using GSM | Media Centre | GSMA Events | Membership | Public Policy | Contact Us | Sitemap | Advertise

GSM World - the world wide web site of the GSM Association.

© GSM Association 2006
GSM and the GSM Logo are registered and owned by the GSM Association.

Anti-Trust Policy Statement | Disclaimer | Cookie Policy | Privacy Policy