This message has been scanned for known viruses.

| | |
|---|---|
| From: | samygharbch@aim.com |
| To: | Chashawn_White@dcd.uscourts.gov |
| Subject: | Even where the M90-GSM itself is installed in a moving vehicle |
| Date: | Thu, 28 Sep 2006 2:30 PM |

Dear Ms Chashawn White

Please give this information to the court.

Best Regards,

USA Patent holder
SAMY GHARB

06-27 (RMC)

-----Original Message-----
From: samygharbch@aim.com
To: GPERRY@sgrlaw.com; BESQUIRE@sgrlaw.com
Sent: Thu, 28 Sep 2006 2:23 PM
Subject: Even where the M90-GSM itself is installed in a moving vehicle

Dear Sir
For your Information

Best Regards,

USA Patent holder

SAMY GHARB

**RECEIVED**

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Press Release

August 29,
2000

**UNITRONICS ACHIEVES RECORD SALES AND PROFITS IN SECOND QUARTER 2000**

To download a PDF version (142K) click here.

Lod, Israel, August 29, 2000.

Unitronics (EURO.NM symbol UNIT) an Israeli high-tech company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer ?brains? controlling automated production lines, announced today that it has achieved record sales of EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000.

?Reporting record sales and profit is a major milestone in the company?s progress, and is in line with our expectations? said Haim Shani, CEO of Unitronics. ?As we enter new markets, we believe that revenue growth should continue. We plan to sustain our sales growth by entering the North American market during the second half of the year. However, to continue to develop quality PLC products that are timed to meet market demand, we must also maintain our high level of research and development. With a marketing and distribution network firmly in placed, I believe that we will be able to bring advanced and efficient automation solutions to the

growing PLC world market?.

Unitronics offers PLCs that are integrated with advanced communication technologies, embedded with Internet and wireless communication abilities. Unitronics? WebPLC uses www technology to enable seamless production-floor-to-boardroom communications. The M90-GSM is capable of wireless communications over cellular telephone networks.

Business Development during the period

Sales and profit

Sales for the three months ended June 30, 2000 reached a record of EURO 1,740 thousands, an increase of 122% compared with the same period in 1999.

Total revenues for the first six months ended June 30, 2000 reached a record of EURO 3,285 thousands, an increase of 120% compared with the first half of 1999.

The gross profit for the three months ended June 30, 2000 improved to 63% of sales compared to 40% of sales in the three months ended March 31, 2000.

The net profit for the three months ended June 30, 2000 amounted to EURO 469 thousands, compared to EURO 20 thousands in the same period of 1999, an increase of 2245%.

Introduction of new products

The WebPLC
Unitronics has completed the WebPLC development project and has begun sales of these devices via select distributors.

The WebPLC allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.

The WebPLC enables production managers to remotely monitor and quickly intervene in system problems.

The M90-GSM
**The M90-GSM, is a new product** which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.

The M90-GSM enables remote-controlled operation of machines and devices via GSM cellular communication networks.

Unitronics? customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.

The Company believes that the introduction of M90-GSM, opens a new market for Unitronics.

Sales and Marketing

Distribution
The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.

The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons. The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics? Vice President of Marketing, comments ? We have successfully recruited

many new distributors since January. That alone was a huge project?but of course, it is only the beginning. We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines.?

Trade shows
Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products. This year, Unitronics participated in international trade shows throughout Europe, China, South and North America. The company?s products have also been represented by its distributors in a number of local trade shows.

Customer care
To promote customer satisfaction and marketing success after the substantial rise in the number of distributors and the size of our client base, Unitronics decided to increase the size of the customer care department. This allows the company to expand its training activities and to deliver a higher level of customer care and technical support.

Research & Development

We judge agility?the ability to quickly rethink, retool, and respond to market opportunities to be an important business asset. Experience has shown us that the feedback from our customers is valuable in indicating future market demand. In accordance with this principle, we adapted our R&D plan to allow us to develop additional new products resulting from such expected demands.

Our flexibility enabled us to introduce I/O expansion modules to our M90 micro-OPLC line. These upgrade the functional capability of an M90, allowing it to automate a broader spectrum of systems.

Unitronics has completed the WebPLC development project and has started sales of these devices via select distributors. The R&D department is continuing to refine and broaden this series.

The M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC project, **the M90-GSM progressed quickly** through the R&D process and has already been released to market.

?I am confident that we will continue to identify and embed the best of emerging communication technologies into our products? Eyal Saban, Unitronics? Chief Technology Officer commented recently. ?I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage.?

The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.

Acquiring new facilities and expanding staff

Due to continued business expansion, Unitronics signed in July 2000 a contract for the acquisition of new facilities from which it plans to conduct its business activities. The new 1600 square meter facility is located in close proximity to the Tel Aviv international airport. 98% of the facility?s USD 2.1 million purchase price is provided for by a 15-year financing plan, backed by a financial institution, allowing a monthly return not materially higher than the rent due on similar property.

Unitronics? management decided that it was necessary to acquire a new facility after drafting the Company?s long-term business plan, which calls for increased marketing and R&D activity. The Company has begun a personnel recruitment drive to increase the size of the staff needed to support this planned activity, and expects to require additional office space.

The new, larger facility is now under construction, and is planned to be ready in 2002

Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
Convenience translation into EURO

Click here to view the table.

Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
inflation adjusted NIS

Click here to view the table.

Financial Statement Analysis

Revenues - Sales for the three months ended June 30, 2000 reached EURO 1,740 thousands, a record quarter for the Company, and a rise of 122% compared to the same quarter of 1999. Sales for the six months ended June 30, 2000, reached EURO 3,285 thousands, an increase of 120% compared to the first six months of last year, when sales reached EURO 1,491 thousand.

The increase in the development of the company?s business is supported by the large marketing infrastructure which has been developed by the company during the last six months.

Cost of Revenues and gross profit ? The cost of revenues for the last three months ended June 30, 2000, includes materials, sub-contracting and production overhead, amounting to EURO 641 thousands (36.2 of sales), as compared to EURO 364 thousands (46.6 of sales) for the same period of 1999.

Gross profit for the three months ended June 30, 2000 amounted to EURO 1,099 thousands (63% of sales) compared with EURO 417 thousands (53.3% of sales) for the same period of 1999.

The gross profit improved to 63% in the second quarter of the year 2000, resulting mainly from the completion of the M90 production outsourcing process, as well as concluding a number of automation projects, including supply of PLCs and system integration.

The cost of revenues for the first six months ended June 30, 2000 amounts to EURO 1,565 thousands (47.6% of sales), as compared to the first six months of last year, which amounted to EURO 750 thousands (50.3% of sales). The gross profit for the period was EURO 1,720 thousands (52.4% of sales), compared to the first six months of last year, during which time gross profit amounted to EURO 741 thousands (49.7% of sales).

Research and Development Expenses ? Research and Development expenses reflect the high level of activity required in developing new technologies and products. The Company believes that highly innovative products and concepts in its market segments will provide significant growth potential for the future.

The company invested approximately EURO 216 thousands (12.4% of sales) in R&D during the three months ended June 30, 2000, compared to EURO 57 thousands (7.2% of sales) in the same period last year.

Total research and development expenses during the first six months ended June 30, 2000, amounted to approximately EURO 442 thousands (13.4% of sales) compared to EURO 108 thousands in the same period last year (7.2% of sales).

Selling and Marketing Expenses - Selling and Marketing Expenses including salaries, trade shows, sales materials, and other marketing expenses for the three months ended June 30, 2000 were EURO 246 thousands (14.1% of sales), compared to EURO 124 thousands (15.8% of sales) in the same period last year.

Total selling and marketing expenses during the first six months ended June 30, 2000,

amounted to approximately EURO 557 thousands (16.9% of sales) compared to EURO 223 thousands in the same period last year (14.9% of sales).

General and Administrative Expenses - General and Administrative Expenses for the three months ended June 30, 2000 amounted to EURO 190 thousands (reduced to 10.9% of sales) compared to EURO 122 thousands (15.6% of sales), for the same period of 1999.

The General and Administrative Expenses during the first six months ended June 30, 2000 amounted to EURO 358 thousands (10.89% of sales) compared to EURO 252 thousands, (16.9% of sales) during the same period last year.

Operating Profit (loss) ? The total operating profit before financing costs for the three month period ended June 30, 2000, reached a record of EURO 469 thousands (26% of sales), compared to EURO 30 thousands (3.8% of sales) for the same period of 1999.

There was improvement over the first six months of this year, starting with an operating loss of EURO 84 thousands in the first quarter of the year 2000, and ending with a profit of EURO 447 thousands in the second quarter of the year 2000. This largely resulted from changes in the gross profit as described above.

Financing Income (Expenses) - Financing income for the three months period, ended June 30, 2000, amounted to EURO 22 thousands. Total finance expenses (net) for the first six months ended June 30, 2000 amounted to EURO 296 thousand, compared to EURO 30 thousands in the same period last year. This is due mainly to the fact that the majority of cash and cash equivalents untill April, 2000 where in Euro while the financial statements are prepared in New Israeli Shekel (NIS). The company EURO deposit was exposed to the devaluation of the EURO against the NIS. The finance expenses in the first quarter of year 2000 amounted to EURO 318 thousands, while the finance income during the second quarter of the year 2000, amounted to EURO 22 thousands. This largely resulted from changes in the EURO exchange rate against the NIS. Since April 2000, the company has changed its investment structure, and the currency of investments, which is currently not kept in EURO.

Profit for the period ? The Company?s net profit for the three months ended June 30, 2000 reached EURO 469 thousands (26.9% of sales), compared with EURO 20 thousands (2.5% of sales) for the same period in 1999.

The net profit for the first six months ended June 30, 2000 amounted to EURO 64 thousands (1.9% of sales), compared to EURO 63 thousands (4.2% of sales) during the same period last year. There was improvement over the first six months of this year, starting with a loss of EURO 384 thousands in the first quarter of the year 2000, and ending with a profit of EURO 469 thousands in the second quarter of the ye ar 2000.

About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer ?brains? that controls automated production lines. Our company is dedicated to the prime directive of PLC control?to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation. We created the OPLC controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management?where automation and process control are needed.

We believe that in today?s global economy, data has become an incredibly valuable commodity. In industry, production data must be freely distributed through all levels of an enterprise. Data must be equally available on the production floor, to marketing staff and to management.

style="mso-spacerun: yes"> Proper data distribution leads to greater efficiency? a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise?on a global scale. We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend. Unitronics? WebPLC uses www technology to enable seamless production-floor-to-boardroom communications. Our ~~M90-GSM is~~ capable of wireless communications over cellular telephone ~~networks. A~~ mobile user can send and receive production data via a cell phone?even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004*. Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

For further information:

Unitronics +972 8 9786 555

Haim Shani, Chief Executive Officer haim@unitronic.com
Cara Levy, Investor relations info@unitronic.com

Unitronics Web Site: www.unitronic.com

©2000 Unitronics. All rights reserved
comments: webmaster@unitronic.com

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.