### Squire, Brendan

**From:** Perry, Glenn J.
**Sent:** Wednesday, September 20, 2006 10:06 AM
**To:** 'samygharbch@aim.com'
**Cc:** Squire, Brendan
**Subject:** RE: in Case 1:06-cv-00027-RMC UNITRONICS 1989 R G LTD., Request for Admissions

Mr. Gharb,

I acknowledge receipt of your email.

Glenn J. Perry

---

**From:** samygharbch@aim.com [mailto:samygharbch@aim.com]
**Sent:** Wednesday, September 20, 2006 10:03 AM
**To:** Perry, Glenn J.
**Subject:** in Case 1:06-cv-00027-RMC UNITRONICS 1989 R G LTD., Request for Admissions

I Samy Gharb USA Patent holder
Respons to Paintiffs first Requests for admission and under oath the truth of the following Requests and i do not deny any such Request.

Definitions

As I understand the following terms have the following meaing

A. Unitronics shall mean Plaintiffs Unitronics (1989) and Unitronics INC

B. Defendant that Mean Samy Gharb USA Patent holder

C. PLC Shall mean Programmable logic Controllers without any Function Block to dial up information vai GSM

Requests for Admissions

1. Unitronics PLC are staple itemes of commerce with substantial noninfringing uses but Unitronics PLC With

Function Block to dial up information via GSM is infringing to my USA Patent

2. the level of ordinary skill in the art of vehicle Security system with PLC and GSM is high and can use for all kinds of security system .

20.9.2006

                            Respectfully submitted

USA Patent holder
SAMY GHARB

---

Check Out the new free AIM(R) Mail -- 2 GB of storage and industry-leading spam and email virus protection.