IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,** <br><br> and <br><br> **UNITRONICS, INC.** <br><br> Plaintiffs, <br><br> v. <br><br> **SAMY GHARB,** <br><br> Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## MOTION TO SUSPEND CLAIM CONSTRUCTION BRIEFING SCHEDULE

Plaintiffs, Unitronics (1989) (R"G) Ltd., and Unitronics, Inc., herewith move the Court to suspend the scheduling orders dated, June 5, 2006 [Doc. 23] and September 1, 2006 [Minute Entry Order]. Pursuant to Fed R. Civ. P. 16(b) and LCvR 16.4(b) the scheduling order shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.

Pursuant to the June 5, 2006 scheduling order, claim construction briefs should be filed November 30, 2006 and responsive briefs filed December 20, 2006.

Plaintiff's Motion for Partial Summary Judgment is presently before the Court. On November 20, 2006 the Court issued an Order, pursuant to *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992), giving *pro se* Defendant, Samy Gharb, until December 20, 2006 to file a response to Plaintiff's Motion for Partial Summary

Judgment.  During the November 3, 2006, teleconference status hearing on Plaintiff's Motion for Partial Summary Judgment, the Court ordered Defendant, Samy Gharb, to prepare his response in German for subsequent translation by the Court.  In that same status conference, Mr. Gharb indicated that he did not have time to deal with the motion, thereby strongly suggesting that he does not intend to respond to Plaintiff's Motion for Partial Summary Judgment.

Plaintiff's believe good cause exists for suspending the June 5, 2006 Scheduling Order given the overlapping deadlines for Defendant's response pursuant to the Court's *Fox* and *Neal* Order with those pertaining to the claim construction brief's according to the Court's June 5, 2006 scheduling order.   Accordingly, Plaintiffs' request that the briefing schedule for the *Markman* claim construction be suspended and that the Court defer a decision to reschedule the same until after the Court's disposition of the Plaintiffs' pending Motion for Partial Summary Judgment.

Plaintiffs have attached a draft order the Court's convenience.

                                             Respectfully submitted,

November 29, 2006

                                             Glenn J. Perry
                                             D.C. Bar No. 278630
                                             SMITH, GAMBRELL & RUSSELL, LLP
                                             1850 M Street, N.W., Suite 800
                                             Washington, DC 20036
                                             (202) 973-2611

                                             Attorney for Plaintiffs
                                             Unitronics (1989) (R"G) Ltd., and
                                             Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br><br>and<br><br>**UNITRONICS, INC.**<br><br>     Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br><br>     Defendant. | Civil Action File No.:  1:06-cv-0027-RMC |

### CERTIFICATE OF SERVICE

   I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court **MOTION TO SUSPEND CLAIM CONSTRUCTION BRIEFING SCHEDULE** using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

This 29TH day of November, 2006.

                              /s/ Glenn J. Perry_____
                             Glenn J. Perry
                             D.C. Bar No. 278630
                             SMITH, GAMBRELL & RUSSELL, LLP
                             1850 M Street, N.W., Suite 800
                             Washington, DC 20036
                             Telephone: 202-973-2611
                             Fax: 202-263-4311

                             Attorney for Unitronics (1989) (R"G) Ltd. and
                             Unitronics, Inc.