IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS (1989) (R"G) LTD.,**<br><br>and<br><br>**UNITRONICS, INC.**<br>   Plaintiffs,<br><br>v.<br><br>**SAMY GHARB,**<br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### [PROPOSED]

### ORDER SUSPENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE

Upon consideration of the Plaintiffs' Motion to Suspend *Markman* Briefing Schedule, submitted pursuant to Fed. R. Civ. P. 16(b) and LCvR 16.4(b), the Court finding good cause for modification of the Scheduling Order it is hereby ORDERED that:

1.   The briefing schedule on claim construction set forth in paragraph 7 of the Court's Scheduling Order Dated June 5, 2006 is herewith suspended.

2.   The Court will defer a decision on rescheduling the claim construction briefings until after the Court's disposition of the Plaintiffs' pending Motion for Partial Summary Judgment.

SO ORDERED, this _____ day of _____, 2006.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

Glenn J. Perry
D.C. Bar No. 278630
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
(202) 973-2611

Attorney for Plaintiffs
Unitronics (1989) (R"G) Ltd., and
Unitronics, Inc.


Samy Gharb
Defendant *Pro Se*
Bachtobelstrasse 30,
8045 Zurich, Switzerland