UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------

**UNITRONICS 1989 RG LTD**

    **Plaintiffs**

v,                                Civil Action File No.1.06-cv- 0027- RMC

**SAMY GHARB,**

    **Defendant**

RECEIVED
JAN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

------------------------------------------

**PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF U.S. PATENT NO, 654
DOK 50**

------------------------------------------

In answering to the above mentioned document 50 I would like to inform you : the Lawyer of Unitronics has given to the Court the letter of Control and Power with Informations, Facts and Evidences about selling of PLC *(Programmable Logic Controller)* and GSM in South Carolina and Minnesota in the year 2000.
Therewith Unitronics has Infringed the Patent Law in USA.
This is Fact NO, 1.

During the passed two Telephone Conferences we have discussed this case with the Court. The Lawyer of Unitronics did not give a clear answer about the business with Control & Power.
Therewith I would like to say - and for the last time to demonstrate clearly - Unitronics has Infringed the USA Patent. This is Fact NO, 2.

The Lawyer of Unitronics must accept these Facts and not false the truth. He has given the letter of Control & Power to the Court and not me. This is Fact NO, 3 .

Unitronics wrote in the Financial Statement of the year 2000 that PLC *Programmable Logic Controller* & GSM is new Product and a new Technolgy which are also fixed in Cars.
This is Fact NO, 4 and the Evidence, that Unitronics has Infringed the

**USA Patent Law.**

### Explanatory Statement

I have developed this new Technology and I got the USA Patent with PLC*(Programmable Logic Controller)* & GSM ( High Speed) for alerting in Seconds. This is greatly much faster than any Security systems in the world.
The Lawyer of Unitronics wrote about the USA Patent (5497149) of Mr Fast but he had forgotten to inform about that this Patent is made with Microprocessor and not with PLC*(Programmable Logic Controller)* High Speed & GSM High Speed.
This is Fact NO, 5.

The High Speed GSM HSCSD ( High Speed Circuit Switched Data) has come in USA 1999 as new Technology for Transmission of informations via GSM in 4 Seconds. This is Fact NO, 6 .

Unitronics has earned with my Patent for PLC*(Programmable Logic Controller)* & GSM which I developed in 1999 more than US $ 40 Millions and not with the old Microprocessor of 1996 of Mr Fast.
This is Fact NO, 7.

### My USA Patent 654

The High Speed for Alerting via PLC*(Programmable Logic Controller)* & GSM In Seconds is Worldwide an Innovation. This is Fact NO, 8.

Therewith, I hope so, the Lawyer of Unitronics will accept these facts and also understand them. My USA Patent is great and important for Security to alerting in Seconds with PLC*(Programmable Logic Controller)* & GSM High Speed in the USA and worldwide.
This is Fact NO, 9.

Unitronics had in 2003 a Patent Appliction for PLC*(Programmable Logic Controller)* & GSM in USA as protection of PLC & GSM Products. The Fact is that I DID THIS NEW TECHNOLOGY ALREADY in 1999 and not Unitronics.
This is Fact NO, 10.

### Motion No,1
I would like to ask the Court for a fair demand to request for payment from Unitronics for the damages occurred to my USA Patent 654 in the

amount of US $ 20 Millions.

**Motion No,2**
Unitronics must give to the Court all payments of taxes and the Financial Statement of the sale of all PLC*( Programmable Logic Controller )* & GSM in USA between 2000 to 2006.

Your Sincerely,<br>
USA Patentholder<br>
Samy Gharb<br>
15.01. 2007

**Enclosures**

1. Letter of Control & Power about their Business with PLC *(Programmable Logic Controller)* & GSM
 This are the facts about the USA Patent infringement.
2. GSM High Speed HSCSD
( High Speed Circuit Switched Data) as New Technology since 1999 for transmission of informations in 4 Seconds.
3. Financial Statement of the year 2000 of Unitronics including the evidence of M90 PLC*(Programmable Logic Controller)* & GSM as new product and not with the old Microprocessor and also fixed in the cars.
4. The Prices of sale PLC M90 & GSM in US $.
This is Fact NO,11.
5. USA Patent of Unitronics for PLC*(Programmable Logic Controller)* & GSM since 2003 as Patent for Security System.
6. **M90 PLC***(Programmable Logic Controller)* **& GSM as New Product.**