| | | This message has been scanned for known viruses. |
|---|---|---|

| | |
|---|---|
| **From:** | samygharbch@aim.com |
| **To:** | Chashawn_White@ded.uscourts.gov |
| **Subject:** | DOK 50 |
| **Date:** | Mon, 15 Jan 2007 6:58 PM |
| **Attachments:** | fact_sale_plc_with_gsm-unitronics-2000-1-1[2][2].JPG (819K)    AOL Pictures Shoebox: Save All | View    (What is this?) |

info for DOK 50

## **Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

| 1 Attached Images |
|---|



fact_sale_plc_with_gsm-unitronics-2000-1-1[2][2].JPG
Save to AOL Pictures Shoebox   |   Download

Dec 28 2005 7:57AM    HP LASERJET FAX                                    p. 020



# CONTROLS & POWER, INC.

December 28, 2005

Mr. Alon Kedar
Vice President, Products Division
Unitronics International Headquarters
Airport City, PO Box 300
Ben Gurion Airport, 70100
Israel

Subject:        Possible US Patent Infringement

Dear Alon:

It has been over four years since my company installed the first U.S. GSM-based system to control six water wells and two storage tanks in South Carolina. It has been about three years since we installed our first system to monitor three lift stations in Minnesota. I felt these climate extremes would be proof of our ability to withstand the hot Carolina summers and the cold Minnesota winters. We now have data that indeed prove our ability to operate in virtually every area of the county, and GSM telephony is finally becoming active in most of our market area.

Based on our preliminary results from South Carolina and Minnesota, we displayed the Unitronics M90 and Vision controllers at the Water Environment Federation Technical Exhibit and Conference (WEFTEC) last year and found a great deal of interest in the GSM capabilities of the Unitronics PLCs. We feel that this business could easily exceed $500,000 in 2006. Its ultimate potential should be in the millions, and some of our large competitors are already copying our designs.

At present, we have proposals and/or orders for GSM systems exceeding $40,000. Because of the patent threat by a Mr. Samy Gharb, however, I have advised my client-customers to delay submittals and manufacture of any systems until the patent question has been resolved. This may cause us to lose the business as some of the municipal users of the controls will not be able to delay their projects. I would hope that you could settle this controversy as soon as possible as a great deal of my 2006 business is in jeopardy.

Sincerely,

Ed Hiserodt, President
Controls & Power, Inc.
PO Box 55438
Little Rock, AR  72215
USA

PO Box 55438   Little Rock, AR  72215
501 851 6171  |  501 421 9741 (F)
hise@sbcglobal.net

**EXHIBIT**

tabbies

K

HSCSD_-_High_Speed_Circuit_Switched_Data[1].txt
HSCSD - High Speed Circuit Switched Data
High Speed Circuit Switched Data enhances the capabilities of the current GSM
network by combining time slots on the GSM radio carrier. Data rates of
14.4Kbps, using one timeslot, 28.8Kbps using two time slots, or 57.6Kbps using
four time slots can be achieved.
for send information in 4 secands

# Unitronics

# 2000
# Second
## Quarter results

**P.O.B 733 Lod 71106 Israel**

**North Industrial Zone Lod, Israel**

**info@unitronic.com**
**www.unitronic.com**
**EURO.NM Symbol: UNIT**

*Leveraging Automation with @ Technology*

# Unitronics Achieves Record Sales and Profits in Second Quarter 2000

**Lod, Israel, August 29, 2000.**

Unitronics (EURO.NM symbol UNIT) an Israeli high-tech company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' controlling automated production lines, announced today that it has achieved record sales of EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000.

"Reporting record sales and profit is a major milestone in the company's progress, and is in line with our expectations" said Haim Shani, CEO of Unitronics. "As we enter new markets, we believe that revenue growth should continue. We plan to sustain our sales growth by entering the North American market during the second half of the year. However, to continue to develop quality PLC products that are timed to meet market demand, we must also maintain our high level of research and development. With a marketing and distribution network firmly in placed, I believe that we will be able to bring advanced and efficient automation solutions to the growing PLC world market".

Unitronics offers PLCs that are integrated with advanced communication technologies, embedded with Internet and wireless communication abilities. Unitronics' WebPLC™ uses www technology to enable seamless production-floor-to-boardroom communications.  The M90-GSM is capable of wireless communications over cellular telephone networks.

## Business Development during the period

### Sales and profit

Sales for the three months ended June 30,  2000 reached a record of EURO 1,740 thousands, an increase of 122% compared with the same period in 1999.
Total revenues for the first six months ended June 30, 2000 reached a record of EURO 3,285 thousands, an increase of 120% compared with the first half of 1999.

The gross profit for the three months ended June 30, 2000 improved to 63% of sales compared to 40% of sales in the three months ended March 31, 2000.

The net profit for the three months ended June 30, 2000 amounted to EURO 469 thousands, compared to EURO 20 thousands in the same period of 1999, an increase of 2245%.

## Introduction of new products

*The WebPLC™*

Unitronics has completed the WebPLC™ development project and has begun sales of these devices via select distributors.

The WebPLC™ allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.

The WebPLC™ enables production managers to remotely monitor and quickly intervene in system problems.

*The M90-GSM™*

*USA Patent Law*

The M90-GSM™, is a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.

The M90-GSM™ enables remote-controlled operation of machines and devices via GSM cellular communication networks.

Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.

The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.

## Sales and Marketing

*Gharb Patent*

*Distribution*

The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.

The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons. The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics' Vice President of Marketing, comments " We have successfully recruited many new distributors since January. That alone was a huge project—but of course, it is only the beginning. We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines."

*Trade shows*

Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products. This year, Unitronics participated in international trade shows throughout Europe, China, South and North America. The company's products have also been represented by its distributors in a number of local trade shows.

*Customer care*

To promote customer satisfaction and marketing success after the substantial rise in the number of distributors and the size of our client base, Unitronics decided to increase the size of the customer care department. This allows the company to expand its training activities and to deliver a higher level of customer care and technical support.

**Research & Development**

USA Patent Law

We judge agility—the ability to quickly rethink, retool, and respond to market opportunities to be an important business asset. Experience has shown us that the feedback from our customers is valuable in indicating future market demand. In accordance with this principle, we adapted our R&D plan to allow us to develop additional new products resulting from such expected demands.

Our flexibility enabled us to introduce I/O expansion modules to our M90 micro-OPLC™ line. These upgrade the functional capability of an M90, allowing it to automate a broader spectrum of systems. Unitronics has completed the WebPLC™ development project and has started sales of these devices via select distributors. The R&D department is continuing to refine and broaden this series.

 The M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market.

"I am confident that we will continue to identify and embed the best of emerging communication technologies into our products" Eyal Saban, Unitronics' Chief Technology Officer commented recently. "I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage."

The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.

**Acquiring new facilities and expanding staff**

Due to continued business expansion, Unitronics signed in July 2000 a contract for the acquisition of new facilities from which it plans to conduct its business activities. The new 1600 square meter facility is located in close proximity to the Tel Aviv international airport. 98% of the facility's USD 2.1 million purchase price is provided for by a 15-year financing plan, backed by a financial institution, allowing a monthly return not materially higher than the rent due on similar property.

Unitronics' management decided that it was necessary to acquire a new facility after drafting the Company's long-term business plan, which calls for increased marketing and R&D activity. The Company has begun a personnel recruitment drive to increase the size of the staff needed to support this planned activity, and expects to require additional office space. The new, larger facility is now under construction, and is planned to be ready in 2002

**For further information:**

Unitronics                                    +972 8 9786 555
Haim Shani, Chief Executive Officer           haim@unitronic.com
Cara Levy, Investor relations                 info@unitronic.com
Unitronics Web Site:                          www.unitronic.com

# Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
**Convenience translation into EURO***

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | *2000* | *1999* | *2000* | *1999* |
| | **(in thousands)** | | | |
| Revenues | 1,740 | 781 | 3,285 | 1,491 |
| Cost of revenues | 641 | 364 | 1,565 | 750 |
| *Gross profit* | *1,099* | *417* | *1,720* | *741* |
| | | | | |
| Research & Development expenses, net | 216 | 57 | 442 | 108 |
| Selling & Marketing expenses, net | 246 | 124 | 557 | 223 |
| General & Administrative expenses | 190 | 122 | 358 | 252 |
| *Operating profit* | *447* | *114* | *363* | *158* |
| | | | | |
| Financing Income (expenses) net | 22 | (13) | (296) | (30) |
| *Operating profit after financing expenses* | *469* | *101* | *67* | *128* |
| | | | | |
| Tax benefits (taxes on income) | 0 | (71) | 0 | (49) |
| *Profit after tax benefits* | *469* | *30* | *67* | *79* |
| | | | | |
| The Company's share of affiliated company result | 0 | (10) | (3) | (16) |
| *Profit for the period* | *469* | *20* | *64* | *63* |
| | | | | |
| *Profit per 1 ordinary shares (under IAS)* | *0.054* | *0.003* | *0.007* | *0.009* |

\* Figurs for all periods above were translated at the exchange rate of the EURO against the NIS (New Israeli Shekel) as of 30 June, 2000 (1 EURO = 3.9151 NIS).

The notes to the financial statements form an integral part thereof.

# Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
## Inflation adjusted NIS*

|  | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
|  | 2000 | 1999 | 2000 | 1999 |
|  | (in thousands) | | | |
| Revenues | 6,811 | 3,056 | 12,861 | 5,838 |
| Cost of revenues | 2,511 | 1,422 | 6,131 | 2,936 |
| *Gross profit* | *4,300* | *1,634* | *6,730* | *2,902* |
| Research & Development expenses, net | 846 | 225 | 1,730 | 423 |
| Selling & Marketing expenses, net | 963 | 486 | 2,180 | 874 |
| General & Administrative expenses | 744 | 478 | 1,400 | 987 |
| *Operating profit* | *1,747* | *445* | *1,420* | *618* |
| Financing Income (expenses) net | 88 | (49) | (1,158) | (119) |
| *Operating profit after financing expenses* | *1,835* | *396* | *262* | *499* |
| Tax benefits (taxes on income) | 0 | (278) | 0 | (191) |
| *Profit after tax benefits* | *1,835* | *118* | *262* | *308* |
| The Company's share of affiliated company result | 0 | (40) | (10) | (62) |
| *Profit for the period* | *1,835* | *78* | *252* | *246* |
| *Profit per 1 ordinary shares (under IAS)* | *0.213* | *0.011* | *0.029* | *0.036* |

* The inflation adjusted NIS figures are stated in terms of NIS of June 2000.

The notes to the financial statements form an integral part thereof.

# Financial Statement Analysis

*Revenues* - Sales for the three months ended June 30, 2000 reached EURO 1,740 thousands, a record quarter for the Company, and a rise of 122% compared to the same quarter of 1999. Sales for the six months ended June 30, 2000, reached EURO 3,285 thousands, an increase of 120% compared to the first six months of last year, when sales reached EURO 1,491 thousand.

The increase in the development of the company's business is supported by the large marketing infrastructure which has been developed by the company during the last six months.

*Cost of Revenues and gross profit* – The cost of revenues for the last three months ended June 30, 2000, includes materials, sub-contracting and production overhead, amounting to EURO 641 thousands (36.2 of sales), as compared to EURO 364 thousands (46.6 of sales) for the same period of 1999.

Gross profit for the three months ended June 30, 2000 amounted to EURO 1,099 thousands (63% of sales) compared with EURO 417 thousands (53.3% of sales) for the same period of 1999.

The gross profit improved to 63% in the second quarter of the year 2000, resulting mainly from the completion of the M90 production outsourcing process, as well as concluding a number of automation projects, including supply of PLCs and system integration.

The cost of revenues for the first six months ended June 30, 2000 amounts to EURO 1,565 thousands (47.6% of sales), as compared to the first six months of last year, which amounted to EURO 750 thousands (50.3% of sales). The gross profit for the period was EURO 1,720 thousands (52.4% of sales), compared to the first six months of last year, during which time gross profit amounted to EURO 741 thousands (49.7% of sales).

*Research and Development Expenses* – Research and Development expenses reflect the high level of activity required in developing new technologies and products. The Company believes that highly innovative products and concepts in its market segments will provide significant growth potential for the future.

The company invested approximately EURO 216 thousands (12.4% of sales) in R&D during the three months ended June 30, 2000, compared to EURO 57 thousands (7.2% of sales) in the same period last year.

Total research and development expenses during the first six months ended June 30, 2000, amounted to approximately EURO 442 thousands (13.4% of sales) compared to EURO 108 thousands in the same period last year (7.2% of sales).

*Selling and Marketing Expenses* - Selling and Marketing Expenses including salaries, trade shows, sales materials, and other marketing expenses for the three months ended June 30, 2000 were EURO 246 thousands (14.1% of sales), compared to EURO 124 thousands (15.8% of sales) in the same period last year.

Total selling and marketing expenses during the first six months ended June 30, 2000, amounted to approximately EURO 557 thousands (16.9% of sales) compared to EURO 223 thousands in the same period last year (14.9% of sales).

*General and Administrative Expenses* - General and Administrative Expenses for the three months ended June 30, 2000 amounted to EURO 190 thousands (reduced to 10.9% of sales) compared to EURO 122 thousands (15.6% of sales), for the same period of 1999.

The General and Administrative Expenses during the first six months ended June 30, 2000 amounted to EURO 358 thousands (10.89% of sales) compared to EURO 252 thousands, (16.9% of sales) during the same period last year.

*Operating Profit (loss)* – The total operating profit before financing costs for the three month period ended June 30, 2000, reached a record of EURO 469 thousands (26% of sales), compared to EURO 30 thousands (3.8% of sales) for the same period of 1999.

There was improvement over the first six months of this year, starting with an operating loss of EURO 84 thousands in the first quarter of the year 2000, and ending with a profit of EURO 447 thousands in the second quarter of the year 2000. This largely resulted from changes in the gross profit as described above.

*Financing Income (Expenses)* - Financing income for the three months period, ended June 30, 2000, amounted to EURO 22 thousands. Total finance expenses (net) for the first six months ended June 30, 2000 amounted to EURO 296 thousand, compared to EURO 30 thousands in the same period last year. This is due mainly to the fact that the majority of cash and cash equivalents untill April, 2000 where in Euro while the financial statements are prepared in New Israeli Shekel (NIS). The company EURO deposit was exposed to the devaluation of the EURO against the NIS. The finance expenses in the first quarter of year 2000 amounted to EURO 318 thousands, while the finance income during the second quarter of the year 2000, amounted to EURO 22 thousands. This largely resulted from changes in the EURO exchange rate against the NIS. Since April 2000, the company has changed its investment structure, and the currency of investments, which is currently not kept in EURO.

*Profit for the period* – The Company's net profit for the three months ended June 30, 2000 reached EURO 469 thousands (26.9% of sales), compared with EURO 20 thousands (2.5% of sales) for the same period in 1999.

The net profit for the first six months ended June 30, 2000 amounted to EURO 64 thousands (1.9% of sales), compared to EURO 63 thousands (4.2% of sales) during the same period last year. There was improvement over the first six months of this year, starting with a loss of EURO 384 thousands in the first quarter of the year 2000, and ending with a profit of EURO 469 thousands in the second quarter of the year 2000.

**Unitronics Industrial Automation**

## About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines. Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation. We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity. In industry, production data must be freely distributed through all levels of an enterprise. Data must be equally available on the production floor, to marketing staff and to management. Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale. We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend. Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications. Our M90-GSM is capable of wireless communications over cellular telephone networks. A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle. *USA Patent Law*

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004. Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

### For further information:

Unitronics                                      +972 8 9786 555
Haim Shani, Chief Executive Officer             haim@unitronic.com
Cara Levy, Investor relations                   info@unitronic.com
Unitronics Web Site:                            www.unitronic.com

# Unitronics OPERATOR PANEL / PLC

EMC

## Vision Series Operator Panel PLCs

USA Patent Law

The UNITRONICS Vision Series is a compact PLC with on-board I/Os and a versatile Graphic Operator Interface.
The Vision Series enables programming of the PLC and HMI in a single environment and eliminates PLC-HMI communication.
It saves I/O points, reduces hardware, simplifies assigning functions to keys and data is entered via the keyboard.

**Each Vision Controller comes complete with:**

- PLC and graphic HMI
- Snap-in I/O module for V230, V260, V280 & V290
- 120k database for data logging
- Programming software
- Mounting hardware, connectors, communication cable and extra set of key labels
- User guide

**Expansion Modules and GSM Kit** (refer next page)



*Unitronics OPLCs L/R:V120, V260, V230, M91, V280, V290*

| Model | Description | EMC Code | Price |
|-------|-------------|----------|-------|
| **V120 Series.** | **PLC and Graphic HMI: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters** | | |
| V120-22-R1 | 10 digital inputs, 6 relay outputs, 1 analogue input 12/24Vdc, 2 x RS232/485 | UT 40 100 | $1350.00 |
| V120-22-R2C | 10 digital inputs, 6 relay outputs, 2 analogue inputs 12/24Vdc, 2 x RS232/485, CANbus | UT 40 101 | $1525.00 |
| V120-22-T1 | 12 digital inputs, 12 transistor outputs 12/24Vdc, 2 x RS232/485 | UT 40 103 | $1350.00 |
| V120-22-T38 | 22 digital inputs, 16 transistor outputs 24Vdc, 2 x RS232/485 | UT 40 104 | $1590.00 |
| V120-22-UN2 | 10 digital inputs, 12 transistor outputs, 2 universal inputs (PT100 / thermocouple / analogue / digital) , 12/24Vdc, 2 x RS232/485 | UT 40 102 | $1650.00 |
| V120-22-UA2 | 12 digital inputs, 10 relay outputs, 2 analogue outputs, 2 universal inputs (thermocouple / analogue / digital), 24Vdc, 2 x RS232/485 | UT 40 106 | $1750.00 |
| V120-22-R6C | 6 digital inputs, 6 relay outputs, 6 analogue inputs, 24Vdc, 2 x RS232/485, CANbus | UT 40 107 | $1575.00 |
| V120-22-T2C | 10 digital inputs, 12 transistor outputs, 2 analogue/digital inputs, 12/24Vdc, 2 x RS232/485 CANbus | UT 40 108 | $1525.00 |
| V120-22-R34 | 20 digital inputs, 12 relay outputs, 2 analogue/digital inputs 2 x RS232/485 | UT 40 109. | $1620.00 |
| **V200 Series.** | **PLC and Graphic HMI (requires selectable Snap-in I/O module)** | | |
| V230-13-B20B | Graphic display: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters Expansion Option, CANbus, 2 x RS232 | UT 60 000 | $1350.00 |
| V260-16-B20B | Graphic display: 240 x 64 pixels. Text messages: up to 8 lines x 40 characters Expansion Option, CANbus, 2 x RS232 | UT 60 001 | $1575.00 |
| V280-18-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 4.7" active area. 27-key keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 002 | $1890.00 |
| V290-19-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 003 | $1890.00 |
| **Snap-in I/O Modules for V200 Series** | | | |
| V200-18-E1B | Inputs: 16 digital and 3 Analogue (10 bit) Outputs. 10 Relay and 4 Transistor | UT 70 000 | $450.00 |
| V200-18-E2B | Inputs: 16 digital and 2 Analogue (10 bit) Outputs. 10 Relay, 4 Transistor and 2 Analogue (12 bit) | UT 70 001 | $595.00 |
| V200-18-E3B | Inputs: 18 digital and 4 Analogue (12 bit) Outputs. 15 Relay and 2 Transistor and 4 Analogue (12 bit) | UT 70 002 | $990.00 |
| V200-18-E4B | Inputs: 18 digital and 4 Analogue (14 bit) Outputs. 15 Transistor and 4 Analogue (12 bit) | UT 70 003 | $1140.00 |
| V200-18-E5B | Inputs: 18 digital and 3 Analogue (10 bit) Outputs. 15 Transistor | UT 70 004 | $595.00 |
| **Additional Communication Ports for V200 Series** | | | |
| V200-19-R4 | 1 x RS485 Port | UT 90 001 | $90.00 |
| V200-19-ET1 | 1 x Ethernet Port | UT 90 002 | $295.00 |

# Unitronics *OPERATOR PANEL / PLC* 

## M90 and M91 Operator Panel / PLCs

The Unitronics M90 and M91 Controllers combine a micro PLC with a fully integrated operator panel and are exceptional control devices for all entry-level applications.

LCD text display:    M90 - single line x 16 character
M91 - two line x 16 character

They are 24Vdc powered (some 12Vdc), available in expandable and non-expandable versions and can be panel or DIN-Rail mounted.

Models are available with CAN Bus options and a special module enables remote messaging via the GSM Network direct to a cellphone.

**Each controller comes complete with:**    Windows programming software
Operator manual
Programming Cable to PC
Clamps for Panel Mounting



| Model | Description | EMC Code | Price |
|---|---|---|---|
| **M90 Controller with relay outputs, analog input voltage or current (1-line display)** | | | |
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $699.00 |
| M90-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 10 200 | $799.00 |
| M90-R1-CAN | 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports | UT 10 300 | $995.00 |
| M90-R2-CAN | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 10 301 | $1099.00 |
| **M90 Controller with solid state outputs 0.5 Amp (1-line display)** | | | |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $599.00 |
| M90-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 10 201 | $895.00 |
| M90-T1-CAN | 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports | UT 10 302 | $995.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1199.00 |
| **M91 Controller with relay outputs, analog input voltage or current (2-lines display)** | | | |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 11 200 | $750.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 11 202 | $995.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With expansion and CANbus ports | UT 11 203 | $1050.00 |
| **M91 Controller with solid state outputs 0.5 Amp (2-lines display)** | | | |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 11 201 | $800.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O. With expansion port | UT 11 204 | $1050.00 |
| M91-2-T2C | 10 inputs, 12 outputs. 2 digital/analog inputs. With expansion port | UT 11 205 | $995.00 |
| M91-2-UN2 | 10 inputs, 12 outputs. 2 PT100/TC/digital/analog inputs. With expansion port | UT 11 206 | $1175.00 |
| M91-TA2-CAN | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs. With exp port | UT 11 207 | $1345.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs, With expansion port | UT 11 209 | $1080.00 |

## Unitronics Expansion Modules + GSM Kit

**Suitable for M90, M91 and Vision Series**



USA Patent Law Facts

**Expansion bus**
*Expandable up to 64 I/O (M90/91), 158 I/O (Vision)*


GSM Kit with Vision 120

| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $150.00 |
| IO-DI8-TO8 | 8 Digital Inputs and 8 Transistor Outputs | UT 10 501 | $399.00 |
| IO-AI4-AO2 | 4 Analogue Inputs and 2 Analogue Outputs | UT 10 600 | $475.00 |
| IO-DI8-RO4 | 8 Digital Inputs and 4 Relay Outputs | UT 10 502 | $399.00 |
| IO-DI16 | 16 Digital Inputs | UT 10 503 | $375.00 |
| IO-TO16 | 16 Transistor Outputs | UT 10 504 | $425.00 |
| IO-RO8 | 8 Relay Outputs | UT 10 505 | $375.00 |
| EX90-DI8-RO8 | 8 Digital Inputs and 8 Relay Outputs | UT 10 506 | $499.00 |
| IO-PT4 | 4 PT100 Inputs, -50°C to 460°C | UT 10 601 | $530.00 |
| IO-ATC8 | 8 Thermocouple / Analogue Inputs | UT 10 603 | $705.00 |
| IO-AO6X | 6 Analogue Outputs (isolated) | UT 10 602 | $735.00 |
| IO-RO16 | 16 Relay Outputs, 24Vdc | UT 10 507 | $525.00 |
| IO-LC1 | 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs | UT 10 604 | $595.00 |
| IO-LC3 | 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs | UT 10 605 | $865.00 |
| GSM Kit | SMS messaging over the GSM digital network for telemetry applications | UT 10 001 | $1250.00 |



REC'D 2 8 DEC 2004
WIPO                    PCT

*IB/2004/02848*

PA 1259530

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

December 14, 2004

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE OF THOSE PAPERS OF THE BELOW IDENTIFIED PATENT APPLICATION THAT MET THE REQUIREMENTS TO BE GRANTED A FILING DATE UNDER 35 USC 111.

APPLICATION NUMBER: *60/499,972* ✓
FILING DATE: *September 03, 2003* ✓

**PRIORITY DOCUMENT**
SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH RULE 17.1(a) OR (b)

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

*Trudie Wallace*
TRUDIE WALLACE
Certifying Officer

PTO/SB/16 (05-03)
Approved for use through 4/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET

**This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53 (c).**

Express Mail Label No.    EV 327360990 US

## INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Haim | Shani | Israel |

☐ Additional inventors are being named on the _____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max)

DISTRIBUTED CONTROL FOR PROGRAMMABLE LOGIC CONTROLLERS USING WIRELESS AND WIRED NETWORKS

## CORRESPONDENCE ADDRESS

Direct all correspondence to:

☒ Customer Number    | 25461
OR    Type Customer Number here

| ☐ Firm or Individual Name | |
|---|---|
| Address | |
| Address | |
| City | | State | | ZIP | |
| Country | | Telephone | | Fax | |

## ENCLOSED APPLICATION PARTS (check all that apply)

☒ Specification Number of Pages    | 41       ☐ CD(s), Number |
☐ Drawing(s) Number of Sheets    |       ☒ Other (specify) | Return Postcard
☐ Application Data Sheet. See 37 CFR 1.76

## METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT

☒ Applicant claims small entity status.  See 37 CFR 1.27.
☐ A check or money order is enclosed to cover the filing fees                                FILING FEE AMOUNT ($)
☐ The Director is hereby authorized to charge filing fees or credit any overpayment to Deposit Account Number: |        |
☐ Payment by credit card. Form PTO-2038 is attached.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

☒ No.
☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

(Page 1 of 2)

Respectfully submitted,
SIGNATURE _____ *Dale Lischer* _____        Date | September 3, 2003
TYPED or PRINTED NAME    Dale Lischer          REGISTRATION NO. (if appropriate) | 28,438
                                                Docket Number: | 044586.001P
TELEPHONE    404-815-7041

## USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is used by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Provisional Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

*[handwritten notations:]* 15366 U.S. PTO 09/03/03 / 60/499972 U.S. PTO 09/03/03 / Unitronics Boss / Lawyer of Unitronics did This Fact



5    <u>**DISTRIBUTED CONTROL FOR PROGRAMMABLE LOGIC CONTROLLERS USING**</u>

<u>**WIRELESS AND WIRED NETWORKS**</u>    + GSM

<u>**Background of the Invention**</u>

**I.    <u>Distributed Control</u>**

10    The concept of distributed control, which has both a hardware and software component,

is known in the art.  Distributed control has been used since companies began installing

programmable controllers to manage independent parts of a factory floor.

As control technology evolved, the idea of islands of programmable controllers was

discarded in favor of larger, centralized controllers.  Industry is now moving back to a

15    decentralized approach in which small, intelligent controllers gather data locally and share it

across a network.

Recent technological advances have allowed companies to migrate from a centralized

structure to a true distributed architecture.  Main developments are embedded networking

capabilities (especially Ethernet, TCP/IP based solutions), new powerful CPUs making

20    controllers faster and stronger, enhanced security features required in decentralized architectures,

physical downsizing of controllers, and reduced pricing.

<u>Frost & Sullivan</u> research ("World Programmable Logic Controllers Market" (#7450-10))

points out some major trends in today's world automation market:

- The demand for programmable logic controllers (PLCs) is growing as end users

25    need more automation and are not able to afford machine downtime.

1

LIT/824161.1

5

- Users are taking advantage of commercial networks to connect PLCs in their systems.

- The future lies in distributed networking of powerful, low cost PLCs.

The research states that approximately 51% of the market consists of nano, micro, and small PLCs (the remaining 45% include medium, large, and special purpose PLCs). The world-

10 accepted research also found that the annual growth rate of nano and micro PLCs sales approximates 10-11%, while the compound annual growth rate of other types of PLCs is much lower and in certain cases even negative (for further details, see http://www.frost.com/).

Some of the factors driving decentralized control include reduced wiring, better reliability, aggregated computing power, scalability, and modularity (right sized solutions).

15 While the drive towards distributed networking and decentralized control has important advantages, it also has significant drawbacks:

- Each controller must to be programmed independently (islands of control code are created).

- Designers and programmers must take care of communications, signal sharing,
20 interlocking, and other data transfer requirements between the controllers.

- Maintenance is more complicated because global changes must be repeated in each component and a single change requires modifications in more than one controller.

- Although a decentralized control system is scalable, modular, and benefits from aggregated computing power, the workload between the processors is not balanced and
25 depends on the separation made by the designer.

2

5    Trying to get back to centralized control can solve some of these drawbacks, but then major disadvantages reappear:

- A centralized control system has lower flexibility and scalability: The maximum number of I/O devices that can be controlled is determined during design by the model of controller used.

10
- A single processor (CPU) and a given amount of memory are used for the entire system. Any future additional device, or any change in the system's configuration, needs to consider these limitations, or an oversized controller must be chosen in advance.

- Wiring requirements are extensive because all devices must be wired to a central controller.

15
- The use of remote I/O devices can reduce wiring requirements, but even then, adding more I/O to an existing controller does not add processing power and memory requirements. These are usually fixed.

As an illustration, a typical modern home automation suite allows the homeowner to electronically control lighting, air-conditioning and other energy consumption devices, security

20    and alarm systems, home theater systems, irrigation and water systems, hot water supply systems, and other controllable systems. Traditionally, a dedicated device (actually a controller) is used to control each sub-application independently (a distributed approach). But what if the homeowner wants to make the most out of his or her systems, combining conditions and linking all the different systems:

3

5 • When the rain detector connected to the irrigation controller detects rain, it should (1) skip the irrigation plan for the day (2) turn on heating in the baby's room (3) add an extra hour of heating to the hot water supply system.

• When the alarm system defects an intrusion it should (1) sound an alarm signal and dial "911" (2) turn on lights in the house in a sequence simulating a person walking (3) turn

10 on the irrigation sprinklers around the house.

• When no motion is detected for more than 15 minutes in a room by the motion detectors connected to the alarm systems, then (1) turn off working audio systems in that room (2) after 30 minutes turn off lights in that room unless instructed otherwise (3) after 60 minutes turn off air condition in that room unless instructed otherwise.

15 In order to perform these tasks in a typical distributed system, each controller is programmed independently. The linking conditions must be programmed in each controller that triggers a condition and in each controller that should react according to this controller, and a wiring or networking capacity linking these controllers must be provided.

Another approach can be the use of a centralized system: one large system that controls

20 all the devices with one controller. This allows every condition to be set in one control program, however wiring requirements in such a system are much more extensive, and one of the main disadvantages is the lack of flexibility and scalability. Any existing device that needs functional expansion, or any additional device that may need control in the future, require additional I/O to be added to the controller (if technically possible) and additional control programming will be

25 required too, adding more workload to the same processor and memory.

4

5    Therefore, a need exists for a system and method that uses the advantages of a distributed

control environment, without loosing the power of a centralized system in designing, right-

sizing, programming, running, and synchronizing an application.

## II.    Wireless Communication

Wireless use is today a worldwide, cross industry trend:

10    • Retailers – mobile shopping, personal shopper applications, merchandising, retail content

delivered to wireless devices, in store employee applications.

• Healthcare – physician practice management, pharmaceutical sales force automation, e-

clinical trials, hospital information systems.

• Financial Services – on-line financial services, wealth management, customer loyalty,

15    insurance claims.

• Utilities – field worker access to information (schematics, alerts), customer account

access, supply chain anywhere, machine-to-machine.

• Travel and Transportation – flight confirmations, rapid check-in, airline/airport

operations, route track and trace, rail car management.

20    Looking carefully into wireless machine-to-machine communication applications reveals

notable growth. Here are some examples:

• Service After Sale – commercial supplier of industrial heating and cooling systems

remotely monitors usage rates and tracks warranty data.

• Extended Operations – wireless transmission of production data eliminates the

25    requirement for timely manual data collection across remote area and reduces opportunity

for error in data entry.

5

5        • Cashless Payments – RFID transponders facilitate toll collection and monitor highway usage patterns.

        • Secure Identification – Smart Cards and embedded Smart Chips for access control and storage of personal records.

Frost and Sullivan research ("World Programmable Logic Controllers Market" (#7450-

10    10)) points out some major trends in today's world automation market:

        • "A major trend contributing to the growth of the world of PLCs has been the technological improvements in instruments that have enabled PLCs to remotely communicate with field instrumentation. The analytical instruments are now moving toward becoming transmitters for many applications in the process industry. Peer-to-peer

15        communications continues to increase as control is distributed to field devices and wireless technology is applied for remote sensing, control, and analysis."

        • "The combination of the Ethernet ports on the PLC's, and the connectivity to radio modems is expected to provide an end user with the benefits of networking and wireless connections in very harsh and noisy environments. A growing trend in the PLC industry

20        has been the introduction of Ethernet radio modems that assist the end user in many ways such as wireless communications between one PLC to another PLC, and a PLC to a PC."

        • "Due to changing environments in the manufacturing plants, it has become important for industrial communications such as the communication between an automated plant and its corporate information systems, PLC diagnostics, and programming. With Ethernet

25        emerging as a viable automation interface, these radio modems add new flexibility to system design by providing a highly reliable wireless alternative."

6

5    (For further details, see http://www.frost.com/).

The requirements of the PLC world for reliable communication links results mainly from the need to share data, transfer signals, communicate with sensors, and communicate with host computers (either for remote control or for programming purposes). In a distributed environment, the communication link is a key component for the entire system.

10    Existing solutions are based mainly on wired communication standards accepted by the industry, ranging from simple 2-wire or 4-wire physical infrastructures such as RS-232 or RS-485, using protocols such as ModBus or others, to Ethernet physical infrastructures using TCP/IP, or other protocols based on TCP/IP. These wired solutions are used both in the field bus level (connecting PLCs to field instrumentation, inputs, and outputs) and in higher levels such as

15    connecting PLCs to each other or to host systems.

The need to reduce or even eliminate expensive wiring requirements, while increasing flexibility and mobility, resulted in several existing wireless solutions, all using external/independent Radio Frequency (RF) modems as wireless communication adapters:

- License-Free Radio Modems – using ISM (industrial, medical, and scientific) frequency

20    bands such as 433Mhz, 900Mhz, 2.4Ghz. These frequency bands can be used in certain countries with no special license.

- Licensed Radio Modems – usually more powerful devices required for longer ranges. These devices use frequency bands that usually need operating licenses from local authorities.

7