5    • Wireless LAN Modems – a more recent trend, using standards such as IEE802.11 (b, g) developed to provide wireless connectivity especially for mobile computing (notebooks, PDAs, etc.), usually requiring one or more central access points to be present.

   • Cellular Modems – devices that use the cellular telephony infrastructure (usually nationwide), for data purposes. Cellular modems exist for all type of networks (GSM,

10   GPRS, CDMA, TDMA, iDEN, etc.).

   The main drawbacks of these existing solutions are:

   • The need to develop support for the wireless modem (rarely a standard feature in PLCs).

   • The need for radio operation licensing in certain cases (especially for long range operations).

15   • Relatively high cost of the devices (required for every PLC that needs to communicated wirelessly).

   • High operating costs when using a public wireless network (such as a cellular network), based either on traffic or on a fixed price.

   Returning to the home automation example mentioned above, wiring is required to

20   connect the controllers to the "world" being controlled (inputs such as sensors and outputs such as relays controlling valves, lights, air-condition motors, etc.), as well as to connect them to each other in order to allow data and signal interchange or remote programming. Therefore, an additional expensive network wiring is required. Any modification or expansion to the system (e.g., when adding a new controller for a new application) requires network infrastructure as

25   well.

8

5      Accordingly, a need exists for a system that eliminates the burden of such cabling requirements.

### III.    Internet-Based Communication Platforms

Instant messaging services such as AOL's, ICQ, Microsoft's, and Yahoo's "messenger" services all provide a communication platform using a client program installed on each user's

10     computer, based on prior registration to the service. The client program automatically notifies the service provider's server every time a user (the client program) is connected to the Internet. The server maintains a list of users currently online, their current Internet (IP) addresses, and their user profiles, and serves as a coordinator between users whenever a user initiates a communication with another listed user.

15     The actual communication is conducted directly between the users after getting all required information from the coordinating server. The communication can be a "chat" program, a "messaging" (email like) program, a file transfer program, a video conferencing application, a shared game, or other application.

Such "instant messaging" functionality would be useful in automation systems.

20     Returning once again to the home automation example mentioned above, other dimensions may be added to the automation suite by connecting the system to the "external world" outside the house. This would allow the system to:

- Send "intrusion detection" or "emergency button pressed" signals from the security system to a neighborhood consolidating system.

25   - Get the time of day from an external source in order to synchronize all elements.

9

5
- Allow easy web access from any Internet browser, to configure or remotely control various elements.

- Allow easy access from a cellular phone (via SMS or other wireless application) to control elements such as turning on the heating or air-conditioning when leaving the office or turning on the driveway lights when approaching the home.

10
As we have seen, a need exists for an automation and control system that provides "instant messaging" functionality.

LIT/824161.1

5 <u>**Summary of the Invention**</u>

The present invention answers these needs by (1) providing a unique control architecture, system, and series of devices for implementing various automation requirements (industrial, machine, process, building, home, and more) that is cost-effective, easy-to-use, scalable, and reliable; (2) replacing burdensome cabling with a reliable wireless link, making both installation

10 and future modifications easier; and (3) providing an Internet-based communication platform. The present invention is based on three combined powerful elements:

<u>**I.    D-Cent™ Network**</u>

The first element is a unique "Distributed/Centralized" (D-Cent™) network comprising a centralized control system where every unit connected to Inputs and Outputs (I/Os) has

15 processing power and memory, capable to perform logic and processing operations. The D-Cent™ network also can be seen as a distributed control network that is a network of independent Programmable Logic Controllers (PLCs) interconnected by means of a wired or wireless media. In a D-Cent™ network users develop a single application that is seamlessly transformed into a distributed application based on the actual configuration. In the diagram

20 below, the user designs one "centralized system" and programs one program for the entire application, but in fact the actual system's layout consists of several "independent" PLCs (A1, A2 A3 and B).

<u>**II.    Wireless Controllers**</u>

Wireless controllers comprise PLCs with embedded short range radio communication

25 capabilities, based on a MESH topology, with self-organizing and reliable communication. In the diagram below, PLCs A1, A2 and A3 communicate with each other using this wireless

11

5      communication, while PLC A1 also serves as a gateway for communication with PLC B and

with an Internet user.

### III.    WebAx-Control™ Platform

A Web Access (WebAx-Control™) platform allows easy development of web enabled

control application, without prior knowledge of web design or web programming.   In the

10     diagram below, a user connected to the Internet has access to the controlled environment through

a web server that provides this service.   The server is provided either as a product for large

customers, or as a service for smaller customers.



If the present invention were employed in a home automation suite, it would treat the

system as a whole even though independent controllers are controlling each sub-application.  The

homeowner could seamlessly create any condition tying any input to any output.  This promises

25     a new range of applications and an ease of implementation unknown in the art.  Any expansion

12

5     of the system adds a complete set of I/O connectivity with additional processing power and

memory.



In a D-Cent™ network system, all conditions are possible: wind speed and temperature measured by the climate control system seamlessly influences irrigation controlled by another system.

13

5          Moreover, the use of Wireless Controllers would eliminate the burdensome cabling

requirements by replacing cabling with a reliable wireless link, making both installation and

future modifications easier.



In a WilCo™ system, controllers communicate with each other using
an "any-to-any", reliable, wireless link.

LIT/824161.1

5        Lastly, the use of the WebAx-Control™ platform would allow easy implementation of

dynamic applications requiring connection to the "external world."



10

House 2

House 1

15

In a system using WebAx-Control™ platform, control elements can
communicate directly and easily with each other, after being
identified and coordinated by a WebAx-Control™ server.

The advantage of using Wireless Controllers can also be seen using an example taken

20      from the industrial world.  In today's dynamic market, a modern manufacturing plant should be

able to quickly and dynamically reconfigure machines and other resources in order to produce

different products and respond to market demands.  During a working day, a light beverages

bottler, for example, should be able to change the setup of a production line as required for a

specific product.  Such a change may require physical relocation of devices and mechanical

25      coupling of machines for different phases (cleaning, filling, sealing, labeling, packaging, etc.).

Usually each machine has its own PLC.

15

5      Since these machines are part of a production line they need to be synchronized.
Therefore, in addition to the mechanical coupling and electrical power connections,
communication wires need to be connected, making this task even less flexible.

The use of Wireless Controllers removes these burdens by incorporating a reliable
wireless link, simplifying setup and configuration modifications.

10     Accordingly, the present invention has the following benefits:

1.  The architecture and components of the present invention allow simple and easy
    implementation of small control applications based on a single controller or large
    distributed systems based on tens or even hundreds of dispersed controllers.

2.  Every unit connected to Inputs and Outputs (I/Os) has processing power and memory,
15      and is capable of performing logic and processing operations.

3.  In either small or large systems, the development of the application can be made without
    concern for the physical layout or communication.

4.  The use of wireless controllers eliminates expensive wiring and enhances modularity and
    reconfiguration ability.

20  5.  The present invention provides a simple, Internet-based, easy-to-use and easy-to-
        implement communication mechanism between PLCs, including instant messaging, file
        transfer, program upload and download, and remote access.

6.  The present invention provides the ability to web enable control systems (from simple
    home automation to complex city wastewater management) by means of an easy "drag-
25      and-drop" wizard which does not require prior web design or programming knowledge.

16

5

## Detailed Description of the Invention

The present invention provides a system and a method to use the advantages of a distributed control environment, without loosing the power of a centralized system in designing, right-sizing, programming, running, and synchronizing an application. The present invention also provides a reliable wireless link between PLCs, eliminating the need for expensive

10     communication wiring. In addition, the present invention provides an Internet-based communication platform for use in automation systems.

### I.     D-Cent™ Network

**A.     Highlights**

- A D-Cent™ system is a centralized system, where every Input and Output (I/O) unit has

15     its own processing and logic capability.

- A D-Cent™ system can also be seen as a distributed control network - a network of practically independent PLCs interconnected on a wired or wireless media, which have their own processing and logic capabilities and their own Inputs and Outputs (I/Os).

- In a D-Cent™ system, any future expansion of the system, adds a complete set of I/O

20     connectivity with additional processing power and required memory allowing true right-sizing.

- PLC members of a D-Cent™ system are not programmed independently. Like in a centralized system, a single programming environment is used to plan, design, and program the system as a whole, detached from the physical layout and configuration of

25     the network.

17

5
- The DeCentralizer™ compiling engine of the D-Cent™ network takes care of transforming the single application, into independent and specific code running in each network component. The network becomes then, the PLC.

- The advantages of a centralized control architecture are kept: ability to plan and design the system as a whole and one program for all the system instead of islands of control

10
  code, resulting in easier development and maintenance.

- The advantages of a distributed control architecture are kept too: modularity, scalability, reduced wiring requirements, and aggregated computer power.

**B.    D-Cent™ Distributed/Centralized Control Network**

The D-Cent™ network model is based on a "distributed/centralized" control network,

15    utilizing a single programming environment and a DeCentralizer™ compiling engine. A D-Cent™ system can be seen as a centralized control system, where every unit is connected to Inputs and Outputs (I/Os), has processing power and memory, and is capable of performing logic and processing operations, while being interconnected by means of a wired or wireless media. Alternatively, a D-Cent™ system may be characterized as a system based on a distributed

20    control network, i.e., a network of independent PLCs interconnected by means of a wired or wireless media.

Each D-Cent™ enabled PLC has its own processing unit (CPU), memory (for programs and variables), and inputs and outputs (I/Os). Inputs and outputs may be digital or analog signals and are used to connect the PLC to the controlled target. Lower-end D-Cent™ enabled PLCs

25    have 4-8 built-in I/Os while higher-end D-Cent™ enabled devices may have tens of built-in I/Os,

18

5    but are expandable to hundreds (usually by the aid of expansion units or external remote I/O modules).

D-Cent™ enabled PLCs may be equipped with communication ports enabling the direct connection of devices, bar code readers, scales, frequency converters, precision positioning encoders and other complex devices for immediate, uninterrupted access.

10    D-Cent™ enabled PLCs, have built-in networking capabilities in order to communicate with each other and to allow distributed control. WilCo™ architecture and methodology introduces PLCs with built-in Wireless support. The wireless network can be used for enabling D-Cent™ system control. Alternatively, D-Cent™ networking can use common wire based physical layers such as Ethernet and common communication protocols such as TCP/IP allowing

15    them to easily communicate with higher-level applications running on host computers (or other accepted networking technologies such as DeviceNet, CanBus, or Can derivatives).

The essential requirement to establish a D-Cent™-ready system, is to have a network of D-Cent™ enabled PLCs, i.e., PLCs containing the software and operating system with certified support for the D-Cent™ programming and control environment, described herein.

20    C.    D-Cent™ Single Programming Environment

PLC programming today mirrors the world's software development trends, making programming tasks simpler and less time-consuming. Advanced single programming environments allow easy development, configuration management, work group exchange facilities, and more. The D-Cent™ PLC programming environment follows these trends, based

25    on the International Electro-technical Commission IEC-1131 standard, which certifies languages for programming PLCs. A D-Cent™ PLC programming environment must support common

19

LJT/824161.1

5    needs such as multi-user and multi-project uses, as well as couple with large systems being

designed and programmed. The present invention includes such a software tool called

VisiLogic™ which is used to create control projects for D-Cent™ enabled controllers.

Using the present invention, the application is planned as a whole, as if a centralized

system was used. After planning the control tasks, the VisiLogic™ software tool is used to write

10    the PLC control code (the actual logic, coded in Ladder Diagram or other accepted PLC

programming languages) and the related HMI required (Human Machine Interface - operating

panel's display and function where applicable). All system inputs and outputs (I/Os) are defined

using symbolic names, with no regard to the physical layout and the actual connection.

For example:

15    • *StartOfLineSensor* represents a photo cell physically connected to input number 8 of PLC

number 1

• *EndOfLineSensor* represents a photo cell physically connected to input number 3 of PLC

number 5

• *StopMotor* represents a relay physically connected to output number 3 of PLC number 5

20    The programmer uses only these symbols without knowing at this stage how they are

connected. In an illustrative language:

IF  *EndOfLineSensor*

AND NOT  *StartOfLineSensor*

THEN  *StopMotor*

25    In order to comply with modern programming techniques and the need to code large

programs, the use of functions and subroutines allows selective repetitions of code execution,

20

5    along with other unique techniques required in a distributed environment such as symbolic

indexed I/O (i.e., *PhotoSensor*[i], where i is resolved either during compilation or during

runtime).

Another specific feature of a D-Cent™ PLC programming environment, is to allow the

designer or programmer to specifically designate a part of the code to run on a specific PLC

10   within the network.  As described later, the DeCentralizer™ compiling engine automatically

performs the task separation in an optimized manner, however in certain cases, the designer

needs to control this function for performance or other reasons.

In a D-Cent™ system, there is a need at a certain stage to tie the logical and physical

worlds to one working system.  A D-Cent™ Network Configurator is a software tool within

15   VisiLogic™ software tool for the D-Cent™ system that is used to define the actual layout of the

controllers network.  All PLCs in the system are defined, along with their actual I/O connections.

A graphical user interface is used to graphically draw the network and its components.  This is

the mapping that links the symbolic names of I/Os used to program the application, to the real

physical world of the network of PLCs and connected I/Os.

20   **D.      The DeCentralizer™ Compiler Engine**

The most challenging part of the D-Cent™ model is its DeCentralizer™ engine, the main

purpose of which is to seamlessly transform the single application program written for a D-

Cent™ system, into decentralized code, i.e., independent code to be executed in each PLC of the

network..  Several phases are being executed:

25   • Compilation

• Separation

21

5
- Optimization

- Simulation

- Finalization

- Intelligent Download

- Run Synchronization

10      The DeCentralizer™ compiler engine examines the PLC program and the network configuration defined with VisiLogic™ software tool and then compiles the PLC program. Compilation includes gathering all the relevant program information, parsing it, and transforming it into a machine-readable intermediate form.

        During the Separation phase, the DeCentralizer™ compiler engine determines which part

15      of the code will be executed by which PLC and what information will be transferred over the network between the PLCs. At this stage, a complete distributed system is created out of a single program.

        In its Optimization phase, the DeCentralizer™ compiler engine makes sure that only the required code is executed in each PLC and only required information is transferred. Another

20      goal of this phase is to balance the workload between the PLCs as much as possible.

        The main challenge of the separation and optimization phases is the need to "understand" the application in a way that will allow automatic breakdown of the code into separate independent (but synchronized) code for each PLC. The DeCentralizer™ compiler engine algorithms handle such challenges as sharing complex variables (flags, "memory bits" or other

25      types) between the PLCs, handling the difference of SCAN TIME between the PLCs, and synchronizing outputs physically connected to different PLCs.

22

5          The Simulation phase is required to analyze whether the system will provide the required

performance, based on known constraints such as the physical layout (i.e., which I/O is

connected to which PLC), the network available bandwidth, and the workload of each PLC. This

is a powerful iterative debugging task, which may require the user to get back to the program or

even to the design layout and modify it. Such a what-if simulation can be performed even before

10         a real system is ever built.

           When the application is ready and simulated, the Finalization phase transforms the

specific code of each PLC to the final form required by the hardware of each specific PLC.

           The Download phase actually downloads and verifies the code over the network to each

PLC. The download process does not interrupt the work of an active PLC. The new program is

15         kept in a mirror memory area of each PLC, and waits for a signal to swap. An important feature

of the download phase is the ability to keep records of each download within the PLC and in the

host used for programming and downloading. As a result, unauthorized downloads are

prohibited, and electronic signatures are created and maintained for every change in each PLC

(required for better configuration management purposes and for regulatory requirements such as

20         FDA CFR 21 part 11).

           Finally, when the new application is downloaded to all the PLCs in the network using the

internet or other media (a task that may be time consuming especially when a multi-site is being

programmed), a Run Synchronization process is performed in order to simultaneously stop all

active PLCs, swap the active program to the new one, and either simultaneously start all PLCs or

25         start the PLCs in a predefined start sequence.

LIT/824161.1

5  **E.    Behind the DeCentralizer™ Compiler Engine**

As previously explained, the most challenging part of the D-Cent™ network model is its

DeCentralizer™ compiler engine.  In order to seamlessly transform a single application program

written for a D-Cent™ network system into decentralized code (i.e., independent code to be

executed in each PLC of the network), the software engine has to "understand" the application

10  and separate it.

The core of the DeCentralizer™ compiler engine is a multi-pass compiling engine that

reads the input program, processes it, and creates the output code for each PLC in the network.

There are several techniques for implementing the DeCentralizer™ compiler engine.   The

following paragraphs show one specific method which demonstrates the common logic.

15

```
┌──────────┐      ┌──────────┐      ┌──────────┐
│  Input   │ ──▶  │ Compiling│ ──▶  │  PLCs    │
│ Program  │      │  Engine  │      │  Code    │
└──────────┘      └──────────┘      └──────────┘
```

The DeCentralizer™ compiling engine performs multiple passes, each using the output of

the previous stage and shared data structures as depicted in the flowchart below:

20

24

5



10

15    The DeCentralizer™ compiler engine is designed to handle various accepted PLC

programming languages. Some are high level (HL) languages, such as C, while others are

symbolic graphic programming languages, such as Ladder Diagrams. Therefore, the initial

processing stage of the DeCentralizer™ compiler engine varies depending on the type of

programming language used.

20    **1.    Lexical Analysis (Scanning and Screening) Phase**

This stage is used for compiling high level languages (such as C). During this stage, the

Decentralizer™ compiler engine reads the program input file, detects the use of illegal symbols,

and performs several additional screening tasks, such as eliminating spaces and identifying

language keywords, standard identifiers, and count line numbers. The output of this stage is a

25    "tokenized" program, i.e., the program text is transformed as a sequence of "tokens," or symbols.

25

5    Most of the tasks performed by the Lexical Analysis phase can be skipped when using a graphical (GUI-based) programming environment, such as VisiLogic™, for programming in a symbolic language, like Ladder Diagrams. This is because the user is forced to use predefined graphical elements from a given list.

### 2.    Syntax Analysis (Parsing) Phase

10    This stage reads the sequence of tokens (the "tokenized" program), builds an abstract syntax tree, reports as many as possible syntax errors, and, when possible, diagnoses and corrects syntax errors. The output of this stage is an abstract syntax tree, which is a data structure representing the parsed program in terms of categories such as "declarations," "statements," "expressions," etc.

### 15    3.    Semantic Analysis Phase

The Semantic Analysis stage reads the abstract syntax tree, reports semantic errors such as undeclared variables or type mismatches, resolves the usage of variables, and adds attributes to the abstract syntax tree.

The stages described above are considered basic with respect to compiling techniques. 20    They are only prerequisite steps which are required before the Separation phases of the DeCentralizer™ compiler engine, described below.

### 4.    Dependency Analysis Phase

One of the challenges of the DeCentralizer™ compiler engine is that it must "understand" the program before separating tasks to different PLCs. A first level of such "understanding" was 25    performed in the previous Semantic Analysis stage (by resolving usage variables, defining scope of variables, etc.). The Dependency Analysis stage checks the dependency of control logic

26

5    elements in order to determine statements that may require additional "gluing" logic in case of

separation between PLCs.

For example in a program:

        IF  *EndOfLine*
                **THEN**    *StopMotor*
10                          |
                and later:
                            |
        IF  *StopMotor*
                **THEN**    *RedLight*
15

Or in Ladder Diagram form:



20    and later:

25    In this case the output (*StopMotor*) set at one stage of the program is used by a later step

of the program to set another output (*RedLight*).  This dependency may occur directly in a

subsequent statement, or indirectly in a called procedure.

The Dependency Analysis pass builds a cross reference dependency table containing the

number of later existing dependencies for every data item set by a statement (any variable or

30    output "assigned" a value), as well as a reference to these statements.  In the above example, the

data item *StopMotor* that represents a physical output is used later as an input, and therefore a

dependency count for this data item will be set to 1, with a reference pointer to the later usage.

27

5    **5.    Initial Mapping Phase**

The Initial Mapping phase of the DeCentralizer™ compiler engine builds the first

decision table, which will be used later to determine which PLC executes which statement, by

mapping the physical I/O connected to each PLC. For this purpose, several data structures are

used:

10    A Configuration Table is defined by the user, either graphically:



Or textually in a simplified table:

| I/O num or name | Physical PLC |
|:---:|:---:|
| 1 | A |
| 2 | A |
| 3 | A |
| 4 | B |
| 5 | B |
| 6 | B |
| 7 | C |
| 8 | C |
| 9 | C |

28

LIT/824161.1

5       Both representations have a data structure that links each I/O to its physical connection (specific PLC and specific address in the PLC). A Control Statement Weighting Matrix (CSWM) is built to serve as the main decision table for the "DeCentralizing" process. At the end of the entire compiling process, each program statement must be executed in a certain PLC on the network. The CSWM holds one instance of this matrix per statement for each PLC in the

10      network, as schematically depicted in the diagram below:

| PLC | Criteria | Value | Weighted Score |
|-----|----------|-------|----------------|
| 1 | Inputs | | |
| | Outputs | | |
| | CPU Usage | | |
| | Memory Usage | | |
| | Communication | | |
| | | | |
| | | Total Score | |

X Statement 1............N

| PLC | Criteria | Value | Weighted Score |
|-----|----------|-------|----------------|
| N | Inputs | | |
| | Outputs | | |
| | CPU Usage | | |
| | Memory Usage | | |
| | Communication | | |
| | | | |
| | | Total Score | |

Each instance holds information about the relevance or coupling between a specific statement and a specific PLC, based of several binding criteria. Examples of such criteria are:

• Inputs – how many physical inputs of the specific PLC are being referred to in the

35      statement being checked.

29

LIT/824161.1

5    • Outputs – how many physical outputs of the specific PLC are being referred to in the
        statement being checked.

     • CPU Usage – how much CPU usage does this statement require from this specific PLC.

     • Memory Usage – how much memory does this statement require from this specific PLC.

     • Communication – how much communication with other PLCs does this statement require

10      if executed in this specific PLC.

        The Initial Mapping pass runs over all statements, and fills (based on the configuration

table) a CSWM table for each combination of Statement/PLCs. This is a simplified version of

the process. An optimized process builds CSWM tables only for relevant combinations of

Statement/PLCs.

15   6.    **Initial Weighting Phase**

        Following the creation of CSWM tables during the previous phase, an Initial Weighting

process is performed. This pass runs over the CSWM tables and makes an initial assignment of

each statement for each PLC. In order to do so, a predefined Weights Table is used. This table

specifies the weight of each separation criteria in the CSWM table. For example:

| Criteria | Weight |
|---|---|
| Inputs | 5% |
| Outputs | 55% |
| CPU usage | 10% |
| Memory Usage | 10% |
| Communication | 20% |

20

        In this sample Weights Table, if an output referred to within a statement is physically

connected to the specific PLC, it has high weight of 10, suggesting that this statement should be

executed in this PLC. The Initial Weighting phase multiplies each value (counted by the

                                      30
                                                    LIT/824161.1

5  previous step for each Statement/PLC combination) by the predefined weight of the specific criteria, then sums the results to form a total score for each Statement/PLC combination.

By the end of this phase, an initial PLC assignment table is created. Every statement will be executed in the PLC for which the CSWM table got the highest score.

### 7.  Synchronization Phase

10  The Synchronization phase detects missing logical links based on the initial PLC assignment, and then refines the PLC assignment. During this stage, the PLC assignment table and the cross reference dependency table are analyzed, and "gluing" statements (or "phantom" statements) are added in order to mirror information required by dependent statements that were divided between multiple PLCs.

15  ### 8.  Optimization Phase

At this stage, optimization is required to increase efficiency of the system, improve Scan time of each PLC, decrease space requirements, and balance the workload. In this pass, specific de-centralizer optimization tasks are performed by several means (based on further analysis of the CSWM and other previously described tables) including:

20  • Combining data that needs to be mirrored between detached PLCs in order to minimize communication.

• Moving non-critical code from busy PLCs to less busy PLCs, provided that score is not much affected (the busyness of a PLC is determined by an index computed by combining total CPU usage and memory usage of all statements assigned to one PLC).

25  • Partially rerunning the Mapping, Weighting, and Synchronization phases in order to assess the changes proposed by this phase.

31

5          In addition, general compiler optimization schemes can be applied:

- Machine independent transformations (e.g., removal of redundant computations, removal of useless code).

- Machine dependent transformations (e.g., improve mapping onto machine, replace costly operation with cheaper ones, replace sequence of instructions with more powerful ones).

10          Such techniques include loop unrolling, factoring loop invariants, and strength reduction.

**9.     Code Generation Phase**

For each PLC, a Code Generation phase is executed in order to provide loadable code – sequences of machine operations that are semantically equivalent to the intermediate representation of statements previously treated by the compiler. This includes instruction

15    scheduling (reordering the produced operation stream in order to minimize pipeline stalls and exploit the available instruction level parallelism), register allocation, etc.

**II.     Wireless Controllers**

**A.     Highlights**

- A Wireless Controller is a Programmable Logic Controller (PLC) with embedded (built-

20          in) short range radio communication.

- The Wireless Controller is a self-contained device that does not require any external transceiver or RF module, and/or any external antenna.

- Some Wireless Controller applications may require the use of an external antenna for increased range.

32

LIT/824161.1