5     • A network of Wireless Controllers use a reliable wireless link to replace the expensive communication wiring usually connecting PLCs, in order to share data, signals, communicate with sensors, communicate with hosts, etc.

    • The wireless link can be based on various technologies including, but not limited to, spread spectrum communication using ISM (industrial, scientific, and medical) frequency

10     bands.

    • The preferred wireless link implementation utilizes a mesh network topology, with self-organizing capabilities. Such implementation can use MIT Media Lab patented technology (U.S. Pat. No. 6,028,857).

    • Ease of installation, flexibility, scalability and high reliability are the major advantages of

15     Wireless Controllers.

**B.    The Wireless Controller Technology**

An RF module (radio frequency electronic circuitry) in integrated in each WilCo™ wireless PLC, along with a built-in antenna. The RF module is integrated in the same housing of the PLC and in certain cases even sharing the same electronic printed circuit board (PCB) with

20 the "standard" PLC circuitry (processor, memory, I/O).

The embedded RF module uses a license-free frequency band such as an ISM (industry, medical, scientific) band, implementing a publicly accepted communication standard such as Bluetooth™, IEE802.11 (a/b/g), ZigBee™ or others.

In order to provide a better signal to noise (S/N) ratio and to reduce the probability of

25 interference, a spread spectrum technology is used based either on the "direct sequence" or "frequency hopping" techniques. Frequency hopping, for example, (as demonstrated in the

33

5    Bluetooth™ schematic diagram below) allows coexistence of multiple stations in the network,

statistically lowers the probability for interference, and increases network security.



10

A WilCo™ wireless controller uses a built-in integrated antenna, such as a printed circuit

board antenna or an embedded PIFA antenna. These are Omni-Directional antennas that allow

PLCs to communicate with each other in any direction, however the distance range is reduced.

15    An optional external antenna can be connected to certain models in order to use a higher gain

antenna (such as a directional antenna), resulting in a higher distance range.

The topology of a WilCo™ wireless controller network can be STAR or MESH. A

STAR network features a central connection point called a "hub" or "access point", and generally

requires more cable, but a failure in any star network cable will only take down one PLC's

20    network access and not the entire network.

MESH topologies involve the concept of routes. Unlike the STAR topology, messages

sent on a mesh network can take any of several possible paths from source to destination. Some

WANs, like the Internet, employ mesh routing.

25

34

5



10

15       The preferred implementation of WilCo™ wireless controller utilizes a mesh based

system, as shown in the above diagram, describing MIT's Media Lab patented technology for

wireless industrial control and sensing (U.S. Pat. No. 6,028,857).

         Using such technology, a WilCo™ PLC can send and receive messages, but in a mesh

network, a WilCo™ PLC also functions as a router and can relay messages for its neighbors.

20  Through this relaying process, a packet of wireless data will find its way to its ultimate

destination, passing through intermediate stations and adding reliability and redundancy.

         Using such technology, WilCo™ PLCs are self-configured and self-organized without

the need for a system administrator.  A mesh network is redundant, allowing automatic rerouting

of messages should one node fail.  A mesh network is also scalable to hundreds or even

25  thousands of nodes.  Thus adaptability and scalability are important characteristics of such a

system.

35

5    The integration of an embedded RF link in a PLC requires "environment awareness," especially in a mesh system. This means that a WilCo™ PLC has in addition to its normal PLC activity the need to "know" its neighbors and to "understand" the network. A WilCo™ PLC maintains a dynamic table of the network members with whom contact is established and required. A special "Vertigo Procedure" can be planned by the programmer (or can be defaulted

10    to a standard provided procedure) should a WilCo™ PLC encounter a severe communication problem, indicated by failed attempts to communicate with any of its known neighbors.

Every PLC performs standard activities that include reading ("scanning") all inputs, performing logical functions (the control program itself), and writing to the relevant outputs. These tasks are repeated endlessly and each execution takes a "scan time" (usually milliseconds).

15    In a WilCo™ PLC, the scan time is not affected by the wireless functionality added to the PLC. This can be achieved by using an additional independent processor for controlling the wireless link, by using PLC idle times and advanced interrupt management for wireless link related tasks, or by any combination of these techniques.

The coexistence of controller (PLC) circuitry, RF circuitry, and a controlled environment

20    (industrial, medical, or other), requires a combination of low radiated interference (RFI/EMI) from one side, with a high level of immunity against such interference from the other side - although RF transmission and reception is a basic requirement of the system. A WilCo™ PLC complies with these requirements using solutions such as on board electronic filters, shielding materials,    software-aware    switched    transmission,    and/or    other    techniques.

25

36

5    ### III.    WebAx-Control™ Platform

####    A.    Highlights

- WebAx-Control™ platform provides an Internet-based communication platform for automation and control applications.

- WebAx-Control™ platform functions similarly to instant messaging services (such as
10     AOL's or Microsoft's messengers, ICQ, Yahoo messenger and others), however, it is designed to be used by control elements to "chat" with each other (e.g., exchange data, signals, programs, synchronization messages) over the Internet.

- In order to communicate, WebAx-Control™ clients (control elements such as PLCs) coordinate their initial direct communication through a WebAx-Control™ server that
15     provides the coordination service.

- In addition to the coordination service, the WebAx-Control™ server can provide additional optional services such as easy Web interface to control elements, automatic messages rerouting to other services (emails, cellular SMS messages, etc.), and control program distribution.

20     - In order to use the WebAx-Control™ platform, a control element (such as a PLC) requires an Internet connection (wired or wireless connection).

####    B.    WebAx-Control™ Client

A WebAx-Control™ client is a software core that needs to reside in any control element wishing to use this service. A WebAx-Control™ client can be added or loaded into PLCs (or to
25     be included as a built-in support within the PLC operating system like WilCo™ controllers) and

37

5    the WebAx-Control™ client can be installed on PC systems wishing to become control elements in a designed system.

A natural prerequisite for all control elements (PLCs and PCs) is that Internet connectivity will be provided, namely, existing TCP/IP protocol support, Ethernet LAN support and connection of the LAN to the Internet (usually through routers, firewalls, and other network

10    management devices), or dialup connectivity through dialing modems. These prerequisites are easily fulfilled today by all PC systems and by a growing number of PLCs with built-in Ethernet and TCP/IP support (including the WilCo™ controllers).

**C.    WebAx-Control™ Servers**

The primary goal of WebAx-Control™ servers is to provide network presence awareness

15    and coordination services for WebAx-Control™ clients. WebAx-Control™ servers can be considered as "rendezvous" corners – a meeting point service for control application.

Whenever an active control element (PC or PLC) running WebAx-Control™ client comes online (connects to the Internet), the WebAx-Control™ client reports its presence to a predefined, known server (either public or private – see below).

20    Any online control element (the initiator) that needs to communicate with another online control element (the responder) asks the WebAx-Control™ server for a unique handle that will allow this connection, based on an OTP (one time password) algorithm. Following a positive identification of the initiator based on an authentication scheme, and following authorization and security rules defined by the responder element, the handle is granted to the initiator. The

25    initiator (provided with a valid handle) can then communicate directly (peer-to-peer) with the responder and maintain an open link for exchanging data, signals, programs, etc.

5        WebAx-Control™ servers are either public or private:

- Public WebAx-Control™ Server – A system established and maintained by Unitronics for public use, providing WebAx-Control™ services. The use of the server requires registration.

- Private Server – A WebAx-Control™ Server established and maintained by an interested

10        party for private use.

**D.    WebAx-Control™ Web Based Administration**

In order to use a WebAx-Control™ Server, a client must be registered in that server and get its unique ID. Registration is performed through the web-based interface of the server. This interface allows:

15
- Administration (Registration/Removal) of clients.

- Administration of clients' profiles.

- Administration of authorization and security schemes (which client is entitled to communicate which other client).

- Administration of add-on (see below) services provided by the server.

20        To use the interface, the user must be registered and authenticated.

**E.    WebAx-Control™ Add-On Services**

Because all communications are initiated through a WebAx-Control™ Server, the server is able to provide add-on services to its clients. Such services may include:

- Easy Web Access – a simple remote control and monitoring web-based application that

25        can be easily created using a web-based or a pc-based editor. Such application creates a

39

LIT/824161.1

5          private web page for the application, including textual and graphical elements linked to

real events and signals of WebAx-Control™ clients (i.e. inputs and outputs of a PLC).

- Heart Beat monitoring – an application that can monitor control elements either actively

(sending heart beat check requests in predetermined intervals) or passively (waiting to get

heart beat messages in predetermined intervals). A failed heart beat check can trigger a

10         message to another control element or trigger any other operation defined by the user.

- Statistics – rules that are based on messages statistics can trigger operations defined by

the user according to the rate or number of communications. Reports can be made

available for monitoring or accounting purposes.

- Message Center – The server can act as a centralized message center that consolidates

15         messages from control elements and perform actions based on predetermined rules,

triggering emails, cellular SMS messages or other messages to control elements.

F.    **Programming in a WebAx-Control™ Environment**

Clients of a WebAx-Control™ system can communicate with each other over the Internet

20    after initiating the communication through a server.

The first and immediate type of communication provided by the WebAx-Control™ is the

seamless inter-PLC communication. A PLC can access I/O and other data types (memory bits,

flags, variables etc.) of other PLCs seamlessly in its programming environment. This enables

distributed control systems to expand the system over the Internet. The seamless programming

25    requires the programming environment and control elements (PLCs) to have built-in support to

this feature.

40

5        Combined with the D-Cent™ model, a centralized system can be designed and implemented based on numerous smaller systems that reside in different geographical locations.

Instant Messaging between control elements (PLCs or PCs), is another type of communication. Any WebAx-Control™ client can send a limited length immediate message to any other client (based on the authorization policy applied). The receiving part can read this

10      message, acknowledge, reject, and react upon it – based on the application. The message can be sent either directly from one control element to another, or through the server (for relaying purposes in case of a temporary downtime of one element). The sending part is always notified if message reached its destination.

Other applications require specific programming to be implemented in the control

15      element. The WebAx-Control™ client provides an open and documented set of Application Programming Interfaces (APIs) that enables developers to develop their own applications (both within PLC and PC elements), while all communication is initiated, handled, and transferred over the Internet by the WebAx-Control™ mechanisms.

41

# Using the M20 Modem Kit

Use the M20 Modem kit to enable your SMS-enabled OPLC to communicate via GSM cellular networks. The kit contains an M20 GSM modem and related hardware. The modem contained in kit GSM-KIT-1 works at 900MHz.

To use this kit, you must comply with all safety instructions given in the data sheet that accompanies the modem.

## Connections

The figure below shows you how to assemble the different elements of the M20 Modem kit, and how to connect the modem to an OPLC.



*Figure 1     Setting up the Modem*

**Using the M20 Modem Kit**                                                      **3/02**

## Component Identification, Figure 1

| # | Description | Notes |
|---|---|---|
| 1 | RS232 cable, terminated by RJ11 connectors (available by separate order, p/n RS232-CB1) | This cable is not part of the kit.  It is used to download programs to an OPLC. The 9-pin **female** connector supplied with the cable is MJ10-22-CS25. Before you connect the OPLC to the GSM modem, replace this connector with the 9-pin **male** adapter that is supplied with the kit, MJ10-22-CS26. |
| 2 | 9 pin male adapter, MJ10-22-CS26 | |
| 3 | 9-pin RS232 port | Located on modem. |
| 4 | Power supply cable | |
| 5 | End of power supply cable | Red wire—positive, white wire—negative. |
| 6 | Power supply connector | Located on modem |
| 7 | LED status indicator | |
| 8 | SIM card drawer | To open the SIM card drawer, press the button shown in Figure 1 with a pointed object. Note that the drawer should be open **only** when the modem is turned **OFF**, and that **only** a 3V mini SIM card may be used. |
| 9 | GSM antenna | |

## Mounting the Modem

1. Screw the modem to a flat surface according to the diagram in Figure 2.



*Figure 2      Mounting*

                                              **Unitronics Industrial Automation Systems**

## Modem RS232 port pin-out

D-type 9 pin, female, DCE:

| Pin | Description |
|-----|-------------|
| 1 | DCD (Data Carrier Detect) |
| 2 | RXD (Receive Data) |
| 3 | TXD (Transmit Data) |
| 4 | DTR (Data Terminal Ready) |
| 5 | GND (Signal Ground) |
| 6 | DSR (Data Set Ready) |
| 7 | RTS (Request To Send) |
| 8 | CTS (Clear To Send) |
| 9 | RI (Ring Indicator) |



*Figure 3*    *RS232 Port*

## LED: Status Indication

The LED indicator is green, and is shown in Figure 1.

| LED Status: | Indicates the modem is: |
|-------------|-------------------------|
| OFF | Switched OFF |
| Blinking | Switched on, searching for network |
| ON | Switched on, network found |

**Using the M20 Modem Kit**                                                                      **3/02**

## Technical Specifications

### M20 Modem

| | |
|---|---|
| Input voltage range | 8 - 28.8VDC with ±5% ripple |
| Current consumption | 200mA @ 12VDC,   100mA @ 24VDC |
| Status indication | Green LED - see page 3, LED: Status Indication |
| SIM card | 3V mini SIM card **only** |
| GSM frequency | 900MHz |
| Mounting method | Screw-mounted using Ø3mm screws - see page 2 |
| Weight | 145g (5.11oz.) |
| Dimensions | 107 x 63.5 x 31.3mm ( 4.2 x 2.5 x 1.23") |
| Operational temperature | -20 to 55°C (-4 to 131°F) |
| Antenna connector type | FME female |

### Antenna

| | |
|---|---|
| Antenna frequency | 900MHz and 1800MHz (Dual band) |

### Power supply cable

| | |
|---|---|
| Length | 1.5m (4.9') |
| Part Number | MJ10-22-CS27 |

## Accessories (available by separate order)

| Part Number | Description |
|---|---|
| PS-GSM-101 | Power supply for the modem, 110/220VAC |
| RS232-CB1 | RS232 communication cable; used to connect between the OPLC and modem; it is the same cable used to download programs to an OPLC. |
| MJ10-22-CS28 | RS232 communication cable; used to connect between the OPLC and a PC. |
| GSM-ACC-11 | Accessory kit for M20 modem, 900/1800MHz; includes antenna, communication adapter, and power supply cable. |

Unitronics product sold hereunder can be used with certain products of other manufacturers, including but not limited to Wavecom and Siemens, at the user's sole responsibility.
The information provided is subject to change without notice.

PS: 5408-0100-8

**Unitronics Industrial Automation Systems**

# Using the TC35 Modem Kit

Use the TC35 Modem to enable your SMS-enabled OPLC to communicate via GSM cellular networks.
The GSM-KIT-12 contains a TC35 GSM modem, capable of functioning at 900/1800MHz, and related hardware.

To use this kit, you must comply with all safety instructions given in the data sheet that accompanies the modem.

## Connections

The figure below shows you how to assemble the different elements of the TC35 Modem kit, and how to connect the modem to an OPLC.



*Figure 1    Setting up the Modem*

**Using the TC35 Modem Kit**                                                                 **3/02**

| # | Description | Notes |
|---|---|---|
| **Component Identification, Figure 1** | | |
| 1 | RS232 cable, terminated by RJ11 connectors (available by separate order, p/n RS232-CB1) | This cable is not part of the kit. It is used to download programs to an OPLC. The 9-pin **female** connector supplied with the cable is MJ10-22-CS25. Before you connect the OPLC to the GSM modem, replace this connector with the 15-pin **male** adapter that is supplied with the kit, MJ10-22-CS26. |
| 2 | 9 pin male adapter, MJ10-22-CS26 | |
| 3 | 9-pin RS232 port | Located on modem. |
| 4 | Power supply connector | Located on modem. |
| 5 | Power supply cable | |
| 6 | End of power supply cable | Red wire—positive, white wire—negative. |
| 7 | GSM antenna port | Located on modem. |
| 8 | GSM antenna | |
| 9 | LED status indicator | |
| 10 | SIM card drawer | To open the SIM card drawer, press the button marked in Figure 2 with a pointed object. Note that the drawer should be open **only** when the modem is turned **OFF**, and that **only** a 3V mini SIM card may be used. |



*Figure 2     Side View*

---

**Unitronics Industrial Automation Systems**

## Mounting the Modem

1. Screw the modem to a flat surface according to the diagram in Figure 3.

*Figure 3     Mounting*

## Modem RS232 port pin-out

D-type 9 pin, female, DCE

| Pin | Description |
|-----|-------------|
| 1 | DCD (Data Carrier Detect) |
| 2 | RXD (Receive Data) |
| 3 | TXD (Transmit Data) |
| 4 | DTR (Data Terminal Ready) |
| 5 | GND (Signal Ground) |
| 6 | DSR (Data Set Ready) |
| 7 | RTS (Request To Send) |
| 8 | CTS (Clear To Send) |
| 9 | RI (Ring Indicator) |



*Figure 4     RS232 Port*

**Using the TC35 Modem Kit** 3/02

## LED: Status Indication

The LED indicator is green, and is shown in Figure 2.

| LED Status: | Indicates the modem is: |
|---|---|
| OFF | No power/ Sleep Mode |
| Fast blink | Searching for network (may also indicate a missing SIM or PIN) |
| Slow flash | Standby, network found |
| ON | Communications in progress |

## Technical Specifications

### TC35 Modem

| | |
|---|---|
| Input voltage range | 8 - 30VDC |
| Current consumption | 200mA @ 12VDC |
| | 100mA @ 24VDC |
| Status indication | Green LED - see page 4, LED: Status Indication |
| SIM card | 3V mini SIM card **only** |
| GSM frequency | 900/1800MHz |
| Mounting method | Screw-mount using Ø3mm screws - see page 3 |
| Weight | 130g (4.58oz.) |
| Dimensions | 65 x 74 x 33mm (2.56 x 2.9 x 1.3") |
| Operational temperature | -20 to 55°C (-4 to 131°F) |
| Antenna connector type | FME male |

### Antenna

| | |
|---|---|
| Antenna frequency | 900MHz and 1800MHz (Dual band) |

### Modem power supply cable

| | |
|---|---|
| Length | 1.5m (4.9') |
| Part number | MJ10-22-CS27 |

## Accessories (available by separate order)

| Part Number | Description |
|---|---|
| PS-GSM-101 | Power supply for the modem, 110/220VAC |
| RS232-CB1 | RS232 communication cable; used to connect between the OPLC and modem; it is the same cable used to download programs to an OPLC. |
| MJ10-22-CS28 | RS232 communication cable; used to connect between the OPLC and a PC. |
| GSM-ACC-12 | Accessories kit for TC35 modem, 900/1800MHz; includes antenna, power cable and communication adapter. |

Unitronics product sold hereunder can be used with certain products of other manufacturers, including but not limited to Siemens, Hirshman, and Smarteq at the user's sole responsibility.
The information provided is subject to change without notice.

PN: 5408-0110-1

# The GSM-32J Modem Kit: Sony Ericsson GM29

This kit enables your SMS-enabled OPLC to communicate via cellular networks.
The kit, GSM-KIT-32J, contains a Sony Ericsson GM29 GSM modem and related hardware. Note that the Sony Ericsson GM29 modem can communicate via GSM, GPRS + TCP/IP at 900/1800MHz.

## Connection

The figure below shows you how to assemble the different elements of the Sony Ericsson GSM-32J Modem Kit, and how to connect the modem to an OPLC.



*Figure 1*    *Setting up the Modem*

**The GSM-32J Modem Kit: Sony Ericsson GM29**                                **10/06**

## Component Identification, Figure 1

| # | Description | Notes |
|---|---|---|
| 1 | GPRS/GSM 6-wire cable, terminated by RJ11 connectors, p/n MJ10-22-CS90, or p/n MJ20-CB200 | This cable is part of the kit. Connect it to the modem with the 15-pin **male** adapter that is supplied with the kit, MJ10-22-CS23.<br>Note that if you do not require a GPRS connection, the standard 4-wire PLC programming cable, p/n RS232-CB1, can be used to link the modem to the PLC. This 4-wire cable will **only** support a GSM connection. |
| 2 | 9 pin male adapter, p/n MJ10-22-CS22 | |
| 3 | 9-pin RS232 port | Located on modem. |
| 4 | GSM antenna connector | Located on modem. |
| 5 | GSM antenna | |
| 6 | LED | |
| 7 | SIM card drawer | To see how to open the SIM card drawer, refer to Figure 2 below.<br>Note that the drawer should be open **only** when the modem is turned **OFF**. |
| 8 | Power supply cable | |
| 9 | End of power supply cable | Orange wire + striped orange and white wire—positive, blue wire—negative. |

 

*Figure 2     SIM Card Drawer*

## Mounting the Modem

Screw the modem to a flat surface using the two holes shown here in Figure 3.



*Figure 3 Mounting*

## Modem RS232 port pin-out

D-type 9 pin female connector:

| Pin | Description | Direction |
|-----|-------------|-----------|
| 1 | DCD (Data Carrier Detect) | O |
| 2 | RD (Receive Data) | O |
| 3 | TD (Transmit Data) | I |
| 4 | DTR (Data Terminal Ready) | I |
| 5 | GND (Signal Ground) | – |
| 6 | DSR (Data Set Ready) | O |
| 7 | RTS ( Request to Send) | I |
| 8 | CTS (Clear To Send) | O |
| 9 | RI (Ring Indicator) | O |



## LED: Status Indication

| Modem is: | LED Status |
|-----------|------------|
| Switched on | Turns ON for 4 seconds, then begins to flash |
| Switched off, or no power | OFF |
| In Standby | Flashing |
| Not connected to network, not searching for network, not finding SIM card, finds no PIN entered. | ON |

**The GSM-32J Modem Kit: Sony Ericsson GM29**                    **10/06**

## Technical Specifications

### Modem

| | |
|---|---|
| Power voltage range | 5 - 32VDC |
| Status indication | Green LED - see page 3, LED: Status Indication |
| SIM card | 3V or 5V SIM card |
| GSM frequency | 900/1800MHz |
| Mounting method | See page 2 |
| Weight | <130g (4.59 oz.) |
| Dimensions | 77.4 x 66.4 x 26.2mm (3.04" x 2.6" x 1.3") |
| Operational temperature | -25 to 55°C (-13 to 131°F) |
| Storage temperature | -40 to 85°C (-40 to 185°F) |
| Antenna connector type | FME male |

### Antenna

| | |
|---|---|
| Antenna frequency | 900MHz and 1800MHz (Dual band) |

Unitronics product sold hereunder can be used with certain products of other manufacturers at the user's sole responsibility.

The information provided is subject to change without notice.

PN:5408-0310-3

**4**                                                                 **Unitronics**

# Using the Wavecom GSM Modem Kit

Use the Wavecom GSM Modem kit to enable your SMS-enabled OPLC to communicate via cellular networks.
The kit contains a GSM modem and related hardware. The modems contained in the different Wavecom kits function at different frequencies:
 - GSM-KIT-21, 900/1800MHz
 - GSM-KIT-22, 900/1900MHz,
 - GSM-KIT-23, 900/1800MHz. Note that this modem can communicate via GSM, GPRS + TCP/IP (class 10).

To use this kit, you must comply with all safety instructions given in the data sheet that accompanies the modem.

## Connection

The figure below shows you how to assemble the different elements of the Wavecom GSM Modem kit, and how to connect the modem to an OPLC.



**Figure 1    Setting up the Modem**

**Using the Wavecom GSM Modem Kit**                                          **11/03**

## Component Identification, Figure 1

| # | Description | Notes |
|---|---|---|
| 1 | RS232 cable, terminated by RJ11 connectors (available by separate order, p/n RS232-CB1) | This cable is not part of the kit. It is used to download programs to an OPLC. The 9-pin **female** connector supplied with the cable is MJ10-22-CS25. Before you connect the OPLC to the GSM modem, replace this connector with the 15-pin **male** adapter that is supplied with the kit, MJ10-22-CS29. |
| 2 | 15 pin male adapter, MJ10-22-CS29 | |
| 3 | 15-pin RS232 port | Located on modem. |
| 4 | Power supply connector | Located on modem |
| 5 | Power supply cable | Includes fuse. |
| 6 | End of power supply cable | Red wire—positive, black wire—negative. |
| 7 | SIM card drawer | To open the SIM card drawer, press the button shown in Figure 2 with a pointed object. Note that the drawer should be open **only** when the modem is turned **OFF**. |
| 8 | GSM antenna | |



*Figure 2    Side View*

## Mounting the Modem

1. Insert the brackets shown in Figure 3.
2. Screw the modem to a flat surface.



*Figure 3 Mounting*

---

## Modem RS232 port pin-out

D-type 15 pin female connector (High density):

| Pin | Description |
|-----|-------------|
| 1 | DCD (Data Carrier Detect) |
| 2 | TXD (Transmit Data) |
| 3 | Reserved |
| 4 | MICROPHONE (+) |
| 5 | MICROPHONE (-) |
| 6 | RXD (Receive Data) |
| 7 | DSR (Data Set Ready) |
| 8 | DTR (Data Terminal Ready) |
| 9 | GND(Signal Ground) |
| 10 | SPEAKER (+) |
| 11 | CTS (Clear To Send) |
| 12 | RTS (Request To Send) |
| 13 | RI (Ring Indicator) |
| 14 | RESET |
| 15 | SPEAKER (-) |



*Figure 4 Side View*

## LED: Status Indication

The LED indicator is red, and is shown in Figure 2.

| LED Status: | Indicates the modem is: |
|-------------|-------------------------|
| OFF | Switched OFF / Not ready |
| Slow flash | Switched on, registered on network |
| Fast flash | Transmission mode |
| ON | Connecting to network |

**Using the Wavecom GSM Modem Kit**                                    11/03

## Technical Specifications

### Wavecom GSM modem

Input voltage range        5 - 32VDC (5.5 – 32VDC for GPRS class 10)
Status indication          Red LED - see page 3, LED: Status Indication
SIM card                   3V or 5V mini SIM card
GSM frequency              According to modem type:

| Kit # | Modem type | Frequency |
|---|---|---|
| GSM-KIT-21 | GSM | 900/1800MHz |
| GSM-KIT-22 | GSM | 900/1900MHz |
| GSM-KIT-23 | GSM, GPRS + TCP/IP (class 10) | 900/1800MHz |

Mounting method           See page 2
Weight                    <130g (4.58oz.)
Dimensions                Not including connectors: 98 x 54 x 25mm (3.85" x 2.12" x 0.98")
                          Including connectors: 110 x 54 x 25mm (4.3" x 2.12" x 0.98")
Operational temperature   -20 to 55°C (-4 to 131°F)
Storage temperature       -25 to 70°C (-13 to 158°F)
Antenna connector type    SMA

### Antenna

Antenna frequency         900MHz and 1800MHz (Dual band) for both GSM-KIT-21 and GSM-KIT-23
                          1900MHz for GSM-KIT-22

## Accessories (available by separate order)

| Part Number | Description |
|---|---|
| RS232-CB1 | RS232 communication cable; this cable is used to connect between the OPLC and modem; it is the same cable used to download programs to an OPLC. |
| GSM-ACC-21 | Accessory kit for Wavecom modem, 900/1800MHz; includes antenna and communication adapter. |
| GSM-ACC-22 | Accessories kit for Wavecom modem, 900/1900MHz; includes antenna and communication adapter. |

Unitronics product sold hereunder can be used with certain products of other manufacturers, including but not limited to Wavecom, Hirshman, and Smarteq at the user's sole responsibility.

The information provided is subject to change without notice.

| | | This message has been scanned for known viruses. |
|---|---|---|
| **From:** | samygharbch@aim.com | |
| **To:** | Chashawn_White@dcd.uscourts.gov | |
| **Subject:** | Fwd: DOK 50 | |
| **Date:** | Mon, 15 Jan 2007 6:32 PM | |
| **Attachments:** | DKt_50.doc (42K)  2000_M90-GSM_new_product[2]_WITOUT_PATENT.pdf (155K) HSCSD_-_High_Speed_Circuit_Switched_Data[1].txt (349)  PREIS_OF_PLC_&amp;_GSM_IN_USA].pdf (141K) unitronics_USA_PATENT_PLC_&amp;_GSM[2].pdf (1868K)  Using_the_Sony_Ericsson-GM29_Kit[2]_WITH_PLC.pdf (148K)  Using_the_Wavecom_Modem_Kit[2]_WITH_PLC.pdf (77K) | |

-----Original Message-----
From: samygharbch@aim.com
To: Chashawn_White@dcd.uscourts.gov
Sent: Mon, 15 Jan 2007 6:16 PM
Subject: DOK 50

 Dear Ms Chashawn White
Please give this E.mail to the Court.

Best Regards,

USA Patentholder
SAMY GHARB

---

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

