UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITRONICS 1989 RG LTD**

    **Plaintiffs**

v,                               Civil Action File No.1.06-0027- RMC

**SAMY GHARB,**

    **Defendant**

---

RECEIVED
JAN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 654**
**DOK 39**

---

In answer of the demand mentioned above I would like to inform you: The Lawyer of the Unitronics has given the Court the letter of the Control & Power with the information, these are facts and proofs over the sales of PLC *(Programmable Logic Controller)* & GSM in South Carolina and Minnesota in the year 2000. Thus the company Unitronics has infringed the Patent within this Act that is fact NO, 1 (cause they are not allowed to sell the PLC and GSM) without allowances of my patent.

At the last two Telephone Conferences, we discussed this case with the Court. The lawyer does not have any clear answers over Businesses with Control & Power.

Thus I would like to express today clearly, that the company Unitronics have infringed the USA Patent law, that is the fact NO, 2.

The Lawyer of the company Unitronics must accept the facts and not

false the truth. He has given the letter of Control & Power to the Court - he did that himself not me. This is fact NO, 3.

Unitronics wrote in the report 2000, PLC*(Programmable Logic Controller)* & GSM is a new product and a new technology, which are installed in vehicles. That is fact NO, 4 and the proof that the company Unitronics has infringed the Patent Law in USA.

## You can find in my USA -Patent 654

This is a System for to give an alarm by PLC*(Programmable Logic Controller)* High Speed & GSM High Speed just in Seconds and is known worldwide as a novel invention. This is the Fact NO, 5.

Also you can read the letter of Control & Power about their business using the PLC*(Programmable Logic Controller)* & GSM in 2000.

These are the facts about the USA Patent infringement.

GSM High SPEED HSCSD (High Speed Circuit Switched Data) is known since 1999 as a new Technology for the transmission of Information in 4 seconds. This is fact NO, 6 .

All of these are facts, the Lawyer of Unitronics has to accept.

My USA Patent is very important for security systems in all over the world, to make alarm in seconds for this time in USA and worldwide

This is my right of invention that is fact NO, 7. which I am proud of.

The Unitronics has registered a patent in 2003 for PLC*(Programmable Logic Controller)* & GSM in USA to protect it's right, but I have done the Patent registration on 1999 in USA Patent. This is fact NO, 8.

My apply for action is:

Herewith I would like to apply for the action against Unitronics LTD to pay damage of US $ 20 Million for the enormous harm they have done against my right of my USA Patent 654.

Unitronics has infringed the USA Patent Law when they started selling the PLC*(Programmable Logic Controller)* High Speed & GSM in USA from 2000 till the end of 2006 .

**Arguments:**

I have the USA Patent 654 and the right of developing this new Technology PLC *(Programmable Logic Controller)* High Speed & GSM High Speed.

I also had developed it, constructed and so as to improve existing resources. creating the alarm of high speed in seconds. To become faster and have the higher speed than other security systems.

The Lawyer of the Unitronics had written about the USA Patent of 1996 of Mr. FAST (5497149). But he had forgotten to be truly to tell it has been done with another system ( Microprocessor) and not with the PLC*(Programmable Logic Controller)* HIGH SPEED and GSM HIGH SPEED,

The High Speed GSM HSCSD (High Speed Circuit Switched Data) is a new Technology and had come to the USA in 1999 for transmission of Informations in 4 Seconds.

Unitronics has earned with my invention after infringement my Patent right of the new Technology PLC*(Programmable Logic Controller)* High Speed & GSM High Speed von 1999 US $ 40 Million and that is hasn't been done using the Microprocessor of 1996.

 

                                        **Your Sincerely**
                                        USA Patentholder
                                            Samy Gharb
                                            15.01. 2007

attachments

1. Letter of Control & Power about their Business with PLC*(Programmable Logic Controller)* & GSM
This are the facts about the USA Patent infringement.
2. GSM High Speed HSCSD
( High Speed Circuit Switched Data) as New Technology since 1999 for transmission of informations in 4 Seconds.
3. Financial Statement of the year 2000 of Unitronics including the evidence of M90 PLC*(Programmable Logic Controller)* & GSM as news product and not with the old Microprocessor and also fixed in cars.
4. The Prices of sale PLC*(Programmable Logic Controller)* M90 & GSM in US $.This is Fact NO,11.
5. USA Patent of Unitronics for PLC*(Programmable Logic Controller)* & GSM since 2003 as Patent for Security System.
**6. M 90 PLC*(Programmable Logic Controller)* & GSM as New Product.**

Dec 28 2005 7:57AM    HP LASERJET FAX                                    p.020



# CONTROLS & POWER, INC.

December 28, 2005

Mr. Alon Kedar
Vice President, Products Division
Unitronics International Headquarters
Airport City, PO Box 300
Ben Gurion Airport, 70100
Israel

Subject:    Possible US Patent Infringement

Dear Alon:

It has been over four years since my company installed the first U.S. GSM-based system to control six water wells and two storage tanks in South Carolina. It has been about three years since we installed our first system to monitor three lift stations in Minnesota. I felt these climate extremes would be proof of our ability to withstand the hot Carolina summers and the cold Minnesota winters. We now have data that indeed prove our ability to operate in virtually every area of the county, and GSM telephony is finally becoming active in most of our market area.

Based on our preliminary results from South Carolina and Minnesota, we displayed the Unitronics M90 and Vision controllers at the Water Environment Federation Technical Exhibit and Conference (WEFTEC) last year and found a great deal of interest in the GSM capabilities of the Unitronics PLCs. We feel that this business could easily exceed $500,000 in 2006. Its ultimate potential should be in the millions, and some of our large competitors are already copying our designs.

At present, we have proposals and/or orders for GSM systems exceeding $40,000. Because of the patent threat by a Mr. Samy Gharb, however, I have advised my client-customers to delay submittals and manufacture of any systems until the patent question has been resolved. This may cause us to lose the business as some of the municipal users of the controls will not be able to delay their projects. I would hope that you could settle this controversy as soon as possible as a great deal of my 2006 business is in jeopardy.

Sincerely,

*[signature: Ed Hiserodt]*

Ed Hiserodt, President
Controls & Power, Inc.
PO Box 55438
Little Rock, AR 72215
USA


PO Box 55438   Little Rock, AR  72215
501 851 6171  |  501 421 9741 (F)
hise@sbcglobal.net

**EXHIBIT K**

|  |  | This message has been scanned for known viruses. |
|---|---|---|
| From: | samygharbch@aim.com | |
| To: | Chashawn_White@dcd.uscourts.gov | |
| Subject: | Fwd: DOK 39 | |
| Date: | Mon, 15 Jan 2007 6:31 PM | |
| Attachments: | dok_39.doc (40K)　HSCSD_-_High_Speed_Circuit_Switched_Data[1].txt (349)　2000_M90-GSM_new_product[2]_WITHOUT_PATENT.pdf (155K)　PREIS_OF_PLC_&amp;_GSM_IN_USA].pdf (141K)　unitronics_USA_PATENT_PLC_&amp;_GSM[2].pdf (1868K)　Using_the_Sony_Ericsson-GM29_Kit[2]_WITH_PLC.pdf (148K)　Using_the_Wavecom_Modem_Kit[2]_WITH_PLC.pdf (77K) | |
| | fact_sale_plc_with_gsm-unitronics-2000-1-1[2].JPG (818K)　AOL Pictures Shoebox: Save All \| View　(What is this?) | |

-----Original Message-----
From: samygharbch@aim.com
To: Chashawn_White@dcd.uscourts.gov
Sent: Mon, 15 Jan 2007 6:30 PM
Subject: DOK 39

Dear Ms Chashawn White
Please you can give this E.mail to the Court.

Best Regard.

USA Patentholder

SAMY GHARB

**RECEIVED**

JAN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

[Image Removed]

1 Attached Images



fact_sale_plc_with_gsm-unitronics-2000-1-1[2].JPG
Save to AOL Pictures Shoebox　\|　Download