UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------------

**UNITRONICS 1989 RG LTD**

    **Plaintiffs**

V,                                    Civil Action File No.1.06-cv-0027 -RMC

**SAMY GHARB,**

    **Defendant**

                                                                  RECEIVED

------------------------------------------                            JAN 2 2 2006

**Apply for the action against UNITRONICS**      NANCY MAYER WHITTINGTON, CLERK
                                                                  U.S. DISTRICT COURT

--------------------------------------------------------------------------------------------------------

Herewith I would like to apply for the action against Unitronics LTD to pay damage of US $ 20 Millions for the enormous harm they have done against my right of USA Patent 654.

The Unitronics has **infringed** the USA Patent Law. This company had when they sell the **PLC*(Programmable Logic Controller)* & GSM in USA since 2000** and gained more than

**US $ 40 Millions.** They infringed me by *denying their responsibility for the tragedy of harming my right.*

*At the same time I request from the honorable Court that they should ask for the income tax declaration of selling the products of PLC(Programmable Logic Controller) & GSM in USA for the years 2000-2006*

                                        Yours Sincerely,
                                        USA Patentholder
                                        Samy Gharb
                                        15.01.2007

|  | This message has been scanned for known viruses. |
|---|---|
| From: | samygharbch@aim.com |
| To: | Chashawn_White@dcd.uscourts.gov |
| Subject: | APPLY FOR ACTION |
| Date: | Mon, 15 Jan 2007 6:47 PM |
| Attachments: | apply_for_action.doc (24K) |

Dear Ms Chashawn White
Please you cangive this E.maill to the COURT.

Best Regard,s

USA Patentholder

SAMY GHARB

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.



RECEIVED

JAN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT