IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,
P.O. Box 300, Ben Gurion Airport
70100, Israel

UNITRONICS, INC.
1 Batterymarch Park, Suite 103
Quincy, MA 02169

   Plaintiffs,

v.

SAMY GHARB,
Bachtobelstrasse 30, 8045
Zurich, Switzerland

   Defendant.

Civil Action File No. 1:06-cv-00027-RMC

## UNITRONICS' OPPOSITION TO DEFENDANT'S MOTION FOR ACTION AGAINST UNITRONICS AND MOTION TO COMPEL TAX RECORDS FOR THE YEARS 2000-2006.

Glenn J. Perry
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W.
Washington, D.C. 20036
Attorney for Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

LIT\981419.2

Defendant's Motion for Action Against Unitronics for infringement of U.S. Patent No. 6,552,654 should be denied Pursuant to FED.R.CIV.P. 56, and Local Rule 7. Similarly, Defendant's Motion to Compel Tax Records for the years 2000-2006 should be denied as untimely, and/or because the Court has already bifurcated any issue of damages pending resolution of Unitronics' Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,552,654.

Under Federal Rule of Civil Procedure 56(c), a party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," which it believes demonstrate the absence of a genuine issue of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). Furthermore, Local Civil Rule 7(a) requires that :

> Each motion shall include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts. If a table of cases is provided, counsel shall place asterisks in the margin to the left of those cases or authorities on which counsel chiefly relies. LCvR 7(a)

Local Civil Rule 7(h) requires:

> "Each motion for summary judgment shall be accompanied by a statement of material facts as to which the moving party contends there is no genuine issue, which shall include references to the parts of the record relied on to support the statement." LCvR 7(h).

1

Defendant's Motions fail to satisfy the initial responsibility of informing the Court of the legal basis for its motion and fails to set forth any facts that would entitle it to relief. *Celotex*, 477 U.S. at 323, LR 7(a), (h).

The Court's Scheduling Order of June 5, 2006, set August 16, 2006 as the deadline for all fact discovery. [Doc. 23]. Because it was filed well beyond the deadline established by the Court, Defendant's Motion to Compel should be denied as untimely. Alternatively, at either or both of the hearings held September 1, 2006 or November 3, 2006, the Court indicated that the issue of damages would be bifurcated and would not be considered until resolution of Unitronics' Motion For Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,552,654. Accordingly, Unitronics requests that the Motions set forth in Defendant's submission [Doc. 56] be denied.

This 1st day of February, 2007.

                                                     /s/ Glenn J. Perry
                                                    Glenn J. Perry
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W.
Washington, D.C. 20036
Attorney for Plaintiffs Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., <br><br> and <br><br> UNITRONICS, INC. <br><br>   Plaintiffs, <br><br> v. <br><br> SAMY GHARB, <br><br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## CERTIFICATE OF SERVICE

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court <u>Unitronics' Opposition To Defendant's Motion For Action Against Unitronics And Motion To Compel Tax Records For The Years 2000-2006</u>, using the CM/ECF system and have served all parties by placing a copy of same in the U.S. mail, postage prepaid, addressed to the following:

Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

3

This 1st day of February, 2007.

        /s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
SMITH, GAMBRELL & RUSSELL, LLP
1850 M Street, N.W., Suite 800
Washington, DC 20036
Telephone: 202-973-2611
Fax: 202-263-4311

*Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.*