IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITRONICS LTD

And

UNITRONICS, INC,

Civil Action file No,1:06-cv-0027-MRC

Plaintiffs

V,

SAMY GHARB

Defendant

RECEIVED

FEB 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-----------------------------------------------

## Confirmation

**For the infringement of my patent had been approved
from the lawyer of the company Unitronics as
manufacturer offerers. Sales/import in the USA from 2000
to 2006 of PLC & GSM**

-----------------------------------------------

Hereby the lawyer of the companies Unitronics had confirmed to the
Court that his represented essentially documents are the proofs, which
justified infringement of my patent. He has already accepted and did
not deny this fact.

The USA Patent Act: An infringement of my patent exists with offer,
sales, offering to the direct import, introduction contract without
procurement and obtaining of my patent license.

1

(To obtain a permit from my patent to own or use) which they didn't do. ? But only deny my rights of my belongs (my patent)

**Confirmation of the document as Evidences**:

1.The lawyer of the Unitronics confirmed the letter of companies Control & ower.

This letter contains the fact that business was made with PLC & GSM for control of water wells and tanks in South Carolina and Minnesota as Security system. That is infringement of a patent by importing, selling, offering without returning to the allowance of my patent license.

2. The lawyer confirmed to have given the letter of Control & Power to the Court.

3. The lawyer confirmed to the court that PLC & GSM are a new product and a new technology, which are installed in vehicles. Thus the infringement of a patent is given by producing, offering, selling and importing without permission of the appropriate authorities in the USA (through my patent).

Which is protecting the rights of my patent then returning to me to allow them to use it.

4.The lawyer does not have a notion of GSM High Speed HSCSD (High Speed Circuit Switched Data) this is a system, the highest transmission of information in GSM in 4 seconds.

5. The lawyer of the company Unitronics has admitted the registration of the patents Application No. (60/499,927) to 3.9.2003 with the reason that this happened only at producing PLC.

 He has forgotten to indicate that it needs to use for the Security system GSM around information to send.

2

This patent is an **infringement** also cause he is trying to give a false move to hide the truth: because I already patented this patent since 3.6.1999.

So I was the first with my invention, which they use in their production

6. The lawyer confirmed the price list (document) of the sales PLC & GSM in US $ to the Court. Thus Unitronics has **infringement** the patent of the USA by offering, selling, importing in US using my invention .

7. The lawyer confirmed in Unitronics report of 2000 over the business with PLC & GSM as a new product.

8. The lawyer wrote that my US patent  is not an original patent.

This is a self-contempt to himself but we must understand that the company Unitronics with my original patent earned more than 40 million US $. My original idea is a **WORLD NOVELTY** without this **WORLD NOVELTY,** to make it clear the Unitronics couldn't had been earned 40 million US $.

My US patent is for the Security system with PLC & GSM in seconds is a large topic in the USA.

9. The lawyer admitted and said the truth that the patent is made for Mr Fast 5,497.149 with Microprocessor and not with PLC HIGH SPEED AND GSM HIGH SPEED.  This is untrue, cause to make it clear.

The old GSM is for transmission of informations in 60 seconds. But they have been using mine Thus is clear, Unitronics sells PLC High

Speed and GSM High Speed and that is what I patented since 1999.

## 16.08.2006

**In Plaintiffs Responses to defendant's first set of Interrogatories**

The lawyer of Untronics has answered that Mr. **Haim Shani** knew over the idea of PLC & GSM and he has used. This idea but he was 27.9.1999 busily with a new patent in the range medical. (Patent No, PCT/LI 00/0000443) for Non invasive method and apparatus to detect and monitor early medical shock, and related conditions thereby **Haim Shani** had lied and the lawyer did not say the truth. That is also the proof that Haim Shani did not know anything about How of PLC & GSM.

THAT IS ALSO the proof of my position in compare with HAIM SHANI

The lawyer has to inform the Court honesty

The Court has to know that Mr., **Haim Shani**;

Lived by 83 Adolam Street, Shoham; Israeli; Chairman OF the board OF Directors OF the company and A member OF the Securities Committee; **CEO** OF the company, A director and the senior of officer OF Unitronics House management and maintenance (2003) Ltd., director and president OF Unitronics Inc.;

August 20, 1989; High school; serves as A director OF Cardiosense Ltd., corpus Colossum Ltd., Natrix Ltd., Unitronics (1996) (Lod) Ltd. and Unitronics Industrial control and Robotics (1991) Ltd.

## Compensation

**Payment OF Taxes 2000-2006 rapport of import customs office authorities:**

Due to the confirmation of the lawyer over the business with PLC & GSM in the year 2000 in the USA, with the price list in US $, the

Unitronics has **infringement** Patent Act USA by producing offering, selling, importing in the USA territories without patent license.

**Haim Shani** hasn't known anything about the idea of PLC & GSM. He was 27.9.1999 busily with a new patent in the range medical. (Patent No, PCT/LI 00/0000443) for Non invasive method and apparatus to detect and monitor early medical shock,

And related conditions thereby Mr. **Haim Shani** has lied and the lawyer did not deny the truth. That is the proof to the Court that Mr. Haim Shani did not know anything about the (Know How) of PLC & GSM.

In a polite request I ask the Court to demand a compensation at a value of 20 million US $ of the company Unitronics due to the large damage to my US patent.

Mr. **Seth Frielich**, Sales manager in the USA and Mr. **Haim Shani**, Director OF Unitronics, I would like to ask the Court to request the two gentlemen mentioned above to put the tax balances of 2000-2006 openly with all Numbers of distributions which reach to 140 in US territories to the Court, all documents over all imported products of the companies Unitronics of all PLC & GSM (2000-2006) with data of date, name and product to require the number of items and report over costs of the tariff and import authorities in the USA.

Yours sincerely,

The USA Patent Holder

SAMY GHARB Zurich

13.02.2007

5

supplements

1-a Letter of Control & Power

2-Preisliste US $ of PLC & GSM in 2000-2006

3- Patent OF Mr. Haim Shani 27.9.1999 for Medical

Dec 28 2005 7:57AM     HP LASERJET FAX                                    p. 0/0



# CONTROLS & POWER, INC.

December 28, 2005

Mr. Alon Kedar
Vice President, Products Division
Unitronics International Headquarters
Airport City, PO Box 300
Ben Gurion Airport, 70100
Israel

Subject        Possible US Patent Infringement

Dear Alon:

It has been over four years since my company installed the first U.S. GSM-based system to control
six water wells and two storage tanks in South Carolina. It has been about three years since we
installed our first system to monitor three lift stations in Minnesota. I felt these climate extremes
would be proof of our ability to withstand the hot Carolina summers and the cold Minnesota winters.
We now have data that indeed prove our ability to operate in virtually every area of the county, and
GSM telephony is finally becoming active in most of our market area.

Based on our preliminary results from South Carolina and Minnesota, we displayed the Unitronics
M90 and Vision controllers at the Water Environment Federation Technical Exhibit and Conference
(WEFTEC) last year and found a great deal of interest in the GSM capabilities of the Unitronics
PLCs. We feel that this business could easily exceed $500,000 in 2006. Its ultimate potential
should be in the millions, and some of our large competitors are already copying our designs.

At present, we have proposals and/or orders for GSM systems exceeding $40,000. Because of the
patent threat by a Mr. Samy Gharb, however, I have advised my client-customers to delay
submittals and manufacture of any systems until the patent question has been resolved. This may
cause us to lose the business as some of the municipal users of the controls will not be able to
delay their projects. I would hope that you could settle this controversy as soon as possible as a
great deal of my 2006 business is in jeopardy.

Sincerely,

Ed Hiserodt, President
Controls & Power, Inc.
PO Box 55438
Little Rock, AR  72215
USA


PO Box 55438   Little Rock, AR  72215
501 851 6171  |  501 421 9741 (F)
hise@sbcglobal.net

**EXHIBIT**

tabbies

K

# Unitronics OPERATOR PANEL / PLC    *EMC*

## Vision Series Operator Panel PLCs

The UNITRONICS Vision Series is a compact PLC with
on-board I/Os and a versatile Graphic Operator Interface.

The Vision Series enables programming of the PLC and HMI in
a single environment and eliminates PLC-HMI communication.
It saves I/O points, reduces hardware, simplifies assigning
functions to keys and data is entered via the keyboard.

**Each Vision Controller comes complete with:**
- PLC and graphic HMI
- Snap-in I/O module for V230, V260, V280 & V290
- 120k database for data logging
- Programming software
- Mounting hardware, connectors, communication cable
  and extra set of key labels
- User guide

**Expansion Modules and GSM Kit** (refer next page)



*Unitronics OPLCs L/R:V120, V260, V230, M91, V280, V290*

| Model | Description | EMC Code | Price |
|---|---|---|---|
| **V120 Series.** | **PLC and Graphic HMI: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters** | | |
| V120-22-R1 | 10 digital inputs, 6 relay outputs, 1 analogue input 12/24Vdc, 2 x RS232/485 | UT 40 100 | $1350.00 |
| V120-22-R2C | 10 digital inputs, 6 relay outputs, 2 analogue inputs 12/24Vdc, 2 x RS232/485, CANbus | UT 40 101 | $1525.00 |
| V120-22-T1 | 12 digital inputs, 12 transistor outputs 12/24Vdc, 2 x RS232/485 | UT 40 103 | $1350.00 |
| V120-22-T38 | 22 digital inputs, 16 transistor outputs 24Vdc, 2 x RS232/485 | UT 40 104 | $1590.00 |
| V120-22-UN2 | 10 digital inputs, 12 transistor outputs, 2 universal inputs (PT100 / thermocouple / analogue / digital) , 12/24Vdc, 2 x RS232/485 | UT 40 102 | $1650.00 |
| V120-22-UA2 | 12 digital inputs, 10 relay outputs, 2 analogue outputs, 2 universal inputs (thermocouple / analogue / digital), 24Vdc, 2 x RS232/485 | UT 40 106 | $1750.00 |
| V120-22-R6C | 6 digital inputs, 6 relay outputs, 6 analogue inputs, 24Vdc, 2 x RS232/485, CANbus | UT 40 107 | $1575.00 |
| V120-22-T2C | 10 digital inputs, 12 transistor outputs, 2 analogue/digital inputs, 12/24Vdc, 2 x RS232/485 CANbus | UT 40 108 | $1525.00 |
| V120-22-R34 | 20 digital inputs, 12 relay outputs, 2 analogue/digital inputs 2 x RS232/485 | UT 40 109. | $1620.00 |
| **V200 Series.** | **PLC and Graphic HMI (requires selectable Snap-in I/O module)** | | |
| V230-13-B20B | Graphic display: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters Expansion Option, CANbus, 2 x RS232 | UT 60 000 | $1350.00 |
| V260-16-B20B | Graphic display: 240 x 64 pixels. Text messages: up to 8 lines x 40 characters Expansion Option, CANbus, 2 x RS232 | UT 60 001 | $1575.00 |
| V280-18-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 4.7" active area. 27-key keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 002 | $1890.00 |
| V290-19-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 003 | $1890.00 |
| **Snap-in I/O Modules for V200 Series** | | | |
| V200-18-E1B | Inputs: 16 digital and 3 Analogue (10 bit) Outputs. 10 Relay and 4 Transistor | UT 70 000 | $450.00 |
| V200-18-E2B | Inputs: 16 digital and 2 Analogue (10 bit) Outputs. 10 Relay, 4 Transistor and 2 Analogue (12 bit) | UT 70 001 | $595.00 |
| V200-18-E3B | Inputs: 18 digital and 4 Analogue (12 bit) Outputs. 15 Relay and 2 Transistor and 4 Analogue (12 bit) | UT 70 002 | $990.00 |
| V200-18-E4B | Inputs: 18 digital and 4 Analogue (14 bit) Outputs. 15 Transistor and 4 Analogue (12 bit) | UT 70 003 | $1140.00 |
| V200-18-E5B | Inputs: 18 digital and 3 Analogue (10 bit) Outputs. 15 Transistor | UT 70 004 | $595.00 |
| **Additional Communication Ports for V200 Series** | | | |
| V200-19-R4 | 1 x RS485 Port | UT 90 001 | $90.00 |
| V200-19-ET1 | 1 x Ethernet Port | UT 90 002 | $295.00 |

# Unitronics *OPERATOR PANEL / PLC*



## M90 and M91 Operator Panel / PLCs

The Unitronics M90 and M91 Controllers combine a micro PLC with a fully integrated operator panel and are exceptional control devices for all entry-level applications.

LCD text display:   M90 - single line x 16 character.
M91 - two line x 16 character

They are 24Vdc powered (some 12Vdc), available in expandable and non-expandable versions and can be panel or DIN-Rail mounted.

Models are available with CAN Bus options and a special module enables remote messaging via the GSM Network direct to a cellphone.

**Each controller comes complete with:**   Windows programming software
Operator manual
Programming Cable to PC
Clamps for Panel Mounting

| Model | Description | EMC Code | Price |
|---|---|---|---|
| **M90 Controller with relay outputs, analog input voltage or current (1-line display)** | | | |
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $699.00 |
| M90-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 10 200 | $799.00 |
| M90-R1-CAN | 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports | UT 10 300 | $995.00 |
| M90-R2-CAN | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 10 301 | $1099.00 |
| **M90 Controller with solid state outputs 0.5 Amp (1-line display)** | | | |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $599.00 |
| M90-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 10 201 | $895.00 |
| M90-T1-CAN | 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports | UT 10 302 | $995.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1199.00 |
| **M91 Controller with relay outputs, analog input voltage or current (2-lines display)** | | | |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 11 200 | $750.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 11 202 | $995.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With expansion and CANbus ports | UT 11 203 | $1050.00 |
| **M91 Controller with solid state outputs 0.5 Amp (2-lines display)** | | | |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 11 201 | $800.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O. With expansion port | UT 11 204 | $1050.00 |
| M91-2-T2C | 10 inputs, 12 outputs. 2 digital/analog inputs. With expansion port | UT 11 205 | $995.00 |
| M91-2-UN2 | 10 inputs, 12 outputs, 2 PT100/TC/digital/analog inputs. With expansion port | UT 11 206 | $1175.00 |
| M91-TA2-CAN | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs. With exp port | UT 11 207 | $1345.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs, With expansion port | UT 11 209 | $1080.00 |

## Unitronics Expansion Modules + GSM Kit

**Suitable for M90, M91 and Vision Series**





*GSM Kit with Vision 120*

*Expandable up to 64 I/O (M90/91), 158 I/O (Vision)*

| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $150.00 |
| IO-DI8-TO8 | 8 Digital Inputs and 8 Transistor Outputs | UT 10 501 | $399.00 |
| IO-AI4-AO2 | 4 Analogue Inputs and 2 Analogue Outputs | UT 10 600 | $475.00 |
| IO-DI8-RO4 | 8 Digital Inputs and 4 Relay Outputs | UT 10 502 | $399.00 |
| IO-DI16 | 16 Digital Inputs | UT 10 503 | $375.00 |
| IO-TO16 | 16 Transistor Outputs | UT 10 504 | $425.00 |
| IO-RO8 | 8 Relay Outputs | UT 10 505 | $375.00 |
| EX90-DI8-RO8 | 8 Digital Inputs and 8 Relay Outputs | UT 10 506 | $499.00 |
| IO-PT4 | 4 PT100 Inputs, -50°C to 460°C | UT 10 601 | $530.00 |
| IO-ATC8 | 8 Thermocouple / Analogue Inputs | UT 10 603 | $705.00 |
| IO-AO6X | 6 Analogue Outputs (isolated) | UT 10 602 | $735.00 |
| IO-RO16 | 16 Relay Outputs, 24Vdc | UT 10 507 | $525.00 |
| IO-LC1 | 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs | UT 10 604 | $595.00 |
| IO-LC3 | 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs | UT 10 605 | $865.00 |
| | SMS messaging over the GSM digital network for telemetry applications. | UT 10 901 | $1250.00 |

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau





(43) International Publication Date
1 February 2001 (01.02.2001)

PCT

(10) International Publication Number
**WO 01/06926 A1**

(51) International Patent Classification⁷:     A61B 5/103

(21) International Application Number:     PCT/IL00/00443

(22) International Filing Date:     25 July 2000 (25.07.2000)

(25) Filing Language:     English

(26) Publication Language:     English

(30) Priority Data:
131108     26 July 1999 (26.07.1999)     IL
131245     4 August 1999 (04.08.1999)     IL

(71) Applicants and
(72) Inventors: SHANI, Haim [IL/IL]; 83 Adolam Street, 73142 Shaham (IL). SHAVIT, Ittai [IL/IL]; 58A Herzl Street, 22401 Nahariya (IL).

(74) Agents: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto, P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States (national): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CR, CU, CZ, DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published:
— With international search report.

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.

(54) Title: AN IMPROVED METHOD AND APPARATUS FOR THE DETECTION OF MEDICAL CONDITIONS OF SHOCK AND PRE-SHOCK



(57) Abstract: Method and apparatus for the diagnosis and/or early detection of physiological distress in a patient and of recovery of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjacent to an area of the skin of the patient. An image of an area to be gauged for color is acquired, so as to obtain a base-line color measurement. The filling time of blood vessels in the area is determined by comparison of the color of one or more additional images of the gauged area with the base-line measurement.

WO 01/06926 A1

WO 01/06926                                                    PCT/IL00/00443

- 20 -

## CLAIMS

1. A method for the diagnosis and/or early detection of physiological distress in a patient and of recovery of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjacent to an area of the skin of said patient, comprising acquiring an image of an area to be gauged for color, acquiring said image to obtain a base-line color measurement, and determining the filling time of blood vessels in said area by comparison of the color of one or more additional images of the gauged·area with said base-line measurement.

2. A method according to claim 1, comprising:

    a) providing image acquisition means;

    b) positioning said image acquisition means, so that an area of the skin is essentially within the focal plane of said image acquisition means;

    c) causing said area, having an original color, to be illuminated with light radiation at a level sufficient for enabling said image acquisition means to discriminate between colors;

    d) acquiring an image of said area with said image acquisition means;

    e) producing an electrical signal representative of the color of said area;

    f) storing the value of said electrical signal which corresponding to said original color;

    g) applying pressure on said area of a strength and duration sufficient for forcing blood to flow out from said blood vessels, and for obtaining a signal having a value which corresponds to the maximum whitening of said area

    h) measuring the filling time by rapidly releasing said pressure and subsequently measuring and displaying the total period of time from maximum whitening until the value of said electrical signal is essentially the same as said stored value; ; and

WO 01/06926                                                    PCT/IL00/00443

2/4



Fig. 2

This message has been scanned for known viruses.

| From: | samygharbch@aim.com |
|---|---|
| To: | Chashawn_White@dcd.uscourts.gov |
| Subject: | Confirmation |
| Date: | Thu, 15 Feb 2007 11:41 AM |
| Attachments: | Conformatiom_for_the_infringement_of_Patent_2[1].doc (98K)  PREIS_OF_PLC_&amp;_GSM_IN_USA.pdf (310K)  01006926_000001.pdf (126K)  01006926_000021.pdf (107K)  01006926_000030I.pdf (19K) |
| | fact_sale_plc_with_gsm-unitronics-2000-1-1[2][2].JPG (1996K)   AOL Pictures Shoebox: Save All | View   (What is this?) |

-----Original Message-----
From: samygharbch@aim.com
To: Chashawn_White@dcd.uscourts.gov
Sent: Thu, 15 Feb 2007 11:38 AM
Subject: Confirmation

Dear Ms Chashawn White
Please you can give this E.mail to the Court.

Best Regards,
US Patent Holder
SAMY GHARB

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.

[Image Removed]

1 Attached Images



fact_sale_plc_with_gsm-unitronics-2000-1-1[2][2].JPG
View full size  |  Save to AOL Pictures  |  Download