IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS LTD
And

UNITRONICS, INC,

Civil Action file No, 1:06-cv-0027-MRC
RMC

Plaintiffs
V,
SAMY GHARB
Defendant

---------------------------------

**RECEIVED**

MAR 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Disclose Experts

### *WORLD NOVELTY*

**The USA patent 654 is a WORLD NOVELTY**

For the switching, connecting, transmit of information via **PLC Programmable Logic Controller** High speed and GSM High speed.

The major task of this the USA patent 654 is the speed for the transmission of information via PLC & GSM in seconds.

Anyone knows the difference between the old and the new speed of the Enternets.

Thus, company Unitronics is clear sells **PLC Programmable Logic Controller High speed & GSM High speed** as the newest technology and newest patent in the USA and the worldwide without patent's license.

Until **1998** the speed amounted for the transmission of information into a period of time interval of **40-60 seconds** via GSM starting from **1999** exists the transmission of information via GSM High speed HSCSD (High speed Circuit Switched Data) within **4 seconds.**

From the criterion of the **computer practical science** and theory in America to prove my Patent they have published that my USA patent 654 **via PLC Programmable Logic Controller & GSM is a world novelty.**

For evolvement this product: -

1

We need
- PC
- PLC Programmable Logic Controller
- Cables connection
- GSM
- FUNCTION BLOCKS

The main point for the evolvement of this product is the **FUNCTION BLOCK in PLC Programmable Logic Controller.**

The alarm signal is processed in the PLC control unit and the alarm information is transmitted in form a data set via GSM.

The PLC control unit is client-specifically programmed with computer (PC) during the start up process and the information is transmitted to via mobile line (RS Cables)

This FUNCTION BLOCKS in the USA patented to 3.6.1999.

Thus, the company Fa Unitronics is not permitted to produce or use my system after my Patent dated on 3.6.1999.

After our international searches we found out that the company Unitronics sold to its customers From 1998 the Logistic of system for controlling the machines in factories via PLC Programmable Logic Controller without GSM. The company Unitronics has 40 million since 2000 in the USA with PLC Programmable Logic Controller & GSM of business made in the amount of more than US $ 40 Million

The lawyer of the company Unitronics confirmed these businesses to the Court.

Thus the company Unitronics has infringed the patent 654 US (by Offer, Sale, Production and import in the USA TERRITORIES without my Patent license .

The viewpoint of computer practical science and theory including the fundamental knowledge we can select with the equipment **OSCILLIOSCOPE**
The **MEMORY of PLC Programmable Logic Controller** from the file and the truth expressions such as Waveform Cycle Curve time in Seconds

Thereby are clear proofs of the **computer science** that company Unitronics used a my invention and infringed my USA patent 654 .

**Sincerely yours
International Patentholder
Samy Gharb
Zurich 26.02.2007**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS LTD**
**And**
**UNITRONICS, INC,**

Civil Action file No, 1:06-cv-0027-MRC

**Plaintiffs**
**V,**
**SAMY GHARB**
**Defendant**

-----------------------------------

## Expert report and analysis

After consultation and analysis of the **computer science** it is clear that each **MEMORY** of **PLC Programmable Logic Controller** is **readable**, while using the **OSCILLOSCOPE** as follows: -

- Waveform ANALYSIS
- Functions analysis
- Block reading –
- Cycle time
- Curve
- Signal Waveform

### *All these functions one can see at the screen*

It's also as proofs of documentation and processing DATA Curves Which we can print them on paper.

According to the clear evidences and analysis of the **computer science** we are proofing that the company Unitronics did the sales of PLC Programmable Logic Controller & GSM without my patent license.

That's infringed the Patent law in USA.

All of these **stored Function's blocks of PLC** were patented on the 3.6.1999.

Thus, it's clear that the company Unitronics is not allowed and not permitted neither making an offer, nor sell nor use of these product in the USA,

After getting to the Result of examination of all PLC Programmable Logic Controller of company Unitronics With the equipment **OSCILLOSCOPE** .

1

**We found all Function's blocks in Cycle Curve and time.**

Thus is clear, without this Function's blocks no information could be conveyed via GSM. (This Functions Blocks is the main part in my patent)

   **The control functions are summarized in the following table:**
---------------------------------------------------
**PLC Relay No. Command Time**


| | |
|---|---:|
| **D Q1 System ON/OFF at night** | 00.00 H-05.59H |
| **D Q2 System ON/OFF during the day** | 06.00 H-11.59H |
| **D Q3** | Reic |
| **D Q4 Alarm signal for** | 6 h 01.00 06.00H |
| **F Q5 Alarm signal No. 1** | 01.00 S-53.00 S |
| **F Q6 Alarm signal No. 2** | 01.00 m-01.53M |
| **F Q7 Alarm signal No. 2** | ON/OFF (NOR circuit) |
| **F Q8 No alarm signal No. 2** | 00.00 H-05.59 H |
| **G Q9 Mobile telephone ON** | 01.00 S-02.40S |
| **G Q10 Pin Code 1** | 06.00 S-01.50 S |
| **G Q11 Pin Code 2** | 08.00 S-01.50 S |
| **G Q12 Pin Code 3** | 10.00 S-01.50 S |
| **H Q13 Pin Code 4** | 12.50 S-01.50 S |
| **H Q14 OK** | 14.00 S-01.50 S |
| **H Q15 Emergency number** | 16.50 S- 01.50S |
| **H Q16 OK** | 18.50 S-01.50 S |
| **I Q17 Start emergency message** | 19.90 S-01.70 S |
| **I Q18 Mobile telephone OFF** | 55.50 S-02.40 S |

Thus is clear the company Unitronics has **copied** the US patent 654

Without permission of the authorities without the possession of the patent license.

The Company Unitronics uses the **newest and modern** of the **computer science** with its products without giving me my right of my patent and my invention They make a lot of money of using my invention without permission .

I call this as a Grande criminality for the American law.

I ask the Honored court if you please arrange a science research to examine the products of unitronics and use the equipment **OSCILLOSCOPE** assured of the results which we presented.

Sincerely yours
International Patentholder
Samy Gharb
Zurich 26.02.2007

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS LTD**
And
**UNITRONICS, INC,**

Civil Action file No, 1:06-cv-0027-MRC

**Plaintiffs**
V,
**SAMY GHARB**
**Defendant**

-----------------------------------

## Final report and expert report

The company Unitronics has infringed the USA patent 654 by using of the Function blocks and the selling of the PLC  (**Programmable Logic Controller**) **& GSM.**

The proofs are published in the international catalog of the company Unitronics .

All Function of blocks in PLC Programmable Logic Controller is patented since 3.6.1999.

**The control functions are summarized in the following table:**

PLC Relay No. Command Time

| | |
|---|---|
| **D Q1 System ON/OFF at night** | 00.00 H-05.59H |
| **D Q2 System ON/OFF during the day** | 06.00 H-11.59H |
| **D Q3** | Reic |
| **D Q4 Alarm signal for** | 6 h 01.00 06.00H |
| **F Q5 Alarm signal No. 1** | 01.00 S-53.00 S |
| **F Q6 Alarm signal No. 2** | 01.00 m-01.53M |
| **F Q7 Alarm signal No. 2** | ON/OFF (NOR circuit) |
| **F Q8 No alarm signal No. 2** | 00.00 H-05.59 H |
| **G Q9 Mobile telephone ON** | 01.00 S-02.40S |

1

| | |
|---|---|
| **G Q10 Pin Code 1** | 06.00 S-01.50 S |
| **G Q11 Pin Code 2** | 08.00 S-01.50 S |
| **G Q12 Pin Code 3** | 10.00 S-01.50 S |
| **H Q13 Pin Code 4** | 12.50 S-01.50 S |
| **H Q14 OK** | 14.00 S-01.50S |
| **H Q15 Emergency number** | 16.50 S01.50S |
| **H Q16 OK** | 18.50 S-01.50 S |
| **I Q17 Start emergency message** | 19.90 S-01.70S |
| **I Q18 Mobile telephone OFF** | 55.50 S-02.50S |

Thus the company Unitronics caused an enormously damage to the USA patent 654.

After consultation and examination of all PLC **Programmable Logic Controller** of the company Unitronics with the equipment **OSCILLOSCOPE** we found all Functions of blocks in Cycle Curve – time - Waveform.

Thus is clear, without this Function of blocks no information could be conveyed via GSM. Hereby it is proven that the team of the company Unitronics did not have knowledge within the field of the computer science.

They had made business, only about money to earn without respect of **computer science and theory.**

The lawyer of the company Unitronics must understand that one can prove the truth with the **computer science**.

In our opinion Mr. **Haim Shani** lied. 27.9.1999 he was busy with a new patent in the range Medical (patent NO, PCT /LI 00/0000443) Invasive method and medical shock and related conditions.

Please see the copy supplement of this patent.

From analyzing by the **computer science** returning to the practical theory and the documentation.has been proving that the company Unitronics has Copied the USA patent 654, published and sold in the USA Territories without patent license.

I ask the court to demand from the company Unitronics a compensation at a value of 20 million US $ due to the enormous damage to my USA patent.

Mr. **Seth Frielich,** Sales Manger in the USA and Mr **Haim Shani,** Director of Unitronics I would like to ask the court to request the two gentlemen mentioned above to put the tax balances of 2000-2006 openly of all 140 distributions in the USA Territories.

I ask the court politely to require all documents over all imported products and the report over the tariff costs of the tariff and import authorities in the USA.

2

After these proofs of the **computer science practical theory** and the documentation also the proofs of unitroncs business in the USA, transacted by the sales of PLC Programmable Logic Controller & GSM in the USA, which has been confirmed by the lawyer of Unitronics.

I ask the court again to demand from the company Unitronics a compensation at a value of 20 million US $ due to the enormous damage to my USA patent.

**Sincerely yours
International Patentholder
Samy Gharb
Zurich 26.02.2007**

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) **International Publication Date**
1 February 2001 (01.02.2001)   PCT

(10) **International Publication Number**
**WO 01/06926 A1**

| | |
|---|---|
| (51) International Patent Classification[7]: A61B 5/103 | (81) **Designated States** *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CR, CU, CZ, DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW. |
| (21) International Application Number: PCT/IL00/00443 | |
| (22) International Filing Date: 25 July 2000 (25.07.2000) | |
| (25) Filing Language: English | |
| (26) Publication Language: English | (84) **Designated States** *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG). |
| (30) Priority Data:<br>131108    26 July 1999 (26.07.1999)   IL<br>131245    4 August 1999 (04.08.1999)   IL | |
| (71) Applicants and<br>(72) Inventors: SHANI, Haim [IL/IL]; 83 Adolam Street, 73142 Shaham (IL). SHAVIT, Ittai [IL/IL]; 58A Herzl Street, 22401 Nahariya (IL). | **Published:**<br>— *With international search report.* |
| (74) Agents: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto, P.O. Box 5352, 84152 Beer Sheva (IL). | *For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.* |

(54) Title: AN IMPROVED METHOD AND APPARATUS FOR THE DETECTION OF MEDICAL CONDITIONS OF SHOCK AND PRE-SHOCK



(57) **Abstract:** Method and apparatus for the diagnosis and/or early detection of physiological distress in a patient and of recovery of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjectant to an area of the skin of the patient. An image of an area to be gauged for color is acquired, so as to obtain a base-line color measurement. The filling time of blood vessels in the area is determined by comparison of the color of one or more additional images of the gauged area with the base-line measurement.

WO 01/06926   PCT/IL00/00443

- 20 -

# CLAIMS

1. A method for the diagnosis and/or early detection of physiological distress in a patient and of recovery of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjacent to an area of the skin of said patient, comprising acquiring an image of an area to be gauged for color, acquiring said image to obtain a base-line color measurement, and determining the filling time of blood vessels in said area by comparison of the color of one or more additional images of the gauged area with said base-line measurement.

2. A method according to claim 1, comprising:
   a) providing image acquisition means;
   b) positioning said image acquisition means, so that an area of the skin is essentially within the focal plane of said image acquisition means;
   c) causing said area, having an original color, to be illuminated with light radiation at a level sufficient for enabling said image acquisition means to discriminate between colors;
   d) acquiring an image of said area with said image acquisition means;
   e) producing an electrical signal representative of the color of said area;
   f) storing the value of said electrical signal which corresponding to said original color;
   g) applying pressure on said area of a strength and duration sufficient for forcing blood to flow out from said blood vessels, and for obtaining a signal having a value which corresponds to the maximum whitening of said area
   h) measuring the filling time by rapidly releasing said pressure and subsequently measuring and displaying the total period of time from maximum whitening until the value of said electrical signal is essentially the same as said stored value; ; and

WO 01/06926							PCT/IL00/00443

2/4



Fig. 2

|  |  |
|---|---|
| From: | samygharbch@aim.com |
| To: | Chashawn_White@dcd.uscourts.gov |
| Subject: | Expert testimony |
| Date: | Mon, 26 Feb 2007 4:56 PM |
| Attachments: | Disclose_report_[A.doc (71K)   Expert_report_and_analysis[B.doc (85K)   Final_report_and_expert_report[C.doc (83K)   01006926_000001[2].pdf (126K) |

This message has been scanned for known viruses.

Hi Ms Chashawn White

Please give this E.mail tothe court.

Best Regards,
US Patent holder
Samy Gharb

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.