IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITRONICS (1989) (R"G) LTD.**,
P.O. Box 300, Ben Gurion Airport
70100, Israel

**UNITRONICS, INC.**
1 Batterymarch Park, Suite 103
Quincy, MA 02169

    Plaintiffs,

v.

**SAMY GHARB,**
Bachtobelstrasse 30, 8045
Zurich, Switzerland

    Defendant.

Civil Action File No.: 1:06-cv-0027-RMC

## APPEARANCE, COUNSEL CHANGE OF FIRM AND CONTACT INFORMATION

    I, Glenn J. Perry, hereby inform the Court of my recent change of law firm affiliation and contact information. I am no longer affiliated with the law firm Smith, Gambrell & Russell, LLP. I am now affiliated with the law firm Sterne, Kessler, Goldstein & Fox, PLLC. My mailing address is:

    Sterne Kessler Goldstein & Fox, PLLC
    1100 New York Avenue, N.W.
    Washington, DC 20005

My electronic communication numbers are:

    telephone: 202.772.8703
    cell: 202.903.3070
    fax: 202.371.2540
    email: gjperry@skgf.com

I remain as a counsel of record on behalf of Plaintiffs, Unitronics, Ltd and Unitronics, Inc.

The Defendant, Samy Gharb, has been informed of my new contact information via email and has acknowledged that email by sending an email to my new email address. I have similarly exchanged emails with my co-counsel, Dale S. Lischer, Esq. and Brendan E. Squire, Esq.

   /s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Sterne, Kessler, Goldstein & Fox, PLLC,
1100 New York Avenue, N.W., Suite 800
Washington, DC 20005
Telephone: 202-772-8703
Fax: 202-371-2540

Attorney for Unitronics (1989) (R"G) Ltd. and Unitronics, Inc.