## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMIA

**UNITRNICS LTD.,**

**And**

**UNITRONICS, INC,**

Civil Action File No,: 1 :06-cv-0027-MRC

**Plaintiffs,**

**V,**

**SAMY GHARB,**

**Defendant,**

-----------------------------------------------------------------------------------------

### EXPERT TESTIMONY

-------------------------------------------

I had sent my disclosure of experts and expert testimony on that issue including Expert reports put I didn't receive any of response which showing the expert Report of Unitronics. Please I must got informed of any reports of the other party or its lawyer.

In proposed scheduling order is written that the experts and expert testimony on That issue was provided on or by 15.2. 2007.

# RECEIVED

MAY 3 – 2007

NANCY MAYER WHITTINGTON. CLERK
U.S. DISTRICT COURT

Best Regards,

USA Patent Holder

Samy Gharb

Zurich 22.4.2007

| | This message has been scanned for known viruses. |
|---|---|
| **From:** samygharbch@aim.com | |
| **To:** Chashawn_White@dcd.uscourts.gov | |
| **Date:** Mon, 23 Apr 2007 8:55 AM | |
| **Attachments:** expert_testimony.doc (22K) | |

Hi Ms Chashawn White

Please give this E.mail to the court.

Best Regards,
US Patent holder
Samy Gharb

---

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.