UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAMY GHARB, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-27 (RMC) <br> ) <br> ) <br> ) <br> ) |

ORDER

This matter comes before the Court on Plaintiffs' motion for partial summary judgment of non-infringement. For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent No. 6,552,654 [Dkt. #39] is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Gharb's Counterclaim for Infringement [Dkt. #15] is **DISMISSED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED AS MOOT**.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: September 25, 2007