UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Unitronics (1989) ( R "G) LTD
Plaintiffs,

v.

SAMY GHARB,

Defendant.

(Civil Action No. 06-27 (RMC)

Motion

Action for Infringement of Patent

1. With great surprise I discovered that Unitronics PLC has stored with my Function Blocks (US Patent ) for use with GSM:
Unitronics has abused my Patent for manufacturing several Products which have been offered and sold with remarkable profits in the United States during the period 2000 - 2007.

2. *In the Memorandum Opinion it is written that Unitronics,* designs, develops, manufactures, and sells general purpose PLCs. Unitronics manufactures these PLCs at various sites in Israel and sells them around the world, including in the United States. *See* Pls.' Responses to Def.'s Interrogatories Nos. 6 & 7 [Dkt. #33].specifically, Unitronics sells its PLCs through an international distribution network of more than100 distributors and through its U.S. subsidiary, Unitronics, Inc. The PLCs sold by Unitronics inThe United States includes the following series of products (each consisting of numerous models): the **M90/M91** Series, the Vision Series, **V120, V260, V230, V280, V290, V530, jazz, V570** and optional accessories such as expansion units or cellular modems manufactured and sold by third parties (to Unitronics and then by Unitronics to the ultimate purchaser of PLCs). *See* Pls.' Responses to Def.'s Interrogatories No. 2; Def.'s Civil State

3. Unitronics Ltd. was established in 1989 and has been producing and selling PLCs since that time. Pls.' Mem,. Ex. 3, Pls.' Responses to Def.'s Interrogatories No. 13. In 1989 there was no GSM but other modems existed and were used to remotely access automation systems and PLCs via telephone lines. As soon as modems for mobile or wireless Telephony were available (not only GSM but also such protocols and architecture as CDMA, TDMA and iDEN – which are all Cellular modems in different technologies), Unitronics PLCs supported these protocols by including pre-program instructions to communicate with these protocols.

1

**The Answer:**
**4.** In 1984 Unitronics had no Knowledge of existence of GSM (Global System for Mobile Communications) already for use as well the connection possibilities via PLC to GSM

Via **US Patent No, 6,552,654** invented from me in 3.6.1999.

During 1990-2000 Unitronics soled exclusively PLCs used for machines only

Proofs: see this picture No, 1 to 9 as listed in summary.





**Programmable Logic Control PLC M90 & GSM as new Product in the year 2000 for 1250 US$**



### 5. *My invention is for*

*Security System with a Mobile Telephone (High Speed PLC & High Speed GSM) within Seconds as World Novelty is published since 3.6.1999.*

# What is claimed is:

1. A security system for monitoring objects, comprising: a digital recording device having at least one emergency message; and a mobile telephone having at least onepreselected emergency number ; a first **Programmable Logic Controller (PLC)** controller for initialing monitoring; a second PLC controller for repeating an alarm signal; and third, fourth, and fifth PLC controllers for activating a mobile telephone and adigital recording device; at least one sensor for generating an alarm state connected to the first PLC controller; a main relay for controlling the first PLC controller and which can be operated by a remote control; a computer having mobile linesconnectable to the five PLC controllers for programming the five PLC controllers; and a data set for transmission to the mobile telephone including alarm information; wherein the second PLC controller repeats the alarm signal if the line dialed by themobile telephone in case of an alarm, is busy; and wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.

2. A security system as claimed in claim 1, wherein the data set comprises a start signal, the at least one emergency number, and the at least one emergency message.

3. A security system as claimed in claim 1, wherein each of the controllers includes inputs and outputs, and wherein the outputs of the first PLC controller are connected to an input of the second PLC controller and of the fifth PLC controller,outputs of the second PLC controller are connected to inputs of the third, fourth, and fifth PLC controllers, outputs of the third and fourth **PLC controllers are connected to an input of the mobile telephone, and outputs of the fifth PLC controller areconnected to the recording device.**

**HSCSD** (High Speed Circuit Switched Data) is for transmission of information within 4 Seconds via GSM starting from 1999.

Mr. Fast's '149 Patent 1996 with **microprocessor** was without **High Speed GSM** and without **High Speed PLC** because GSM High Speed existed from 1999 .

Every one knows the different between the Speed of old internet and internet today.

Unitronics has done Business with PLC High Speed & High Speed GSM in the year 2000 after My **US Patent No. 6,552,654** is published 3.6.1999.

6. The Lawyer according of 25.9.2007 stated Unitronics does not use GSM anywhere.

Unitronics provides generic PLCs that can be used to control and monitor machines, production Lines, devices etc. In order to remotely access such machine or Device, an external modem (manufactured by third parties) can be connected by the end user. This can be a landline (wired) modem, a Cable modem, or a wireless modem (including but not limited to GSM, CDMA, TDMA, iDEN, NAMPS, Wi-Fi or any Radio-Frequency modem). Unitronics does not have any PLC with Integrated or embedded GSM. All Unitronics products are "without GSM," but can be connected to an external GSM modem. Thus,

**The answer:**

7. Mr Ed .Hiserodt, President of Controls & Power has confirmed to the lawers that Unitronics have profited **500,000 US $** form selling products of PLC & GSM during 2000 dated in 28.12.2005 in South Carolina and Minnesota.

**See the letter No,10** as listed in summary

8. *In the Memorandum Opinion it is written that* **Unitronics Does Not Directly Infringe**

Unitronics PLCs are capable of communicating with cellular telephones and modems using the GSM standard, among others. Mr. Gharb's infringement contentions arise from his belief that simply having a PLC that is able to communicate over a GSM network would infringe his patent. His position represents a misunderstanding of U.S. patent law. The law states that "whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefore, infringes the patent." 35 U.S.C. § 271(a). But, to infringe, the accused device must have all of the elements set forth in the claims. *Warner-Jenkinson*, 520 U.S. at 40; *Cross Med. Prod. v. Medtronic Sofamor Danek*, 424 F.3d 1293, 1311-12 (Fed. Cir. 2005). Unitronics' PLCs do not have all of the elements set forth in the '654 Patent. Most critically, Unitronics PLCs are not security systems, do not contain digital recording devices with emergency messages, are not relays, are not computers for programming PLCs, and are not used by Unitronics to transmit a data set including alarm information in a security system.

Mr. Gharb argues that Unitronics "can not use or make any element of my USA Patent." Pls.' Mem., Ex. 7; Def.'s Responses to Pls.' Interrogatories at No.7 [Dkt. #31]. This represents an inaccurate understanding of U.S. patent law. Mr. Gharb did not receive a patent for each and every separate claim individually; rather, he received a patent for an invention that entailed *all* claims. A person buying PLCs from Unitronics might, in turn, use them to configure a security system that mimics the one invented by Mr. Gharb. However, a device does not infringe simply because it is possible to alter it in a way that would then satisfy all the elements of a patent claim.*High Tech Med. Instrumentation, Inc. v. New Image Indus., Inc.*, 49 F.3d 1551, 1555 (Fed. Cir.1995).

The patent holder must establish that an accused product meets each and every claim element. *Warner-Jenkinson*, 520 U.S. at 40. Mr. Gharb is unable to point to any product made, used, offered for sale, sold, or imported by Unitronics that includes each and every element of

4

Claim 1 of the '654 Patent. No reasonable juror could conclude that Unitronics does or has infringed on Mr. Gharb's patent. Unitronics produces PLCs; it does not produce security devices. It is really as simple as that.

**The Answer:**

**9. Mr Haim Shani of Unitronics on his website has reported about his new products PLC & GSM including Price list .**
Unitronics Achieves Record Sales and Profits in Second Quarter 2000.
**The PLC M90-GSM™, is a new product** which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.
**The PLC M90-GSM™** enables remote-controlled operation of machines and devices via GSM Cellular Communication networks.
Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.
**The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.**
**The PLC M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be** sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market.
"I am confident that we will continue to identify and embed the best of emerging communication Technologies into our products" Eyal Saban, Unitronics' Chief Technology Officer commented.
Recently. "I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage."
The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.
**For further information:**
**Unitronics +972 8 9786 555**
**Haim Shani, Chief Executive Officer haim@unitronic.com**
**Cara Levy, Investor relations info@unitronic.com**
**Unitronics Web Site: www.unitronic.com**
**Unitronics Expansion Modules + GSM Kit**
**Suitable for M90, M91 and Vision Series**
**Model Description EMC Code Price**

EX-A1 Expansion Adaptor UT 10 500 $150.00
IO-DI8-TO8 8 Digital Inputs and 8 Transistor Outputs UT 10 501 $399.00.
IO-AI4-AO2 4 Analogue Inputs and 2 Analogue Outputs UT 10 600 $475.00.
IO-DI8-RO4 8 Digital Inputs and 4 Relay Outputs UT 10 502 $399.00

IO-TO16 16 Transistor Outputs UT 10 504
**$425.00.**
IO-RO8 8 Relay Outputs UT 10 505 $375.00
EX90-DI8-RO8 8 Digital Inputs and 8 Relay Outputs UT 10 506
**$499.00.**
IO-PT4 4 PT100 Inputs, -50°C to 460°C UT 10 601
**$530.00.**
IO-ATC8 8 Thermocouple / Analogue Inputs UT 10 603
**$705.00.**
IO-AO6X 6 Analogue Outputs (isolated) UT 10 602
**$735.00.**
IO-RO16 16 Relay Outputs, 24Vdc UT 10 507
**$525.00.**
IO-LC1 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs UT 10 604
**$595.00**
IO-LC3 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs UT 10 605

**$865.00.**
M90 Controller with relay outputs, analog input voltage or current (1-line display)
M90-19-B1A 10 inputs, 6 outputs, 1 analog input. No expansion port UT 10 100
**$699.00.**
M90-R1 10 inputs, 6 outputs, 1 analog input. With expansion port UT 10 200
**$799.00.**
M90-R1-CAN 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports UT 10 300 **$995.00.**
M90-R2-CAN 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports UT 10 301 **$1099.00.**
M90 Controller with solid state outputs 0.5 Amp (1-line display)
M90-T 8 inputs, 6 outputs. No analog I/O. No expansion port UT 10 001 $599.00
M90-T1 12 inputs, 12 outputs. No analog I/O. With expansion port UT 10 201
**$895.00.**
M90-T1-CAN 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports UT 1302 **$995.00.**
M90-TA2-CAN 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports UT 10 303 **$1199.00.**

**GSM Kit SMS messaging over the GSM digital network for telemetry applications Includes GSM modem. Remote cellphone not included UT 10 901**
**$1250.00.**
*Expandable up to 64 I/O (M90/91), 158 I/O (Vision)*
*GSM Kit with Vision 120.*
The PLC M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, This is Infringement to my US Patent.

**See in summery:**

Summary No, 11 with PLC & GSM in vehicle as new Product in 2000.
Summary No. 12 with list of prices in US $.
Summary No, 13 with list of prices in US $.
Summary No, 14 with PLC & GSM for sale in internet with function block ready to use .

10. The lawyer wrote that Mr.Gharb's own description of PLCs, *supra* n. 3, proves that they are staple articles of commerce that are used for substantial no infringing uses. In fact, there is no evidence that Unitronics PLCs are used anywhere by anyone in a security system of any type.

The answer:
11. See Summary No, 15 for PLC M90 & GSM for Security.
Summary No, 16 for PLC & GSM for Security – Fire.
12 . My US Patent No. 6,552,654 is with Stored Function Blocks for PLC to send Message with GSM as it is written in Claims.
See in Summary No, 17 my US Patent No. 6,552,654

The functions Blocks are summarized in the following table:

PLC   Relay No.   Command   Time

G Q9 Mobile telephone ON 01.00 s-02.40 s.

G Q10 Pin Code 1 06.00 s-01.50 s.

G Q11 Pin Code 2 08.00 s-01.50 s .

G Q12 Pin Code 3 10.00 s-01.50 s.

H Q13 Pin Code 4 12.50 s-01.50 s.

H Q14 OK 14.00 s-01.50 s.

H Q15 Emergency number 16.50 s-01.50 s.

I Q16 OK 18.50 s-01.50 s.

I Q17 Start emergency message 19.90 s-01.70 s.

I Q18 Mobile telephone OFF 55.50 s-02.50 s .

*13.In the Memorandum Opinion it is written that* "Determination of Patent Infringement under 35 U.S.C. § 271 requires a two-step analysis: (1) the scope of
The claims must be construed; and (2) the allegedly infringing device must be compared to the construed claims.

**The answer:**
14. As shown in above list Unitronics has copied and stored the Function Blocks in the memory of PLCs products und used with GSM for sale in the United States.

**See the Summary list:**
Summary No, 18 for Stored function Block in PLC and use with GSM.
Summary No, 19 for Stored function Block in PLC and use with GSM.
Summary No, 20 A.and B for Stored function Block in PLC and use with GSM.
Summary No. 21 for Stored function Block in PLC and use with GSM.

15. This my US Patent No. 6,552,654 with Function Blocks with PLC to use with GSM to send messages as is written in Claims.

The functions Blocks are summarized in the following table:

| PLC | Relay No. | Command | Time |
|---|---|---|---|
| G | Q9 | Mobile telephone ON | 01.00 s-02.40 s . |
| G | Q10 | Pin Code 1 | 06.00 s-01.50 s . |
| G | Q11 | Pin Code 2 | 08.00 s-01.50 s. |
| G | Q12 | Pin Code 3 | 10.00 s-01.50 s . |
| H | Q13 | Pin Code 4 | 12.50 s-01.50 s. |
| H | Q14 | OK | 14.00 s-01.50 s. |
| H | Q15 | Emergency number | 16.50 s-01.50 s . |
| I | Q16 | OK | 18.50 s-01.50 s. |
| I | Q17 | Start emergency message | 19.90 s-01.70 s. |
| I | Q18 | Mobile telephone OFF | 55.50 s-02.50 s . |

16. I was the first with my invention, has been Published with date 3.6.1999 before Unitronics new products have been manufactured.

17. Unitronics has sold PLCs product to MSA Company and After MSA sold PLCs with differenty letter Name for sale in USA:
See in:Summary No, 22 for MSA product.
18. **Our research has come up with the following results:**

On 27.7.1999, Mr Hain Shani was occupied in filing new Patent PCT/IL/00/00443 for

On improved method and apparatus for Detection OF medical conditions shock and pre shock. Our inquires from 16.8.2006 and the lawyer of the company Unitronics has devoted that

Mr Haim Shani as an expert knew how to build function blocks in PLC & GSM and can be made but the truth is that in accordance with our international researches he was at this time busy with another patent.

See in Summary:

Summary No, 23 with the lawyer answer about Mr Haim Shani.

Summary No, 24 with Mr Haim Shani Patent at 27.7.1999.

Summary No, 25 for Unitronics M 90 PLC ready to GROW.

19.Unitronics PLC M 90 ready to GROW

PLC M90 has only become an **efficient product** through the addition of **Mr Gharb TECHOLOGY**.

20. The Company Unitronics has a total business turnover of **7.000.000** US$.

It is remarkable that all of sudden is that as of the year 2007 there turnover jumped to **80.000.000** US $.

**21. US Patent law**

**The law states that "whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented invention during the term of the patent therefore, infringes the patent and Unitronics PLCs has stored with my Function Blocks (US Patent) for use with GSM.**

Unitronics has abused my Patent for manufacturing several Products which have been offered and sold with remarcable profits in the United States during the period 2000 - 2007. And this is Patent Infringement under 35 U.S.C. § 271.

The PLC M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market. the Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.

M90-TA2-CAN 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports UT 10 303  $1199.00.

GSM Kit SMS messaging over the GSM digital network for telemetry applications Includes GSM modem. Remote cellphone not included  UT 10 901 **$1250.00.**

*Expandable up to 64 I/O (M90/91), 158 I/O (Vision)*
*GSM Kit with Vision 120.*

22. I have invented these function blocks and on 3.6.1999 I received the USA Patent for these function blocks in PLC to use with GSM. Unitronics is not allowed to store function blocks in PLCs and use with GSM for customers.

**Summary No. 26 and 27**
**Function Blocks of my USA Patent and stored ready for use with GSM in 3.6.1999.**

23. Attorney Fees
Unitronics asked the Court to award it its attorneys' fees because this is an "Exceptional case" in which Mr. Gharb's "contention that Unitronics' PLCs infringe simply because they are capable of communicating with a GSM device is frivolous and a manifestly unreasonable assessment of infringement" of his '654 Patent.

24. I have invented this function blocks in my US Patent **No. 6,552,654** and the capacity of Communicating with a GSM device and not Unitronics.

The lawyer of Unitronics must understand that Unitronics stored the function blocks ready to communicating with GSM and this is an invention.

25. Although the Court agrees that Mr. Gharb has terribly misconstrued his patent and that none of his assertions of infringement has merit, the Court will decline to award attorneys' fees.

**The answer:**

26. I know very well what I have stored with these Function blocks in my US Patent **No. 6,552,654** with PLC to use with GSM.

After that Unitronics has stored these function blocks in all products of Unitronics PLCs to be used with GSM ready for customers.

With all respect to the lawyer of Unitronics but he must understand that the law in USA didn't give Unitronics any right to store the function blocks of my US Patent for use with GSM or sale, offer, ready for customers..

**27. Patent Infringement**

The use of PLCs with stored Function Blocks and use with GSM for customers is infringement to my Patent. .

Unitronics has been commercial manufacture, use, offer to sell, or sale PLCSs with GSM within the United States or importation into the United States.

Unitronics has copied the function blocks as my US Patent to use with GSM and Unitronics is liable to pay for Damage.

28. I would like to ask the Court to require amount of compensation of 60.000.000 US $ from Unitronics because of infringement to my US Patent in the period from 2000 to 2007.

Sincerely Yours,

USA Patent Holder

Samy Gharb

Zurich 18.10.2007

10