# EXHIBIT

# Networking and Communication

## SMS Control

The Vision120™ can send and receive SMS messages to/from any GSM/CDMA cellular phone.

You can send text and variable SMS messages to modify parameters in your system. The controller can auto-acknowledge the message and answer your data requests.

The Vision120™ can send text and variable messages to many different GSM/CDMA phone numbers, to alert or report of any pre-defined event.

## Remote Access utilities

Download, upload and debug remote Vision120™ units, operate the controllers, and export application data (including database) to PC, via network connections, or via GPRS/GSM/CDMA/landline modem.





### MODBUS
Establish master/slave MODBUS communication via two RS232/RS485 ports.

### OPC Server / DDE Server
Unitronics' OPC and DDE Servers enable the Vision120™ to exchange data with any Windows-based application.

### CANbus
Integrate up to 63 units into a high-speed network, using Unitronics' CANbus protocol (CANbus models only).

### Additional Communication Protocols
The "Protocols" Function Block enables Vision120™ to communicate with a broad variety of external devices, such as bar-code readers, printers & servos.

# More Features



Up to 12 PID loops including Auto-tune

Up to 3 onboard Shaft-encoder Inputs, 10 kHz

2 High-speed Outputs, up to 2 kHz (in transistor Output models)

Selection of 21 I/O expansion modules includes Digital and Analog I/Os, Thermocouple, PT100, and Loadcell Inputs

Images library plus HMI images & text editors

Built-in 120K database enables dynamic data logging.

Information Mode: Powerful diagnostics via the Operator Panel

Easy scrolling between recipes/menus, via HMI "List" Variables

# Vision™ OPLC™

**Technical Specifications**
**V530-53-B20B**

This guide provides specifications for Unitronics' monochrome touchscreen controller V530-53-B20B.

For additional product documentation, check the Technical Library, located at www.unitronics.com and on the Unitronics' Setup CD.
Technical support is available at the site, and from support@unitronics.com.

## Technical Specifications

| Power Supply | |
|---|---|
| Input voltage | 12VDC or 24VDC |
| Permissible range | 10.2VDC to 28.8VDC with less than 10% ripple |
| Max. current consumption | |
| 12VDC | 470mA |
| 24VDC | 230mA |
| Typical power consumption | 5.1W |
| **Battery** | |
| Back-up | 7 years typical at 25°C, battery back-up for RTC and system data, including variable data |
| Replacement | Yes, without opening the controller. |
| **Graphic Display Screen** | |
| LCD Type | Graphic, monochrome black and white, FSTN |
| Display resolution, pixels | 320x240 (QVGA) |
| Viewing area | 5.7" |
| Touchscreen | Resistive, analog |
| Screen contrast | Via software (Store value to SI 7) Refer to VisiLogic Help topic Setting LCD Contrast. |
| **Program** | |
| Application memory | 1000K |

| Operand type | Quantity | Symbol | Value |
|---|---|---|---|
| Memory Bits | 4096 | MB | Bit (coil) |
| Memory Integers | 2048 | MI | 16-bit |
| Long Integers | 256 | ML | 32-bit |
| Double Word | 64 | DW | 32-bit unsigned |
| Memory Floats | 24 | MF | 32-bit |
| Timers | 192 | T | 32-bit |
| Counters | 24 | C | 16-bit |

| | |
|---|---|
| Data Tables | 120K (dynamic)/ 192K (static) |
| HMI displays | Up to 255 |
| Program scan time | 30µsec per 1K of typical application |

### Communication

| | | |
|---|---|---|
| Serial Ports | 2. See Note | |
| RS232 | | |
| Galvanic isolation | No | |
| Voltage limits | ±20V | |
| Baud rate range | COM1 | COM2 |
| | 300 to 57600 bps | 300 to 115200 bps |
| Cable length | Up to 15m (50') | |
| RS485 | | |
| Galvanic isolation | No | |
| Voltage limits | −7 to +12V | |
| Baud rates | 300 to 115200 bps | |
| Nodes | Up to 32 | |
| Cable type | Shielded twisted pair, in compliance with EIA RS485 | |
| Cable length | Up to 1200m (4000') | |

| | | |
|---|---|---|
| CANbus port | 1 | |
| Nodes | CANopen | Unitronics' CANbus protocols |
| | 127 | 60 |
| Power requirements | 24VDC (±4%), 40mA max. per unit | |
| Galvanic isolation | Yes, between CANbus and controller | |
| Cable length/baud rate | 25 m    1 Mbit/s | |
| | 100 m   500 Kbit/s | |
| | 250 m   250 Kbit/s | |
| | 500 m   125 Kbit/s | |
| | 500 m   100 Kbit/s | |
| | 1000 m*  50 Kbit/s | * If you require cable lengths over 500 |
| | 1000 m*  20 Kbit/s | meters, contact technical support. |
| Optional port | User may install an additional port, available by separate order. Available port types are: RS232/RS485, and Ethernet. | |

**Notes:**
COM 1 supports RS232 only.
COM 2 may be set to either RS232/RS485 according to jumper settings as shown in the product's Installation Guide. Factory setting: RS232.

### I/Os

| | |
|---|---|
| Via module | Number of I/Os and types vary according to module. Supports up to 171 digital, high-speed, and analog I/Os. |
| Snap-in I/O modules | Plugs into rear port; provides an on-board I/O configuration. |
| Expansion modules | Via adapter, use up to 8 I/O Expansion Modules comprising up to 128 additional I/Os. Number of I/Os and types vary according to module. |

### Dimensions

| | |
|---|---|
| Size | 197X146.6X68.5mm (7.75" X 5.77" X2.7") |
| Weight | 750g (26.5 oz) |

**Technical Specifications**

6/07

| | |
|---|---|
| **Mounting** | |
| Panel-mounting | Via brackets |
| **Environment** | |
| Inside cabinet | IP20 / NEMA1 (case) |
| Panel mounted | IP65 / NEMA4X (front panel) |
| Operational temperature | 0 to 50°C (32 to 122°F) |
| Storage temperature | -20 to 60°C (-4 to 140°F) |
| Relative Humidity (RH) | 5% to 95% (non-condensing) |

The information in this document reflects products at the date of printing. Unitronics reserves the right, subject to all applicable laws, at any time, at its sole discretion, and without notice, to discontinue or change the features, designs, materials and other specifications of its products, and to either permanently or temporarily withdraw any of the forgoing from the market.

All information in this document is provided "as is" without warranty of any kind, either expressed or implied, including but not limited to any implied warranties of merchantability, fitness for a particular purpose, or non-infringement. Unitronics assumes no responsibility for errors or omissions in the information presented in this document. In no event shall Unitronics be liable for any special, incidental, indirect or consequential damages of any kind, or any damages whatsoever arising out of or in connection with the use or performance of this information.

The tradenames, trademarks, logos and service marks presented in this document, including their design, are the property of Unitronics (1989) (R"G) Ltd. or other third parties and you are not permitted to use them without the prior written consent of Unitronics or such third party as may own them.



## Ethernet via TCP/IP

The universal COM standard is embedded in the Vision570™. The Vision's Ethernet port (optional) enables MODBUS or open protocol commands over TCP/IP to run over existing LAN wiring.

**Use the Ladder Function Blocks to easily implement:**
- PLC to PLC data exchange
- Access to external slave devices that support TCP/IP
- SCADA control (PC access) via MODBUS IP or OPC

## Cellular Remote Control

The Vision570™ can send & receive SMS messages to/from any GSM cellular phone. The controller can send an SMS to report events. You can send an SMS to the controller in order to modify parameters in your system, or to request information.

**The GSM-enabled Vision570™:**
- Sends & receives SMS messages containing both fixed text and variable data
- Sends messages to any number of phone numbers, & routes different messages to different numbers
- Protects your system: prevents unauthorized callers
- Auto-acknowledges received messages
- Answers data requests from your cell phone
- Contains up to 1K of user-defined messages

## Remote Access

Use your PC to access remote Vision570™ units, via network connections, Ethernet or GSM/Landline modem.

Powerful Remote Access utilities enable you to download or debug PLC programs, read/write/store online operands and database values, and send application data to Excel according to a user-defined schedule.