# EXHIBIT




# The Key to Efficient Automation

# M90 & M91 Micro-OPLCs











## Operator Panel and Programmable Logic Controller



**UNITRONICS**

Dec 28 2005 7:57AM     HP LASERJET FAX                                               p.0/0



# CONTROLS & POWER, INC.

December 28, 2005

Mr. Alon Kedar
Vice President, Products Division
Unitronics International Headquarters
Airport City, PO Box 300
Ben Gurion Airport, 70100
Israel

Subject:     Possible US Patent Infringement

Dear Alon:

It has been over four years since my company installed the first U.S. GSM-based system to control six water wells and two storage tanks in South Carolina. It has been about three years since we installed our first system to monitor three lift stations in Minnesota. I felt these climate extremes would be proof of our ability to withstand the hot Carolina summers and the cold Minnesota winters. We now have data that indeed prove our ability to operate in virtually every area of the county, and GSM telephony is finally becoming active in most of our market area.

Based on our preliminary results from South Carolina and Minnesota, we displayed the Unitronics M90 and Vision controllers at the Water Environment Federation Technical Exhibit and Conference (WEFTEC) last year and found a great deal of interest in the GSM capabilities of the Unitronics PLCs. We feel that this business could easily exceed $500,000 in 2006. Its ultimate potential should be in the millions, and some of our large competitors are already copying our designs.

At present, we have proposals and/or orders for GSM systems exceeding $40,000. Because of the patent threat by a Mr. Samy Gharb, however, I have advised my client-customers to delay submittals and manufacture of any systems until the patent question has been resolved. This may cause us to lose the business as some of the municipal users of the controls will not be able to delay their projects. I would hope that you could settle this controversy as soon as possible as a great deal of my 2006 business is in jeopardy.

Sincerely,

Ed Hiserodt, President
Controls & Power, Inc.
PO Box 55438
Little Rock, AR  72215
USA


PO Box 55438   Little Rock, AR  72215
501 851 6171  |  501 421 9741 (F)
hisc@sbcglobal.net

Controls & Power letter
Summary No.10

**EXHIBIT K**