# EXHIBIT

**Europe's Top 12 Micro PLCs**

# A family of 14 microPLCs

The ever-growing MicroLogix 1000 line now has 11 "discrete" PLCs with 10-, 16-, and 32-point configurations and three "analogue" models with five analogue and 20 digital I/O points. Input options include AC, DC, and analogue (current or voltage) while output options are relay, TRIAC, MOSFET and analogue (current or voltage). The 16 I/O DC-powered unit is one of the smallest micros around - only 120 x 80 x 40 mm. Execution for a typical 500-instruction program is 1.56 ms. There is an RS-232 and a DeviceNet port. Also included are a high-speed counter (up to 6.6 kHz) which minimises scan time no matter how complex the program, and a drum sequencer that condenses large programming



tasks into a single instruction, conserving memory and simplifying programs. Another special feature is the selectable timed interrupt to periodically interrupt a program to execute a subroutine. This is useful for time averaging or applications that require periodic lubrication. For more information, please indicate number **225** on the Reader Service Card.

Rockwell Automation, Av. Herrmann Debrouxlaan 46, B-1160 Brussels



# MicroPLC with built-in MMI

Unlike traditional "blind" PLCs, the M90 has a built-in operating panel that contains an LCD display screen and full numeric keypad. The screen displays user-defined operator instructions and dynamic system data such as I/O status, timers, communication status, analogue input and counter values. The numeric keypad can be used to enter and modify variable application data, such as cutting length, timers, production quantities and part numbers. There are seven models of the M90 encompassing a variety of features: digital/analogue I/Os, shaft-encoder, CAN/serial communications, real-time/date control, and the ability to add eight I/O expansion modules.

The newest feature, to be released in autumn 2000, is SMS messaging. A GSM-based cellular phone can receive or send data to an M90-run machine or process, thereby providing remote

# This microPLC likes it rough

The RPX Clima+ is able to operate reliably in very harsh environments: temperatures from -20 to +75 deg. C and with shock or vibration of 20G. It is available in 10, 20, and 30 I/O versions. Isolated 24V input circuits accept volt free contacts (i.e., the switching contact is not preconfigured to a set voltage) or open collector solid state outputs from detectors while the outputs from the PLC can be 24V solid state or volt free relay contacts rated 2 amp 230V AC. The microPLC communicates via Modbus or Profibus to permit distribution of I/O units around a machine, which greatly reduces cabling costs. Ladder logic or Graphcet Programs can be developed with Crouzet's C3 Windows package or via a handheld programmer.

For more information, please indicate number **226** on the Reader Service Card.

Crouzet Automatismes SA, 111 rue de la Forêt, BP 59, F-26902, Valence Cedex 9, France



control from any location.

For more information, please indicate number **227** on the Reader Service Card.

Unitronics, POB 733, 71103 Lod, Israel

Unitronics PLC for mashine only –Summary No,1A



# PLC M90 for Mashine only





# EMC News

**March 2005**

**Unitronics**

# Vision 290

**PLC + Virtual Touch Keypad - only $1890 + GST**

New Product

Vision290 is Unitronic's latest addition to their range of OPLC controllers, integrating a high-performance PLC and embedded touch-screen into a single, high performance device.

It has the same PLC capabilities as the Vision280 but the operator keys data into the PLC via a virtual keypad, which is automatically displayed on the 5.7" screen whenever required.

Having no keyboard, the Vision 290 has a clean and advanced look - the screen displays both 'touchable' images and texts.

'Touch' properties can be assigned to any text or graphic on-screen element. Trends graphs, user-designed or imported images, text instructions, and variable data are displayed according to run-time conditions.

### Vision 290 Specifications

- Power Supply: 12 or 24Vdc
- 7 year typical battery back-up for RTC and system data
- Graphic LCD Touchscreen with backlight 320x240 pixels, 5.7"
- Application memory 1000K
- Memory Bits (coils) 2048 MB
- Data Tables 120K (RAM)/64K (Flash)
- HMI displays: up to 255
- Communication Ports: 2 x RS232, 1 x CANbus
- Expansion port integrates up to 8 I/O Expansion Modules

The Vision range can be ordered with a choice of five different Snap-in I/O modules that provide an on-board I/O configuration, expandable up to 158 I/Os.

Like all Vision controllers, V290 offers: PID with internal Autotune, internal 120K database for recipes/data logging, remote access and remote programming.

Communication options include Ethernet via TCP/IP, GSM/GPRS/CDMA, MODBUS, CANbus, plus a variety of protocols via RS232/RS485.



*There's a Unitronic OPLC for all applications*

The Vision Series all-in-one package includes a controller, programming software, programming cable, mounting hardware, and manual.

All Unitronic OPLC devices are programmed in a single, user-friendly environment saving I/O points, wiring, space and programming time; elements that reduce overall system engineering costs.

### More information?

Circle Enquiry: 0301 - Vision 290
Circle Enquiry: 0302 - I/O Modules
Contact: Steve George

### Increased versatility with 2 new Snap-in I/O modules

Unitronics have improved the application and versatility of the Vision series with the release of two additional snap-in I/O modules (now 5 in total):

**V200-18-E4B**

a powerful module with a large quantity of Digital Inputs, Analogue / Temperature Measurement Inputs, Transistor Outputs and Analogue Outputs.

Configuration:

- 18 isolated Digital Inputs (including 2 shaft-encoder inputs)
- 2 isolated pnp/npn Transistor Outputs (can function as 2 high-speed outputs)
- 15 Isolated pnp Transistor Outputs
- 4 isolated Analogue (14 bit)/Thermocouple/PT100 Inputs (Res 0.1°)
- 4 isolated Analogue Outputs (12 bit)

**V200-18-E5B**

a cost effective I/O module with a large quantity of Digital Inputs, 3 Analogue Inputs and a large quantity of Transistor Outputs.

Configuration:

- 18 isolated Digital Inputs (including 2 shaft-encoder inputs)
- 2 isolated pnp/npn Transistor Outputs (can function as 2 high-speed outputs)
- 15 isolated pnp Transistor Outputs
- 3 Analogue (10 bit) Inputs



## EMC INDUSTRIAL GROUP LTD

**The Instrumentation & Weighing Specialists**




## EMC Update

Welcome to the first 2005 Newsletter. The year is off to a rip-roaring start - with little let-up in business activity over the holiday period; in fact many appear to have taken the opportunity to instigate or resurrect their control or automation projects.

Both our mechanical and electronic production workshops have demanding schedules with some excellent orders to complete. A variety of projects, commissioning, new product training and overseas visitors have also kept our Sales Team extremely busy.

The knowledge gained by EMC staff at Training Courses and from visiting overseas specialists, ensures we and our customer's remain at the forefront of technology developments.



*EMC Sales Engineers, Andy Prior and Garry Pugh, attending an E+H intensive training workshop in Sydney*

### Continued support from Endress+Hauser

We have been fortunate to have two visitors from Endress+Hauser GmbH, Germany during the early part of March as they continue to offer support to EMC and New Zealand industry.

In addition to visiting several NZ companies with specific level measurement applications, Matthias Schuetzeberg provided specialist training for EMC staff on E+H's new range of **Solids Radar** Instruments - watch out for information in our next Newsletter.

We were also pleased to welcome back to New Zealand E+H's Regional Sales Manager, Peter Portmann.

One of many topics discussed during Peter's visit was the introduction of **FieldCare** - E+H's new Plant Asset Management Tool. The system is unique and offers many advantages which will be discussed in future Newsletters.

### New look!

Finally, we hope you will enjoy the new look of our Newsletter and the introduction of colour.

We welcome the opportunity to update you with the latest product developments and look forward to featuring a variety of application orientated stories in future issues.

*Russell Mason*
Marketing Manager

# Australasian Oil and Gas Exhibition and Conference

The biggest Oil and Gas Exhibition and Conference in the Southern Hemisphere was held in Perth, Western Australia during February 2005.

Australasian Oil and Gas (AOG) 2005 featured representatives from the UK, USA, China, Italy, France and Denmark, as well as from Australia and New Zealand.

The AOG 2005 Conference covered many of the exciting new developments driving growth in our part of the world, and speakers included many of the regions leading oil and gas decision makers.

### Endress+Hauser exhibit

Endress+Hauser, providers of instrumentation to the Oil and Gas Industry for over 20 years, also exhibited at AOG 2005.

Chris Gailer, EMC's Managing Director was present on the Endress+Hauser exhibition stand and was simply amazed at the scale of the oil and gas industry in Australia.

The range of Endress+Hauser products on display included:

- Levelflex Guided Radar Level Transmitters, including the new FMP45 high pressure (400 bar) / high temperature (400°C) version
- Radar Level Transmitters for Process as well as Tank Gauging / Custody Transfer applications
- Vortex Shedding Flowmeters with flow computer (eg. for energy management, ideal gas calculation)
- The new "S-Class" range of Cerabar / Deltabar Pressure and dP transmitters
- Liquiphant Vibrating Fork Level Switches with SIL approval
- The all new Gamma Radiometric line for non-contact level and density measurement (shown below right)
- Easy to use and install Prosonic Flow Clamp-On Ultrasonic Flowmeters
- The advanced TMT162 Temperature Transmitter with sensor monitoring and display



*Chris Gailer (right) discussing advantages of E+H's DN250 Promass F Coriolis Mass Flowmeter at AOG 2005*

## 2005 New Zealand Oil and Gas Exhibition

Following the success of the AOG, EMC will participate in the 2005 New Zealand Oil and Gas Exhibition being held in New Plymouth on September 8-9th.

EMC will feature Endress+Hauser's latest instrumentation packages for the Oil and Gas Industry.

For additional information on the Exhibition, or any Endress+Hauser product, please contact Chris Gailer or Howard Berry.

### Show Stopper

The show stopper on Endress+Hauser's exhibition stand however was undoubtedly the new E+H DN250 (10") Promass F Coriolis Mass Flowmeter, which can measure flowrates up to 2200 tonnes/ hour!

This Promass F mass flowmeter has the smallest dimensions (1.8 metres face to face) and lightest weight for this pipe size; although it still weighs in at a hefty 400kg.

Like all E+H Promass flowmeters it requires no straight pipe runs and is immune to plant vibration.

# Liquicap T FMI21

**Endress+Hauser** 📧

## Low-cost Capacitive continuous level measurement in liquids

Capacitance level measurement has a firm position in process instrumentation and offers decisive advantages.

In Liquicap T FMI21, Endress+Hauser introduces a new generation of cost-effective capacitance instruments for continuous level measurement in conductive liquids higher than 30 µS/cm.

It offers a low-cost solution for applications in small storage and buffer tanks in all industries.

Measurement is independent of the dielectric constant value of the liquid. It can also be deployed in Ex Zone 2 areas.

The measuring range is from 150mm to 2500mm with a maximum permissible process temperature of +100°C.

### Pre-calibrated

The probe is pre-calibrated 0% to 100% of the ordered length at the factory, which makes end-user calibration unnecessary. Subsequent shortening of the probe rods is easily done at any time using a separate shortening kit.

High-quality, corrosion-resistant materials are available for applications in aggressive liquids like acids and alkalis.

Liquicap T ensures safe operation regardless of tank materials (plastic, steel or concrete) and geometries (baffles, nozzles, etc).



### More information?
Circle Enquiry No: 0303
Contact: Howard Berry

### Features and benefits

- Low cost - continuous measurement for the price of a switch
- No moving parts in tank - long operating life - dependable function without wear
- No calibration necessary (preconfigured from factory)
- Safe function regardless of tank geometry
- High quality, non-corrosive materials (carbon fibre, stainless steel) for use in aggressive liquids
- Probe shortening set enables on-site probe shortening
- 10-30Vdc power supply with 4-20mA output
- Approvals: ATEX II 3 G EEx nA IIC T6 for hazardous areas

*New Product*

### Vendor Managed Inventory with E+H Fieldgate

The remote monitoring of tank levels via Fieldgate enables suppliers of raw materials to gather information about current inventories of their regular customers and also take this into account in their own production planning.

Fieldgate is suitable for use with many E+H instruments including the Liquicap T. It monitors configured level limits and can automatically trigger the next delivery as required. Possibilities range from a simple purchasing requisition by e-mail through to fully automatic order processing on both sides.



---

# EMC Portable Flowmeter Rig

The EMC Portable Flowmeter Rig is specifically designed for use in the Food and Beverage Industries (e.g. fruit juice, beer, wine, homogenous dairy products, acids, alkalis and saline solutions).

It incorporates a hygienic Endress+Hauser Promag 10H Flowmeter (3A approval) in sizes selectable from DN25 to DN80, together with a totalising counter and digital display.

Designed for versatility the rig is suitable for use in many applications, typically:

- as a portable flowmeter to measure the transfer of wine from vats to tankers. An ideal solution where the installation of fixed flowmeters on each vessel is not viable.
- calibration of liquids in a vessel. Ideal for plotting linearity curves for level measurement instruments.
- for flow measurement applications requiring certification, as the rig can be submitted for testing and certification by an approved laboratory.

Mounted in a stainless steel frame, the complete rig is fully portable.

Pneumatic wheels and a handle are included to provide easy manoeuvrability.

The Promag 10H can be fitted with your preferred process connection, has 4-20mA current and pulse outputs and an accuracy of +0.5%.

Its PFA lining guarantees maximum resistance to aggressive fluids and is suitable for temperatures up to 150°C (suitable for CIP / SIP cleaning).

The system is simply powered by connection to 230Vac mains supply or alternatively by a 12V rechargeable battery.



*EMC Portable Flowmeter Rig*

### More information?
Circle Enquiry No: 0304
Contact: Chris Gailer

# Huge savings on Excell Scales

## 25% discount on all Scales until 30 June 2005

We are pleased to present EMC Newsletter Readers with this exclusive discount offer on **all** Excell Scales currently held in stock by EMC.

Order any Excell Scale from EMC by 30 June 2005, mention this special offer, and you will receive a huge 25% discount from the standard list price.

Don't miss this opportunity - the offer only applies to models held in stock by EMC at the time of order so be quick to secure your scale.

Most items listed in our 2005 Price Catalogue are available ex stock but stock is limited so please check with EMC to ensure availability.

Our Scale Catalogue Price pages are also viewable online at:

http://www.emc.co.nz/pdf/Catalogue/59 60 Scales.pdf

In addition to the AWH, BH and Dolphin Scales featured below we supply Parcel, Counting, Bench, Floor and Crane Scales as well as Scale Bases and Indicators -

**All with 25% discount**

### More information?

Circle Enquiry No: 0305

Contact: Steve Watkins

---

### AWH Series
### Weighing/Counting/Checking

Used in applications requiring high accuracy, robust AWH Scales have a resolution of 0.1g (3kg model) and 1g with the 30kg model, combined with a large platter size of 280 x 230mm.

The AWH also incorporates Counting and Checking functions to provide a truly versatile scale that normally sells for $740.00. With the 25% discount, these scales are now available in the following capacities at **only $555.00 + GST:**

**3kg** x 0.1g resolution
**6kg** x 0.2g resolution
**15kg** x 0.5g resolution
**30kg** x 1.0g resolution

**Features include**

- Weighing/counting/checking functions (with buzzer)
- Battery or AC adaptor
- Preset tare and Auto calibration
- External resolution: 30,000 divs
- Internal resolution: 600,000 divs
- Low battery indicator
- Totalising function



---

### BH Series
### The Precision Balance

Designed for high accuracy weighing in laboratories or batching applications for example, where expensive additives have to be accurately weighed, the BH Series offer an ideal solution.

EMC carry two BH Models in stock:

**Model BH-300** - 300g capacity and a resolution of 0.01g. The pan size is 116mm diameter and the scale comes complete with a plastic wind shield.

**Model BH-3000** - 3000g capacity, 0.1g resolution and a 144 x 124mm platter.

Both normally priced at $740.00 these models are now available at **only $555.00 + GST** with the special 25% discount.



**Common features include**

- LCD display with backlighting
- 13 weight units
- Count and percentage functions
- Environmental function
- Built in RS232 output
- Overload protection
- AC/DC power adaptor

---

### Dolphin Series
### For wet environments

The popular Dolphin Series of digital scales is particularly suited for wet area environments such as food preparation applications, the hospitality industry, etc, and is available ex stock from EMC in the following capacities:

**3kg** x 1g resolution
**6kg** x 2g resolution
**15kg** x 5g resolution
**30kg** x 5g resolution





Normally priced at $370.00 ($400 for 30Kg model), the 25% discount enables you to buy 3-15kg scales at an attractive net price of **only $277.50 + GST.**

**Features include**

- Waterproof - IP65 protection
- 6 digit LCD display, 25mm high
- Weight selection (grams, oz, etc)
- Net / Gross weight mode
- Zero tracking and Auto calibration
- Battery or AC adaptor
- Auto power-off
- Low battery warning

---



# EMC INDUSTRIAL GROUP LTD

56 Tarndale Grove, Albany
PO Box 101 444, NSMC
Auckland 1333
New Zealand

Phone    09-415 5110
Fax    09-415 5115
Email    sales@emc.co.nz
Web    www.emc.co.nz



www.emc.co.nz



## SMS Phone Number: via MI Pointer

Use this utility to use an MI vector as one of the phone numbers in the SMS phone book. This allows you to

* Enable a number to be dialed via the PLC's keypad
* Exceed the 6 number limit of the SMS phone book

Note that since there is no Ladder element for this function, you perform it by:

* Storing the start address of the MI vector needed to contain the phone number into SI 141.
* Entering the character's MI, in capital letters, in the SMS phone book.
* Using the index number of that line to call the number, which enables the number in the MI vector to be called.
* Storing 400 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.



## Summary No,18

## Stored SMS Phone Nummber 254123426

## US Gharb patent from 3.6.1999 and not Unitronics



# The M90
## Is it an HMI?
## Is it a PLC?
## It's Both.

**The M90 & M91**
Each Micro PLC includes:

- Onboard I/O configuration. Add I/Os via a range of I/O expansion modules
- Integral HMI, including LCD & keypad
  M91 LCD: 2 16-character text lines
  M90 LCD: 1 16-character text line

**Perfect control for any application**

- Water treatment
- Alarm systems
- Traffic signal control
- Automated production
- Process control (thermal, level, pressure)

GSM Control

Building and Environment control

Conveyor belts

Analog output

Packaging

Oven control

RS232/RS485

High-speed counters

Analog Digital inputs

Analog/ Thermocouple/ PT100 inputs

High-speed outputs

High-speed outputs

Transistor/Relay outputs

M90 PLC & HMI
Key to Control

M-90

MODBUS (M91)    CANbus (M93,M91)

Expansion Modules

Up to 96 additional I/Os

Energy control

Pump management

4 PID Loops* with Auto-tune