# EXHIBIT

Case 1:06-cv-00027-RMC    Document 65-6    Filed 10/24/2007    Page 1 of 5

**UNITRONICS** | UNITRONICS M90/M91/Jazz OPLC™

PLC Modem Configuration

```
Init Strings:    +++
                 ATH
                 AT
                 ATS0=1

Use Modem: Disabled

Advanced:

    Modem TimeOut: Reply = 1.2 sec
    Modem TimeOut: Dial  = 65 sec

Dial System: Not Defined

Telephone Numbers:    1:
                      2:
                      3:
                      4:
                      5:
                      6:
```

on/off

Summary No, 19

Stored function block

Function Block for GSM ON and GSM OFF

US Gharb patent from 3.6.1999

Indirect GSM PIN Code  Page 1 of 1

## GSM PIN Code via MI

Use this utility to use an MI vector to supply a GSM modem PIN code. When you use this function, the controller will look for the number in the MIs, bypassing the PIN code in the SMS message dialog box.

Note that since there is no Ladder element for this function; you perform it by:

- Storing the start address of the MI vector needed to contain the PIN into SI 141,
- Storing 410 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.

The PIN code should be called before the modem is initialized; the function should therefore be called as a power-up task.

Note that if the MIs contain an incorrect PIN code format, the error will be indicated by Error message #18 in SI 180--Illegal PIN Format.



Function Block No. 410 for GSM pin code 254123

US GHARB Patent from 3.6.1999 and not Unitronics

Summary No. 20 B



## Creating SMS messages

You can create up to 99 SMS messages, or up to a total of 1k, whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

### Creating SMS text messages

Note that you must use the English character set to write SMS messages.

1. Open the SMS editor by selecting SMS Configuration from the Controller menu.
2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below.



1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line.
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message. This action erases any information in the line.
4. Use the Insert button to add a line below the line containing the cursor.
5. Use the Delete button to remove a line below the line containing the cursor.

### Attaching variables

You can attach up to 9 Integer or List Variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list—you cannot link a variable before it has been created.

Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.

As with HMI variables, you must create a Display Field for the display of the variable's value.

1. Click your cursor where you want to locate the variable text.
2. Hold down the Shift key on your PC keyboard, while you press the right-pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3. Release the Shift key. The Select Operand and Address box opens.
4. Enter the variable number and description, then click OK as shown below.



5. The SMS message now appears together with the variable field.



### Deleting variables

1. Place your cursor in the highlighted Variable field.
2. Press the Backspace or Delete key until the entire field is erased.

### Testing messages

1. To test your messages, click on the Compile button. If, for example, you have attached 'illegal' variables—not integer or list

Summary No. 21

Creating SMS and stored

US Patent in 3.6.1999 and not unitronics



Unitronics has sold PLCs product to MSA Company and After MSA sold PLCs with differenty letter Name for sale in USA Summary No. 22