# EXHIBIT

Each controller comes complete with: Windows programming software
Operation Manual
Programming Cable to PC
Clamps for Panel Mounting

| Model | Description | EMC Code | Price |
|---|---|---|---|
| M90 Controller with relay outputs, analog input voltage or current (1-line display) | | | |
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $699.00 |
| M90-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 10 200 | $799.00 |
| M90-R1-CAN | 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports | UT 10 300 | $995.00 |
| M90-R2-CAN | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 10 301 | $1099.00 |
| M90 Controller with solid state outputs 0.5 Amp (1-line display) | | | |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $599.00 |
| M90-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 10 201 | $895.00 |
| M90-T1-CAN | 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports | UT 10 302 | $995.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1199.00 |
| M91 Controller with relay outputs, analog input voltage or current (2-lines display) | | | |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 11 200 | $750.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 11 202 | $995.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With expansion and CANbus ports | UT 11 203 | $1050.00 |
| M91 Controller with solid state outputs 0.5 Amp (2-lines display) | | | |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 11 201 | $800.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O. With expansion port | UT 11 204 | $1050.00 |
| M91-2-T2C | 10 inputs, 12 outputs. 2 digital/analog inputs. With expansion port | UT 11 205 | $995.00 |
| M91-2-UN2 | 10 inputs, 12 outputs. 2 PT100/TC/digital/analog inputs. With expansion port | UT 11 206 | $1175.00 |
| M91-TA2-CAN | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs. With exp port | UT 11 207 | $1345.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs. With expansion port | UT 11 209 | $1080.00 |

## Unitronics Expansion Modules + GSM Kit
Suitable for M90, M91 and Vision Series



USA / CHI Patent 36.1999

Expansion bus
Expandable up to 64 I/O (M90/91), 158 I/O (Vision)

GSM Kit with Vision 120

| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $150.00 |
| IO-DI8-TO8 | 8 Digital Inputs and 8 Transistor Outputs | UT 10 501 | $399.00 |
| IO-AI4-AO2 | 4 Analogue Inputs and 2 Analogue Outputs | UT 10 600 | $475.00 |
| IO-DI8-RO4 | 8 Digital Inputs and 4 Relay Outputs | UT 10 502 | $399.00 |
| IO-DI16 | 16 Digital Inputs | UT 10 503 | $375.00 |
| IO-TO16 | 16 Transistor Outputs | UT 10 504 | $425.00 |
| IO-RO8 | 8 Relay Outputs | UT 10 505 | $375.00 |
| EX90-DI8-RO8 | 8 Digital Inputs and 8 Relay Outputs | UT 10 506 | $499.00 |
| IO-PT4 | 4 PT100 Inputs, -50°C to 460°C | UT 10 601 | $530.00 |
| IO-ATC8 | 8 Thermocouple / Analogue Inputs | UT 10 603 | $705.00 |
| IO-AO6X | 6 Analogue Outputs (isolated) | UT 10 602 | $735.00 |
| IO-RO16 | 16 Relay Outputs, 24Vdc | UT 10 507 | $525.00 |
| IO-LC1 | 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs | UT 10 604 | $595.00 |
| IO-LC3 | 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs | UT 10 605 | $865.00 |
| GSM Kit | SMS messaging over the GSM digital network for telemetry applications. Includes GSM modem. Remote cellphone not included | UT 10 901 | $1250.00 |

Update November 2005    *Prices subject to change without notice. GST additional*    35