# EXHIBIT

# PLC & GSM –Summary

# No,4 B





Water Heater with PLC-Summary4

PlC & GSM-Summary No.5B


SMS-CENTRALE
PLC & GSM -Message
central-Summary No.7B

# Unitronics OPERATOR PANEL / PLC



## Vision Series Operator Panel PLCs

The UNITRONICS Vision Series is a compact PLC with on-board I/Os and a versatile Graphic Operator Interface.

The Vision Series enables programming of the PLC and HMI in a single environment and eliminates PLC-HMI communication. It saves I/O points, reduces hardware, simplifies assigning functions to keys and data is entered via the keyboard.

**Each Vision Controller comes complete with:**

- PLC and graphic HMI
- Snap-in I/O module for V230, V260, V280 & V290
- 120k database for data logging
- Programming software
- Mounting hardware, connectors, communication cable and extra set of key labels
- User guide

**Expansion Modules and GSM Kit** (refer next page)



*Unitronics OPLCs L/R:V120, V260, V230, M91, V280, V290*

| Model | Description | EMC Code | Price |
|---|---|---|---|
| **V120 Series.** | **PLC and Graphic HMI: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters** | | |
| V120-22-R1 | 10 digital inputs, 6 relay outputs, 1 analogue input 12/24Vdc, 2 x RS232/485 | UT 40 100 | $1350.00 |
| V120-22-R2C | 10 digital inputs, 6 relay outputs, 2 analogue inputs 12/24Vdc, 2 x RS232/485, CANbus | UT 40 101 | $1525.00 |
| V120-22-T1 | 12 digital inputs, 12 transistor outputs 12/24Vdc, 2 x RS232/485 | UT 40 103 | $1350.00 |
| V120-22-T38 | 22 digital inputs, 16 transistor outputs 24Vdc, 2 x RS232/485 | UT 40 104 | $1590.00 |
| V120-22-UN2 | 10 digital inputs, 12 transistor outputs, 2 universal inputs (PT100 / thermocouple / analogue / digital) , 12/24Vdc, 2 x RS232/485 | UT 40 102 | $1650.00 |
| V120-22-UA2 | 12 digital inputs, 10 relay outputs, 2 analogue outputs, 2 universal inputs (thermocouple / analogue / digital), 24Vdc, 2 x RS232/485 | UT 40 106 | $1750.00 |
| V120-22-R6C | 6 digital inputs, 6 relay outputs, 6 analogue inputs, 24Vdc, 2 x RS232/485, CANbus | UT 40 107 | $1575.00 |
| V120-22-T2C | 10 digital inputs, 12 transistor outputs, 2 analogue/digital inputs, 12/24Vdc, 2 x RS232/485 CANbus | UT 40 108 | $1525.00 |
| V120-22-R34 | 20 digital inputs, 12 relay outputs, 2 analogue/digital inputs 2 x RS232/485 | UT 40 109. | $1620.00 |
| **V200 Series.** | **PLC and Graphic HMI (requires selectable Snap-in I/O module)** | | |
| V230-13-B20B | Graphic display: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters Expansion Option, CANbus, 2 x RS232 | UT 60 000 | $1350.00 |
| V260-16-B20B | Graphic display: 240 x 64 pixels. Text messages: up to 8 lines x 40 characters Expansion Option, CANbus, 2 x RS232 | UT 60 001 | $1575.00 |
| V280-18-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 4.7" active area. 27-key keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 002 | $1890.00 |
| V290-19-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 003 | $1890.00 |
| **Snap-in I/O Modules for V200 Series** | | | |
| V200-18-E1B | Inputs: 16 digital and 3 Analogue (10 bit) Outputs. 10 Relay and 4 Transistor | UT 70 000 | $450.00 |
| V200-18-E2B | Inputs: 16 digital and 2 Analogue (10 bit) Outputs. 10 Relay, 4 Transistor and 2 Analogue (12 bit) | UT 70 001 | $595.00 |
| V200-18-E3B | Inputs: 18 digital and 4 Analogue (12 bit) Outputs. 15 Relay and 2 Transistor and 4 Analogue (12 bit) | UT 70 002 | $990.00 |
| V200-18-E4B | Inputs: 18 digital and 4 Analogue (14 bit) Outputs. 15 Transistor and 4 Analogue (12 bit) | UT 70 003 | $1140.00 |
| V200-18-E5B | Inputs: 18 digital and 3 Analogue (10 bit) Outputs. 15 Transistor | UT 70 004 | $595.00 |
| **Additional Communication Ports for V200 Series** | | | |
| V200-19-R4 | 1 x RS485 Port | UT 90 001 | $90.00 |
| V200-19-ET1 | 1 x Ethernet Port | UT 90 002 | $295.00 |
| V200-19-RS4-X | 1 x RS232 / RS485 Port (Isolated) | UT 90 007 | $150.00 |

# Unitronics OPERATOR PANEL / PLC



## M90 and M91 Operator Panel / PLCs



The Unitronics M90 and M91 Controllers combine a micro PLC with a fully integrated operator panel and are exceptional control devices for all entry-level applications.

LCD text display: M90 - single line x 16 character.
M91 - two line x 16 character

They are 24Vdc powered (some 12Vdc), available in expandable and non-expandable versions and can be panel or DIN-Rail mounted.

Models are available with CAN Bus options and a special module enables remote messaging via the GSM Network direct to a cellphone.

**Each controller comes complete with:** Windows programming software
Operator manual
Programming Cable to PC
Clamps for Panel Mounting

| Model | Description | EMC Code | Price |
|---|---|---|---|
| **M90 Controller with relay outputs, analog input voltage or current (1-line display)** | | | |
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $699.00 |
| M90-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 10 200 | $799.00 |
| M90-R1-CAN | 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports | UT 10 300 | $995.00 |
| M90-R2-CAN | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 10 301 | $1099.00 |
| **M90 Controller with solid state outputs 0.5 Amp (1-line display)** | | | |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $599.00 |
| M90-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 10 201 | $895.00 |
| M90-T1-CAN | 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports | UT 10 302 | $995.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1199.00 |
| **M91 Controller with relay outputs, analog input voltage or current (2-lines display)** | | | |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 11 200 | $750.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 11 202 | $995.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With expansion and CANbus ports | UT 11 203 | $1050.00 |
| **M91 Controller with solid state outputs 0.5 Amp (2-lines display)** | | | |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 11 201 | $800.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O. With expansion port | UT 11 204 | $1050.00 |
| M91-2-T2C | 10 inputs, 12 outputs. 2 digital/analog inputs. With expansion port | UT 11 205 | $995.00 |
| M91-2-UN2 | 10 inputs, 12 outputs. 2 PT100/TC/digital/analog inputs. With expansion port | UT 11 206 | $1175.00 |
| M91-TA2-CAN | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs. With exp port | UT 11 207 | $1345.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs, With expansion port | UT 11 209 | $1080.00 |

## Unitronics Expansion Modules + GSM Kit

**Suitable for M90, M91 and Vision Series**




*Expandable up to 64 I/O (M90/91), 158 I/O (Vision)*



*GSM Kit with Vision 120*

| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $150.00 |
| IO-DI8-TO8 | 8 Digital Inputs and 8 Transistor Outputs | UT 10 501 | $399.00 |
| IO-AI4-AO2 | 4 Analogue Inputs and 2 Analogue Outputs | UT 10 600 | $475.00 |
| IO-DI8-RO4 | 8 Digital Inputs and 4 Relay Outputs | UT 10 502 | $399.00 |
| IO-DI16 | 16 Digital Inputs | UT 10 503 | $375.00 |
| IO-TO16 | 16 Transistor Outputs | UT 10 504 | $425.00 |
| IO-RO8 | 8 Relay Outputs | UT 10 505 | $375.00 |
| EX90-DI8-RO8 | 8 Digital Inputs and 8 Relay Outputs | UT 10 506 | $499.00 |
| IO-PT4 | 4 PT100 Inputs, -50°C to 460°C | UT 10 601 | $530.00 |
| IO-ATC8 | 8 Thermocouple / Analogue Inputs | UT 10 603 | $705.00 |
| IO-AO6X | 6 Analogue Outputs (isolated) | UT 10 602 | $735.00 |
| IO-R016 | 16 Relay Outputs, 24Vdc | UT 10 507 | $525.00 |
| IO-LC1 | 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs | UT 10 604 | $595.00 |
| IO-LC3 | 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs | UT 10 605 | $865.00 |
| **GSM Kit** | SMS messaging over the GSM digital network for telemetry applications. Includes GSM modem. Remote cellphone not included | UT 10 901 | $1250.00 |




PLC for mashine only– Summary No, 3A