# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITRONICS 1989 R G LTD., et al.** | |
| Plaintiff(s), | |
| vs. | Civil Action No. 06-27 (RMC) |
| **SAMY GHARB** | |
| Defendant(s). | |

# **SUPPLEMENTAL EXHIBITS**
# **TO MOTION FOR RECONSIDERATION**