



# LPC E-Newsletter - *March 2001*

### 1. LPC Stock Clearance - Bargain Prices !!!

Check out the LPC stock clearance offers on automation and control components from such manufacturers as Toshiba, Matsushita, Siemens and Idec. Components include

Ø Inverter Drives
Ø Proximity Switches
Ø Programmable Logic Controllers
Ø Vision Inspection Systems

For details of the components and the stock clearance prices - which are valid for March / April whilst stocks last - visit our special offers page

## LPC STOCK CLEARANCE OFFERS
click here to link to offer details

### 2. Macnaught Flowmeters

LPC have added the Macnaught range of positive displacement flowmeters to our extensive range of automation & control products.
M-Series meters will accurately measure, mix, batch and dose an extremely wide variety of fluid mediums including aggressive and intrinsically safe applications. A choice of construction and sealing materials coupled with high viscosity and high temperature options enable the engineer to select a model which is tailored to the application at hand
M-Series flow meters are based on the proven oval rotor principle, ensuring high accuracy and repeatability. Precision engineering eliminates pockets in which liquid can stagnate within the measuring chamber of the flow meter. A pair of intermeshing ellipsoidal gears rotate on shafts and sweep the chamber. Each rotation measures a small volume of trapped liquid, independent of viscosity or density. Magnets located in the gears enable each rotation to be picked up by reed switches or hall sensors located in a secondary chamber within the meter body. A nominal pulses per litre value is arrived at in







this way. Each meter is individually tested to ensure that it performs within calibration parameters. The results are detailed on the NATA traceable certificate which accompanies each flow meter.
M-Series meters are designed to contain very few wearable and replaceable parts. Meter construction enables fast and easy on-site servicing without the need to remove the body from the pipe work.
To find out more about the M-Series postive displacement flowmeters contact us **TODAY**



### 3. GOSwitch Leverless Limit Switches

LPC are pleased to announce a new addition to our extensive range of products for automation and control - leverless limit switches for harsh environments in the form of the GOSwitch. Operating on the principle of magnetism, these switches require no power supply and have no levers or arms to break or jam. Designed and built to operate under extreme conditions and in the harshest of environments there are switches to provide solutions to your most difficult applications.
**Hazardous Areas:**
Explosion proof and intrinsically safe switches that will withstand the rigors of operation in chemical plants and other hazardous areas
**Corrosive Conditions**:
All moving parts are totally enclosed and permanently sealed in a solid stainless steel body, providing accurate proximity sensing and reliable operation under corrosive conditions. Special epoxy coatings can be applied for further protection.
**Wet Environments:**
The one-piece stainless steel construction keeps all moisture out. Sub-Sea switches will operate under continuous submersion.
**Extreme Conditions:**
Switches will operate over wide temperature and pressure ranges, and the switches can withstand knocks and impact.

The GOSwitch range also includes the DEFENDER turbine valve monitoring system and the NuProx switch suitable for use in nuclear environments.
To find out more about the GOSwitch range of leverless limit switches and how they could benefit you contact us **TODAY**







### 4. Control Through your Mobile Phone

Keep in touch with your process operations while you are on the move or away from site - introducing the Unitronics GSM enabled M90 Micro PLC with HMI which can send SMS (Short Messages System) messages to your GSM mobile phone in response to any user defined event. Similarly you can send SMS messages from your phone to monitor and modify set-points or run time parameters.
The system can operate with up to 6GSM phones, providing auto-acknowledgement of messages and with security built in to prevent unauthorized callers or adjustment.
The M90 PLC operates on 24VDC, is a slim 96x96x64mm din-rail mountable unit with an expansion port enabling the addition of up to 8 expansion units totaling up to 64 I/O's.
For more details of this versatile PLC and its GSM enabled operation contact us **TODAY**



### 5. Climate Change Levy - Energy Saving Variable Speed Drives

From April 2001 - that's next month - the government will introduce its climate change levy tax on energy use in an attempt to reduce energy consumption and greenhouse gas emissions. The introduction of the climat change levy will mean increased energy costs for most companies, and these must be offset by reductions in energy consumption if profitability is to be maintained.
To try and encourage companies to reduce their energy consumption and costs, a capital allowance scheme has been set up by the Department of Environment, Transport and the Regions and the Inland Revenue. If companies can demonstrate that they have installed energy reducing equipment such as variable speed drives or high efficiency motors on applications moving liquids or gases (pumps, fans, compressors) then the price of this be can be written off against tax.
LPC have added the Omron inverter (variable speed drives) range into our product portfolio, these price competitive and versatile inverters being ideally suited to a wide variety of industrial applications.
To discover the energy savings you could make check out our website http://www.lpc-uk.com/climate or contact us.
Our applications engineers would be please to advise on any potential energy saving measures for you process and will be pleased to visit your site.





### 6. Safety on Board with LPC

Upon the installation of a new board preparation machine a client approached LPC regarding the proposed guarding of the machine.
The problem the client faced was to guard areas inside the machine with complicated access, the light curtains in most



cases were secondary guarding, the primary guarding being via interlocks on the doors of the machine.
The solution to the problem, proposed by LPC, was to use two existing Sick PLS (Proximity Laser Scanner) units and the Sick M2000 man entry light guarding system.
The machine guarding would also require the use of Siemens optical safe edges - these units which can be easily cut to the required length and easily assembled provided a high degree of flexibility. The safe edge was employed on a part of the machine where an automatic transfer arm traveled toward a fixed support post and where an operators arm could be trapped.
The guarding application previously carried out by the PLS units was to be changed to guarding with Sick C2000 hand detection light guards.
LPC having advised on the guarding of the machine were asked to supply the relevant equipment.
This application of the expertise of the LPC applications engineers in the advising and supply of safety equipment was one of many that LPC have been involved in recently.



### 7. LPC not Foiled by Orientation

**Application:**
Our client approached LPC to advise upon an application problem, they required to know which way around the foil backing was placed on to contact lens holders.
The foil backing comes in very shiny silver and with blue tint. Both types have some small black text detailing the lens prescription. The customer had come to the conclusion that the only way to monitor the orientation was to look at area of the foil which would always have some text present if the pack was orientated correctly.

**Problem:**
The very shiny surface meant there was far too much reflection





for any standard infra red or red light sensor to pick up on the small black characters. The sensors previously tried were simply being blinded by the amount of light coming back and therefore the sensor could not make the distinction required. Another option of utilising laser sensors was discounted because the restricted space available meant we could get on in close enough to the product.

**Solution:**
After analysing the problem and carrying out tests with various sensors on foil samples it was decided that the best solution was to use the blue light version of the Takex F70 digital display fibre amplifier along with a the FRLW716BC fibre array. Blue sensors are less powerful and the light is less intense, so this cut down on the amount of reflection from the foil. The fibre used has a series of beams so it also allowed inspection of a larger area.
The solution offered the customer a solid switching difference between areas with text and those without. This was perfectly illustrated by the sensor's digital display which shows the amount of light the sensor receives back from the product.

This is an example of the extensive technical service that LPC provides for its clients, providing advice and solutions to industrial automation and control application problems. To find out how LPC can assist with your applications problems contact us **TODAY**

