IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., <br><br> and <br><br> UNITRONICS, INC. <br><br>   Plaintiffs, <br><br> v. <br><br> SAMY GHARB, <br><br>   Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## MOTION TO VACATE OCTOBER 10, 2007 SCHEDULING ORDER

Plaintiffs, Unitronics (1989)(R"G) Ltd. and Unitronics, Inc., (collectively "Unitronics") submit this Motion to Vacate Scheduling Order. On October 10, 2007 the Court entered a MINUTE ENTRY ORDER, directing the parties to file a Joint Proposed Scheduling order with respect to Count II and Count III of Plaintiffs' Complaint. Unitronics asks the Court to vacate that Order so that the Court can consider Unitronics' concurrently filed Motion for Permanent Injunction and Unitronics' Motion to Dismiss Count II of their Complaint without prejudice under Fed. R. Civ. P. 41(a)(2), and Gharb's Motion for Reconsideration. The Court's resolution of these motions should dispose of all issues and thereby obviate the need for a revised scheduling order.

Respectfully submitted this 1st day of November, 2007.

STERNE, KESSLER, GOLDSTEIN & FOX, PLLC

1

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Sterne, Kessler, Goldstein & Fox, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 772-8703
(202) 371-2540 (fax)
gjperry@skgf.com

*Of Counsel:*

Dale Lischer
Brendan E. Squire
Smith, Gambrell & Russell, Llp
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)

*Attorney for Plaintiffs*
*Unitronics (1989) (R"G) Ltd., and*
*Unitronics, Inc.*

**CERTIFICATE OF SERVICE**

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' foregoing MOTION TO VACATE OCTOBER 10, 2007 SCHEDULING ORDER, using the CM/ECF system and have served the Defendant by mailing a copy of same via Air Mail, postage prepaid, addressed to the following:

Mr. Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Mr. Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

Further, I have emailed a copy of same to Defendant at the following email address:

samygharbch@aim.com

This 1st day of November, 2007.

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630