IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., <br><br> and <br><br> UNITRONICS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> SAMY GHARB, <br><br> Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### [PROPOSED] ORDER VACATING SCHEDULING ORDER

Upon the Plaintiffs' Motion to Vacate Scheduling Order, Motion for Injunctive Relief, Motion to Dismiss Under Fed.R.Civ.P 41(a)(2), Defendants' Motion for Reconsideration and Plaintiffs' having opposed that motion, the Court finds that resolution of these motions would dispose of the matter in controversy,

IT IS HEREBY ORDERED that:

The Scheduling Order entered October 10, 2007 is hereby vacated.

Defendant response(s) in opposition to Plaintiffs' motions, and any reply in support of his Motion for Reconsideration shall be filed on or before _____.

Plaintiffs shall file any reply to such opposition on or before _____.

SO ORDERED, this _____ day of _____, 2007.

1

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn J. Perry
D.C. Bar No. 278630
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 772-8703
(202) 371-2540 (fax)

Of Counsel:

Dale Lischer
Brendan E. Squire
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)
*Attorney for Plaintiffs Unitronics (1989)*
*(R"G) Ltd., and Unitronics, Inc.*

Mr. Samy Gharb, *Pro Se*
Bachtobelstrasse 30,
8045 Zurich, Switzerland
samygharbch@aim.com

Mr. Samy Gharb, *Pro Se*
P.O. Box 5066
8045 Zurich, Switzerland