IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD.,<br><br>and<br><br>UNITRONICS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br><br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### MOTION FOR INJUNCTIVE RELIEF AGAINST SAMY GHARB

Plaintiffs, Unitronics (1989)(R"G) Ltd. and Unitronics, Inc. ("Unitronics"), move this Court to impose injunctive relief under 35 U.S.C. § 283, against Defendant, Samy Gharb ("Gharb").  Unitronics' Motion for Injunctive Relief requests that Gharb be permanently enjoined from: 1) communicating threats or assertions of infringement based on the subject matter claimed in United States Patent No. 6,552,654 ("the Gharb patent"), against Unitronics or Unitronics' customers based on their manufacture, use, sale, offers to sell, or importation of Programmable Logic Controllers ("PLCs"); 2) bringing suit under the Gharb patent, against Unitronics or  Unitronics' customers based on their manufacture, use, sale, offers to sell, or importation of PLCs; and 3) interfering with the contractual relations between Unitronics and its customers in any fashion by referring to the Gharb patent.  Plaintiffs' Memorandum In Support of Plaintiffs' Motion For Injunctive Relief and Opposition to Defendants' Motion to Reconsider is submitted concurrently herewith.

Respectfully Submitted this 1st day of November, 2007.

        STERNE, KESSLER, GOLDSTEIN & FOX, PLLC

        <u>/s/ Glenn J. Perry</u>
        Glenn J. Perry
        D.C. Bar No. 278630
        1100 New York Avenue, NW
        Washington, DC 20005
        (202) 772-8703
        (202) 371-2540 (fax)
        gjperry@skgf.com

        *Of Counsel:*

        Dale Lischer
        Brendan E. Squire
        Smith, Gambrell & Russell, Llp
        Suite 3100
        1230 Peachtree Street N.E.
        Atlanta, Georgia  30309
        (404) 815-3500
        (404) 685-3509 (fax)

        *Attorney for Plaintiffs*
        *Unitronics (1989) (R"G) Ltd., and*
        *Unitronics, Inc.*

## **CERTIFICATE OF SERVICE**

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court the foregoing, PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF, using the CM/ECF system and have served the Defendant by mailing a copy of same via Air Mail, postage prepaid, addressed to the following:

> Mr. Samy Gharb
> Bachtobelstrasse 30,
> 8045 Zurich, Switzerland

> Mr. Samy Gharb
> P.O. Box 5066
> 8045 Zurich, Switzerland

Further, I have emailed a copy of same to Defendant at the following email address:

> samygharbch@aim.com

This 1st day of November, 2007.

> /s/ Glenn J. Perry
> Glenn J. Perry
> D.C. Bar No. 278630