IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., <br><br>and<br><br>UNITRONICS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br><br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

## [PROPOSED] PERMANENT INJUNCTION

Having found that Plaintiffs', Unitronics (1989)(R"G) Ltd. and Unitronics, Inc., manufacture, use, sale, offers to sell, or importation of Programmable Logic Controllers (PLC) do not infringe United States Patent Number 6,552,654, entitled Security System With A Mobile Telephone, and

Having found that United States Patent Number 6,552,654 expired on April 22, 2007, because the maintenance fees for United States Patent Number 6,552,654 were not paid,

**IT IS HEREBY ORDERED** that:

Defendant, Samy Gharb, his affiliated companies, officers, directors, agents and representatives, and each of them are hereby immediately and permanently enjoined from: 1) communicating threats or assertions of infringement based on the subject matter claimed in United States Patent Number 6,552,654, against Plaintiffs or Plaintiffs' customers based on their

manufacture, use, sale, offers to sell, or importation of Programmable Logic Controllers (PLCs);

2) bringing suit under United States Patent Number 6,552,654, against Unitronics or Unitronics' customers based on their manufacture, use, sale, offers to sell, or importation of PLCs; and 3) interfering with the contractual relations between Unitronics and their customers in any fashion by referring to United States Patent Number 6,552,654.

  **SO ORDERED**, this _____ day of _____, 2007.

              _____
              ROSEMARY M. COLLYER
              UNITED STATES DISTRICT JUDGE

**Copies To:**

Glenn J. Perry
D.C. Bar No. 278630
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 772-8703
(202) 371-2540 (fax)

Dale Lischer
Brendan E. Squire
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)
*Attorney for Plaintiffs Unitronics (1989)*
*(R"G) Ltd., and Unitronics, Inc.*

Mr. Samy Gharb, *Pro Se*
Bachtobelstrasse 30,
8045 Zurich, Switzerland
samygharbch@aim.com

Mr. Samy Gharb, *Pro Se*
P.O. Box 5066
8045 Zurich, Switzerland