

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

## Patent eBusiness

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

## Patent Information

- Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

## Patent Searches

- Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

## Other

- Copyrights
- Trademarks
- Policy & Law
- Reports

## Patent Application Information Retrieval

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

**09/762,111    SECURITY SYSTEM WITH A MOBILE TELEPHONE**

Tabs: Select New Case | Application Data | Transaction History | Patent Term Extension History | Continuity Data | Foreign Priority | Fees | Published Documents | Address & Attorney/Agent

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 09/762,111 | Customer Number: | - |
| Filing or 371 (c) Date: | 04-05-2001 | Status: | Patent Expired Due to NonPayment of Maintenance Fees Under 37 CFR 1.362 |
| Application Type: | Utility | Status Date: | 05-23-2007 |
| Examiner Name: | NGUYEN, HUNG T | Location: | FILE REPOSITORY (FRANCONIA) |
| Group Art Unit: | 2632 | Location Date: | 12-29-2005 |
| Confirmation Number: | 8620 | Earliest Publication No: | - |
| Attorney Docket Number: | 009765-026 | Earliest Publication Date: | - |
| Class / Subclass: | 340/426 | Patent Number: | 6,552,654 |
| First Named Inventor: | Samy Gharb , Zurich, (CH) | Issue Date of Patent: | 04-22-2003 |

Title of Invention:    SECURITY SYSTEM WITH A MOBILE TELEPHONE

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy