**From:** SAMY GHARB [mailto:webmaster@unitronics.com]
**Sent:** Thursday, October 25, 2007 12:49 PM
**To:** support
**Subject:** Unitronics: Contact

| | |
|---|---|
| Date: | 10/25/2007 6:48:59 AM |
| Country: | Switzerland |
| First Name: | SAMY |
| Last Name: | GHARB |
| Subject: | USA PATENT PROCESS |
| Company: | the controller can send short message service (SMS) messages |
| Email: | samygharbch@aim.com |
| Telephone: | 004107992951584 |

Dear Mr Haim Shani I have to inform you that before I will setting process by the high court in USA WE HAVE TO SPEAK BY PHONE FACT IS your business with PLC & GSM in automatic parking is against the USA Patent law i will wait your tel call before i will inform the highj court. Regard,s USA PATENT HOLDER SAMY GHARB Application Update Automatic parking systems ease use for customers, owners Eyal Saban, Unitronics Control Engineering -- October 1, 2007 Automated parking structures are popping up all over. Three are currently operating in the U.S.—in Washington, DC, New York City, and Hoboken, NJ—but there are many more in Europe and Asia. The user experience is cool, the concept is environmentally friendly, and the technology is state-of-the-art. Automated parking systems enable high density storage by eliminating the need for ramps and stacking cars literally bumper to bumper and door to door. Customers drive into the entry bay, exit their cars and activate the system by pushing a button. Advanced algorithms determine where the car will be stored and moves it to the storage location. When the customer returns, the system retrieves the car and quickly delivers it to the driver in an exit-facing position. Cars are parked with their engines off, significantly reducing exhaust emissions, and drivers enjoy a fast, safe valetparking experience—without the valet. Shelves, elevators, shuttle cars Automated parking systems include mechanical elements such as shelves (racking system), elevators and shuttle cars, which are guided by programmable logic controllers (PLCs) and orchestrated by an automated parking management system. In December 2006, the City of Hoboken chose to upgrade its automated parking facility, one of the first in the U.S., with a capacity of more than 300 cars. The project included repair of mechanical and electrical systems and replacement of the control systems and the management software. Unitronics, a maker of industrial controllers, got the job, and the company's Vision280 PLC was chosen for the heart of the system because of its integrated touch-panel interface and rich feature set. Key features include remote access and a local database, both of which promote high system availability and reliability. Unitronics chose a distributed control topology to provide enhanced efficiency, manageability and reliability. A Vision280 PLC is installed in each conveying element, and all controllers are connected to one main TCP/IP network. Elements with static control cabinets (e.g. elevators) are connected by wires. Components with moving control cabinets (e.g.

**Message:** shuttle cars) are connected via Wi-Fi, a wireless Ethernet. The wireless connection eliminates the need to lay cables throughout the site, enables moving parts to be easily networked and allows technicians to access any PLC from anywhere in the building using a Wi-Fi-enabled PC. The Vision280's graphical HMI (human machine interface) enables local handling of single components, problem isolation and manual operation of specific parts. Information regarding the location of each car (identified by a specific ID) is saved in the PLC's internal database. This means that should a failure of the central computer occur, the garage can continue to locate cars in a semi-automatic or manual mode, using the information in data tables. Unitronics uses data tables for similar purposes in the logistics systems and automated warehouses that it designs and builds. In such systems, Vision PLCs keep records of the location and loads they handle (pallets, crates, containers, etc.), enabling semi-automatic operation of the warehouse in case of malfunction. The automated parking system includes support for advanced communication features available in the Vision PLCs. One such option lets the controllers be connected to a GSM cellular modem, so the controller can send short message service (SMS) messages to technicians in case of system faults. Technicians then can request and receive data from the PLC via their mobile phone, and send commands to the PLC via SMS to quickly modify parameters such as speed and acceleration. Another available option is integration with a license plate recognition (LPR) system to enable automatic recognition of cars entering the bay. This system can be connected to the Vision PLCs without requiring a unique protocol, thanks to the system's protocol function block. In industrial applications, this software feature is used to connect PLCs to a variety of external devices, such as bar-code readers, without the need for extra development. A Vision280 in the reception area is responsible for moving a car to and from an optimized spot within the garage. Customers set the parking process in motion by entering a username and password on the Vision280's HMI touch screen, similar to using an ATM. The HMI also makes it easy for garage technicians to conduct immediate diagnostics and to troubleshoot the system. Using Unitronics' unique Info Mode, technicians and operators can check the real-time status of sensors, distance-measurement lasers and other parameters. If there is a problem with a moving part, the operator can check the PLC located on the part in question and immediately determine whether there is a control problem or a fault with a sensor or motor drive. Because the automated garage is a multi-level building, sometimes as high as 60 feet, it is not always feasible or handy to have a technician go to the physical location of the PLC to diagnose a problem. In that case, technicians use the PLC's Remote Access utility. This lets approved personnel remotely monitor and access all PLCs via a PC located in the control room on the ground floor, or from anywhere worldwide via the Internet. Technicians access the desired PLC from the computer and the view they see on their screen is identical to the user interface display of the PLC itself, except they operate it using a keyboard and mouse. The remote access feature is useful in standard industrial applications as well. Connected by Ethernet local area networks, GSM/GPRS modems or Internet-enabled networks, the PLCs can be operated from as close as a floor manager's office or from as far away as a system integrator's PC in another country

***********************************************************

Unitronics (1989) R"G LTD

Designs and Manufactures quality PLCs for the global market.

Provides End-to-End Automated Parking and Logistic Solutions.

Visit our web site: www.unitronics.com

10/25/2007

**From:** samygharbch@aim.com [mailto:samygharbch@aim.com]
**Sent:** Thursday, October 25, 2007 8:03 PM
**To:** export
**Subject:** US high court

Dear Mr Haim Shani

I would like to inform you that with great surprise I discovered that Unitronics PLC has stored with my Function Blocks (US Patent ) for use with GSM:
Unitronics has abused my Patent for manufacturing several Products which have been offered
and sold with remarkable profits in the United States during the period 2000 -2007.
Now before I will send your product PLC M90 with GSM to the high court in US
you have to call me and my Phone No, is 00410792951584.

Best Regard,s

US Patent holder
SAMY GHARB

---

**Check Out the new free AIM(R) Mail** -- Unlimited storage and industry-leading spam and email virus protection.

********************************************************

Unitronics (1989) R"G LTD

Designs and Manufactures quality PLCs for the global market.

Provides End-to-End Automated Parking and Logistic Solutions.

Visit our web site: www.unitronics.com

********************************************************

11/1/2007

```
PLC Modem Configuration
```

Init Strings:   +++
                ATH
                AT
                ATS0=1

Use Modem: Disabled

Advanced:

    Modem TimeOut: Reply = 1.2 sec ⟶ ON/off
    Modem TimeOut: Dial = 65 sec

Dial System: Not Defined

Telephone Numbers:   1:
                     2:
                     3:
                     4:
                     5:
                     6:

## Summary No. 19

**Stored function block**

**Function Block for GSM ON and GSM OFF**

**US Gharb patent from 3.6.1999**



## Creating SMS messages

You can create up to 99 SMS messages, or up to a total of 1k, whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

### Creating SMS text messages

Note that you must use the English character set to write SMS messages.

1. Open the SMS editor by selecting SMS Configuration from the Controller menu.
2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below.



1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line.
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message. This action erases any information in the line.
4. Use the Insert button to add a line **below** the line containing the cursor.
5. Use the Delete button to remove a line **below** the line containing the cursor.

### Attaching variables

You can attach up to 9 Integer or List Variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list—you cannot link a variable before it has been created.
Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.
As with HMI variables, you must create a Display Field for the display of the variable's value.

1. Click your cursor where you want to locate the variable text.
2. Hold down the **Shift** key on your PC keyboard, while you press the right-pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3. Release the **Shift** key. The Select Operand and Address box opens.
4. Enter the variable number and description, then click OK as shown below.



5. The SMS message now appears together with the variable field.



### Deleting variables

1. Place your cursor in the highlighted Variable field.
2. Press the Backspace or Delete key until the entire field is erased.

### Testing messages

1. To test your messages, click on the Compile button. If, for example, you have attached 'illegal' variables—not integer or list

## Summary No, 21

## Creating SMS and stored

## US Patent in 3.6.1999 and not unitronics

# U90

## SMS Phone Number: via MI Pointer

Use this utility to use an MI vector as one of the phone numbers in the SMS phone book. This allows you to:

* Enable a number to be dialed via the PLC's keypad.
* Exceed the 6 number limit of the SMS phone book.

Note that since there is no Ladder element for this function, you perform it by:

* Storing the start address of the MI vector needed to contain the phone number into SI 141,
* Entering the character's MI, in capital letters, in the SMS phone book,
* Using the index number of that line to call the number, which enables the number in the MI vector to be called,
* Storing 400 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function **after** you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will **not** be displayed.



Phone Number

## Summary No. 18

Stored SMS Phone Nummber 254123426

US Gharb patent from 3.6.1999 and not Unitronics

Application Update
**Automatic parking systems ease use for customers, owners**
**Eyal Saban, Unitronics**
**Control Engineering -- October 1, 2007**

**Automated parking structures are popping up all over. Three are currently operating in the U.S.—in Washington, DC, New York City, and Hoboken, NJ—but there are many more in Europe and Asia. The user experience is cool, the concept is environmentally friendly, and the technology is state-of-the-art.**

**Automated parking systems enable high density storage by eliminating the need for ramps and stacking cars literally bumper to bumper and door to door. Customers drive into the entry bay, exit their cars and activate the system by pushing a button. Advanced algorithms determine where the car will be stored and moves it to the storage location. When the customer returns, the system retrieves the car and quickly delivers it to the driver in an exit-facing position. Cars are parked with their engines off, significantly reducing exhaust emissions, and drivers enjoy a fast, safe valet-parking experience—without the valet.**

**Shelves, elevators, shuttle cars**

**Automated parking systems include mechanical elements such as shelves (racking system), elevators and shuttle cars, which are guided by programmable logic controllers (PLCs) and orchestrated by an automated parking management system. In December 2006, the City of Hoboken chose to upgrade its automated parking facility, one of the first in the U.S., with a capacity of more than 300 cars. The project included repair of mechanical and electrical systems and replacement of the control systems and the management software.**

**Unitronics, a maker of industrial controllers, got the job, and the company's Vision280 PLC was chosen for the heart of the system because of its integrated touch-panel interface and rich feature set. Key features include remote access and a local database, both of which promote high system availability and reliability.**

**Unitronics chose a distributed control topology to provide enhanced efficiency, manageability and reliability. A Vision280 PLC is installed in each conveying element, and all controllers are connected to one main TCP/IP network.**

Elements with static control cabinets (e.g. elevators) are connected by wires. Components with moving control cabinets (e.g. shuttle cars) are connected via Wi-Fi, a wireless Ethernet. The wireless connection eliminates the need to lay cables throughout the site, enables moving parts to be easily networked and allows technicians to access any PLC from anywhere in the building using a Wi-Fi-enabled PC. The Vision280's graphical HMI (human machine interface) enables local handling of single components, problem isolation and manual operation of specific parts.

Information regarding the location of each car (identified by a specific ID) is saved in the PLC's internal database. This means that should a failure of the central computer occur, the garage can continue to locate cars in a semi-automatic or manual mode, using the information in data tables. Unitronics uses data tables for similar purposes in the logistics systems and automated warehouses that it designs and builds. In such systems, Vision PLCs keep records of the location and loads they handle (pallets, crates, containers, etc.), enabling semi-automatic operation of the warehouse in case of malfunction.

**The automated parking system includes support for advanced communication features available in the Vision PLCs. One such option lets the controllers be connected to a GSM cellular modem, so the controller can send short message service (SMS) messages to technicians in case of system faults. Technicians then can request and receive data from the PLC via their mobile phone, and send commands to the PLC via SMS to quickly modify parameters such as speed and acceleration.**

Another available option is integration with a license plate recognition (LPR) system to enable automatic recognition of cars entering the bay. This system can be connected to the Vision PLCs without requiring a unique protocol, thanks to the system's protocol function block. In industrial applications, this software feature is used to connect PLCs to a variety of external devices, such as bar-code readers, without the need for extra development.

A Vision280 in the reception area is responsible for moving a car to and from an optimized spot within the garage. Customers set the parking process in motion by entering a username and password on the Vision280's HMI touch screen, similar to using an ATM. The HMI also makes it easy for garage technicians to conduct immediate diagnostics and to troubleshoot the system.

**Using Unitronics' unique Info Mode, technicians and operators can check the real-time status of sensors, distance-measurement lasers and other parameters. If there is a problem with a moving part, the operator can check the PLC located on the part in question and immediately determine whether there is a control problem or a fault with a sensor or motor drive.**

**Because the automated garage is a multi-level building, sometimes as high as 60 feet, it is not always feasible or handy to have a technician go to the physical location of the PLC to diagnose a problem. In that case, technicians use the PLC's Remote Access utility. This lets approved personnel remotely monitor and access all PLCs via a PC located in the control room on the ground floor, or from anywhere worldwide via the Internet.**

**Technicians access the desired PLC from the computer and the view they see on their screen is identical to the user interface display of the PLC itself, except they operate it using a keyboard and mouse. The remote access feature is useful in standard industrial applications as well. Connected by Ethernet local area networks, GSM/GPRS modems or Internet-enabled networks, the PLCs can be operated from as close as a floor manager's office or from as far away as a system integrator's PC in another country.**

# Unitronics PLC has stored with my Function Blocks



# Unitronics PLC & GSM Sale in internet 1250 US$