IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD.,<br><br>and<br><br>UNITRONICS, INC.<br>    Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

### MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P 41(a)(2)

Plaintiffs, Unitronics (1989)(R"G) Ltd. and Unitronics, Inc. (collectively "Unitronics"), move the Court for Dismissal, without prejudice, as to Count II (patent invalidity) of their Complaint against Defendant, Samy Gharb ("Gharb"). This motion is made under Federal Rule of Civil Procedure 41(a)(2) and is conditioned on the Court granting Unitronics' Motion for Permanent Injunction, submitted concurrently herewith. A Memorandum in Support of Plaintiffs' Motion for Voluntary Dismissal Without Prejudice Under Fed.R.Civ.P. 41(a)(2) and a Proposed Order of Dismissal Without Prejudice Under Fed. R. Civ. P 41(A)(2) are submitted concurrently herewith.

Respectfully Submitted this 1st day of November, 2007.

STERNE, KESSLER, GOLDSTEIN & FOX, PLLC

/s/ Glenn J. Perry

        Glenn J. Perry
        D.C. Bar No. 278630
        Sterne, Kessler, Goldstein & Fox, PLLC
        1100 New York Avenue, NW
        Washington, DC 20005
        (202) 772-8703
        (202) 371-2540 (fax)
        gjperry@skgf.com

*Of Counsel:*

Dale Lischer
Brendan E. Squire
Smith, Gambrell & Russell, Llp
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)

*Attorney for Plaintiffs*
*Unitronics (1989) (R"G) Ltd., and*
*Unitronics, Inc.*

2

## **CERTIFICATE OF SERVICE**

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with the Clerk of Court Plaintiffs' foregoing **MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P 41(a)(2)**, using the CM/ECF system and have served the Defendant by mailing a copy of same via Air Mail, postage prepaid, addressed to the following:

Mr. Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Mr. Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

Further, I have emailed a copy of same to Defendant at the following email address:

samygharbch@aim.com

This 1st day of November, 2007.

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630