IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,

and

UNITRONICS, INC.

   Plaintiffs,

v.

SAMY GHARB,

   Defendant.

Civil Action File No.: 1:06-cv-0027-RMC

[PROPOSED] ORDER OF DISMISSAL **WITHOUT PREJUDICE UNDER FED. R. CIV. P 41(a)(2)**

Having found that Plaintiffs', Unitronics (1989)(R"G) Ltd. and Unitroincs, Inc., manufacture, use, sale, offers to sell, or importation of Programmable Logic Controllers (PLC) does not infringe United States Patent Number 6,552,654, entitled Security System With A Mobile Telephone, and

Having found that United States Patent Number 6,552,654 expired on April 22, 2007, because the maintenance fees for United States Patent Number 6,552,654 were not paid, and

Having entered a Permanent Injunction against Defendant, Samy Gharb, and

Having denied Defendant's Motion for Reconsideration,

IT IS HEREBY ORDERED that:

Count II, Invalidity of United States Patent No. 6,552,654, of Plaintiffs Complaint is dismissed without prejudice.

1

2

SO ORDERED, this _____ day of _____, 2007.

                                                         _____
                                                         ROSEMARY M. COLLYER
                                                         UNITED STATES DISTRICT JUDGE

Copies To:

Glenn J. Perry
D.C. Bar No. 278630
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 772-8703
(202) 371-2540 (fax)

Of Counsel:

Dale Lischer
Brendan E. Squire
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)
*Attorney for Plaintiffs Unitronics (1989)*
*(R"G) Ltd., and Unitronics, Inc.*

Mr. Samy Gharb, *Pro Se*
Bachtobelstrasse 30,
8045 Zurich, Switzerland
samygharbch@aim.com

Mr. Samy Gharb, *Pro Se*
P.O. Box 5066
8045 Zurich, Switzerland