




## Patent Bibliographic Data

**10/18/2007 01:18 PM**

| | | | | |
|---|---|---|---|---|
| **Patent Number:** | 6552654 | | **Application Number:** | 09762111 |
| **Issue Date:** | 04/22/2003 | | **Filing Date:** | 04/05/2001 |
| **Title:** | SECURITY SYSTEM WITH A MOBILE TELEPHONE | | | |
| **Status:** | Expired for non-payment on: 04/22/2007 | | **Entity:** | Large |
| **Window Opens:** | 04/24/2006 | **Surcharge Date:** 10/24/2006 | **Expiration:** | 04/22/2007 |
| **Fee Amt Due:** | $0.00 | **Surchg Amt Due:** $0.00 | **Total Amt Due:** | $0.00 |
| **Fee Code:** | | | | |
| **Surcharge Fee Code:** | | | | |
| **Most recent events (up to 7):** | 04/22/2007 11/08/2006 06/03/2004 | Patent Expired for Failure to Pay Maintenance Fees. Maintenance Fee Reminder Mailed. Payor Number Assigned. --- End of Maintenance History --- | | |
| **Address for fee purposes:** | COMPUTER PATENT ANNUITIES 225 REINEKERS LANE SUITE 400 ALEXANDRIA, VA 22314 | | | |

**NOTE:** All USPTO fees are subject to change. If you are making a payment by mail or fax, please visit this **link** or contact the Maintenance Fee Branch (571-272-6500) to confirm the amount due on the date payment is to be made. A maintenance fee payment can be timely made using the certificate of mailing or transmission procedure set forth in 37 CFR 1.8.

[ Run Another Query ]

Need Help?  |  USPTO Home Page  |  Finance Online Shopping Page