IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD.,<br><br>and<br><br>UNITRONICS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br><br>    Defendant. | Civil Action File No.: 1:06-cv-0027-RMC |

[PROPOSED] ORDER OF DENYING MOTION FOR RECONSIDERATION

Having considered Defendant's Motion for Reconsideration, and having found that motion to be frivolous, and having found that Plaintiffs', request for reasonable attorney fees in opposing that motion is a proper exercise of the Court's inherent powers as a sanction against Defendant, Gharb;

IT IS HEREBY ORDERED that:

Defendant, Samy Gharb's Motion for Reconsideration is Denied;

Unitronics is awarded its reasonable attorneys fees in opposing Defendant's Motion for Reconsideration; and

Unitronics will file documents supporting the claimed amount for its attorneys fees within fourteen (14) days after entry of this order.

1

2

    SO ORDERED, this _____ day of _____, 2007.

                                          _____
                                          ROSEMARY M. COLLYER
                                          UNITED STATES DISTRICT JUDGE

Copies To:

Glenn J. Perry
D.C. Bar No. 278630
STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 772-8703
(202) 371-2540 (fax)

Of Counsel:

Dale Lischer
Brendan E. Squire
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)
*Attorney for Plaintiffs Unitronics (1989)*
*(R"G) Ltd., and Unitronics, Inc.*

Mr. Samy Gharb, *Pro Se*
Bachtobelstrasse 30,
8045 Zurich, Switzerland
samygharbch@aim.com

Mr. Samy Gharb, *Pro Se*
P.O. Box 5066
8045 Zurich, Switzerland