UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Unitronics (1989) (R "G)LTD

Plaintiffs,

v.

SAMY GHARB,

Defendant.

(Civil Action No.06-27 (RMC)

*Let this be filed RM 1/4/08*

---

### MEMORANDUM IN OPPOSTION TO MOTION

### FOR INJUNCTIVE RELIEF AGAINST SAMY GHARB

---

In answering of the above mentioned Motion against me I should like to inform you, with all respect, that now is the time to see the reality of evidence of sale PLCs & GSM in USA and here I send enclosed to the Court the Product PLC M90    & GSM via Post Packet as truth of this business of Unitronics.
The lawyer of Unitronics must accept this reality of Patent infringement. Unitronics has abused my Patent for manufacturing several Products which have been offered
and sold with remarkable profits in the United States during the period 2000 -2006.



1



**Programmable Logic Control PLC M 90 & GSM sold for 1250 US $ as new Product in the year 2000**



**Unitronics PLC & GSM in Tram**

Unitronics has been commercial manufacture,use,offer to sell,or sale PLCSs with GSM within the United States or importation into the United States .

2



**Unitronics sold PLCs with differently letter name MSA**

Unitronics has copied the function blocks as my US Patent to use with GSM and Unitronics is liable to pay for Damage.
I would like to ask the Court to require amount of compensation of **60.000.000 US $** from Unitronics because of infringement to my US Patent in the period from **2000 to 2006**.

**Reality of evidence**

1. Here is the product of PLC M 90 & GSM as evidence.
2. The letter from Control & Power with business in the year 2000 for 500.000 US$ .
3. The Lawyer has Confirmed the evidence of the Control & Power letter .
4. Unitronics has stored my Function Blocks in all PLCs and used with GSM.
5. In last Telephone conference the Judge Ms Rosemary M. Collyer said more precisely in other words that the letter from Control & Power is infringement to Gharb patent .
6. Unitronics PLC sold with different letter name MSA

                                **Sincerely Yours,**

                                **USA Patent Holder**
**Zurich 15.11.2007**             **SAMY GHARB**