UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Unitronics (1989) ( R "G) LTD
Plaintiffs,

(Civil Action No. 06-27 (RMC)

v.

SAMY GHARB,

Defendant.

*Let this be filed*
*RM Collyer*
*1/7/08*

---

### FINAL JUDGEMENT ORDER
Unitronics payment for the cause of damage to
US Patent 654 for the period of 2000 to 2006

---

On the 13.11.2007 and on the 4.12.2007 I have sent to the Court the Unitronics products as follows:

1- **PLC M90 (programmable logic controller)**
2- **PLC V120 (programmable logic controller)** as new product with stored Function Blocks for use with GSM.
3- **GSM (Global System for Mobile Phone)**.

Ms Cristal Pligrim has confirmed me that the Judge Ms Collyer did receive these products of Unitronics and this is the witness of business by offer, sale and use without authority.
She did not react to take a decision and instead of this she is asking me to answer the last letter of Unitronics Lawyer which I have already done in 15.11.2007 that means she gives Unitronics more time and she let this criminal business go on.
The job of Ms Collyer is to prevent crime and she did not passed judgement in this case against Unitronics. It is extraordinary after two years and no decision has appeared.
The Judge Collyer did not remark and take any decision after received this product of Unitronics .

Herewith Unitronics has abused my Patent for manufacturing several Products which have been offered and sold with remarkable profits in the United States during the period 2000 -2006.
 Unitronics has caused a big Damage to my US Patent 654 and Unitronics is liable to pay for these damages.

1

**I would like to ask the Court to require amount of compensation of 60.000.000 US $ from Unitronics within 30 days because of infringement to my US Patent in the period from 2000 to 2006.**

**Sincerely Yours,
USA Patent Holder
Samy Gharb**

**Zurich         4.1.2008**

2