## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITRONICS (1989) (R"G) LTD.,

and

UNITRONICS, INC.

    Plaintiffs,

v.

SAMY GHARB,

    Defendant.

Civil Action File No.: 1:06-cv-0027-RMC

### MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR PAYMENT

Plaintiffs, Unitronics (1989)(R"G) Ltd. and Unitronics, Inc. (collectively "Unitronics"), submit this Memorandum in Opposition to Defendant's Motion for Payment. [Dkt. #76].

On January 8, 2008, issued an Order {Dkt. #74] denying Defendant's Motion for Reconsideration. [Dkt. #65].  In that Order the Court clarified that Unitronics does not infringe Mr. Gharb's patent.  [Dkt. #74, p. 3].  The only questions remaining are the Court's dismissal of Plaintiffs remaining count without prejudice and whether the Court will permanently enjoin Mr. Gharb from bringing suit or continuing to threaten Unitronics and its customers with suit.  [Dkt. #74][1].

Since the Court's January 8, 2008 Order Gharb has filed a paper styled Motion for Payment [Dkt. #76], in which Gharb once again attempts to raise matters conclusively decided in

---

[1] Plaintiffs' believe that Gharb's Civil Statement [Dkt. #75] is the document referenced at page 3 of the Court's Order {Dkt. #74] and accordingly, have file no response to that statement.

the Court's two previous Orders. [Dkt. #65 and Dkt. #76].  Accordingly, Gharb's Motion For

Payment is due to be denied.  Moreover, Gharb's Motion does nothing to contest the propriety of

Unitronics' requested Permanent Injunction or the propriety of their requested dismissal.

Accordingly, the requested Permanent Injunction is due to be granted and Unitronics' remaining

counts are due to be dismissed without prejudice.

Respectfully submitted this 24th day of January, 2008.

STERNE, KESSLER, GOLDSTEIN & FOX, PLLC

/s/ Glenn J. Perry
Glenn J. Perry
D.C. Bar No. 278630
Sterne, Kessler, Goldstein & Fox, PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 772-8703
(202) 371-2540 (fax)
gjperry@skgf.com


Of Counsel:

Dale Lischer
Brendan E. Squire
Smith, Gambrell & Russell, LLP
Suite 3100
1230 Peachtree Street N.E.
Atlanta, Georgia  30309
(404) 815-3500
(404) 685-3509 (fax)


Attorneys for Plaintiffs
Unitronics (1989) (R"G) Ltd., and
Unitronics, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I, Glenn J. Perry, counsel for Plaintiffs, do hereby certify that I electronically filed with

the Clerk of Court Plaintiffs' foregoing  **MEMORANDUM IN OPPOSITION TO MOTION**

**FOR PAYMENT**, using the CM/ECF system and have served the Defendant by mailing a copy

of same via Air Mail, postage prepaid, addressed to the following:

Mr. Samy Gharb
Bachtobelstrasse 30,
8045 Zurich, Switzerland

Mr. Samy Gharb
P.O. Box 5066
8045 Zurich, Switzerland

Further, I have emailed a copy of same to Defendant at the following email address:

samygharbch@aim.com

This 24th day of January, 2008.

<u>/s/ Glenn J. Perry</u>
Glenn J. Perry
D.C. Bar No. 278630