UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-27 (RMC)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons set forth in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Injunctive Relief Against Samy Gharb [Dkt. # 68] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant, Samy Gharb, his affiliated companies, officers, directors, agents, and representatives, and each of them are immediately and permanently enjoined from: (1) communicating threats or assertions of infringement based on the subject matter claimed in United States Patent Number 6,552,654, against Plaintiffs or Plaintiffs' customers based on their manufacture, use, sell, offers to sell, or importation of Programmable Logic Controllers (PLCs); (2) bringing suit under United States Patent Number 6,552,654, against Unitronics or Unitronics' customers based on their manufacture, use, sale, offers to sell, or importation of PLCs; and (3) interfering with the contractual relations between Unitronics and their customers in any fashion by referring to United States Patent 6,552,654; and it is

**FURTHER ORDERED** that Count III of Plaintiffs' Complaint is **DISMISSED AS**

**MOOT** in light of the injunction issued herein; and it is

  **FURTHER ORDERED** that Plaintiffs' Motion for Voluntary Dismissal [Dkt. #70] is **GRANTED**; and it is

  **FURTHER ORDERED** that Count II of Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** under Rule 41(a)(2); and it is

  **FURTHER ORDERED** that Defendant Mr. Gharb's Motion for Payment [Dkt. #76] is hereby **DENIED**. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

  **SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 30, 2008