06-27



Let this be filed
29 Jan. 2008
R. M. Colby

**Controls & Power Letter**



The Stolen Function Blocks and stored in all UNIITRONICS PLC to used with GSM

## The Stolen Function Blocks and stored in all UNIITRONICS PLC to used with GSM



Indirect GSM PIN Code                                                    Page 1 of 1

### GSM PIN Code via MI

Use this utility to use an MI vector to supply a GSM modem PIN code. When you use this function, the controller will look for the number in the MIs, bypassing the PIN code in the SMS message dialog box.

Note that since there is no Ladder element for this function; you perform it by.

- Storing the start address of the MI vector needed to contain the PIN into SI 141.
- Storing 410 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.

The PIN code should be called before the modem is initialized; the function should therefore be called as a power-up task.

Note that if the MIs contain an incorrect PIN code format, the error will be indicated by Error message #18 in SI 180—Illegal PIN Format.

Function Block No. 410 for GSM pin code 254123

US GHARB Patent from 3.6.1999 and not Unitronics

Summary No. ˙ B

mk:@MSITStore:C:\Programme\Unitronics\Unitronics%20U90%20Ladder\Help\U90...  19.04.2007

## SMS Phone Number: via MI Pointer

Use this utility to use an MI vector as one of the phone numbers in the SMS phone book. This allows you to:

* Enable a number to be dialed via the PLC's keypad
* Exceed the 6 number limit of the SMS phone book

Note that since there is no Ladder element for this function, you perform it by:

* Storing the start address of the MI vector needed to contain the phone number into SI 141.
* Entering the character's MI, in capital letters, in the SMS phone book.
* Using the index number of that line to call the number, which enables the number in the MI vector to be called.
* Storing 400 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.



Summary No. C

Stored SMS Phone Nummber 254123426

US Gharb patent from 3.6.1999 and not Unitronics

mk:@MSITStore:C:\Programme\Unitronics\Unitronics%20U90%20Ladder\Help\U90 ...  23.04.2007



Creating SMS messages        Page 1 of 1

## Creating SMS messages

You can create up to 98 SMS messages, or up to a total of 1k, whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

### Creating SMS text messages

Note that you must use the English character set to write SMS messages.

1. Open the SMS editor by selecting SMS Configuration from the Controller menu.
2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below.

1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line.
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message. This action erases any information in the line.
4. Use the Insert button to add a line below the line containing the cursor.
5. Use the Delete button to remove a line below the line containing the cursor.

### Attaching variables

You can attach up to 9 Integer or List Variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list--you cannot link a variable before it has been created.

Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.

As with HMI variables, you must create a Display Field for the display of the variable's value.

1. Click your cursor where you want to locate the variable text.
2. Hold down the Shift key on your PC keyboard, while you press the right-pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3. Release the Shift key. The Select Operand and Address box opens.
4. Enter the variable number and description, then click OK as shown below.

5. The SMS message now appears together with the variable field.

### Deleting variables

1. Place your cursor in the highlighted Variable field.
2. Press the Backspace or Delete key until the entire field is erased.

### Testing messages

1. To test your messages, click on the Compile button. If, for example, you have attached 'illegal' variables--not integer or list variables--the first illegal variable will be displayed.

**Related Topics**
Configuring SMS messaging features
Sending SMS messages from a cell phone

mk:@MSITStore:C:\Programme\Unitronics\Unitronics%20U90%20Ladder\Help\U90...   23.04.2007

---

## Gharb US Patent Function Blocks from 3.6.1999

---

| | | | |
|---|---|---|---|
| G | Q9 | Mobile telephone ON | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | 10.00 s–01.50 s |
| | | | |
| H | Q13 | Pin Code 4 | 12.50 s–01.50 s |
| H | Q14 | OK | 14.00 s–01.50 s |
| H | Q15 | Emergency number | 16.50 s–01.50 s |
| H | Q16 | OK | 18.50 s–01.50 s |
| I | Q17 | Start emergency message | 19.90 s–01.70 s |
| I | Q18 | Mobile telephone OFF | 55.50 s–02.50 s |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------------------

Unitronics (1989) ( R ''G) LTD
Plaintiffs,

(Civil Action No, 1:06-00027 (RMC)

v.

SAMY GHARB,

Defendant.

------------------------------------------------------------------------------------------

# REQUEST FOR PAYMENT
## USA PATENT LAW 35 U.S.C (§284. Damages)

------------------------------------------------------------------------------------------

During 1999-2000 Unitronics soled exclusively PLCs used for machines only.
Unitronics has abused my Patent for manufacturing several Products which have been offered
and sold with remarkable profits in the United States during the period 2000 -2006. And this
is Patent Infringement under **35 U.S.C. § 271**.

**USA Patent law**
**35 U.S.C §284. Damages**
Upon finding for the claimant the court shall award the claimant damages adequate to
compensate for the infringement, but in no event less than a reasonable royalty for the use
made of the invention by the infringer, together with interest and costs as fixed by the court.
When the damages are not found by a jury, the court shall assess them. In either event the
court may increase the damages up to three times the amount found or assessed. Increased
damages under this paragraph shall not apply to provisional rights under section 154.

The Company Unitronics has a total business turnover of **7.000.000 US$**.
It is remarkable that all of sudden is that as of the year 2007 there turnover jumped to
**80.000.000 US $.**



**Determine Factors**
1. Our research has come up with the following results: On 27.7.1999, Mr **Haim Shani** was
occupied in filing new Patent PCT/IL/00/00443 for an improved method and apparatus for
Detection of medical conditions shock and pre shock. Our inquiries from 16.8.2006 and the
lawyer of the company Unitronics has devoted that **Mr Haim Shani** as an expert knew how to

**1**

build function blocks in PLC & GSM and can be made [Dkt. #33].

But the truth is that in accordance with our international researches he was at this time busy with another patent.

2. The lawyer of Unitronics according of **25.9.2007** stated Unitronics does not use PLC & GSM anywhere and does not have PLC integrated with GSM [Dkt. #63].

3. On **10.1 2008** the lawyer of Unitronics has stopped **Manipulation of the Truth** of that Unitronics does not have any PLC & GSM and he said that Mr Gharb s sent to the Court products of Unitronics as following:

PLC M90 and PLC V 120 with stored Function Blocks to use with GSM [Dkt. #72].

## Main witness

4. I have sent to the Court these products from Unitronics as follows:

A - PLC M 90  (Programmable Logic Control).

B - PLC V 120 with stored Function Blocks to use with GSM from Untronics.

C - GSM (Global System for Mobile Phone).

**These are the witness for sale, offer, use, without authority**.



5 .The lawyers devote that now these products PLC V 120 with these stolen Function Blocks to use with GSM are in the Court.

Now we come to the big point in this process Unitronics has stolen Function Blocks of my US Patent 654.

6. See in Summary No, A.B.C.D with the stolen Function Blocks and stored it in all PLCs to use with GSM.

7. I invented these Function Blocks on 3.6.1999 before Unitronics Product.

8. See in Summary No, E my Function Blocks in PLC to use with GSM.

My US Patent No.6, 552, 654 is with stored Function Blocks for PLC to send Message with GSM as it is written in Claims.

9. See in Summary No, F my US Patent No.6, 552, 654

10. **The Function Blocks are summarized in the following table:**

**PLC Relay No,Command Time**

**G Q9 Mobile telephone ON 01.00 s-02.40 s.**

**G Q10 Pin Code 1 06.00 s-01.50 s.**

**G Q11 Pin Code 2 08.00 s-01.50 s.**

**G Q12 Pin Code 3 10.00 s-01.50 s.**

**H Q13 Pin Code 4 12.50 s-01.50 s.**

**H Q14 OK 14.00 s-01.50 s.**

**H Q15 Emergency number 16.50 s -01.50 s.**

**I Q16 OK 18.50 s-01.50 s.**

**I Q17 Start emergency message 19.90 s -01.70 s.**

**I Q18 Mobile telephone OFF 55.50 s -02.50s.**

11. Unitronics has stolen my Function Blocks of my US Patent.

2

See in Summary No, A.B.C.D Unitronics has stored these Function Blocks in all products of Unitronics PLCs to be used with GSM ready for customers.

12. Unitronics has done Business with PLC & GSM in the year 2000 after my US Patent No.6, 552, 654 which is published 3.6.1999.

13. Mr Ed.Hiserodt, President of Controls &Power has confirmed to the lawyers that Unitronics have profited **500,000 US $** from selling products of PLC & dated in **28.12.2005** in South Carolina and Minnesota.

See the letter No, G as listed in summary.

## Patent Infringement

14. The use of PLCs with stored Function Blocks and use with GSM for customers is infringement of my Patent.

15. Unitronics has been commercial manufacture, use, offer to sell, or sale PLCs with GSM within the United States or importation into the United States.

16. The lawyer of Unitronics has manipulated the Truth in the Memorandum opinion [Dkt. #64].But the truth I have written in the opposition Memorandum opinion [Dkt. #65]

## The truth:

17. In 1984 Unitronics had no Knowledge of existence of GSM (Global System for Mobile Communications) already for use as well the connection possibilities via PLC to GSM. Mr Haim Shani of Unitronics on his website has reported about his new products PLC & GSM including Price list.

Unitronics Achieves Record Sales and Profits in Second Quarter 2000.

**The PLC M90-GSM ™, is a new product** which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.

18. The lawyer wrote that Mr Gharb s own description of PLCs, *supra* n.3, proves that they are staple articles of commerce that are used for substantial no infringing uses. In fact, there is no evidence that Unitronics PLCs are used anywhere by anyone in a security system of any type.

19. See Summary for PLC M90 & GSM for Security.



PLC & GSM in TRAM – summary

20. Herewith the lawyer of Unitronics did not deny the determine factors and main witness [Dkt. #76] and he accept that means Unitronics has infringed my US Patent 654 by use, offer, sale without authority.

3

Determine Factors

Our research has come up with the following results:

On 27.7.1999, Mr Haim Shani was occupied in filing new Patent PCT/IL/00/00443 for an improved method and apparatus for Detection of medical conditions shock and pre shock. Our inquiries from 16.8.2006 and the lawyer of the company Unitronics has devoted that Mr Haim Shani as an expert knew how to build function blocks in PLC & GSM and can be made [Dkt. #33]. But the truth is that in accordance with our international researches he was at this time busy with another patent.

The lawyer of Unitronics according of 25.9.2007 stated Unitronics does not use PLC & GSM anywhere and does not have PLC integrated with GSM [Dkt. #63]

On 10.1 2008 the lawyer of Unitronics has stopped Manipulation of the Truth of that Unitronics does not have any PLC & GSM and he said that Mr Gharb sent to the Court products of Unitronics as following:

PLC M90 and PLC V 120 with stored Function Blocks to use with GSM [Dkt. #72]

Main witness

I have sent to the Court these products from Unitronics as follows:

A - PLC M 90 – (Programmable Logic Control).

B - PLC V 120 with stored Function Block to use with GSM from Unitronics.

C - GSM (Global System for Mobile Phone).

These are the witness for sale, offer, use, without authority.

US Patent law

21 .The law states that "whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States or imports into the United States any patented Invention during the term of the patent therefore, infringes the patent and Unitronics PLCs has stored with my Function Blocks (US Patent)for use with GSM.

22. Unitronics has abused my Patent for manufacturing several Products which have been offered and sold with remarkable profits in the United States during the period **2000 -2006.** And this is Patent Infringement under **35 U.S.C.§ 271.**

23. Unitronics has done this kind of Criminal business with remarkable **80.000.000 US $.**

24.I have to thank Mr Glenn J. Perry because he accept the truth after 2 years and he has to know that we got international process with Mr Haim Shani because he use many good people to do this kind of business without any right in the world.

**USA Patent law**

25. Unitronics has abused my Patent for manufacturing several Products which have been offered and sold with remarkable profits in the United States during the period 2000 -2006. And this is Patent Infringement under **35 U.S.C. § 271.**

**35 USC §284. Damages**

26. Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court. When the damages are not found by a jury, the court shall assess them. In either event the court may increase the damages up to three times the amount found or assessed. Increased damages under this paragraph shall not apply to provisional rights under section 154.

27. The Company Unitronics has a total business turnover of **7.000.000 US$.**

4

It is remarkable that all of sudden is that as of the year 2007 there turnover jumped to **80.000.000 US $.**

28. I would like to ask the Court to require amount of compensation of **60.000.000 US $** within 30 days from Unitronics because of infringement to my US Patent 654 in the period from 2000 -2006 to pay for this big Damage to my US Patent.

Sincerely Yours,
USA Patent Holder
Samy Gharb

Zurich 29.1.2008

**Determine Factors – Main witness**:

The Product PLC V120 with stored Function blocks to use with GSM was sent by me to the Court.

The Price list of PLCs &GSM.

The letter of Controls & Power INc.

Unitronics lawyer answer about Haim Shani.

The Patent of Mr Haim Shani from (27.9.1999).

These stolen Function Blocks and stored in all PLCs and used with GSM.

My Function Blocks in my USA Patent from 3.6.1999.

Mr Haim Shani report about his new product of PLC M90 with GSM in the year 2000 with The **Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.**

The product of PLC & GSM for Security System.

**Mr Haim shani report in Well Street about his business only with PLC in year 2000**

5

# Unitronics

# *2000*
# Second
## Quarter results

**P.O.B 733 Lod 71106 Israel**

**North Industrial Zone Lod, Israel**

**info@unitronic.com**
**www.unitronic.com**
**EURO.NM Symbol: UNIT**

*Leveraging Automation with @ Technology*

# Unitronics Achieves Record Sales and Profits in Second Quarter 2000

**Lod, Israel, August 29, 2000.**

Unitronics (EURO.NM symbol UNIT) an Israeli high-tech company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' controlling automated production lines, announced today that it has achieved record sales of EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000.

"Reporting record sales and profit is a major milestone in the company's progress, and is in line with our expectations" said Haim Shani, CEO of Unitronics. "As we enter new markets, we believe that revenue growth should continue. We plan to sustain our sales growth by entering the North American market during the second half of the year. However, to continue to develop quality PLC products that are timed to meet market demand, we must also maintain our high level of research and development. With a marketing and distribution network firmly in placed, I believe that we will be able to bring advanced and efficient automation solutions to the growing PLC world market".

Unitronics offers PLCs that are integrated with advanced communication technologies, embedded with Internet and wireless communication abilities. Unitronics' WebPLC™ uses www technology to enable seamless production-floor-to-boardroom communications. The M90-GSM is capable of wireless communications over cellular telephone networks.

## Business Development during the period

### Sales and profit

Sales for the three months ended June 30, 2000 reached a record of EURO 1,740 thousands, an increase of 122% compared with the same period in 1999.
Total revenues for the first six months ended June 30, 2000 reached a record of EURO 3,285 thousands, an increase of 120% compared with the first half of 1999.

The gross profit for the three months ended June 30, 2000 improved to 63% of sales compared to 40% of sales in the three months ended March 31, 2000.

The net profit for the three months ended June 30, 2000 amounted to EURO 469 thousands, compared to EURO 20 thousands in the same period of 1999, an increase of 2245%.

## Introduction of new products

*The WebPLC™*

Unitronics has completed the WebPLC™ development project and has begun sales of these devices via select distributors.
The WebPLC™ allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.
The WebPLC™ enables production managers to remotely monitor and quickly intervene in system problems.

*The M90-GSM™*

The M90-GSM™, is a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.
The M90-GSM™ enables remote-controlled operation of machines and devices via GSM cellular communication networks.
Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.
The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.

## Sales and Marketing

*Distribution*

The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.
The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons.  The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics' Vice President of Marketing, comments " We have successfully recruited many new distributors since January.  That alone was a huge project—but of course, it is only the beginning.  We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines."

*Trade shows*

Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products.  This year, Unitronics participated in international trade shows throughout Europe, China, South and North America.  The company's products have also been represented by its distributors in a number of local trade shows.

*Customer care*

To promote customer satisfaction and marketing success after the substantial rise in the number of distributors and the size of our client base, Unitronics decided to increase the size of the customer care department. This allows the company to expand its training activities and to deliver a higher level of customer care and technical support.

## Research & Development

We judge agility—the ability to quickly rethink, retool, and respond to market opportunities to be an important business asset. Experience has shown us that the feedback from our customers is valuable in indicating future market demand. In accordance with this principle, we adapted our R&D plan to allow us to develop additional new products resulting from such expected demands.

Our flexibility enabled us to introduce I/O expansion modules to our M90 micro-OPLC™ line. These upgrade the functional capability of an M90, allowing it to automate a broader spectrum of systems. Unitronics has completed the WebPLC™ development project and has started sales of these devices via select distributors. The R&D department is continuing to refine and broaden this series.

The M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market.

"I am confident that we will continue to identify and embed the best of emerging communication technologies into our products" Eyal Saban, Unitronics' Chief Technology Officer commented recently. "I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage."
The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.

## Acquiring new facilities and expanding staff

Due to continued business expansion, Unitronics signed in July 2000 a contract for the acquisition of new facilities from which it plans to conduct its business activities. The new 1600 square meter facility is located in close proximity to the Tel Aviv international airport. 98% of the facility's USD 2.1 million purchase price is provided for by a 15-year financing plan, backed by a financial institution, allowing a monthly return not materially higher than the rent due on similar property.

Unitronics' management decided that it was necessary to acquire a new facility after drafting the Company's long-term business plan, which calls for increased marketing and R&D activity. The Company has begun a personnel recruitment drive to increase the size of the staff needed to support this planned activity, and expects to require additional office space. The new, larger facility is now under construction, and is planned to be ready in 2002

**For further information:**

| | |
|---|---|
| Unitronics | +972 8 9786 555 |
| Haim Shani, Chief Executive Officer | haim@unitronic.com |
| Cara Levy, Investor relations | info@unitronic.com |
| Unitronics Web Site: | www.unitronic.com |

## Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
Convenience translation into EURO*

|  | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
|  | 2000 | 1999 | 2000 | 1999 |
|  | (in thousands) | | | |
| Revenues | 1,740 | 781 | 3,285 | 1,491 |
| Cost of revenues | 641 | 364 | 1,565 | 750 |
| *Gross profit* | *1,099* | *417* | *1,720* | *741* |
| Research & Development expenses, net | 216 | 57 | 442 | 108 |
| Selling & Marketing expenses, net | 246 | 124 | 557 | 223 |
| General & Administrative expenses | 190 | 122 | 358 | 252 |
| *Operating profit* | *447* | *114* | *363* | *158* |
| Financing Income (expenses) net | 22 | (13) | (296) | (30) |
| *Operating profit after financing expenses* | *469* | *101* | *67* | *128* |
| Tax benefits (taxes on income) | 0 | (71) | 0 | (49) |
| *Profit after tax benefits* | *469* | *30* | *67* | *79* |
| The Company's share of affiliated company result | 0 | (10) | (3) | (16) |
| *Profit for the period* | *469* | *20* | *64* | *63* |
| *Profit per 1 ordinary shares (under IAS)* | *0.054* | *0.003* | *0.007* | *0.009* |

* Figurs for all periods above were translated at the exchange rate of the EURO against the NIS (New Israeli Shekel) as of 30 June, 2000 (1 EURO = 3.9151 NIS).

The notes to the financial statements form an integral part thereof.

## Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
**Inflation adjusted NIS***

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | *2000* | *1999* | *2000* | *1999* |
| | **(in thousands)** | | | |
| Revenues | 6,811 | 3,056 | 12,861 | 5,838 |
| Cost of revenues | 2,511 | 1,422 | 6,131 | 2,936 |
| *Gross profit* | *4,300* | *1,634* | *6,730* | *2,902* |
| | | | | |
| Research & Development expenses, net | 846 | 225 | 1,730 | 423 |
| Selling & Marketing expenses, net | 963 | 486 | 2,180 | 874 |
| General & Administrative expenses | 744 | 478 | 1,400 | 987 |
| *Operating profit* | *1,747* | *445* | *1,420* | *618* |
| | | | | |
| Financing Income (expenses) net | 88 | (49) | (1,158) | (119) |
| *Operating profit after financing expenses* | *1,835* | *396* | *262* | *499* |
| | | | | |
| Tax benefits (taxes on income) | 0 | (278) | 0 | (191) |
| *Profit after tax benefits* | *1,835* | *118* | *262* | *308* |
| | | | | |
| The Company's share of affiliated company result | 0 | (40) | (10) | (62) |
| *Profit for the period* | *1,835* | *78* | *252* | *246* |
| | | | | |
| *Profit per 1 ordinary shares (under IAS)* | *0.213* | *0.011* | *0.029* | *0.036* |

* The inflation adjusted NIS figures are stated in terms of NIS of June 2000.

The notes to the financial statements form an integral part thereof.

## Financial Statement Analysis

*Revenues* - Sales for the three months ended June 30, 2000 reached EURO 1,740 thousands, a record quarter for the Company, and a rise of 122% compared to the same quarter of 1999. Sales for the six months ended June 30, 2000, reached EURO 3,285 thousands, an increase of 120% compared to the first six months of last year, when sales reached EURO 1,491 thousand.
The increase in the development of the company's business is supported by the large marketing infrastructure which has been developed by the company during the last six months.

*Cost of Revenues and gross profit* – The cost of revenues for the last three months ended June 30, 2000, includes materials, sub-contracting and production overhead, amounting to EURO 641 thousands (36.2 of sales), as compared to EURO 364 thousands (46.6 of sales) for the same period of 1999.
Gross profit for the three months ended June 30, 2000 amounted to EURO 1,099 thousands (63% of sales) compared with EURO 417 thousands (53.3% of sales) for the same period of 1999.
The gross profit improved to 63% in the second quarter of the year 2000, resulting mainly from the completion of the M90 production outsourcing process, as well as concluding a number of automation projects, including supply of PLCs and system integration.
The cost of revenues for the first six months ended June 30, 2000 amounts to EURO 1,565 thousands (47.6% of sales), as compared to the first six months of last year, which amounted to EURO 750 thousands (50.3% of sales). The gross profit for the period was EURO 1,720 thousands (52.4% of sales), compared to the first six months of last year, during which time gross profit amounted to EURO 741 thousands (49.7% of sales).

*Research and Development Expenses* – Research and Development expenses reflect the high level of activity required in developing new technologies and products. The Company believes that highly innovative products and concepts in its market segments will provide significant growth potential for the future.
The company invested approximately EURO 216 thousands (12.4% of sales) in R&D during the three months ended June 30, 2000, compared to EURO 57 thousands (7.2% of sales) in the same period last year.
Total research and development expenses during the first six months ended June 30, 2000, amounted to approximately EURO 442 thousands (13.4% of sales) compared to EURO 108 thousands in the same period last year (7.2% of sales).

*Selling and Marketing Expenses* - Selling and Marketing Expenses including salaries, trade shows, sales materials, and other marketing expenses for the three months ended June 30, 2000 were EURO 246 thousands (14.1% of sales), compared to EURO 124 thousands (15.8% of sales) in the same period last year.
Total selling and marketing expenses during the first six months ended June 30, 2000, amounted to approximately EURO 557 thousands (16.9% of sales) compared to EURO 223 thousands in the same period last year (14.9% of sales).

*General and Administrative Expenses* - General and Administrative Expenses for the three months ended June 30, 2000 amounted to EURO 190 thousands (reduced to 10.9% of sales) compared to EURO 122 thousands (15.6% of sales), for the same period of 1999.
The General and Administrative Expenses during the first six months ended June 30, 2000 amounted to EURO 358 thousands (10.89% of sales) compared to EURO 252 thousands, (16.9% of sales) during the same period last year.

*Operating Profit (loss)* – The total operating profit before financing costs for the three month period ended June 30, 2000, reached a record of EURO 469 thousands (26% of sales), compared to EURO 30 thousands (3.8% of sales) for the same period of 1999.
There was improvement over the first six months of this year, starting with an operating loss of EURO 84 thousands in the first quarter of the year 2000, and ending with a profit of EURO 447 thousands in the second quarter of the year 2000. This largely resulted from changes in the gross profit as described above.

*Financing Income (Expenses)* - Financing income for the three months period, ended June 30, 2000, amounted to EURO 22 thousands. Total finance expenses (net) for the first six months ended June 30, 2000 amounted to EURO 296 thousand, compared to EURO 30 thousands in the same period last year. This is due mainly to the fact that the majority of cash and cash equivalents until April, 2000 where in Euro while the financial statements are prepared in New Israeli Shekel (NIS). The company EURO deposit was exposed to the devaluation of the EURO against the NIS. The finance expenses in the first quarter of year 2000 amounted to EURO 318 thousands, while the finance income during the second quarter of the year 2000, amounted to EURO 22 thousands. This largely resulted from changes in the EURO exchange rate against the NIS. Since April 2000, the company has changed its investment structure, and the currency of investments, which is currently not kept in EURO.

*Profit for the period* – The Company's net profit for the three months ended June 30, 2000 reached EURO 469 thousands (26.9% of sales), compared with EURO 20 thousands (2.5% of sales) for the same period in 1999.
The net profit for the first six months ended June 30, 2000 amounted to EURO 64 thousands (1.9% of sales), compared to EURO 63 thousands (4.2% of sales) during the same period last year. There was improvement over the first six months of this year, starting with a loss of EURO 384 thousands in the first quarter of the year 2000, and ending with a profit of EURO 469 thousands in the second quarter of the year 2000.

# About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines. Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation. We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity. In industry, production data must be freely distributed through all levels of an enterprise. Data must be equally available on the production floor, to marketing staff and to management. Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale. We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend. Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications. Our M90-GSM is capable of wireless communications over cellular telephone networks. A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004. Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

**For further information:**

| | |
|---|---|
| Unitronics | +972 8 9786 555 |
| Haim Shani, Chief Executive Officer | haim@unitronic.com |
| Cara Levy, Investor relations | info@unitronic.com |
| Unitronics Web Site: | www.unitronic.com |

EXCERPTED FROM:

## MARCH 20, 2000

# THE WALL STREET TRANSCRIPT

**Questioning Market Leaders For Long Term Investors**

THE FOLLOWING REPORT IS EXCERPTED FROM
**THE WALL STREET TRANSCRIPT**

### CEO/COMPANY INTERVIEW

# HAIM SHANI
## Unitronics Industrial Automation Systems

**NOTICE**

The Wall Street Transcript does not in any way endorse or guarantee the accuracy or reliability of any of the information, statements or opinions expressed in the reports or comments of other firms or individuals. We take due care to report or transcribe accurately what has been written or said by others but because of the possibility of human or mechanical error, we cannot assume any liability for the correctness of the transcription. We point out further that, of course, all opinions expressed are subject to change without notice. Neither the information or any opinion which may be expressed constitutes a solicitation for the purchase or sale of any securities referred to herein. For further information, contact the individual or investment organization concerned.

**CHIEF EXECUTIVE OFFICER FORUMS/INTERVIEWS**

Important Note: Wall Street Transcript forums and interviews with Chief Executive Officers are published verbatim as editorial content and include "forward-looking statements" (as such term is defined in the United States Private Securities Litigation Reform Act of 1995). These "forward-looking statements" may be subject to and be made pursuant to the "safe-harbor" provisions of Section 27A of the United States Securities Act of 1933, as amended, and Section 21E of the United States Securities Exchange Act of 1934, as amended. Since these statements are based on factors that

involve risks and uncertainties, actual results may differ materially from those expressed or implied by such "forward-looking statements". Such factors are often included in the company's filings of reports with the United States Securities and Exchange Commission, including Forms 10-K, 10-Q, 8-K and Proxy Statements; the company's annual and interim reports to shareholders and similar documents. In carrying out our responsibilities to our readers and to the Chief Executive Officers selected for forums or interviews, we are required to offer, and we offer, each Chief Executive Officer an opportunity to back-up the interview and provide our readers and potential investors with specific financial data, including earnings statements, balance sheet statements and other material business and financial data, through the sponsored publication of such reports or highlights therefrom, with meaningful information.

**Founded 1963**
**Published by Wall Street Transcript Corporation**
**67 Wall Street, New York, NY 10005**
**Copyright 2000 Wall Street Transcript Corporation**
**All Rights Reserved**

## C E O   I N T E R V I E W

# Unitronics Industrial Automation Systems (UNIT.BRU)



**HAIM SHANI** is Chief Executive Officer of Unitronics Industrial Automation Systems. Mr. Shani has also been the Chairman of Unitronics' Board of Directors since the company's incorporation in 1989. He is also a member of the Board of Directors for Unitronics South Africa. During the years 1984-1988, Mr. Shani served as general manager of CST Ltd., a company engaged in the development and manufacture of robotic controllers and military equipment.

**SECTOR – SYSTEM SOFTWARE (JAR609) TWST: Perhaps the best place to begin is with a brief history and an overview of the main business of Unitronics? Could you profile your company and highlight the most significant recent events?**

Mr. Shani: Unitronics was established 11 years ago in 1989. It was involved in providing dedicated solutions for industrial automation — that was our general activity at the beginning. In the last 4-5 years there have been major changes. We began to design, develop, produce, and market a special line of PLCs (Programmable Logic Controllers), the computer 'brains' that control automated production lines. We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine. Without the communication interface, every time there is a problem in the machine, the brain, the controller, recognises what the problem is and can detect exactly why, but cannot communicate the information to the operator -and we lose production hours.

The OPLC is able to provide the machine operator with information regarding the reasons

for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet. We realised that it's not possible for us to develop and support such concept without considerable working capital. That was one of the reasons we sought financing possibilities, and as you know in the last quarter of 1999 we effected our IPO, which afforded us with funds to invest, in particular, in the company's marketing and the working capital required to develop this product. This product is called WebPLC (a Unitronics trademark). As far as we know today, it's the only embedded solution that offers a PLC direct connectivity to the web, not like other solutions of which we are aware which allow a PLC or a few PLCs similar connectivity via an IPC or servers. WebPLC devices also include an HMI, a Human-Machine-Interface operator panel.

**TWST: Since this is going to be a new market, can you give me some idea how you expect it to grow and evolve, and how rapidly you expect it to grow and evolve?**

Mr. Shani: To my knowledge, the world PLC market today is between $7-8 billion, and can be categorised according to PLC sizes (micro,

small, medium and so on). In general we look at communication as a key to the industry's future: the need to connect every machine to a communication network. Today the most inexpensive solution for communication seems to us to be the Internet. We produce mostly micro, small and medium PLCs. We believe the micro to medium PLCs market niche is currently around $4-5 billion, and we are aiming with our projections at revenues representing approximately 1% of the market a few years from now. We are trying to be realistic and not aim at 10% or 20% or half the market. We are not yet an internationally renowned brand name like certain of our competitors, but we believe we can achieve the goal of capturing 1% of the market in a few years.

> *"We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine."*

**TWST: Since we mentioned a potential competitor, can you talk a little bit about how you see the competitive landscape? Who do you meet in the marketplace when you're competing, and what do you think your competitors advantages are?**

**Mr. Shani:** Talking about PLCs — it's a field with big players — you will find companies like Rockwell from the US with a division called Allen-Bradley; or companies like Siemens, Mitsubishi from Japan, and so on. Currently, to the best of our knowledge, none of these big players offer such an embedded solution. Solutions of which we are aware that they do offer for linking PLCs to the Internet are mainly via gateways like a PC web server installed in the factory. We believe that Unitronics' WebPLC solution offers certain possibilities which are not available through such gateway-based technology. A simple example: if you have an elevator in an apartment block or offices, you can connect such an elevator to the Internet; today the Internet is accessible via cable TV in most modern buildings without requiring any specialised additional infrastructure. Such a solution can allow the elevator company to provide better service, for example, if anyone is stuck in the elevator and presses the alarm button, it may automatically initiate an e-mail to the control centre. The elevator maintenance crew can then run diagnostic tools via the Internet network and check exactly what's going on inside the elevator and what's the reason for the problem, much faster than someone that may or may not hear the alarm. Another example would be vending machines: these can be located at various sites, and allow their operators to access, through the internet, information about the stock levels of the machine and whether everything is working properly.

We believe the key to the future is communication.

**TWST: Can you explain what barriers to entry exist for the sector that you're in? What stops new companies challenging?**

**Mr. Shani:** It's difficult to say, but I think one of the most problematic points is to maintain a very high level of R&D because things are moving very fast today-the life cycle of a product is getting shorter and shorter; so to be fast and innovative is the biggest problem-and of course to have enough resources for marketing. We have recently been emphasising the importance of hiring very professional and experienced people for marketing, which we believe, has brought good results. We

Copyrighted material: For reproduction permission contact Peter McLaughlin (212) 952-7440

# Investors Brief

 **Unitronics Industrial Automation Systems**

| | |
|---|---|
| **Ticker (exchange)** | **UNIT.BRU (EURO.NM)** |
| **Price close 3/9/00** | **12.0 Euros** |
| **12 Months Price Range** | **3.72 - 15 Euros** |

**Corporate Headquarters**
P.O.Box 733 Lod
71106, ISRAEL

**Phone:** + 972-8-9786555
**Fax:** + 972-8-9213888
**Web:** unitronic.com

**Investor Relations Contact**
Cara Levy
**E-mail:** info@unitronic.com

**Corporate Officers**
**Haim Shani**
Chief Executive Officer

**Bareket Shani**
VP, Manager of Production
& Human Resources

**Alon Kedar**
VP, Manager of Sales
& Marketing

**Yair Itscovich**
Chief Financial Officer

**Eyal Saban**
Chief Technology Officer

## Corporate Profile

**Unitronics Industrial Automation:**
**WebPLC™ and OPLC™ integrated controllers**

Unitronics is an Israeli advanced technology company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that enable automated production lines. The company is dedicated to the prime directive of PLC control-making automation efficient, affordable, and above all, usable.

Since 1989, Unitronics has introduced devices that provoke new trends in production line automation. The company set new industry standards by creating its flagship OPLC™ controller series; controllers that enable bi-directional man-machine communication through a simple user interface. Unitronics' innovative Internet-based WebPLC™ series is designed to function both as a web server hosting an Intranet/Internet Web site, and as a browser; capable of remote diagnostics and communications on theInternet, Ethernet/LAN level. Now in beta test stage, the WebPLC™ is expected to transform the industry's approach to data communications. The potential of Internet capability means that any WebPLC™ can be controlled from any point in the world where the Internet exists. This means that a production manager vacationing on the French Rivera, who uses a WebPLC™-based production line, can control his production line in Seoul via his laptop PC. WebPLC™ devices are the culmination of Unitronics' determination to provide its customers with the latest in technology combined with the ultimate in user-friendly design. To ensure continued success in the competitive sector of high technology, Unitronics concentrates on first identifying those emerging technologies which will create a future market demand, and then embedding these technologies into its products. The company's new generation of products leverage the standards for industrial automation via cutting-edge IP communication technology.

Unitronics markets its products through a global distribution network reaching over every continent except Antarctica. Unitronics controllers automate production lines across the globe.

## End-user industries and clients

Examples of end-user industries for Unitronics' products include the automotive, petrochemical, plastics, textiles, energy, packaging, building, environment control, and food-processing industries. Unitronics has provided products to companies such as: Coca Cola, Dannone, Elf Lub N.V., Campina Melkuni Mona, Agfa, Colgate-Palmolive, Quaker Oats, Israel Aircraft Industries, Farm Frittes, Heinz, the Kloofmine Gold Mines, and Nestle.

## Unitronics Business Strategy

Unitronics' objective is to maintain and increase its market penetration, via business and marketing strategies which include:

- Targeting a potential market for Internet-based PLCs. The company believes that there is an emerging market for Internet-based PLCs. In the company's opinion, the potential for this market is based upon certain factors, including:

    - The Internet's potential for facilitating remote control of production line tasks. Unitronics believes that such potential may spur market development, due, in part, to a trend towards the outsourcing of production line tasks. This may also provide a less expensive way of monitoring and outsourcing production.

    - The Intranet technology's potential for facilitating peer-to-peer communications between linked PLCs, thereby enhancing production line efficiency.

- Establishing a Virtual WebPLC® Store on the Internet. Unitronics intends to establish a Virtual Web Store, to provide a platform for the penetration of WebPLC® products into the PLC industry. The web store is intended to allow clients to purchase WebPLC® products on-line and to receive on-line technical support. The company also perceives the web store as an advertising platform.

- Building marketing infrastructure. Unitronics believes that a strong, worldwide distribution network is a most crucial element in a successful marketing organization. The company regards investing in solid marketing infrastructure as a vital investment for the future, one that ensures broad distribution channels for Unitronics' future products.

- Creating strategic relationships. The company intends to expand its operations through forming strategic alliances with machine manufacturers, particularly in newly industrialized parts of the world such as Latin America. Unitronics believes such strategic relationships to be highly beneficial, based on the company's existing relationships with machine manufacturers in other parts of the world, such as Pallmac Belgium NV/SA of Belgium, Stocklin Logistik AG of Switzerland, and Ridder Machinebouw BV of Holland.

have recently expanded our distribution channels in many European countries, some countries in South America, in Asia, Australia and New Zealand. I see this combination of R&D and marketing as the key to success.

**TWST: So you now feel that you have the marketing operation in place that maybe was not as developed beforehand in the past. Can you tell me a little bit about your R&D operation? What percentage of sales is reinvested in R&D; how large a part of your business is it?**

**Mr. Shani:** We believe that in the coming 1 or 2 years we will have to invest in R&D more than we had initially intended. It depends, among other things, also on the future of emerging communication technologies and trends; but it may become quite an investment.

---

*"The OPLC is able to provide the machine operator with information regarding the reasons for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet."*

---

**TWST: Which parts of the manufacturing do you actually outsource, and what pieces do you keep in-house?**

**Mr. Shani:** We don't believe that we have any added value in manufacturing, especially in the industrial climate in Israel, where you can easily find good sub-contractors. We try to outsource as much as possible. Currently the Company attends to component purchasing and, following manufacturing by sub-contractors, conducts quality assurance tests in-house.

**TWST: We didn't talk at the beginning about the IPO, except very briefly. Can you tell**

me what it's going to enable you to do in terms of your growth strategy, in terms of acquisitions that you might be looking at?

**Mr. Shani:** Let's start with the second point. We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base. In addition, we are heavily investing in R&D and marketing, and expect such investments to positively influence this year's results. For the year 2000, we are aiming at revenues of approximately $10 million. We believe we will also need to adequately conform our logistics and management abilities to address the expected growth.

**TWST: So the most important challenge for you over the next 6-12 months is managing this new growth. Can you tell me a little bit about your management team; can you tell me a little bit about the areas on which you personally focus, and the other key people in Unitronics?**

**Mr. Shani:** You are right. We do believe that management is the key to our success. The management philosophy that we have in the company is that the quality of people is something we have to ensure from, as we say in Israel, private to general, and everybody should be involved and motivated. I think we are successful at that. As regards myself, for more than a year I have been involved more in building the management team than in management of day-to-day operations; We recently appointed a new C.T.O., Mr. Saban, who will be in charge of high-level management for the R&D team, and try to take a long-term view. We have a C.F.O., Mr. Itscovich, who has been

working in the company since 1994; and I think we have very high-level people in engineering and R&D. Mr. Kedar serves since June 1999 as V.P. of Marketing — actually we hardly see him in the company, since he returns to Israel only on weekends. Mr. Kedar came to us with very good references; he served as sales director for a company called Zag, which, to our knowledge, had a very fast growth rate, from approximately $4 million to approximately $100 million in approximately 4 years.

---

*"We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base."*

---

**TWST: Who is making the strategic investment decisions at Unitronics? Who is sitting down and thinking about the future 2 to 5 years out?**

**Mr. Shani:** It's mainly a group of 3 people internally in the company: our C.T.O., our C.F.O. and myself; and in most of these decisions we involve the board of directors. One member of the board is Mr. Jaegermann, the CEO. of Prolaser. Prolaser also experienced a rapid growth during the last one-and-a-half/two years; and Mr. Jaegermann has quite a lot of experience with acquisitions for Prolaser, which has recently reported the acquisition of certain companies of the Rodenstock Group. So this team, together with the board of directors meet together frequently to discuss these and other matters.

**TWST: If we turn to the financial ratios of the company, what is the most important financial ratio or the most important number in the financial reports?**

**Mr. Shani:** Currently in the company we devote most of our attention to revenues. We believe that securing a market share as fast as possible is the most important task for the coming one or even two years. The level of gross and net profit is expected to be within the projected figures however, if we proceed with expanding R&D expenses, in particular with respect to emerging communication technologies, our bottom line is expected to be affected accordingly.

**TWST: When you sit down with equity analysts and other investors in the company, what sorts of concerns, what sorts of subjects do they raise with you?**

**Mr. Shani:** Mainly the competitive edge of the company regarding technology; that's the most common concern of the analysts. Most of the time they get a very good feeling after they see our customer / end-user base. End-users of our products and services include major companies world-wide like Philips, Agfa and Nestle.

**TWST: You have Danone, Elf, Israel aircraft industries, Heinz, Nestle, so there's clearly a blue chip client base. What sorts of expectations have these companies got vis-à-vis your products going forward?**

**Mr. Shani:** I think it varies from company to company, but we believe that most of them are impressed with the high level of technical and innovative solutions which we believe that we offer. We think that they're also very convinced of the quality and the reliability of our products. At the end of the day, the right product, one that is reliable and based on the right technologies, will simply make money for these companies. One such blue-chip end-user (a soft-drink manufacturer) researched its own production lines, measured the

down-time of each production line and their capacity and production speed, divided the cost per bottle or the cost per can, and they came to a very clear conclusion, that using our solutions simply saved money.

**TWST: Can you tell me about the geographical distribution of your markets? Are most of your customers in the US or are they in Europe? How is it spread around the world?**

**Mr. Shani:** Our marketing has developed considerably in the last few months. Most of our market is in Europe and Israel. We have quite a lot of contacts in Asia and Latin America. We have not yet heavily invested in accessing the North American market, which we plan to begin during the second half of this year. We do of course have the initial contacts with distributors, but we decided to actively pursue further marketing activities after a trade exhibition due for next month. I assume most of the results of our activities in North America will be reflected in the financial results of the last quarter of the year 2000 and those of the year 2001.

**TWST: If you were sitting down with a group of potential US investors, how would you summarise the essential proposition or mission of Unitronics?**

**Mr. Shani:** In our projection we are aiming for 1% of the world market in a few years. We believe that reactions from the market indicate that we may exceed this percentage. Looking at the price situation in our market in the US (again, I'm not talking about the wide market; I'm talk-ing about distributors and some users, machine-builders, for example), we are strengthened in our belief that we may be able to achieve the estimate of 1% of the market and perhaps even exceed such number.

**TWST: Are there any other points that you'd like to highlight?**

**Mr. Shani:** The only thing is of course that we expect growth, and this growth is linked to this revolution that you see everywhere, the communication revolution. To be honest, the only thing we are doing is just bringing this communication revolution to the industrial automation field. It's nothing new; it's just new in our field.

**TWST: Thank you.**

**HAIM SHANI**
**Chief Executive Officer**
**Unitronics Industrial Automation Systems**
**2 Hamelacha Street**
**Northern Industrial Zone Lod**
**Israel**
**972 897 86 555**
**972 892 13 888 - FAX**

*Each Executive who is the featured subject of a TWST Interview is offered the opportunity to include an Investors Brief or other highlight material to be provided and sponsored by and for the company. This Interview with Haim Shani, CEO of Unitronics Industrial Automation Systems is accompanied by an Investors Brief containing corporate information.*

location of its manufacturing facilities have no relevance to any claim asserted by Defendant. Subject to and without waiving such objections, Plaintiffs respond as follows:

ANSWER:

Plaintiffs' manufacturing facilities are all located outside the United States, primarily in Israel.

INTERROGATORY NO. 8

8.  How got Unitronics the idea to build Micro PLC & GSM please put the name of the Unitronics expert which he did it with Data

OBJECTIONS:

Plaintiffs object to this question as vague, inasmuch as Defendant has not defined the meaning of the term Micro PLC & GSM, which also makes the request overly broad and burdensome. The request is also overly broad in that the claim asserted by Defendant in that U.S. Patent No. 6,552,654 claims a security system of which a PLC is but one element of the claimed invention. Plaintiffs object to this request to the extent it seeks the disclosure of confidential information. Subject to and without waiving such objections, Plaintiffs respond as follows:

ANSWER:

Unitronics does not produce PLC & GSM; Unitronics only produces PLCs. The idea of connecting external modems, whether wireless such as GSM or traditional landline, is known information and is used by most PLCs throughout the world. The communications port included in Unitronics' PLCs allows connection to external modems that have existed since Unitronics first began production of PLCs in 1989. Unitronics PLCs could be connected to wireless modems, including GSM, as soon as such technology was available in the market. Such a wireless connection requires programming the PLCs, a capability inherent in all PLCs. Unitronics first began selling "GSM enabled" PLCs in 1999, meaning that Unitronics preprogrammed the PLCs to communicate with wireless devices such as a GSM device. Mr. Haim Shani, Unitronics CEO and Mr. Eyal Saban, Vice President and Chief Technology Officer for Unitronics and would be the individuals most knowledgeable about Unitronics' decision to produce PLCs capable of communicating with a GSM device. Data sheets and specifications for Plaintiffs' GSM ready PLCs are submitted concurrently herewith via CD-ROM as they are too large for electronic filing.

INTERROGATORY NO. 9

9.  Why Unitronics didn't file USA Patent application for this idea if this should be the own Unitronics

8

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
1 February 2001 (01.02.2001)          PCT

(10) International Publication Number
WO 01/06926 A1



(51) International Patent Classification⁷:          A61B 5/103

(21) International Application Number:     PCT/IL00/00443

(22) International Filing Date:     25 July 2000 (25.07.2000)

(25) Filing Language:          English

(26) Publication Language:          English

(30) Priority Data:
131108          26 July 1999 (26.07.1999)     IL
131245          4 August 1999 (04.08.1999)     IL

(71) Applicants and
(72) Inventors: SHANI, Haim [IL/IL]; 83 Adolam Street,
73142 Shaham (IL). SHAVIT, Ittai [IL/IL]; 58A Herzl
Street, 22401 Nahariya (IL).

(74) Agents: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto,
P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States (national): AE, AG, AL, AM, AT, AU,
AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CR, CU, CZ,
DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR,
HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR,
LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ,
NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM,
TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM,
KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian
patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European
patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE,
IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG,
CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published:
—     With international search report.

For two-letter codes and other abbreviations, refer to the "Guid-
ance Notes on Codes and Abbreviations" appearing at the begin-
ning of each regular issue of the PCT Gazette.

(54) Title: AN IMPROVED METHOD AND APPARATUS FOR THE DETECTION OF MEDICAL CONDITIONS OF SHOCK AND PRE-SHOCK



(57) Abstract: Method and apparatus for the diagnosis and/or early detection of physiological distress in a patient and of recovery of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjacent to an area of the skin of the patient. An image of an area to be gauged for color is acquired, so as to obtain a base-line color measurement. The filling time of blood vessels in the area is determined by comparison of the color of one or more additional images of the gauged area with the base-line measurement.

WO 01/06926 A1

**The Big Story of Mr Haim Shani – he was busy with this is Patent in 27.6.1999**

5          Moreover, the use of Wireless Controllers would eliminate the burdensome cabling requirements by replacing cabling with a reliable wireless link, making both installation and future modifications easier.



In a WilCo™ system, controllers communicate with each other using an "any-to-any", reliable, wireless link.

14

**Security system with PLC& GSM**

