Case 1:06-cv-00027-RMC  Document 79A  Filed 03/02/2008  Page 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

Unitronics (1989) ( R "G) LTD
Plaintiffs,

(Civil Action No, 1:06-00027 (RMC)

v.

SAMY GHARB,

Defendant.

---

## Opposition to memorandum opinion
## 35 U.S.C. § 271
## 35 U.S.C.§ 284 (Damages)

The Court has to know about the **extrasensory perception and commemoration** of the **lawyer of Unitronics he tries again manipulating the truth with use the US R.Civ.P.41(a) and he denied payment for damage to my US Patent** (35 USC §284 Damages) for this kind of Unitronics business with **PLC & GSM in 2000 to 2006** .
The **lawyer of Unitronics according of 25.9.2007 stated Unitronics does not use PLC & GSM anywhere and does not have PLC integrated with GSM**[Dkt, #63 ].
On **10.1 2008** the lawyer of Unitronics **has stopped manipulation of the Truth** of that Unitronics does not have any PLC &GSM and **he said that Mr Gharb sent to the Court PLC M90 and PLC V 120 with stored Function Blocks to use with GSM and GSM** ([Dkt.#72 ].
I have sent to the Court these products from Unitronics as follow:
A. PLC M 90 – (Programmable Logic Control).
B. PLC V 120 with stored Function Blocks to use with GSM from Unitronics.
C. GSM (Global System for Mobile Phone).
**These are the witness for sale, offer, use, without authority.**



**US Patent law**
The law states that "whoever **without authority makes, uses, offers to sell, or sells an patented invention, within the United States** or imports into the United States any patented

invention during the term of the patent therefore, infringes the patent and Unitronics PLCs has stored with my Function Blocks (US Patent)for use with GSM.

Unitronics has **abused my Patent for manufacturing several Products** which have been Offered and sold with remarkable profits in the United States during the period **2000 -2006.** And this is Patent Infringement under 35 U.S.C.§ 271.

Now we come to this big point in the process Unitronics stolen Function Blocks of my US Patent 654.

See in Summary No, A.B.C.D with the stolen FunctionBlocks and stored it in all PLCs to use with GSM.

I invented these Function Blocks on 3.6.1999 before Unitronics Product.

See in Summary No, E my Function Blocks in PLC to use with GSM.

My US Patent No.6,552,654 is with stored Function Blocks for PLC to send message with GSM as it is written in Claims.

See in Summary No, F my US Patent No. 6,552,654

**The Functions Blocks are summarized in the following table**
**PLC Relay No, Command Time**
**G Q 9 Mobile telephone ON 01.00 s-02.40 s.**
**G Q10 Pin Code 1 06.00 s-01.50 s.**
**G Q11 Pin Code 2 08.00 s-01.50 s .**
**G Q12 Pin Code 3 10.00 s-01.50 s.**
**H Q13 Pin Code 4 12.50 s-01.50 s.**
**H Q14 OK 14.00 s-01.50 s.**
**Q15 I Emergency number 16.50 s -01.50 s.**
**Q16 OK 18.50 s-01.50 s.**
**I Q17 Start emergency message 19.90 s -01.70 s.**
**I I Q18 Mobile telephone OFF 55.50 s –**

See in Summary No, No.6,552,654 is published 3.6.1999 .

**The lawyer devote that now in the Court these are products PLC V 120 with these stolen Function Blocks to use with GSM**

He must understand that Unitronics cannot use or offer any Function Blocks of my US Patent for customer to use with GSM.

*July 17, 2000*
*UNITRONICS RELEASES THE M90-GSM AN SMS*
*WIRELESS COMMUNICATION FEATURE*
Unitronics announces the commercial release of the M90-GSM.This new feature brings the advantages of the M90 Unitronics palm sized micro controller, to GSM cellular phones.



**Mr Haim Shani wrote in internet that he releases this product PLC & GSM in July 17. 2000 and he forgot to write that Mr Gharb US Patent is from 3.6.1999 for PLC& GSM.**
*November 6, 2000*
Unitronics announced today that it entered into a Memorandum Of Understanding for the acquisition of an American company engaged in industrial automation, with sales revenues of **$10 Million, a wide US** and global marketing network that includes approximately 250 distributors and sales reps, and manufacturing facilities located in New Jersey, USA
Unitronics has **stolen** my Function blocks of my US Patent.
The Company Unitronics has a total business turnover of **7.000.000 US$**. It is remarkable that all of sudden is that as of the year 2007 there turnover jumped to **80.000.000 US $**.

Patent Infringement
**The use of PLCs with stored Function Blocks and use with GSM for customers is infringement to My Patent.**
**Unitronics has been commercial manufacture, use, offer to sell, or sale PLCs with GSM within the United States or importation into the United States .**
**Unitronics has copied the Function Blocks as my US Patent to use with GSM and Unitronics is liable to pay for this big Damage.**
**The lawyer of Unitronics must understand that there is no place in American Society for Criminal business .**
Unitronics has done this kind of Criminal business with remarkable **80.000.000 US $.**

## 35 USC §284 Damages
Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court. When the damages are not found by a jury, the court shall assess them. In either event the court may increase the damages up to three times the amount found or assessed. Increased damages under this paragraph shall not apply to provisional rights under section 154.
The Company Unitronics has a total business turnover of **7.000.000 US $.**

It is remarkable that all of sudden is that as of the year 2007 there turnover jumped to **80.000.000 US $:**

Determine Factors – Main Witness:
Our research has come up with the following results:

On 27.7.1999, Mr **Haim Shani** was occupied in filing new Patent PCT/IL/00/00443 for an improved method and apparatus for Detection of medical conditions shock and pre shock. Our inquiries from 16.8.2006 and the lawyer of the company Unitronics has devoted that Mr Haim Shani as an expert knew how to build function blocks in PLC & GSM and can be made [Dkt. #33]. But the truth is that in accordance he was busy with anther patent.
**Mr Ed.Hiserodt,** President of **Controls & Power** has confirmed to the lawyers that Unitronics have profited **500,000 US $** from selling products of PLC & dated in **28.12.2005 in South Carolina and Minnesota.**
On **10.1 2008** the lawyer of Unitronics **has stopped manipulation of the Truth** of that Unitronics does not have any PLC & GSM and **he said that** Mr Gharb sent to the Court **PLC M90 and PLC V 120 with stored Function Blocks to use with GSM(Dkt.72)**.
I would like to ask the Court to require amount of compensation of **60.000.000 US $** within 30 days from Unitronics **because of infringement to my US Patent 654** in the period from **2000 -2006** for this **big Damage** to my US Patent.

                                  Sincerely Yours,
                                  USA Patent Holder
                                  Samy Gharb


Zurich 3.2.2008
**Determine Factors – Main Witness:**

**The Product PLC V120 with stored Function blocks to use with GSM by the Court.**
**Price list of PLCs & GSM.**
**The letter of Controls & Power.**
**The lawyer of Unitronics answer about Haim Shani.**
**The Patent of Mr Haim Shani (27.9.1999 ).**
**These stolen Function Blocks and stored in all PLCs and use with GSM.**
**My Function Blocks in my USA Patent from 3.6.1999.**
**Mr Haim Shani report about his new product of PLC M90 with GSM**
**PLC & GSM for Security System.**