E X C E R P T E D   F R O M :

## MARCH 20, 2000

# THE WALL STREET TRANSCRIPT

## Questioning Market Leaders For Long Term Investors

### THE FOLLOWING REPORT IS EXCERPTED FROM
### THE WALL STREET TRANSCRIPT

### CEO/COMPANY INTERVIEW

# HAIM SHANI
## Unitronics Industrial Automation Systems

**NOTICE**
The Wall Street Transcript does not in any way endorse or guarantee the accuracy or reliability of any of the information, statements or opinions expressed in the reports or comments of other firms or individuals. We take due care to report or transcribe accurately what has been written or said by others but because of the possibility of human or mechanical error, we cannot assume any liability for the correctness of the transcription. We point out further that, of course, all opinions expressed are subject to change without notice. Neither the information or any opinion which may be expressed constitutes a solicitation for the purchase or sale of any securities referred to herein. For further information, contact the individual or investment organization concerned.

**CHIEF EXECUTIVE OFFICER FORUMS/INTERVIEWS**
Important Note: Wall Street Transcript forums and interviews with Chief Executive Officers are published verbatim as editorial content and include "forward-looking statements" (as such term is defined in the United States Private Securities Litigation Reform Act of 1995). These "forward-looking statements" may be subject to and be made pursuant to the "safe-harbor" provisions of Section 27A of the United States Securities Act of 1933, as amended, and Section 21E of the United States Securities Exchange Act of 1934, as amended. Since these statements are based on factors that

involve risks and uncertainties, actual results may differ materially from those expressed or implied by such "forward-looking statements". Such factors are often included in the company's filings of reports with the United States Securities and Exchange Commission, including Forms 10-K, 10-Q, 8-K and Proxy Statements; the company's annual and interim reports to shareholders and similar documents. In carrying out our responsibilities to our readers and to the Chief Executive Officers selected for forums or interviews, we are required to offer, and we offer, each Chief Executive Officer an opportunity to back-up the interview and provide our readers and potential investors with specific financial data, including earnings statements, balance sheet statements and other material business and financial data, through the sponsored publication of such reports or highlights therefrom, with meaningful information.

**Founded 1963**
**Published by Wall Street Transcript Corporation**
**67 Wall Street, New York, NY 10005**
**Copyright 2000 Wall Street Transcript Corporation**
**All Rights Reserved**

C E O   I N T E R V I E W

# Unitronics Industrial Automation Systems (UNIT.BRU)



**HAIM SHANI** is Chief Executive Officer of Unitronics Industrial Automation Systems. Mr. Shani has also been the Chairman of Unitronics' Board of Directors since the company's incorporation in 1989. He is also a member of the Board of Directors for Unitronics South Africa. During the years 1984-1988, Mr. Shani served as general manager of CST Ltd., a company engaged in the development and manufacture of robotic controllers and military equipment.

## SECTOR – SYSTEM SOFTWARE

**(JAR609) TWST: Perhaps the best place to begin is with a brief history and an overview of the main business of Unitronics? Could you profile your company and highlight the most significant recent events?**

**Mr. Shani:** Unitronics was established 11 years ago in 1989. It was involved in providing dedicated solutions for industrial automation — that was our general activity at the beginning. In the last 4-5 years there have been major changes. We began to design, develop, produce, and market a special line of PLCs (Programmable Logic Controllers), the computer 'brains' that control automated production lines. We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine. Without the communication interface, every time there is a problem in the machine, the brain, the controller, recognises what the problem is and can detect exactly why, but cannot communicate the information to the operator -and we lose production hours.

The OPLC is able to provide the machine operator with information regarding the reasons for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet. We realised that it's not possible for us to develop and support such concept without considerable working capital. That was one of the reasons we sought financing possibilities, and as you know in the last quarter of 1999 we effected our IPO, which afforded us with funds to invest, in particular, in the company's marketing and the working capital required to develop this product. This product is called WebPLC (a Unitronics trademark). As far as we know today, it's the only embedded solution that offers a PLC direct connectivity to the web, not like other solutions of which we are aware which allow a PLC or a few PLCs similar connectivity via an IPC or servers. WebPLC devices also include an HMI, a Human-Machine-Interface operator panel.

**TWST: Since this is going to be a new market, can you give me some idea how you expect it to grow and evolve, and how rapidly you expect it to grow and evolve?**

**Mr. Shani:** To my knowledge, the world PLC market today is between $7-8 billion, and can be categorised according to PLC sizes (micro,

small, medium and so on). In general we look at communication as a key to the industry's future: the need to connect every machine to a communication network. Today the most inexpensive solution for communication seems to us to be the Internet. We produce mostly micro, small and medium PLCs. We believe the micro to medium PLCs market niche is currently around $4-5 billion, and we are aiming with our projections at revenues representing approximately 1% of the market a few years from now. We are trying to be realistic and not aim at 10% or 20% or half the market. We are not yet an internationally renowned brand name like certain of our competitors, but we believe we can achieve the goal of capturing 1% of the market in a few years.

---

*"We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine."*

---

**TWST: Since we mentioned a potential competitor, can you talk a little bit about how you see the competitive landscape? Who do you meet in the marketplace when you're competing, and what do you think your competitors advantages are?**

**Mr. Shani:** Talking about PLCs — it's a field with big players — you will find companies like Rockwell from the US with a division called Allen-Bradley; or companies like Siemens, Mitsubishi from Japan, and so on. Currently, to the best of our knowledge, none of these big players offer such an embedded solution. Solutions of which we are aware that they do offer for linking PLCs to the Internet are mainly via gateways like a PC web server installed in the factory. We believe that Unitronics' WebPLC solution offers certain possibilities which are not available through such gateway-based technology. A simple example: if you have an elevator in an apartment block or offices, you can connect such an elevator to the Internet; today the Internet is accessible via cable TV in most modern buildings without requiring any specialised additional infrastructure. Such a solution can allow the elevator company to provide better service, for example, if anyone is stuck in the elevator and presses the alarm button, it may automatically initiate an e-mail to the control centre. The elevator maintenance crew can then run diagnostic tools via the Internet network and check exactly what's going on inside the elevator and what's the reason for the problem, much faster than someone that may or may not hear the alarm. Another example would be vending machines: these can be located at various sites, and allow their operators to access, through the internet, information about the stock levels of the machine and whether everything is working properly.

We believe the key to the future is communication.

**TWST: Can you explain what barriers to entry exist for the sector that you're in? What stops new companies challenging?**

**Mr. Shani:** It's difficult to say, but I think one of the most problematic points is to maintain a very high level of R&D because things are moving very fast today-the life cycle of a product is getting shorter and shorter; so to be fast and innovative is the biggest problem-and of course to have enough resources for marketing. We have recently been emphasising the importance of hiring very professional and experienced people for marketing, which we believe, has brought good results. We

Copyrighted material: For reproduction permission contact Peter McLaughlin (212) 952-7440

# Investors Brief



## Unitronics Industrial Automation Systems

| | |
|---|---|
| **Ticker (exchange)** | **UNIT.BRU (EURO.NM)** |
| **Price close 3/9/00** | **12.0 Euros** |
| **12 Months Price Range** | **3.72 - 15 Euros** |

**Corporate Headquarters**
P.O.Box 733 Lod
71106, ISRAEL

**Phone:** + 972-8-9786555
**Fax:** + 972-8-9213888
**Web:** unitronic.com

**Investor Relations Contact**
Cara Levy
**E-mail:** info@unitronic.com

**Corporate Officers**
**Haim Shani**
Chief Executive Officer

**Bareket Shani**
VP, Manager of Production
& Human Resources

**Alon Kedar**
VP, Manager of Sales
& Marketing

**Yair Itscovich**
Chief Financial Officer

**Eyal Saban**
Chief Technology Officer

## Corporate Profile

**Unitronics Industrial Automation:**
**WebPLC™ and OPLC™ integrated controllers**

Unitronics is an Israeli advanced technology company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that enable automated production lines. The company is dedicated to the prime directive of PLC control-making automation efficient, affordable, and above all, usable.

Since 1989, Unitronics has introduced devices that provoke new trends in production line automation. The company set new industry standards by creating its flagship OPLC™ controller series; controllers that enable bi-directional man-machine communication through a simple user interface. Unitronics' innovative Internet-based WebPLC™ series is designed to function both as a web server hosting an Intranet/Internet Web site, and as a browser; capable of remote diagnostics and communications on the Internet, Ethernet/LAN level. Now in beta test stage, the WebPLC™ is expected to transform the industry's approach to data communications. The potential of Internet capability means that any WebPLC™ can be controlled from any point in the world where the Internet exists. This means that a production manager vacationing on the French Rivera, who uses a WebPLC™-based production line, can control his production line in Seoul via his laptop PC. WebPLC™ devices are the culmination of Unitronics' determination to provide its customers with the latest in technology combined with the ultimate in user-friendly design. To ensure continued success in the competitive sector of high technology, Unitronics concentrates on first identifying those emerging technologies which will create a future market demand, and then embedding these technologies into its products. The company's new generation of products leverage the standards for industrial automation via cutting-edge IP communication technology.

Unitronics markets its products through a global distribution network reaching over every continent except Antarctica. Unitronics controllers automate production lines across the globe.

## End-user industries and clients

Examples of end-user industries for Unitronics' products include the automotive, petrochemical, plastics, textiles, energy, packaging, building, environment control, and food-processing industries. Unitronics has provided products to companies such as: Coca Cola, Dannone, Elf Lub N.V., Campina Melkuni Mona, Agfa, Colgate-Palmolive, Quaker Oats, Israel Aircraft Industries, Farm Frittes, Heinz, the Klooftmine Gold Mines, and Nestle.

## Unitronics Business Strategy

Unitronics' objective is to maintain and increase its market penetration, via business and marketing strategies which include:

- Targeting a potential market for Internet-based PLCs. The company believes that there is an emerging market for Internet-based PLCs. In the company's opinion, the potential for this market is based upon certain factors, including:
  - The Internet's potential for facilitating remote control of production line tasks. Unitronics believes that potential may spur market development, due, in part, to a trend towards the outsourcing of production line tasks. This may also provide a less expensive way of monitoring and outsourcing production.
  - The Intranet technology's potential for facilitating peer-to-peer communications between linked PLCs, thereby enhancing production line efficiency.

- Establishing a Virtual WebPLC® Store on the Internet. Unitronics intends to establish a Virtual Web Store, to provide a platform for the penetration of WebPLC® products into the PLC industry. The web store is intended to allow clients to purchase WebPLC® products on-line and to receive on-line technical support. The company also perceives the web store as an advertising platform.

- Building marketing infrastructure. Unitronics believes that a strong, worldwide distribution network is a most crucial element in a successful marketing organization. The company regards investing in solid marketing infrastructure as a vital investment for the future, one that ensures broad distribution channels for Unitronics' future products.

- Creating strategic relationships. The company intends to expand its operations through forming strategic alliances with machine manufacturers, particularly in newly industrialized parts of the world such as Latin America. Unitronics believes such strategic relationships to be highly beneficial, based on the company's existing relationships with machine manufacturers in other parts of the world, such as Pallmac Belgium NV/SA of Belgium, Stocklin Logistik AG of Switzerland, and Ridder Machinebouw BV of Holland.

have recently expanded our distribution channels in many European countries, some countries in South America, in Asia, Australia and New Zealand. I see this combination of R&D and marketing as the key to success.

**TWST: So you now feel that you have the marketing operation in place that maybe was not as developed beforehand in the past. Can you tell me a little bit about your R&D operation? What percentage of sales is reinvested in R&D; how large a part of your business is it?**

**Mr. Shani:** We believe that in the coming 1 or 2 years we will have to invest in R&D more than we had initially intended. It depends, among other things, also on the future of emerging communication technologies and trends; but it may become quite an investment.

---

*"The OPLC is able to provide the machine operator with information regarding the reasons for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet."*

---

**TWST: Which parts of the manufacturing do you actually outsource, and what pieces do you keep in-house?**

**Mr. Shani:** We don't believe that we have any added value in manufacturing, especially in the industrial climate in Israel, where you can easily find good sub-contractors. We try to outsource as much as possible. Currently the Company attends to component purchasing and, following manufacturing by sub-contractors, conducts quality assurance tests in-house.

**TWST: We didn't talk at the beginning about the IPO, except very briefly. Can you tell**

me what it's going to enable you to do in terms of your growth strategy, in terms of acquisitions that you might be looking at?

**Mr. Shani:** Let's start with the second point. We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base. In addition, we are heavily investing in R&D and marketing, and expect such investments to positively influence this year's results. For the year 2000, we are aiming at revenues of approximately $10 million. We believe we will also need to adequately conform our logistics and management abilities to address the expected growth.

**TWST: So the most important challenge for you over the next 6-12 months is managing this new growth. Can you tell me a little bit about your management team; can you tell me a little bit about the areas on which you personally focus, and the other key people in Unitronics?**

**Mr. Shani:** You are right. We do believe that management is the key to our success. The management philosophy that we have in the company is that the quality of people is something we have to ensure from, as we say in Israel, private to general, and everybody should be involved and motivated. I think we are successful at that. As regards myself, for more than a year I have been involved more in building the management team than in management of day-to-day operations; We recently appointed a new C.T.O., Mr. Saban, who will be in charge of high-level management for the R&D team, and try to take a long-term view. We have a C.F.O., Mr. Itscovich, who has been

working in the company since 1994; and I think we have very high-level people in engineering and R&D. Mr. Kedar serves since June 1999 as V.P. of Marketing — actually we hardly see him in the company, since he returns to Israel only on weekends. Mr. Kedar came to us with very good references; he served as sales director for a company called Zag, which, to our knowledge, had a very fast growth rate, from approximately $4 million to approximately $100 million in approximately 4 years.

---

*"We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base."*

---

**TWST: Who is making the strategic investment decisions at Unitronics? Who is sitting down and thinking about the future 2 to 5 years out?**

**Mr. Shani:** It's mainly a group of 3 people internally in the company: our C.T.O., our C.F.O. and myself; and in most of these decisions we involve the board of directors. One member of the board is Mr. Jaegermann, the CEO. of Prolaser. Prolaser also experienced a rapid growth during the last one-and-a-half/two years; and Mr. Jaegermann has quite a lot of experience with acquisitions for Prolaser, which has recently reported the acquisition of certain companies of the Rodenstock Group. So this team, together with the board of directors meet together frequently to discuss these and other matters.

**TWST: If we turn to the financial ratios of the company, what is the most important fi-**

nancial ratio or the most important number in the financial reports?

**Mr. Shani:** Currently in the company we devote most of our attention to revenues. We believe that securing a market share as fast as possible is the most important task for the coming one or even two years. The level of gross and net profit is expected to be within the projected figures however, if we proceed with expanding R&D expenses, in particular with respect to emerging communication technologies, our bottom line is expected to be affected accordingly.

**TWST: When you sit down with equity analysts and other investors in the company, what sorts of concerns, what sorts of subjects do they raise with you?**

**Mr. Shani:** Mainly the competitive edge of the company regarding technology; that's the most common concern of the analysts. Most of the time they get a very good feeling after they see our customer / end-user base. End-users of our products and services include major companies world-wide like Philips, Agfa and Nestle.

**TWST: You have Danone, Elf, Israel aircraft industries, Heinz, Nestle, so there's clearly a blue chip client base. What sorts of expectations have these companies got vis-à-vis your products going forward?**

**Mr. Shani:** I think it varies from company to company, but we believe that most of them are impressed with the high level of technical and innovative solutions which we believe that we offer. We think that they're also very convinced of the quality and the reliability of our products. At the end of the day, the right product, one that is reliable and based on the right technologies, will simply make money for these companies. One such blue-chip end-user (a soft-drink manufacturer) researched its own production lines, measured the

down-time of each production line and their capacity and production speed, divided the cost per bottle or the cost per can, and they came to a very clear conclusion, that using our solutions simply saved money.

**TWST: Can you tell me about the geographical distribution of your markets? Are most of your customers in the US or are they in Europe? How is it spread around the world?**

**Mr. Shani:** Our marketing has developed considerably in the last few months. Most of our market is in Europe and Israel. We have quite a lot of contacts in Asia and Latin America. We have not yet heavily invested in accessing the North American market, which we plan to begin during the second half of this year. We do of course have the initial contacts with distributors, but we decided to actively pursue further marketing activities after a trade exhibition due for next month. I assume most of the results of our activities in North America will be reflected in the financial results of the last quarter of the year 2000 and those of the year 2001.

**TWST: If you were sitting down with a group of potential US investors, how would you summarise the essential proposition or mission of Unitronics?**

**Mr. Shani:** In our projection we are aiming for 1% of the world market in a few years. We believe that reactions from the market indicate that we may exceed this percentage. Looking at the price situation in our market in the US (again, I'm not talking about the wide market; I'm talk-

ing about distributors and some users, machine-builders, for example), we are strengthened in our belief that we may be able to achieve the estimate of 1% of the market and perhaps even exceed such number.

**TWST: Are there any other points that you'd like to highlight?**

**Mr. Shani:** The only thing is of course that we expect growth, and this growth is linked to this revolution that you see everywhere, the communication revolution. To be honest, the only thing we are doing is just bringing this communication revolution to the industrial automation field. It's nothing new; it's just new in our field.

**TWST: Thank you.**

**HAIM SHANI**
**Chief Executive Officer**
**Unitronics Industrial Automation Systems**
**2 Hamelacha Street**
**Northern Industrial Zone Lod**
**Israel**
**972 897 86 555**
**972 892 13 888 - FAX**

*Each Executive who is the featured subject of a TWST Interview is offered the opportunity to include an Investors Brief or other highlight material to be provided and sponsored by and for the company. This Interview with Haim Shani, CEO of Unitronics Industrial Automation Systems is accompanied by an Investors Brief containing corporate information.*



US006552654B1

(12) **United States Patent**
Gharb

(10) Patent No.: **US 6,552,654 B1**
(45) Date of Patent: **Apr. 22, 2003**

(54) **SECURITY SYSTEM WITH A MOBILE TELEPHONE**

(76) Inventor: **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/762,111**

(22) PCT Filed: **May 25, 2000**

(86) PCT No.: **PCT/CH00/00294**

§ 371 (c)(1),
(2), (4) Date: **Apr. 5, 2001**

(87) PCT Pub. No.: **WO00/74983**

PCT Pub. Date: **Dec. 14, 2000**

(30) **Foreign Application Priority Data**

Jun. 3, 1999 (CH) .............................................. 1042/99

(51) **Int. Cl.**$^7$ ................................................ **B60R 25/10**

(52) **U.S. Cl.** ........................ 340/426; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517

(58) **Field of Search** ................................ 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,497,149 A | * | 3/1996 | Fast .............................. | 340/988 |
| 5,731,785 A | * | 3/1998 | Lemelson et al. ..... | 340/825.49 |
| 5,805,055 A | * | 9/1998 | Colizza ....................... | 340/426 |
| 5,898,391 A | * | 4/1999 | Jefferies et al. ............. | 340/988 |
| 5,959,529 A | * | 9/1999 | Kail, IV ..................... | 340/539 |

* cited by examiner

*Primary Examiner*—Daniel J. Wu
*Assistant Examiner*—Hung Nguyen
(74) *Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, L.L.P.

(57) **ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of a data set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

**10 Claims, 8 Drawing Sheets**





FIG. 1



## FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 6,552,654 B1

**1**

# SECURITY SYSTEM WITH A MOBILE TELEPHONE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a security system with a mobile telephone for monitoring objects, in particular vehicles and security cases, and a method for operating such a system.

2. Brief Description of the Related Art

The monitoring or protecting of objects, in particular vehicles and security cases, is becoming more and more important today.

Various security systems are known for protecting vehicles, for example, alarm systems with automatic alarm triggering, at the onset of which a loud horn signal is heard if unauthorized persons attempt to enter the vehicle. But if an unauthorized person is successful in deactivating the alarm system, the vehicle may be stolen, and its recovery frequently becomes an insurmountable problem.

## SUMMARY OF THE INVENTION

It is the objective of the invention at hand to propose a security system in which the alarm is reported via a mobile telephone connection.

A further objective is to describe a method for operating a system in which a satellite locating system is included for locating the vehicle.

Still other objects, features, and attendant advantages of the present invention will become apparent to those skilled in the art from a reading of the following detailed description of embodiments constructed in accordance therewith, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention of the present application will now be described in more detail with reference to preferred embodiments of the apparatus and method, given only by way of example, and with reference to the accompanying drawings, in which:

FIG. 1 is shows a schematic portrayal of a security system with a mobile telephone.

FIG. 2 shows an overview circuit diagram of the PLC (Programmable Logic Controller) controller D.

FIG. 3 shows an overview circuit diagram of the PLC controller F.

FIG. 4 shows an overview circuit diagram of the PLC controller G.

FIG. 5 shows an overview circuit diagram of the PLC controller H.

FIG. 6 shows an overview circuit diagram of the PLC controller I.

FIG. 7 shows a security system with mobile telephone, integrated into a satellite locating system.

FIG. 8 shows a security system with mobile telephone, integrated into a security case.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to the drawing figures, like reference numerals designate identical or corresponding elements throughout the several figures.

FIG. 1 shows a schematic portrayal of a security system with a mobile telephone, for example, by Natel.

**2**

A main relay B is located on the input side at the 12 V power supply of a motor vehicle, while the outputs are connected with a first PLC (Programmable Logic Controller) controller D, transmit to it, and provide it with outputs Q1 to Q4. The main relay B is controlled by mean of a remote control A of a known type via an infrared interface, and is not described in detail.

The PLC controller D is used essentially to trigger the start of the alarm functions. For alarm detection, one or more of the sensors are combined into a sensor unit C. For this purpose, known proximity sensors (IR sensors) are provided as sensors and are located in the vehicle in such a way that they are able to emit an output signal as an alarm signal upon a door opening or window opening. As a rule, one sensor of this type is provided per door. For clarity, FIG. 1 shows only one sensor of this type. If several sensors are present, the outputs are switched in parallel.

Output Q1 is connected with the sensor unit C and emits the start signal for the operating readiness of the sensors.

Output Q2 is also connected with the control unit C and provides the start signal for the operating readiness of the sensors at night, which is accomplished via a timer and will be described later.

The time windows for operating readiness during the day and at night are individually freely selected by means of outputs Q1 and Q2; this results in high flexibility and is of great importance for low-cost system operation.

The sensor unit C is connected via lines 23 and 24 with the PLC controller D; i.e., the sensors are hereby kept active or passive within certain time windows. Line 23 transmits the start alarm signal of the sensor(s) of the sensor unit C for 30 seconds. Line 24, which connects output Q4 with the sensor unit, transmits the command alarm signal for 6 hours, so that an alarm signal can be actively transmitted within this time window.

The alarm signal that supplied simultaneously via lines 24 and 27 to a second PLC controller F and a fifth PLC controller I is present at output Q4.

The PLC controller F with outputs Q5–Q8 is essentially used for alarm repetition or repeating the alarm signal. If, due to a busy mobile telephone connection, the alarm information cannot be transmitted, it is automatically repeated one or more times. Outputs Q5 and Q6 are provided, for example, for a first and second repetition, whereby the corresponding outputs are connected via lines 28 and 29 with a third PLC controller G, which is provided with outputs Q9–Q12.

Lines 28 and 29 are connected simultaneously with a fourth PLC controller H with outputs Q13–Q16 located parallel to PLC controller G and with a fifth PLC controller I with outputs Q17–Q20.

Outputs Q7 and Q8 provide the start signals for the repetition or respectively for the suppression of a repetition, i.e., Q7 for alarm signal No. 2 during the day and Q8 for suppressing alarm signal No. 2 at night.

PLC controllers G, H, and I essentially are used to activate a mobile telephone J and a digital recording device K as well as several other functions related to the vehicle, i.e., ignition and fuel pump.

Outputs Q9 to Q15 provide the four pieces of information necessary for starting the mobile telephone; i.e., at the output Q9 the command "mobile telephone ON," at output Q1O the command "1—code," at output Q11 the command "2—code," at output Q12 the command "3—OK," and at output Q15 the command "4—emergency number."

3

Output Q17 is connected with the digital recording device K, in which the emergency message is stored, retrieved, and can be transmitted to the mobile telephone J. Output Q18 transmits the command "mobile telephone OFF."

Outputs Q19 or Q20, respectively, are used in case of an alarm to interrupt the power supply to the fuel pump V or respectively to the ignition N, whereby the display lamps L2 (red) and L1 (green) arranged in the corresponding circuits are no longer illuminated.

Naturally, the PLC controllers F, G, H, and I, the mobile telephone J, and the recording device K are also supplied over the same 12 V supply, which is only partially indicated.

All components of the security system except for the remote control are located in the vehicle at inconspicuous, barely visible places.

If, in case of an alarm, at least one of the sensors responds, the power supply to the fuel pump and ignition is interrupted, the emergency number is dialed in the mobile telephone, and the emergency text is transmitted. If the line is busy, the alarm information is repeated once or several times in freely selectable intervals, for example, every two minutes.

FIG. 1 furthermore shows a computer PC (Personal Computer) that is connected via mobile lines 50, 51, and 52 with PLC controllers D, F, and G, H, I. All necessary information for programming the PLC controllers from the PC or PC database are read via these lines, and the PC system is then disconnected from the security system. In this manner, the security system is programmed at the initial startup, so that customer preferences can easily be taken into consideration.

FIG. 2 shows the overview circuit diagram of the PLC controller D. A first timer function B01 or the block No. B01 defines a time window from 00.00 to 06.00, in which output Q1 is on "HIGH." Analogously, output Q2 is on 'HIGH' for a second timer function B02 in a time window from 06.01 to 23.59. Blocks No. B03 to B06 contain on and off switching functions.

FIGS. 3 to 6 show the overview circuit diagrams of the PLC controllers F, G, H, and I. Analogously to FIG. 2, they contain already described known functions, such as time functions and on/off functions (relays), and are not described in more detail.

In an exemplary embodiment that corresponds to FIG. 1 in its construction and is provided as a security system for a vehicle, five PLC controllers, a mobile telephone, and a digital recording device are used as control units.

The control functions are summarized in the following table:

| PLC | Relay No. | Command | Time |
|-----|-----------|---------|------|
| D | Q1 | System ON/OFF at night | 00.00 H–05.59 H |
| D | Q2 | System ON/OFF during the day | 06.00 H–11.59 H |
| D | Q3 | Reïc | |
| D | Q4 | Alarm signal for 6 h | 01.00 s–06.00 H |
| F | Q5 | Alarm signal No. 1 | 01.00 s–53.00 s |
| F | Q6 | Alarm signal 2 | 01.00 m–01.53 m |
| F | Q7 | Alarm signal No. 2 ON/OFF (NOR circuit) | |
| F | Q8 | No alarm signal No. 2 | 00.00 H–05.59 H |
| G | Q9 | Mobile telephone ON | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | 10.00 s–01.50 s |

4

-continued

| PLC | Relay No. | Command | Time |
|-----|-----------|---------|------|
| H | Q13 | Pin Code 4 | 12.50 s–01.50 s |
| H | Q14 | OK | 14.00 s–01.50 s |
| H | Q15 | Emergency number | 16.50 s–01.50 s |
| H | Q16 | OK | 18.50 s–01.50 s |
| I | Q17 | Start emergency message | 19.90 s–01.70 s |
| I | Q18 | Mobile telephone OFF | 55.50 s–02.50 s |
| I | Q19 | Solenoid ON (AND circuit) | |
| I | Q20 | Ignition OFF (NOR circuit) | |

One use of the security system with a mobile telephone according to the invention is in the localization of vehicles via a satellite locating system. A known system of this type is offered by Eutelsat under the name "EUTELTRACS-SYSTEM" and permits the determination of the location of vehicles with an accuracy of 100 meters (Ref. QTRACKS/400 system software for AS/400 computer systems by IBM).

FIG. 7 shows the security system with mobile telephone integrated into a satellite locating system.

A system for mobile satellite communications for vehicles is known under the name EUTELTRACS. Two geostationary EUTEL satellites, i.e., a communications satellite 10 and a positioning satellite 11 with a coverage of all of Western and Eastern Europe, the Mediterranean region, and the Middle East continuously send and receive messages sent by the mobile devices 12 and the terrestrial station 13 to the respective recipient. The positions of vehicles are thereby determined with an accuracy of 100 m. The terrestrial station is in communication with a service provider 14 who transmits all messages and positioning messages via terrestrial networks or satellite networks to the end customer. The latter has a Dispo-PC 15, i.e., a computer with screen on which a position can be displayed. This EUTELTRACS system is not described here in any more detail.

According to the invention, the security system 16 with mobile telephone is now built into the mobile device 12, which, as a rule, is a road vehicle, but also may be, for example, a motor yacht.

Should an alarm occur, the end customer is notified by mobile telephone on a telephone 17. He then turns on his PC 15, selects the position display, and is then able to initiate the tracking.

This makes it possible after an alarm to locate a stolen vehicle via the service provider on the screen of a PC, for example, in the street grid of a major city, and to track it.

FIG. 8 shows a security system with mobile telephone integrated into a security case for monitoring in a satellite locating system.

The components of the security system already described for FIG. 1, such as the main relay B, the PLC controllers D, F, G, H, I, the recording device K, and the mobile telephone J are built into a security case 1. A power supply 2 is connected on one side to the mobile telephone, the main relay, and a satellite communications device M, and on the other side via a switching element 3 to the PLC controllers. The switching element is attached inconspicuously on the underside of the security case and is constructed in such a way as a switch that the contact is closed when the security case is off the floor. Also on the underside of the security case is another switching element 4 that is connected to the power supply and activates it when it is picked up, thus starting the entire security system. For redundancy, several

US 6,552,654 B1

5

switching elements 3 and 4 may be provided. The security case is activated with a remote control A. All components are integrated in a side, the top, or the bottom of the case in a low-profile construction style, so that sufficient room for documents or similar items is left in the case itself.

From the satellite communications device M, an antenna cable leads to the antenna 8 that is provided for the reception of satellite signals. The antenna is mounted below the case top and not visible from the outside. A short antenna 9 of the mobile telephone J which is integrated, for example, into an edge element of the case, also is barely visible. The location of the case is continuously monitored on an IBM AS/400 computer system via the satellite communications device M and the already mentioned QTRACKS/400 system software (location display).

This fulfills a central condition for re-locating a security case.

While the invention has been described in detail with reference to preferred embodiments thereof, it will be apparent to one skilled in the art that various changes can be made, and equivalents employed, without departing from the scope of the invention. Each of the aforementioned documents is incorporated by reference herein in its entirety.

What is claimed is:

1. A security system for monitoring objects, comprising:

a digital recording device having at least one emergency message; and

a mobile telephone having at least one preselected emergency number;

a first Programmable Logic Controller (PLC) controller for initialing monitoring;

a second PLC controller for repeating an alarm signal; and

third, fourth, and fifth PLC controllers for activating a mobile telephone and a digital recording device;

at least one sensor for generating an alarm state connected to the first PLC controller;

a main relay for controlling the first PLC controller and which can be operated by a remote control;

a computer having mobile lines connectable to the five PLC controllers for programming the five PLC controllers; and

a data set for transmission to the mobile telephone including alarm information;

wherein the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy; and

wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.

2. A security system as claimed in claim 1, wherein the data set comprises a start signal, the at least one emergency number, and the at least one emergency message.

3. A security system as claimed in claim 1, wherein each of the controllers includes inputs and outputs, and wherein the outputs of the first PLC controller are connected to an input of the second PLC controller and of the fifth PLC controller, outputs of the second PLC controller are connected to inputs of the third, fourth, and fifth PLC controllers, outputs of the third and fourth PLC controllers are connected to an input of the mobile telephone, and outputs of the fifth PLC controller are connected to the recording device.

4. A security system as claimed in claim 1, wherein the fifth PLC controller is configured and arranged to control the ignition and the solenoid of the fuel pump of a vehicle.

6

5. A method of using a security system comprising the steps of:

providing a security system as claimed in claim 1;

positioning the security system inside a security case, the security case including

an underside having at least one switching element for triggering the alarm and at least one switching element for releasing the power supply;

a satellite communications device connected to the security system and having an antenna for communicating with a satellite locating system; and

operating the security system for locating vehicles.

6. The method of claim 5, wherein when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers.

7. A method for operating a security system comprising the steps of:

providing a security system as claimed in claim 1;

entering the alarm signal and the alarm information in the PLC controllers into the mobile telephone and digital recording device, which establishes a data set;

activating the operating status via the main relay by means of the remote control;

generating an alarm signal via the at least one sensor of the sensor unit;

transmitting the alarm signal to the first PLC controller, and from the first PLC controller to the second PLC controller;

transmitting the alarm signal at least once to the third, fourth, and fifth PLC controllers, the outputs of which are used to control the mobile telephone and the recording device; and

transmitting the data set via the mobile telephone, wherein the data set is compiled from the at least one emergency number stored in the mobile telephone, the emergency message stored in the recording device, and start and initialization signals from the third and fourth PLC controllers.

8. A method as claimed in claim 7, further comprising the steps of:

operably connecting the security system to a vehicle having an ignition power supply and a fuel pump solenoid;

interrupting the vehicle ignition power supply; and

blocking the fuel pump solenoid.

9. A method as claimed in claim 7, further comprising the step of:

repeating the alarm signal in the second PLC controller at least once if the line dialed in case of an alarm by the mobile telephone is busy, to cause the line to be redialed.

10. A method as claimed in claim 7, further comprising the steps of:

operably connecting the security system to a vehicle having a power supply;

supplying the security system with power via the vehicle power supply, except for the remote control that is operated externally and with a battery.

*  *  *  *  *

# Unitronics

# 2000
# Second
## Quarter results

**P.O.B 733 Lod 71106 Israel**

**North Industrial Zone Lod, Israel**

**info@unitronic.com**
**www.unitronic.com**
**EURO.NM Symbol: UNIT**

*Leveraging Automation with @ Technology*

# Unitronics Achieves Record Sales and Profits
# in Second Quarter 2000

**Lod, Israel, August 29, 2000.**

Unitronics (EURO.NM symbol UNIT) an Israeli high-tech company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' controlling automated production lines, announced today that it has achieved record sales of EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000.

"Reporting record sales and profit is a major milestone in the company's progress, and is in line with our expectations" said Haim Shani, CEO of Unitronics. "As we enter new markets, we believe that revenue growth should continue. We plan to sustain our sales growth by entering the North American market during the second half of the year. However, to continue to develop quality PLC products that are timed to meet market demand, we must also maintain our high level of research and development. With a marketing and distribution network firmly in placed, I believe that we will be able to bring advanced and efficient automation solutions to the growing PLC world market".

Unitronics offers PLCs that are integrated with advanced communication technologies, embedded with Internet and wireless communication abilities. Unitronics' WebPLC™ uses www technology to enable seamless production-floor-to-boardroom communications. The M90-GSM is capable of wireless communications over cellular telephone networks.

## Business Development during the period

### Sales and profit

Sales for the three months ended June 30, 2000 reached a record of EURO 1,740 thousands, an increase of 122% compared with the same period in 1999.
Total revenues for the first six months ended June 30, 2000 reached a record of EURO 3,285 thousands, an increase of 120% compared with the first half of 1999.

The gross profit for the three months ended June 30, 2000 improved to 63% of sales compared to 40% of sales in the three months ended March 31, 2000.

The net profit for the three months ended June 30, 2000 amounted to EURO 469 thousands, compared to EURO 20 thousands in the same period of 1999, an increase of 2245%.

## Introduction of new products

*The WebPLC™*

Unitronics has completed the WebPLC™ development project and has begun sales of these devices via select distributors.
The WebPLC™ allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.
The WebPLC™ enables production managers to remotely monitor and quickly intervene in system problems.

*The M90-GSM™*

The M90-GSM™, is a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.
The M90-GSM™ enables remote-controlled operation of machines and devices via GSM cellular communication networks.
Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.
The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.


## Sales and Marketing


*Distribution*

The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.
The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons. The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics' Vice President of Marketing, comments " We have successfully recruited many new distributors since January.  That alone was a huge project—but of course, it is only the beginning.  We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines."

*Trade shows*

Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products. This year, Unitronics participated in international trade shows throughout Europe, China, South and North America.  The company's products have also been represented by its distributors in a number of local trade shows.

*Customer care*

To promote customer satisfaction and marketing success after the substantial rise in the number of distributors and the size of our client base, Unitronics decided to increase the size of the customer care department. This allows the company to expand its training activities and to deliver a higher level of customer care and technical support.

## Research & Development

We judge agility—the ability to quickly rethink, retool, and respond to market opportunities to be an important business asset. Experience has shown us that the feedback from our customers is valuable in indicating future market demand. In accordance with this principle, we adapted our R&D plan to allow us to develop additional new products resulting from such expected demands.

Our flexibility enabled us to introduce I/O expansion modules to our M90 micro-OPLC™ line. These upgrade the functional capability of an M90, allowing it to automate a broader spectrum of systems. Unitronics has completed the WebPLC™ development project and has started sales of these devices via select distributors. The R&D department is continuing to refine and broaden this series.

The M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market.

"I am confident that we will continue to identify and embed the best of emerging communication technologies into our products" Eyal Saban, Unitronics' Chief Technology Officer commented recently. "I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage."
The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.

## Acquiring new facilities and expanding staff

Due to continued business expansion, Unitronics signed in July 2000 a contract for the acquisition of new facilities from which it plans to conduct its business activities. The new 1600 square meter facility is located in close proximity to the Tel Aviv international airport. 98% of the facility's USD 2.1 million purchase price is provided for by a 15-year financing plan, backed by a financial institution, allowing a monthly return not materially higher than the rent due on similar property.

Unitronics' management decided that it was necessary to acquire a new facility after drafting the Company's long-term business plan, which calls for increased marketing and R&D activity. The Company has begun a personnel recruitment drive to increase the size of the staff needed to support this planned activity, and expects to require additional office space. The new, larger facility is now under construction, and is planned to be ready in 2002

**For further information:**

Unitronics                                      +972 8 9786 555
Haim Shani, Chief Executive Officer             haim@unitronic.com
Cara Levy, Investor relations                   info@unitronic.com
Unitronics Web Site:                            www.unitronic.com

# Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
## Convenience translation into EURO*

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| | (in thousands) | | | |
| Revenues | 1,740 | 781 | 3,285 | 1,491 |
| Cost of revenues | 641 | 364 | 1,565 | 750 |
| *Gross profit* | *1,099* | *417* | *1,720* | *741* |
| | | | | |
| Research & Development expenses, net | 216 | 57 | 442 | 108 |
| Selling & Marketing expenses, net | 246 | 124 | 557 | 223 |
| General & Administrative expenses | 190 | 122 | 358 | 252 |
| *Operating profit* | *447* | *114* | *363* | *158* |
| | | | | |
| Financing Income (expenses) net | 22 | (13) | (296) | (30) |
| *Operating profit after financing expenses* | *469* | *101* | *67* | *128* |
| | | | | |
| Tax benefits (taxes on income) | 0 | (71) | 0 | (49) |
| *Profit after tax benefits* | *469* | *30* | *67* | *79* |
| | | | | |
| The Company's share of affiliated company result | 0 | (10) | (3) | (16) |
| *Profit for the period* | *469* | *20* | *64* | *63* |
| | | | | |
| *Profit per 1 ordinary shares (under IAS)* | *0.054* | *0.003* | *0.007* | *0.009* |

\* Figurs for all periods above were translated at the exchange rate of the EURO against the NIS (New Israeli Shekel) as of 30 June, 2000 (1 EURO = 3.9151 NIS).

The notes to the financial statements form an integral part thereof.

# Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
**Inflation adjusted NIS***

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | **2000** | **1999** | **2000** | **1999** |
| | **(in thousands)** | | | |
| Revenues | 6,811 | 3,056 | 12,861 | 5,838 |
| Cost of revenues | 2,511 | 1,422 | 6,131 | 2,936 |
| *Gross profit* | *4,300* | *1,634* | *6,730* | *2,902* |
| | | | | |
| Research & Development expenses, net | 846 | 225 | 1,730 | 423 |
| Selling & Marketing expenses, net | 963 | 486 | 2,180 | 874 |
| General & Administrative expenses | 744 | 478 | 1,400 | 987 |
| *Operating profit* | *1,747* | *445* | *1,420* | *618* |
| | | | | |
| Financing Income (expenses) net | 88 | (49) | (1,158) | (119) |
| *Operating profit after financing expenses* | *1,835* | *396* | *262* | *499* |
| | | | | |
| Tax benefits (taxes on income) | 0 | (278) | 0 | (191) |
| *Profit after tax benefits* | *1,835* | *118* | *262* | *308* |
| | | | | |
| The Company's share of affiliated company result | 0 | (40) | (10) | (62) |
| *Profit for the period* | *1,835* | *78* | *252* | *246* |
| | | | | |
| *Profit per 1 ordinary shares (under IAS)* | *0.213* | *0.011* | *0.029* | *0.036* |

* The inflation adjusted NIS figures are stated in terms of NIS of June 2000.

The notes to the financial statements form an integral part thereof.

# Financial Statement Analysis

*Revenues* - Sales for the three months ended June 30, 2000 reached EURO 1,740 thousands, a record quarter for the Company, and a rise of 122% compared to the same quarter of 1999. Sales for the six months ended June 30, 2000, reached EURO 3,285 thousands, an increase of 120% compared to the first six months of last year, when sales reached EURO 1,491 thousand.

The increase in the development of the company's business is supported by the large marketing infrastructure which has been developed by the company during the last six months.

*Cost of Revenues and gross profit* – The cost of revenues for the last three months ended June 30, 2000, includes materials, sub-contracting and production overhead, amounting to EURO 641 thousands (36.2 of sales), as compared to EURO 364 thousands (46.6 of sales) for the same period of 1999.

Gross profit for the three months ended June 30, 2000 amounted to EURO 1,099 thousands (63% of sales) compared with EURO 417 thousands (53.3% of sales) for the same period of 1999.

The gross profit improved to 63% in the second quarter of the year 2000, resulting mainly from the completion of the M90 production outsourcing process, as well as concluding a number of automation projects, including supply of PLCs and system integration.

The cost of revenues for the first six months ended June 30, 2000 amounts to EURO 1,565 thousands (47.6% of sales), as compared to the first six months of last year, which amounted to EURO 750 thousands (50.3% of sales). The gross profit for the period was EURO 1,720 thousands (52.4% of sales), compared to the first six months of last year, during which time gross profit amounted to EURO 741 thousands (49.7% of sales).

*Research and Development Expenses* – Research and Development expenses reflect the high level of activity required in developing new technologies and products. The Company believes that highly innovative products and concepts in its market segments will provide significant growth potential for the future.

The company invested approximately EURO 216 thousands (12.4% of sales) in R&D during the three months ended June 30, 2000, compared to EURO 57 thousands (7.2% of sales) in the same period last year.

Total research and development expenses during the first six months ended June 30, 2000, amounted to approximately EURO 442 thousands (13.4% of sales) compared to EURO 108 thousands in the same period last year (7.2% of sales).

*Selling and Marketing Expenses* - Selling and Marketing Expenses including salaries, trade shows, sales materials, and other marketing expenses for the three months ended June 30, 2000 were EURO 246 thousands (14.1% of sales), compared to EURO 124 thousands (15.8% of sales) in the same period last year.

Total selling and marketing expenses during the first six months ended June 30, 2000, amounted to approximately EURO 557 thousands (16.9% of sales) compared to EURO 223 thousands in the same period last year (14.9% of sales).

*General and Administrative Expenses* - General and Administrative Expenses for the three months ended June 30, 2000 amounted to EURO 190 thousands (reduced to 10.9% of sales) compared to EURO 122 thousands (15.6% of sales), for the same period of 1999.

The General and Administrative Expenses during the first six months ended June 30, 2000 amounted to EURO 358 thousands (10.89% of sales) compared to EURO 252 thousands, (16.9% of sales) during the same period last year.

*Operating Profit (loss)* – The total operating profit before financing costs for the three month period ended June 30, 2000, reached a record of EURO 469 thousands (26% of sales), compared to EURO 30 thousands (3.8% of sales) for the same period of 1999.
There was improvement over the first six months of this year, starting with an operating loss of EURO 84 thousands in the first quarter of the year 2000, and ending with a profit of EURO 447 thousands in the second quarter of the year 2000. This largely resulted from changes in the gross profit as described above.

*Financing Income (Expenses)* - Financing income for the three months period, ended June 30, 2000, amounted to EURO 22 thousands. Total finance expenses (net) for the first six months ended June 30, 2000 amounted to EURO 296 thousand, compared to EURO 30 thousands in the same period last year. This is due mainly to the fact that the majority of cash and cash equivalents untill April, 2000 where in Euro while the financial statements are prepared in New Israeli Shekel (NIS). The company EURO deposit was exposed to the devaluation of the EURO against the NIS. The finance expenses in the first quarter of year 2000 amounted to EURO 318 thousands, while the finance income during the second quarter of the year 2000, amounted to EURO 22 thousands. This largely resulted from changes in the EURO exchange rate against the NIS. Since April 2000, the company has changed its investment structure, and the currency of investments, which is currently not kept in EURO.

*Profit for the period* – The Company's net profit for the three months ended June 30, 2000 reached EURO 469 thousands (26.9% of sales), compared with EURO 20 thousands (2.5% of sales) for the same period in 1999.
The net profit for the first six months ended June 30, 2000 amounted to EURO 64 thousands (1.9% of sales), compared to EURO 63 thousands (4.2% of sales) during the same period last year. There was improvement over the first six months of this year, starting with a loss of EURO 384 thousands in the first quarter of the year 2000, and ending with a profit of EURO 469 thousands in the second quarter of the year 2000.

## About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines. Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation. We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity. In industry, production data must be freely distributed through all levels of an enterprise. Data must be equally available on the production floor, to marketing staff and to management. Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale. We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend. Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications. Our M90-GSM is capable of wireless communications over cellular telephone networks. A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004. Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

**For further information:**

Unitronics
Haim Shani, Chief Executive Officer
Cara Levy, Investor relations
Unitronics Web Site:

+972 8 9786 555
haim@unitronic.com
info@unitronic.com
www.unitronic.com

# Networking and Communication

## SMS Control

The Vision120™ can send and receive SMS messages to/from any GSM/CDMA cellular phone.

You can send text and variable SMS messages to modify parameters in your system. The controller can auto-acknowledge the message and answer your data requests.

The Vision120™ can send text and variable messages to many different GSM/CDMA phone numbers, to alert or report of any pre-defined event.

## Remote Access utilities

Download, upload and debug remote Vision120™ units, operate the controllers, and export application data (including database) to PC, via network connections, or via GPRS/GSM/CDMA/landline modem.





## MODBUS

Establish master/slave MODBUS communication via two RS232/RS485 ports.

## OPC Server / DDE Server

Unitronics' OPC and DDE Servers enable the Vision120™ to exchange data with any Windows-based application.

## CANbus

Integrate up to 63 units into a high-speed network, using Unitronics' CANbus protocol (CANbus models only).

## Additional Communication Protocols

The "Protocols" Function Block enables Vision120™ to communicate with a broad variety of external devices, such as bar-code readers, printers & servos.



## More Features

Up to 12 PID loops including Auto-tune

Selection of 21 I/O expansion modules includes Digital and Analog I/Os, Thermocouple, PT100, and Loadcell Inputs

Information Mode: Powerful diagnostics via the Operator Panel

Up to 3 onboard Shaft-encoder Inputs, 10 kHz

MODE 3: WEEKEND
MODE 2: NORMAL
MODE 1: RUSH HOUR

QUANTITY:
600 t/h
MIN LEVEL:
120 cm

Images library plus HMI images & text editors

Built-in 120K database enables dynamic data logging.

Easy scrolling between recipes/menus, via HMI "List" Variables

2 High-speed Outputs, up to 2 kHz (in transistor Output models)



The M90
Is it an HMI?
Is it a PLC?
It's Both.

**The M90 & M91**
Each Micro PLC includes:
- Onboard I/O configuration.
  Add I/Os via a range of I/O expansion
  modules
- Integral HMI, including LCD & keypad
  M91 LCD: 2 16-character text lines
  M90 LCD: 1 16-character text line

**Perfect control for any application**
- Water treatment
- Alarm systems
- Traffic signal control
- Automated production
- Process control (thermal, level, pressure)

M90 PLC & HMI
Key to Control

4 PID Loops*
with Auto-tune

Pump
management

Energy control

Expansion Modules

Up to 96 additional I/Os

*Auto-tune is provided via an
external PC-based application.

High-speed counters

pnp/npn Digital inputs

Analog/
Thermocouple/
PT100 inputs

High-speed outputs

Transistor/Relay outputs

Oven control

Analog output

Packaging

Conveyor belts

Building and
Environment control

GSM Control

Security system with PLC & GSM is Gharb Patent and Not

Unitronics– Summary No.17

## Ethernet via TCP/IP

The universal COM standard is embedded in the Vision570™. The Vision's Ethernet port (optional) enables MODBUS or open protocol commands over TCP/IP to run over existing LAN wiring.

**Use the Ladder Function Blocks to easily implement:**

- PLC to PLC data exchange
- Access to external slave devices that support TCP/IP
- SCADA control (PC access) via MODBUS IP or OPC



## Cellular Remote Control

The Vision570™ can send & receive SMS messages to/from any GSM cellular phone. The controller can send an SMS to report events. You can send an SMS to the controller in order to modify parameters in your system, or to request information.

**The GSM-enabled Vision570™:**

- Sends & receives SMS messages containing both fixed text and variable data
- Sends messages to any number of phone numbers, & routes different messages to different numbers
- Protects your system: prevents unauthorized callers
- Auto-acknowledges received messages
- Answers data requests from your cell phone
- Contains up to 1K of user-defined messages



## Remote Access

Use your PC to access remote Vision570™ units, via network connections, Ethernet or GSM/Landline modem.

Powerful Remote Access utilities enable you to download or debug PLC programs, read/write/store online operands and database values, and send application data to Excel according to a user-defined schedule.





# Unitronics OPERATOR PANEL / PLC

## M90 and M91 Operator Panel / PLCs

The Unitronics M90 and M91 Controllers combine a micro PLC with a fully integrated operator panel and are exceptional control devices for all entry-level applications.

LCD text display:   M90 - single line x 16 character.
                    M91 - two line x 16 character

They are 24Vdc powered (some 12Vdc), available in expandable and non-expandable versions and can be panel or DIN-Rail mounted.

Models are available with CAN Bus options and a special module enables remote messaging via the GSM Network direct to a cellphone.

**Each controller comes complete with:**  Windows programming software
                                          Operator manual
                                          Programming Cable to PC
                                          Clamps for Panel Mounting



| Model | Description | EMC Code | Price |
|---|---|---|---|
| **M90 Controller with relay outputs, analog input or current (1-line display)** | | | |
| M90-19-B1A | 10 inputs, 6 outputs, 1 analog input. No expansion port | UT 10 100 | $699.00 |
| M90-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 10 200 | $799.00 |
| M90-R1-CAN | 10 inputs, 6 outputs, 1 analog input. With expansion and CANbus ports | UT 10 300 | $995.00 |
| M90-R2-CAN | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 10 301 | $1099.00 |
| **M90 Controller with solid state outputs 0.5 Amp (1-line display)** | | | |
| M90-T | 8 inputs, 6 outputs. No analog I/O. No expansion port | UT 10 001 | $599.00 |
| M90-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 10 201 | $895.00 |
| M90-T1-CAN | 12 inputs, 12 outputs. No analog I/O. With expansion and CANbus ports | UT 10 302 | $995.00 |
| M90-TA2-CAN | 10 inputs, 8 outputs, 2 analog in, 1 analog out. With expansion and CANbus ports | UT 10 303 | $1199.00 |
| **M91 Controller with relay output voltage or current (2-lines display)** | | | |
| M91-2-R1 | 10 inputs, 6 outputs, 1 analog input. With expansion port | UT 11 200 | $750.00 |
| M91-2-R2C | 10 inputs, 6 outputs, 2 analog inputs. With expansion and CANbus ports | UT 11 202 | $995.00 |
| M91-2-R6C | 6 inputs, 6 outputs, 6 analog inputs. With expansion and CANbus ports | UT 11 203 | $1050.00 |
| **M91 Controller with solid state outputs 0.5 Amp (2-lines display)** | | | |
| M91-2-T1 | 12 inputs, 12 outputs. No analog I/O. With expansion port | UT 11 201 | $800.00 |
| M91-2-T38 | 22 inputs, 16 outputs. No analog I/O. With expansion port | UT 11 204 | $1050.00 |
| M91-2-T2C | 10 inputs, 12 outputs. 2 digital/analog inputs. With expansion port | UT 11 205 | $995.00 |
| M91-2-UN2 | 10 inputs, 12 outputs. 2 PT100/TC/digital/analog inputs. With expansion port | UT 11 206 | $1175.00 |
| M91-TA2-CAN | 10 inputs, 10 outputs, 2 TC/analog/digital inputs, 2 analog outputs. With exp port | UT 11 207 | $1345.00 |
| M91-2-R34 | 22 inputs, 12 outputs, 2 digital/analog inputs, With expansion port | UT 11 209 | $1080.00 |

## Unitronics Expansion Modules + GSM Kit

**Suitable for M90, M91 and Vision Series**





PLC +
? USA Patent Law
GSM Kit with Vision 120

Expandable up to 64 I/O (M90/91), 158 I/O (Vision)

| Model | Description | EMC Code | Price |
|---|---|---|---|
| EX-A1 | Expansion Adaptor | UT 10 500 | $150.00 |
| IO-DI8-TO8 | 8 Digital Inputs and 8 Transistor Outputs | UT 10 501 | $399.00 |
| IO-AI4-AO2 | 4 Analogue Inputs and 2 Analogue Outputs | UT 10 600 | $475.00 |
| IO-DI8-RO4 | 8 Digital Inputs and 4 Relay Outputs | UT 10 502 | $399.00 |
| IO-DI16 | 16 Digital Inputs | UT 10 503 | $375.00 |
| IO-TO16 | 16 Transistor Outputs | UT 10 504 | $425.00 |
| IO-RO8 | 8 Relay Outputs | UT 10 505 | $375.00 |
| EX90-DI8-RO8 | 8 Digital Inputs and 8 Relay Outputs | UT 10 506 | $499.00 |
| IO-PT4 | 4 PT100 Inputs, -50°C to 460°C | UT 10 601 | $530.00 |
| IO-ATC8 | 8 Thermocouple / Analogue Inputs | UT 10 603 | $705.00 |
| IO-AO6X | 6 Analogue Outputs (isolated) | UT 10 602 | $735.00 |
| IO-RO16 | 16 Relay Outputs, 24Vdc | UT 10 507 | $525.00 |
| IO-LC1 | 1 Loadcell Input and 1 Digital Input, 2 Transistor Outputs | UT 10 604 | $595.00 |
| IO-LC3 | 3 Loadcell Inputs and 1 Digital Input, 2 Transistor Outputs | UT 10 605 | $865.00 |
| GSM Kit | SMS messaging over the GSM digital network for telemetry applications. Includes GSM modem. Remote cellphone not included | UT 10 901 | $1250.00 |



# Unitronics OPERATOR PANEL / PLC

## Vision Series Operator Panel PLCs

The UNITRONICS Vision Series is a compact PLC with on-board I/Os and a versatile Graphic Operator Interface.

The Vision Series enables programming of the PLC and HMI in a single environment and eliminates PLC-HMI communication. It saves I/O points, reduces hardware, simplifies assigning functions to keys and data is entered via the keyboard.

**Each Vision Controller comes complete with:**
- PLC and graphic HMI
- Snap-in I/O module for V230, V260, V280 & V290
- 120k database for data logging
- Programming software
- Mounting hardware, connectors, communication cable and extra set of key labels
- User guide

**Expansion Modules and GSM Kit** (refer next page)



*Unitronics OPLCs L/R:V120, V260, V230, M91, V280, V290*

| Model | Description | EMC Code | Price |
|---|---|---|---|
| **V120 Series.** | **PLC and Graphic HMI: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters** | | |
| V120-22-R1 | 10 digital inputs, 6 relay outputs, 1 analogue input 12/24Vdc, 2 x RS232/485 | UT 40 100 | $1350.00 |
| V120-22-R2C | 10 digital inputs, 6 relay outputs, 2 analogue inputs 12/24Vdc, 2 x RS232/485, CANbus | UT 40 101 | $1525.00 |
| V120-22-T1 | 12 digital inputs, 12 transistor outputs 12/24Vdc, 2 x RS232/485 | UT 40 103 | $1350.00 |
| V120-22-T38 | 22 digital inputs, 16 transistor outputs 24Vdc, 2 x RS232/485 | UT 40 104 | $1590.00 |
| V120-22-UN2 | 10 digital inputs, 12 transistor outputs, 2 universal inputs (PT100 / thermocouple / analogue / digital) , 12/24Vdc, 2 x RS232/485 | UT 40 102 | $1650.00 |
| V120-22-UA2 | 12 digital inputs, 10 relay outputs, 2 analogue outputs, 2 universal inputs (thermocouple / analogue / digital), 24Vdc, 2 x RS232/485 | UT 40 106 | $1750.00 |
| V120-22-R6C | 6 digital inputs, 6 relay outputs, 6 analogue inputs, 24Vdc, 2 x RS232/485, CANbus | UT 40 107 | $1575.00 |
| V120-22-T2C | 10 digital inputs, 12 transistor outputs, 2 analogue/digital inputs, 12/24Vdc, 2 x RS232/485 CANbus | UT 40 108 | $1525.00 |
| V120-22-R34 | 20 digital inputs, 12 relay outputs, 2 analogue/digital inputs 2 x RS232/485 | UT 40 109. | $1620.00 |
| **V200 Series.** | **PLC and Graphic HMI (requires selectable Snap-in I/O module)** | | |
| V230-13-B20B | Graphic display: 128 x 64 pixels. Text messages: up to 8 lines x 22 characters Expansion Option, CANbus, 2 x RS232 | UT 60 000 | $1350.00 |
| V260-16-B20B | Graphic display: 240 x 64 pixels. Text messages: up to 8 lines x 40 characters Expansion Option, CANbus, 2 x RS232 | UT 60 001 | $1575.00 |
| V280-18-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 4.7" active area. 27-key keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 002 | $1890.00 |
| V290-19-B20B | Graphic LCD Touchscreen: 320 x 240 pixels, 5.7" active area. Virtual keyboard. Expansion Option, CANbus, 2 x RS232 | UT 60 003 | $1890.00 |
| **Snap-in I/O Modules for V200 Series** | | | |
| V200-18-E1B | Inputs: 16 digital and 3 Analogue (10 bit) Outputs. 10 Relay and 4 Transistor | UT 70 000 | $450.00 |
| V200-18-E2B | Inputs: 16 digital and 2 Analogue (10 bit) Outputs. 10 Relay, 4 Transistor and 2 Analogue (12 bit) | UT 70 001 | $595.00 |
| V200-18-E3B | Inputs: 18 digital and 4 Analogue (12 bit) Outputs. 15 Relay and 2 Transistor and 4 Analogue (12 bit) | UT 70 002 | $990.00 |
| V200-18-E4B | Inputs: 18 digital and 4 Analogue (14 bit) Outputs. 15 Transistor and 4 Analogue (12 bit) | UT 70 003 | $1140.00 |
| V200-18-E5B | Inputs: 18 digital and 3 Analogue (10 bit) Outputs. 15 Transistor | UT 70 004 | $595.00 |
| **Additional Communication Ports for V200 Series** | | | |
| V200-19-R4 | 1 x RS485 Port | UT 90 001 | $90.00 |
| V200-19-ET1 | 1 x Ethernet Port | UT 90 002 | $295.00 |
| V200-19-RS4-X | 1 x RS232 / RS485 Port (Isolated) | UT 90 007 | $150.00 |



# CONTROLS & POWER, INC.

December 28, 2005

Mr. Alon Kedar
Vice President, Products Division
Unitronics International Headquarters
Airport City, PO Box 300
Ben Gurion Airport, 70100
Israel

Subject:     Possible US Patent Infringement

Dear Alon:

It has been over four years since my company installed the first U.S. GSM-based system to control six water wells and two storage tanks in South Carolina. It has been about three years since we installed our first system to monitor three lift stations in Minnesota. I felt these climate extremes would be proof of our ability to withstand the hot Carolina summers and the cold Minnesota winters. We now have data that indeed prove our ability to operate in virtually every area of the county, and GSM telephony is finally becoming active in most of our market area.

Based on our preliminary results from South Carolina and Minnesota, we displayed the Unitronics M90 and Vision controllers at the Water Environment Federation Technical Exhibit and Conference (WEFTEC) last year and found a great deal of interest in the GSM capabilities of the Unitronics PLCs. We feel that this business could easily exceed $500,000 in 2006. Its ultimate potential should be in the millions, and some of our large competitors are already copying our designs.

At present, we have proposals and/or orders for GSM systems exceeding $40,000. Because of the patent threat by a Mr. Samy Gharb, however, I have advised my client-customers to delay submittals and manufacture of any systems until the patent question has been resolved. This may cause us to lose the business as some of the municipal users of the controls will not be able to delay their projects. I would hope that you could settle this controversy as soon as possible as a great deal of my 2006 business is in jeopardy.

Sincerely,

Ed Hiserodt

Ed Hiserodt, President
Controls & Power, Inc.
PO Box 55438
Little Rock, AR 72215
USA

PO Box 55438   Little Rock, AR  72215
501 851 6171  |  501 421 9741 (F)
hisc@sbcglobal.net

Controls & Power letter
Summary No.10

**EXHIBIT**

exhibit

K

1

**Press Release ··:·**

| | |
|---|---|
| **August 16, 2006** | **UNITRONICS PUBLISHED A PROSPECTUS FOR THE ISSUANCE OF ITS SECURITIES TO THE PUBLIC IN ISRAEL** |

Unitronics announced today that on August 16, 2006, it filed with the Israel Securities Authority a prospectus for the issuance of its securities to the public in Israel, and English translation of which is attached hereunder.
THE ENGLISH TRANSLATION OF THE PROSPECTUS IS BEING PROVIDED FOR INFORMATION PURPOSES ONLY, AND IT DOES NOT CONSTITUTE A PUBLIC OFFER TO SELL NOR A PUBLIC SOLICITATION OF AN OFFER TO BUY ANY SECURITIES OF THE COMPANY IN ANY JURISDICTION, AND SPECIFICALLY NOT IN BELGIUM. THE PUBLIC OFFERING IN ISRAEL IS EFFECTED SOLELY THROUGH THE HEBREW PROSPECTUS APPROVED BY THE ISRAELI AUTHORITIES. more...

| | |
|---|---|
| **May 21, 2006** | **SALES OF ABOUT NIS 21M, AND NET PROFIT OF ABOUT NIS 0.6M IN FIRST THREE MONTHS OF 2006** |

Unitronics reported that it achieved sales of approximately NIS 21 million (about EUR 3. 6 million) for the first three months of 2006, a continued increase in revenues in the last eighteen months. Unitronics also reported a net profit of approximately NIS 601 thousand (about EUR 106 thousand). more...

| | |
|---|---|
| **March 27, 2006** | **SALES RECORD OF ABOUT NIS 80.7M, AND NET PROFIT OF ABOUT NIS 624 THOUSAND IN 2005** |

Unitronics announced today that it realized sales of approximately NIS 80.7 million (about EUR 14.8 million) for the year 2005, an increase of about 31% as compared to the year 2004. The Company reported a net profit of approximately NIS 624 thousand (about EUR 115 thousand) for the year 2005, as compared to a net profit of approximately NIS 2,879 thousand (about EUR 530 thousand) for the year 2004. more...

| | |
|---|---|
| **November 20, 2005** | **SALES RECORD OF ABOUT NIS 60.2M, AND NET PROFIT OF ABOUT NIS 1.9M IN FIRST NINE MONTHS OF 2005** |

Sales of approximately NIS 60.2 million (about EUR 9.1 million) for the first nine months of 2005, an increase of about 37% as compared to the corresponding period of 2004. The Company reported a net profit of approximately NIS 1.9 million (about EUR 343 thousand) for the first nine months of 2005, as compared to a similar net profit of approximately NIS 2 million (about EUR 361 thousand) for the corresponding period of 2004. more...

*2*

| | |
|---|---|
| ***August 14, 2005*** | ***SALES RECORD OF ABOUT NIS 39.8M, AND NET PROFIT OF ABOUT NIS 1,139 THOUSAND IN FIRST HALF OF 2005*** |

Unitronics announced today that it realized sales of approximately NIS 39.8 million (about EUR 7.2 million) for the first half of 2005, an increase of about 42% as compared to the corresponding period of 2004. The Company reported a net profit of approximately NIS 1,139 thousand (about EUR 206 thousand) for the first half of 2005, as compared to a net profit of approximately NIS 1,370 thousand (about EUR 248 thousand) for the corresponding period of 2004. more...

| | |
|---|---|
| ***May 4, 2005*** | ***SALES RECORD OF ABOUT NIS 19.6M, AND NET PROFIT OF ABOUT NIS 814 THOUSAND IN FIRST QUARTER OF 2005*** |

Unitronics announced today that it realized sales of approximately NIS 61.8 million (about EUR 3.5 million) for the first quarter of 2005, an increase of about 46% as compared to the corresponding quarter of 2004. The Company reported a net profit of approximately NIS 814 thousand (about EUR 144 thousand) for the first quarter of 2005, as compared to a net profit of approximately NIS 515 thousand (about EUR 91 thousand) for the corresponding quarter of 2004. more...

| | |
|---|---|
| ***March 21, 2005*** | ***UNITRONICS REPORTS 53% GROWTH IN SALES, REALIZING ABOUT NIS 61.8M, AND NET PROFIT OF ABOUT NIS 2.9M IN 2004*** |

Unitronics announced today that it realized sales of approximately NIS 61.8 million (about EUR 10.5 million) for the year 2004, an increase of about 53% as compared to the year 2003 and about 198% as compared to the year 2002. The Company reported a net profit of approximately NIS 2.9 million (about EUR 490 thousand) for the year 2004, as compared to a net loss of approximately NIS 3.5 million (about EUR 595 thousand) for the year 2003. In addition, the Company reported a positive cash flow from operating activities of approximately NIS 11.3 million (about EUR 1.92 million) for the year 2004. more...

| | |
|---|---|
| ***January 17, 2005*** | ***UNITRONICS TO EXPAND PROJECT FOR A CLIENTS' LOGISTIC SYSTEM, FROM NIS 15 MILLION TO NIS 23.5 MILLION*** |

Further to the Immediate Report published by the Company in July 2004 with respect to an agreement with an Israeli client engaged in import, processing, production and marketing of metal materials and products, for the supply and installation of an automated logistic system Unitronics announced today the increase of the magnitude of the Project to an aggregate total amount of approximately NIS 23.5 million (approximately EUR 4.1 million), plus V.A.T (an increase of approximately NIS 8.5 Million, plus VAT, as compared to the original agreement. more...

| | |
|---|---|
| ***January 10, 2005*** | ***UNITRONICS TO SUPPLY AUTOMATED LOGISTIC SYSTEM TO A RECURRING CLIENT*** |

3

Unitronics announced today the execution of an agreement with a client for the supply and installation of an automated logistic system to be installed at the Client's facility in Israel, further to Unitronics' installation of a similar system for such client in 2001. The Client undertook to pay Unitronics a total amount of approximately 446 thousand Euro (about NIS 2.5 million), including V.A.T subject to the achievement of certain milestones. The project is targeted for completion in the fourth quarter of 2005. more...

| November 7, 2004 | *UNITRONICS REPORTS CONTINUED NET PROFIT AND GROWTH IN REVENUES, IN FIRST NINE MONTHES OF 2004* |
|---|---|

Unitronics announced today that it realized sales of approximately NIS 44,025 thousand (about EUR 7,969 thousand) in the first nine months of 2004 representing an increase of about 57% as compared to the first nine months of 2003, and a net profit of approximately NIS 2,099 thousand (about EUR 382 thousand) in the first nine months of 2004 compared to a net loss in the same period of 2003. more...

| August 2, 2004 | *CHANGES IN THE HOLDINGS OF HOLDERS OF AN INTEREST IN THE COMPANY* |
|---|---|

Unitronics published the attached Immediate Report pursuant to the requirements of Israeli law, in connection with changes in the holdings of holders of an interest in the Company following the acquisition of 200,000 Option Deeds (Series 1) by Mr. Haim Shani (who also serves as the chairman of the board of directors of the Company and as the managing director of the Company) from several Israeli underwriters of the Company's Israeli prospectus dated May 12, 2004.. more...

| July 26, 2004 | *UNITRONICS REPORTS CONTINUED GROWTH IN NET PROFIT AND REVENUES, IN FIRST HALF OF 2004* |
|---|---|

Unitronics announced today that it realized sales of approximately NIS 28,084 thousand (about EUR 5,138 thousand) in the first half of 2004 representing an increase of about 64% as compared to the first half of 2003, and a net profit of approximately NIS 1,370 thousand (about EUR 251 thousand) in the first half of 2004 compared to a net loss in the first half of 2003. more...

| July 18, 2004 | *UNITRONICS TO SUPPLY CONTROL, SOFTWARE AND CONVEYING SYSTEMS TO CLIENT* |
|---|---|

Unitronics announced today the execution of an agreement with an Israeli client engaged in import, processing, production and marketing of metal materials and products, for the supply and installation of an automated logistic system which includes storage control apparatus and software, and an automatic conveying system for pallets and containers, to be installed at the Client's facility in Israel, for a total amount of approximately NIS 15 million (about EUR 2.8 million). more...

*4*

**June 09, 2004**  ***UNITRONICS TO SUPPLY CONTROL, SOFTWARE AND CONVEYING SYSTEMS FOR COCA COLA***

Unitronics announced today the execution of an agreement with the Central Bottling Company Ltd. ("Coca Cola" in Israel), for the supply and installation of a control system, a production control software, and an automatic monorail conveying system, to be installed at Coca Cola's, Bney Brak manufacturing facility (Israel), for a total amount of approximately Euros 550 thousand (about NIS 3 million. more...

**May 20, 2004**  ***UNITRONICS CONSUMMATES PUBLIC OFFERING IN ISRAEL***

Unitronics published pursuant to the requirements of Israeli law, an immediate report in connection with the consummation of its public offering pursuant to its prospectus dated May 12, 2004. The gross consideration received by the Company in consideration of the securities offered in the prospectus is approximately NIS 39,290. more...

**May 13, 2004**  ***UNITRONICS EFFECTS A PUBLIC OFFERING IN ISRAEL***

Unitronics announced the launch, in Israel, of a public offering of newly issued securities, and their listing for trade on the Tel-Aviv Stock Exchange in Israel (together with the listing on such stock exchange of all other outstanding shares of the Company). This transaction is organized pursuant to an Israeli prospectus in accordance with the requirements of Israeli law. The contemplated timetable for the offering assumes its completion by May 19, 2004. If consummated, it is expected that a minimum of approximately NIS 35,118 (app. EUR 6.4) in net proceeds shall be raised by the Company pursuant to such offering. more...

**May 7, 2004**  ***FIRST NET PROFIT SINCE IPO IN Q1 2004, FOLLOWING 10 QUARTERS OF GROWTH***

Unitronics announced today that it realized a net profit of about NIS 515 thousand (approximately EUR 94 thousand) in the first quarter of 2004, compared to a net loss of about NIS 498 thousand (approximately EUR 90 thousand) in the fourth quarter of 2003, and a net loss of about NIS 1,454 thousand (approximately EUR 263 thousand) in the same period of 2003. This encouraging anticipated turning point is mainly attributable to the continuous increase in sales, without a corresponding increase of operational expenses. more...

**March 26, 2004**  ***UNITRONICS PLANS PUBLIC OFFERING IN ISRAEL***

Unitronics announced the filing with the Israeli Securities Authority of a draft prospectus for a public offering of newly issued securities, and their listing for trade on the Tel-Aviv Stock Exchange in Israel. The volume and timetables of the contemplated offering, as well as the nature of the securities to be offered, have not yet been finalized and remain subject to the Company's determination as well as market and other conditions. more...

**February 25, 2004**   **5**
*YEAR 2003: SALES ALMOST DOUBLED; FIRST OPERATING PROFIT AND EBITDA SINCE 2000*

Unitronics announced today revenues of approximately NIS 40,306 thousand (approximately EUR 7,284 thousand and USD 9,204 thousand) for the year 2003, an increase of about 94% compared to the revenues of 2002 and about 220% compared to the revenues of 2001. The Company's new generation products and its worldwide intensive marketing efforts in recent years, are believed to be the main reasons for the significant growth in its sales. more...

**February 17, 2004**
*UNITRONICS TO INSTALL AUTOMATED WAREHOUSE FOR TEVA; CONTRACT IN EXCESS OF $4 MILLION*

Unitronics announced the execution of an agreement for the design, supply and installation of a new automated logistics system and storage facility, with Teva Pharmaceutical Industries Ltd. a global pharmaceutical company. The system is to be installed at one of Teva's production sites. The agreement reflects performance-linked revenues of approximately EUR 3.3 Million (about USD 4.2 Million). more...

**February 3, 2004**
*UNITRONICS ANNOUNCES ANTICIPATED YEAR 2003 FINANCIAL RESULTS*

Unitronics announced today that it expects to report revenues for the year ended December 31st, 2003 in the range of NIS 40 Million (more than USD 9 Million and EUR 7 Million). Based on these estimated revenues, Unitronics expects to report accumulated EBITDA for the year ended December 31st, 2003 of approximately NIS 1 million (about USD 220 thousand and EUR 180 thousand), as compared to a negative EBIDTA for the years 001 and 2002. more...

**December 22, 2003**
*MODIFIED TERMS OF CONVERTIBLE BONDS*

Unitronics announces the modification of the terms of convertible bonds issued pursuant to Convertible Bonds Subscription Agreements dated January 31, 2001, which Bonds where issued for a total issuing price of 3 million EUR at a conversion price of 4.73 EUR per Share. More...

**November 25, 2003**
*MODIFICATIONS OF UNITRONICS' CONVERTIBLE BONDS SUBSCRIPTION AGREEMENTS*

Unitronics announced certain intended modifications to the Convertible Bonds Subscription Agreements dated January 31, 2001 by and between the Company and certain non-affiliated Bond Holders. more...

**November 24, 2003**
*UNITRONICS ANNOUNCES: SECOND OPERATING PROFIT REPORTED IN A ROW*

6

Unitronics announced today that it realized record sales of approximately NIS 10,874 thousand (approximately EUR 2,097 thousand or USD 2,449 thousand) for the third quarter of 2003. This represents an increase of approximately 16% in sales as compared to the second quarter of 2003 and an increase of approximately 94% comparing to the same quarter of 2002. more...

## September 5, 2003  UNITRONICS FILES PROVISIONAL PATENT APPLICATION IN THE USA

Unitronics announced today the filling of a provisional patent application with the United States Patent and Trademark Office in connection with technologies intended to enable configuration of modular and distributed automation and control systems, whose components are designed for wireless and/or wired connectivity. more...

## August 28, 2003  FIRST OPERATING PROFIT AND RECORD SALES IN Q2/2003

Unitronics announced today revenues of approximately NIS 9,437 thousand (about EUR 1,915 thousand) for the second quarter of 2003, more than doubled in compare to the same period of 2002. The Company that has been reporting notable growth in its revenues in the last 21 consecutive calendar months (or seven quarters), believes this demonstrates a turning point from operating loss of approximately NIS 793 thousand in the first quarter of 2003, to an operating profit of approximately NIS 155 thousand in the second quarter of 2003. more...

## May 28, 2003  UNITRONICS DOUBLED ITS REVENUES IN Q1/2003

Unitronics announced today revenues of approximately NIS 8,050 thousand (about EUR 1,576 thousand) for the first quarter of 2003, more then doubled in compare to the same period of 2002. The Company believes that this notable growth in its revenues in the last 18 consecutive calendar months (or six quarters) is indicating a significant positive change. more...

## March 28, 2003  UNITRONICS REPORTS 65% INCREASE IN SALES IN YEAR 2002

Unitronics announced today revenues of approximately NIS 21,132 thousand (about EUR 4,252 thousand) for the year 2002, an increase of about 65% compared to the revenues of year 2001. Unitronics also reported a decrease of about 61% in operating loss for the period. more...

## February 2, 2003  UNITRONICS ANNOUNCES CAPITAL INCREASE THROUGH PRIVATE PLACEMENT

7

As a result of a private placement, on January 29, 2003 Unitronics Ltd. has effected a capital increase of 109,410 new ordinary shares at a subscription price of EUR 1.022 per share. The shares have a nominal value of NIS 0.02 per share. The gross amount of the capital increase was EUR 111,817.02. A demand for listing of the shares has been submitted with the Euronext Brussels stock exchange authorities. The capital increase raises the total number of outstanding Unitronics shares from 8,864,388 to 8,973,798 shares.

**November 28, 2002** — *UNITRONICS MARKS FOUR CONSECUTIVE QUARTERS OF INCREASE IN SALES*

Unitronics announced today that it realized sales of approximately EUR 1,194 thousand for the third quarter of 2002, an increase of about 21% as compared to the second quarter of 2002 and an increase of about 109% as compared to the same period of 2001. more...

**August 28, 2002** — *UNITRONICS MARKS A THIRD CONSECUTIVE QUARTER OF INCREASE IN SALES*

Unitronics announced today that it realized about 21% growth in sales and reduced its expenses in the second quarter of year 2002. Revenues from sales amounted to approximately NIS 4,711 thousands (about EUR 995 thousand) representing a third consecutive quarter of growth. more...

**May 29, 2002** — *UNITRONICS MARKS AN INCREASE OF 23% IN SALES*

Unitronics marks an increase of 23% in sales and reduces its expenses in First Quarter 2002. Unitronics announced today that it realized sales of approximately NIS 3,743 thousand (approximately EUR 917 thousand) for the first quarter of 2002, representing a notable growth in two consecutive quarters more...

**March 25, 2002** — *UNITRONICS ANNOUNCED TODAY ITS FINANCIAL RESULTS FOR THE YEAR 2001*

Unitronics announced today its financial results for the year ending December 31, 2001. Total annual revenues were approximately EUR 3,078 thousand and the net result for 2001 was a loss of approximately EUR 4,128 thousand. During 2001, Unitronics concentrated on R&D and marketing activities. The company opened its subsidiary in the US, broadened its world-wide distribution network, and launched its new product line Vision Series. more...

**November 29, 2001** — *UNITRONICS CONTINUES WITH PLANNED MARKETING AND R&D*

Unitronics continues with planned marketing and research & development expenses, in spite of sales slowdown. Unitronics announced today that it realized sales of approximately NIS 9,098 thousand (approximately EUR 2,281 thousand) for the first nine

8

months of 2001. more...

**August 23, 2001** — *HALF-YEAR RESULTS: QUARTER HIGHLIGHTED BY ESTABLISHMENT OF NEW U.S. SUBSIDIARY AND EXPANDED R&D ACTIVITIES*

Despite the world economic slowdown, Unitronics chose to invest in strengthening its global distribution network, increasing R&D activity, and amplifying marketing efforts on the behalf of newly developed products. more...

**July 3, 2001**    *ACCOMPANIED BY THE SLOGAN "LOOK INTO THE FUTURE", UNITRONICS LAUNCHES THE ADVANCED VISION SERIES, INTENDED TO COVER NEW MARKET SEGMENTS*

Unitronics announced the commercial release of its new "Vision Series" of products. The "vision Series" is an advanced series of small and medium PLCs with integral graphic operator interface, snap-in I/O and networking. more...

**March 27, 2001**    *UNITRONICS REPORTS INCREASE OF 65% IN REVENUES AND A SHIFT TO A POSITIVE PROFIT FROM OPERATIONS*

Unitronics announced its financial results fror the year ending December 31, 2000. Total annual revenues increased approximately 65% to EUR 6314 thousand as compared to the year 1999. The Company shifted from a negative EBIT in 1999 to an EBIT of approximately EUR 300 thousand in 2000. more...

**~~March 6,~~ 2001**    *UNITRONICS SETS UP ITS OWN DISTRIBUTION NETWORK IN THE US*

Unitronics has chosen to enhance its market presence in North America directly and through representatives, rather than through an acquired U.S. subsidiary. more...

**February 6, 2001**    *CAPITAL RAISE WORTH EUR 5 MILLION FOR UNITRONICS*

Unitronics has concluded a private convertible bonds deal, raising an additional 3 millions EUR from institutional investors from Belgium and abroad. This operation concludes a EUR 5 million capital raise including the EUR 2 million capital raise of January 2001 and logically completes the company's financial program. The capital raised should mainly strengthen Unitronics' capacity to rapidly penetrate the North American market according to the company strategy. more...

9

**January 23, 2001**    *UNITRONICS RAISES 2 MILLION EUR OF NEW CAPITAL*

Unitronics announced that it raised 2 million EUR of new capital. The operation was handled as a private investment by private and intitutional investors. more...

**November 29, 2000**  **UNITRONICS SUCESSFULLY CONTINUES TO REALIZE ITS EXPECTED GROWTH IN THIRD QUARTER 2000**

Unitronics announced today that it successfully realized expected sales of EUR 1,824 thousands for the third quarter of 2000. Since January 2000, Unitronics reported revenues of EUR 5,413 thousands, more than double (an increase of 158%) the revenues for the same period of 1999. more...

**November 6, 2000**  **UNITRONICS SIGNS MOU FOR ACQUSITION OF AN AMERICAN INDUSTRIAL AUTOMATION COMPANY**

Unitronics announced today that it entered into a Memorandum Of Understanding for the acquisition of an American company engaged in industrial automation, with sales revenues of $10 Million, a wide US and global marketing network that includes approximately 250 distributors and sales reps, and manufacturing facilities located in New Jersey, USA. more...

**October 5, 2000**  **UNITRONICS' WEBPLC CONTROLS PRODUCTION OF BOTTLES FOR A MAJOR INTERNATIONAL SOFT DRINK MANUFACTURER**

Unitronics has successfully completed the implementation and activation of a control system at a manufacturing plant in Mexico, producing PET plastic bottles for a major soft drink manufacturer. more...

**August 29, 2000**  **UNITRONICS ACHIEVES RECORD SALES AND PROFITS IN SECOND QUARTER 2000**

Unitronics announced that it has achieved record sales od EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000. more...

**August 8, 2000**  **UNITRONICS ACQUIRING NEW BUSINESS FACILITY**

10

Unitronics has signed a contract for the acquisition of a new business facility. The new, 1600 square meter facility is located in AIRPORT CITY, close to the Tel Aviv international airport. more...



**~~July 17, 2000~~**  **UNITRO~~███████████~~N SMS WIRELESS COMMUNICATION FEATURE**

Unitronics announces the commercial release of the M90-GSM. This new feature brings the advantages of the M90 Unitronics palm sized micro controller, to GSM cellular phones. more...

USA
Patent Law
n r m90 + GSM

### *April 12, 2000*     *USD 7.4M: SALES EXPECTATIONS FROM UNITRONICS' NEW DISTRIBUTORS*

Unitronics has rapidly expanded its global distribution network, awarding a total of 28 distributorships to firms in the industrial automation sector and thereby adding an estimated 120 personnel to its sales force. more...

### *April 12, 2000*     *UNITRONICS ON THE MAP—IN DISNEY*

With split-second timing, Unitronics' OPLC line of devices control an attraction in Epcot Center's Millennium Village in Orlando, Walt Disney World. more...

### *February 11, 2000*     *UNITRONICS WINS 2 MAJOR ORDERS*

Unitronics has received two major orders with an combined value of over USD 1,000,000. One order is for Global Wire... more...

### *January 2000*     *UNITRONICS APPOINTS NEW CTO*

Unitronics has announced the appointment of Eyal Saban as the company's new Chief Technology Officer. more...

### *October 27, 1999*     *UNITRONICS' INITIAL PULIC OFFERING -A SUCCESS*

Distributors in Denmark, Holland, and Belgium October 27, 1999-Unitronics, a multinational advanced technology company, successfully.... more...

### *September 30, 1999*     *UNITRONICS AWARDS THREE NEW DISTRIBUTORSHIPS.*

11

Distributors in Denmark, Holland, and Belgium have contracted to market the full line of Unitronics' new M90 micro controllers. Joint sales for the period up to the end of the year 2001 are forecast to reach $1,645,000. more...

### *September 21, 1999*     *UNITRONICS ANNOUNCED TODAY ITS INITIAL PUBLIC OFFERING ON EURO.NM BELGIUM*

Unitronics, a multinational advanced technology company, announced today its Initial Public Offering on the EURO.NM Belgium public stock exchange. The company, which intends to raise approximately 7.5 million euros in its IPO, offers 2,000,000 new shares, priced at 3.72 euros per share. more...

### August 29, 1999    UNITRONICS' WEBPLC™ INSTALLATION- UP &RUNNING

The world's first Internet-enabled WebPLC™ network is operating a production line in the Cargal carton plant in Lod, Israel. TCP/IP communication protocols, the same Internet technology that enables common applications such as Web-surfing and email, are now controlling machines on the Cargal factory production floor. more...

### August 25, 1999    UNITRONICS LANDS 2 MAJOR WEBPLC™ PROJECTS

Two projects worth over 1.7 million USD have been awarded to Unitronics Ltd. The company is to provide Automated Warehouse and Distribution Center control systems for Tnuva, the largest marketer of agricultural products in Israel, and for Envases Innovativos, one of the leading manufacturers of PET blow-moulding bottles in Mexico. more...

### August 1, 1999    UNITRONICS AWARDS MMI SOLUTIONS UK DISTRIBUTION RIGHTS

Sales peaking at $1.5 million are projected in the sale forecast of the three-year exclusive distribution agreement just signed between Unitronics Automation and Control and MMI Solutions. The agreement designates MMI Solutions as the sole distributor of Unitronics products throughout the United Kingdom. more...

### July, 1999    THE M90: ALL-IN-ONE MICRO-PLC AND HMI

Unitronics has officially launched the new M90 micro-PLC. The M90 is a palm-sized controller that contains a fully functional Human-Machine-Interface, programmed by the user to suit his own particular requirements. more...

©2005 Unitronics. All rights reserved
comments: webmaster@unitronics.com

PLC & GSM for Security
Summary NO. 16

5        Moreover, the use of Wireless Controllers would eliminate the burdensome cabling requirements by replacing cabling with a reliable wireless link, making both installation and future modifications easier.



In a WilCo™ system, controllers communicate with each other using an "any-to-any", reliable, wireless link.

LIT/824161.1

## OEM-Automatic Limited - PRODUCT NEWS



Unitronics M90 ready to grow.

The Unitronics M90 is a powerful nano PLC with an
integrated HMI which can expand it's on board I/O
using DIN rail mountable modules.

The M90's built-in I/O ranges from 14 to 24 I/O. Integral analogue
I/O is also available. A maximum of 64 I/O is achievable using
up to 8 extension modules.

Up to 63 M90's can be networked using a dedicated CANbus.
The integrated text display can be used to show and edit variables
and display messages. The 15 function keys can be user defined
and used in the program. Remote programming and monitoring
can be achieved using the RS232 port via modems.

The latest addition is the SMS feature, using a GSM modem the M90
can send predefined text messages to up to 6 mobile phones.

---

*For more information, please contact :-*

OEM-Automatic Ltd.

May 2001

PLC M90 has only become an
efficient product through the
addition of Mr Gharb TECHOLOGY
.Summary No,17

## The stored function blocks ready to used with GSM as evidence



**Stored function block**

**Function Block for GSM ON and GSM OFF**

**US Gharb patent from 3.6.1999**

1

## GSM PIN Code via MI

Use this utility to use an MI vector to supply a GSM modem PIN code. When you use this function, the controller will look for the number in the MIs, bypassing the PIN code in the SMS message dialog box.

Note that since there is no Ladder element for this function; you perform it by

- Storing the start address of the MI vector needed to contain the PIN into SI 141.
- Storing 410 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.

The PIN code should be called before the modem is initialized; the function should therefore be called as a power-up task.

Note that if the MIs contain an incorrect PIN code format, the error will be indicated by Error message #18 in SI 180—Illegal PIN Format.




**Function Block No. 410 for GSM pin code 254123**
**US GHARB Patent from 3.6.1999 and not Unitronics**



## Creating SMS and stored

## US Patent in 5.6.1999 and not unitronics

3

4



## Stored SMS Phone Nummber 254123426

## US Gharb patent from 5.6.1999 and not Unitronics

4

| | | | | |
|---|---|---|---|---|
| G | Q9 | Mobile telephone ON | | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | | 10.00 s–01.50 s |

US GHARB Patent function blocks for GSM ON and PIN code 123 in 3.6.1999

| | | | | | |
|---|---|---|---|---|---|
| H | Q13 | Pin Code 4 | US Gharb | 12.50 s–01.50 s | |
| H | Q14 | OK | Patent | 14.00 s–01.50 s | |
| H | Q15 | Emergency number | 3.6.1999 | 16.50 s–01.50 s | |
| H | Q16 | OK | | 18.50 s–01.50 s | |
| I | Q17 | Start emergency message | | 19.90 s–01.70 s | |
| I | Q18 | Mobile telephone OFF | | 55.50 s–02.50 s | 5 |

**UNITRONICS** ®

# UNITRONICS M90/M91/Jazz OPLC™

PLC Modem Configuration

Init Strings:        +++
                     ATH
                     AT
                     ATS0=1

Use Modem: Disabled

Advanced:

    Modem TimeOut: Reply = 1.2 sec
    Modem TimeOut: Dial = 65 sec

Dial System: Not Defined

Telephone Numbers:    1:
                      2:
                      3:
                      4:
                      5:
                      6:

# Summary No, 19

## Stored function block

## Function Block for GSM ON and GSM OFF

## US Gharb patent from 3.6.1999

# The Stolen Function Blocks and stored in all UNIITRONICS PLC to used with GSM



Indirect GSM PIN Code                                    Page 1 of 1



**GSM PIN Code via MI**

Use this utility to use an MI vector to supply a GSM modem PIN code. When you use this function, the controller will look for the number in the MIs, bypassing the PIN code in the SMS message dialog box.

Note that since there is no Ladder element for this function; you perform it by

- Storing the start address of the MI vector needed to contain the PIN into SI 141
- Storing 410 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.

The PIN code should be called before the modem is initialized; the function should therefore be called as a power-up task.

Note that if the MIs contain an incorrect PIN code format, the error will be indicated by Error message #18 in SI 180–Illegal PIN Format

### Function Block No. 410 for GSM pin code 254123

### US GHARB Patent from 3.6.1999 and not Unitronics

**Summary No. ˙ B**

Indirect GSM PIN Code



## GSM PIN Code via MI

Use this utility to use an MI vector to supply a GSM modem PIN code. When you use this function, the controller will look for the number in the MIs, bypassing the PIN code in the SMS message dialog box.

Note that since there is no Ladder element for this function; you perform it by.

- Storing the start address of the MI vector needed to contain the PIN into SI 141.
- Storing 410 into SI 140 to select the function. Storing the function number calls the function. In your application, call the function after you have entered all of the other parameters. Note that when you run Test (Debug) Mode, the current value in SI 140 will not be displayed.

The PIN code should be called before the modem is initialized; the function should therefore be called as a power-up task.

Note that if the MIs contain an incorrect PIN code format, the error will be indicated by Error message #18 in SI 160—Illegal PIN Format.



## Function Block No. 410 for GSM pin code 254123

## US GHARB Patent from 3.6.1999 and not Unitronics

## Summary No. 20 B

Creating SMS messages



## Creating SMS messages

You can create up to 99 SMS messages or up to a total of 1k, whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

### Creating SMS text messages

Note that you must use the English character set to write SMS messages.

1. Open the SMS editor by selecting SMS Configuration from the Controller menu.
2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below.



1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line.
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message. This action erases any information in the line.
4. Use the Insert button to add a line below the line containing the cursor.
5. Use the Delete button to remove a line below the line containing the cursor.

### Attaching variables

You can attach up to 9 variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list—you cannot link a variable before it has been created.

Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.

As with HMI variables, you must create a Display field for the display of the variable's value.

1. Click your cursor where you want to locate the variable text.
2. Hold down the Shift key on your PC keyboard while you press the right pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3. Release the Shift key. The Select Operand and Address box opens.
4. Enter the variable number and description, then click OK as shown below.



5. The SMS message now appears together with the variable field.



### Deleting variables

1. Place your cursor in the highlighted variable field.
2. Press the Backspace or Delete key until the entire field is erased.

### Testing messages

1. To test your messages, click on the Compile button. If, for example, you have attached illegal variables—not integer or list

# Summary No. 21

# Creating SMS and stored

# US Patent in 3.6.1999 and not unitronics



**Summary No. C**

**Stored SMS Phone Nummber 25412 3426**

**US Gharb patent from 3.6.1999 and not Unitronics**

mk://MSH/Store C /Programme Unitronics/Unitronics%20A190%20Ladder/Help/U.90    23.04.2007

Creating SMS messages                                              Page 1 of 1

## Creating SMS messages

You can create up to 99 SMS messages, or up to a total of 1k, whichever comes first. Each SMS message can contain up to 140 characters. SMS messages can include both fixed text and variable data.

### Creating SMS text messages

Note that you must use the English character set to write SMS messages.

1. Open the SMS editor by selecting SMS Configuration from the Controller menu.
2. Enter fixed text by placing your cursor within a line and typing normally. You may use any keyboard symbols except for number symbols (#). These have a specific purpose which is described below.



1. Cut and copy messages by clicking on the Cut button. This removes all of the text and variables from a message, but does not delete the line.
2. Copy messages by clicking on the Copy button. This copies all of the text and variables.
3. Paste by clicking on the Paste button. You can paste over an existing message. This action erases any information in the line.
4. Use the Insert button to add a line below the line containing the cursor.
5. Use the Delete button to remove a line below the line containing the cursor.

### Attaching variables

You can attach up to 9 Integer or List variables to an SMS message. Each variable can include up to 16 characters. Attaching variables to an SMS message is similar to attaching variables to an HMI display. However, the variable must already be in the variable list--you cannot link a variable before it has been created.

Integer variables can be sent and received with SMS messages. List variables can only be sent to a cell phone.

As with HMI variables, you must create a Display Field for the display of the variable's value.

1. Click your cursor where you want to locate the variable text.
2. Hold down the Shift key on your PC keyboard, while you press the right-pointing arrow key. A square is highlighted each time you press the arrow key. The first square displays the number of highlighted squares.
3. Release the Shift key. The Select Operand and Address box opens.
4. Enter the variable number and description, then click OK as shown below.

5. The SMS message now appears together with the variable field.

### Deleting variables

1. Place your cursor in the highlighted Variable field.
2. Press the Backspace or Delete key until the entire field is erased.

### Testing messages

1. To test your messages, click on the Compile button. If, for example, you have attached "illegal" variables--not Integer or list variables--the first illegal variable will be displayed.

**Related Topics**

Configuring SMS messaging features
Sending SMS messages from a cell phone

mk:@MSITStore:C:\Programme\Unitronics\Unitronics%20U90%20Ladder\Help\U90...   23.04.2007

---

## Gharb US Patent Function Blocks from 3.6.1999

| | | | |
|---|---|---|---|
| G | Q9 | Mobile telephone ON | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | 10.00 s–01.50 s |
| H | Q13 | Pin Code 4 | 12.50 s–01.50 s |
| H | Q14 | OK | 14.00 s–01.50 s |
| H | Q15 | Emergency number | 16.50 s–01.50 s |
| H | Q16 | OK | 18.50 s–01.50 s |
| I | Q17 | Start emergency message | 19.90 s–01.70 s |
| I | Q18 | Mobile telephone OFF | 55.50 s–02.50 s |

**Application Update**
Automatic parking systems ease use for customers, owners
Eyal Saban, Unitronics
Control Engineering -- October 1, 2007

Automated parking structures are popping up all over. Three are currently operating in the U.S.—in Washington, DC, New York City, and Hoboken, NJ—but there are many more in Europe and Asia. The user experience is cool, the concept is environmentally friendly, and the technology is state-of-the-art.

Automated parking systems enable high density storage by eliminating the need for ramps and stacking cars literally bumper to bumper and door to door. Customers drive into the entry bay, exit their cars and activate the system by pushing a button. Advanced algorithms determine where the car will be stored and moves it to the storage location. When the customer returns, the system retrieves the car and quickly delivers it to the driver in an exit-facing position. Cars are parked with their engines off, significantly reducing exhaust emissions, and drivers enjoy a fast, safe valet-parking experience—without the valet.

Shelves, elevators, shuttle cars

Automated parking systems include mechanical elements such as shelves (racking system), elevators and shuttle cars, which are guided by programmable logic controllers (PLCs) and orchestrated by an automated parking management system. In December 2006, the City of Hoboken chose to upgrade its automated parking facility, one of the first in the U.S., with a capacity of more than 300 cars. The project included repair of mechanical and electrical systems and replacement of the control systems and the management software.

Unitronics, a maker of industrial controllers, got the job, and the company's Vision280 PLC was chosen for the heart of the system because of its integrated touch-panel interface and rich feature set. Key features include remote access and a local database, both of which promote high system availability and reliability.

Unitronics chose a distributed control topology to provide enhanced efficiency, manageability and reliability. A Vision280 PLC is installed in each conveying element, and all controllers are connected to one main TCP/IP network.

Elements with static control cabinets (e.g. elevators) are connected by wires. Components with moving control cabinets (e.g. shuttle cars) are connected via Wi-Fi, a wireless Ethernet. The wireless connection eliminates the need to lay cables throughout the site, enables moving parts to be easily networked and allows technicians to access any PLC from anywhere in the building using a Wi-Fi-enabled PC. The Vision280's graphical HMI (human machine interface) enables local handling of single components, problem isolation and manual operation of specific parts.

Information regarding the location of each car (identified by a specific ID) is saved in the PLC's internal database. This means that should a failure of the central computer occur, the garage can continue to locate cars in a semi-automatic or manual mode, using the information in data tables. Unitronics uses data tables for similar purposes in the logistics systems and automated warehouses that it designs and builds. In such systems, Vision PLCs keep records of the location and loads they handle (pallets, crates, containers, etc.), enabling semi-automatic operation of the warehouse in case of malfunction.

The automated parking system includes support for advanced communication features available in the Vision PLCs. One such option lets the controllers be connected to a GSM cellular modem, so the controller can send short message service (SMS) messages to technicians in case of system faults. Technicians then can request and receive data from the PLC via their mobile phone, and send commands to the PLC via SMS to quickly modify parameters such as speed and acceleration.

Another available option is integration with a license plate recognition (LPR) system to enable automatic recognition of cars entering the bay. This system can be connected to the Vision PLCs without requiring a unique protocol, thanks to the system's protocol function block. In industrial applications, this software feature is used to connect PLCs to a variety of external devices, such as bar-code readers, without the need for extra development.

A Vision280 in the reception area is responsible for moving a car to and from an optimized spot within the garage. Customers set the parking process in motion by entering a username and password on the Vision280's HMI touch screen, similar to using an ATM. The HMI also makes it easy for garage technicians to conduct immediate diagnostics and to troubleshoot the system.

Using Unitronics' unique Info Mode, technicians and operators can check the real-time status of sensors, distance-measurement lasers and other parameters. If there is a problem with a moving part, the operator can check the PLC located on the part in question and immediately determine whether there is a control problem or a fault with a sensor or motor drive.

Because the automated garage is a multi-level building, sometimes as high as 60 feet, it is not always feasible or handy to have a technician go to the physical location of the PLC to diagnose a problem. In that case, technicians use the PLC's Remote Access utility. This lets approved personnel remotely monitor and access all PLCs via a PC located in the control room on the ground floor, or from anywhere worldwide via the Internet.

Technicians access the desired PLC from the computer and the view they see on their screen is identical to the user interface display of the PLC itself, except they operate it using a keyboard and mouse. The remote access feature is useful in standard industrial applications as well. Connected by Ethernet local area networks, GSM/GPRS modems or Internet-enabled networks, the PLCs can be operated from as close as a floor manager's office or from as far away as a system integrator's PC in another country.

location of its manufacturing facilities have no relevance to any claim asserted by Defendant. Subject to and without waiving such objections, Plaintiffs respond as follows:

ANSWER:

Plaintiffs' manufacturing facilities are all located outside the United States, primarily in Israel.


INTERROGATORY NO. 8

8.  How got Unitronics the idea to build Micro PLC & GSM please put the name of the Unitronics expert which he did it with Data

OBJECTIONS:

Plaintiffs object to this question as vague, inasmuch as Defendant has not defined the meaning of the term Micro PLC & GSM, which also makes the request overly broad and burdensome. The request is also overly broad in that the claim asserted by Defendant in that U.S. Patent No. 6,552,654 claims a security system of which a PLC is but one element of the claimed invention. Plaintiffs object to this request to the extent it seeks the disclosure of confidential information. Subject to and without waiving such objections, Plaintiffs respond as follows:

ANSWER:

Unitronics does not produce PLC & GSM; Unitronics only produces PLCs. The idea of connecting external modems, whether wireless such as GSM or traditional landline, is known information and is used by most PLCs throughout the world. The communications port included in Unitronics' PLCs allows connection to external modems that have existed since Unitronics first began production of PLCs in 1989. Unitronics PLCs could be connected to wireless modems, including GSM, as soon as such technology was available in the market. Such a wireless connection requires programming the PLCs, a capability inherent in all PLCs. Unitronics first began selling "GSM enabled" PLCs in 1999, meaning that Unitronics preprogrammed the PLCs to communicate with wireless devices such as a GSM device. Mr. Haim Shani, Unitronics CEO and Mr. Eyal Saban, Vice President and Chief Technology Officer for Unitronics and would be the individuals most knowledgeable about Unitronics' decision to produce PLCs capable of communicating with a GSM device. Data sheets and specifications for Plaintiffs' GSM ready PLCs are submitted concurrently herewith via CD-ROM as they are too large for electronic filing.


INTERROGATORY NO. 9

9.  Why Unitronics didn't file USA Patent application for this idea if this should be the own Unitronics

8

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
1 February 2001 (01.02.2001)

PCT

(10) International Publication Number
WO 01/06926 A1

(51) International Patent Classification⁷:     A61B 5/103

(21) International Application Number:     PCT/IL00/00443

(22) International Filing Date:     25 July 2000 (25.07.2000)

(25) Filing Language:     English

(26) Publication Language:     English

(30) Priority Data:
131108     26 July 1999 (26.07.1999)     IL
131245     4 August 1999 (04.08.1999)     IL

(71) Applicants and
(72) Inventors: SHAVIT, Haim [IL/IL]; 83 Adolam Street,
73142 Shaham (IL). SHAVIT, Ittai [IL/IL]; 58A Herzl
Street, 22401 Nahariya (IL).

(74) Agents: LUZZATTO, Kfir et al.; Luzzatto & Luzzatto,
P.O. Box 5352, 84152 Beer Sheva (IL).

(81) Designated States (national): AE, AG, AL, AM, AT, AU,
AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CR, CU, CZ,
DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR,
HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR,
LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ,
NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM,
TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM,
KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian
patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European
patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE,
IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG,
CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published:
—     With international search report.

For two-letter codes and other abbreviations, refer to the "Guid-
ance Notes on Codes and Abbreviations" appearing at the begin-
ning of each regular issue of the PCT Gazette.

(54) Title: AN IMPROVED METHOD AND APPARATUS FOR THE DETECTION OF MEDICAL CONDITIONS OF SHOCK
AND PRE-SHOCK



(57) Abstract: Method and apparatus for the diagnosis and/or early detection of physiological distress in a patient and of recovery
of a patient from actual state of physiological distress by measuring the filling time of blood vessels subjacent to an area of the skin
of the patient. An image of an area to be gauged for color is acquired, so as to obtain a base-line color measurement. The filling
time of blood vessels in the area is determined by comparison of the color of one or more additional images of the gauged area with
the base-line measurement.

WO 01/06926 A1