IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITRONICS (1989) (R"G) LTD., ET AL.,<br><br>  Plaintiffs,<br><br>v.<br><br>SAMY GHARB,<br><br>  Defendant. | Civil Action No. 06-27 (RMC) |

### ORDER

Before the Court is Plaintiff Unitronics, Inc.'s ("Unitronics") Petition for Reasonable Attorney Fees and Costs ("Petition").

Upon review of Unitronics' Petition and having considered all responses and replies thereto, it is hereby **ORDERED** that Unitronics' Petition is **GRANTED**; and it is

**FURTHER ORDERED** that Unitronics' reasonable attorney fees in the amount of $60,364.20 and costs in the amount of $394.89, for a total of $60,759.09, be awarded to Unitronics.

SO ORDERED.

Date: 14 July 2015

/s/ Rosemary M. Collyer
Honorable Rosemary M. Collyer
United States District Judge

Parties to be served:

Samy Gharb
Kalchbühlstrasse 161
8038 Zürich
Switzerland